UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| DOUGLAS J. GOSSER, | ) | |
| As Personal Representative | ) | |
| OF THE ESTATE OF BRIAN | ) | |
| LEE GOSSER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 1:17-cv-3257-TWP-MPB |
| | ) | |
| HENRY COUNTY SHERIFF'S DEPARTMENT, | ) | |
| RICHARD A. MCCORKLE, individually and in | ) | |
| his official capacity as Sheriff of Henry County; | ) | |
| and BRENT GRIDER, individually and in his | ) | |
| official capacity as Jail Commander of the Henry | ) | |
| County Jail, OFFICER ROBERT HUXHOLD, | ) | |
| OFFICER TERESA WEESNER, OFFICER | ) | |
| CLARK LECHER, individually and in their official | ) | |
| capacities as Correctional Officers, QUALITY | ) | |
| CORRECTIONAL CARE, LLC, CHRISTOPHER | ) | |
| STEPHENSON, P.A., TARA WESTERMAN, R.N., | ) | |
| and DENETTE LEWARK, R.N. | ) | |
| | ) | |
| Defendants. | ) | |

## HENRY COUNTY DEFENDANTS' PRELIMINARY WITNESS AND EXHIBIT LIST

COME NOW the Defendants, Richard A. McCorkle, individually and in his official

capacity as Sheriff of Henry County, sued also as Henry County Sheriff's Department, Brent

Grider, individually and in his official capacity as Jail Commander of the Henry County Jail,

Officer Robert Huxhold, Officer Teresa Weesner, Officer Clark Lecher, individually and in their

official capacities as Correctional Officers, by counsel, and submit their Preliminary Witness and

Exhibit List in this matter as follows:

<u>**WITNESSES**</u>

1.    Douglas J. Gosser, Plaintiff;

2.    Detective Captain Edward B. Manning
      c/o Caren L. Pollack
      POLLACK LAW FIRM, P.C.
      10333 N. Meridian Street, Suite 111
      Indianapolis, Indiana  46290;

3.    Brent Grider, former Henry County Jail Commander
      c/o Caren L. Pollack
      POLLACK LAW FIRM, P.C.
      10333 N. Meridian Street, Suite 111
      Indianapolis, Indiana  46290;

4.    Tina Fox, Henry County Jail Commander
      c/o Caren L. Pollack
      POLLACK LAW FIRM, P.C.
      10333 N. Meridian Street, Suite 111
      Indianapolis, Indiana  46290;

5.    Detective Sergeant Tony Darling
      c/o Caren L. Pollack
      POLLACK LAW FIRM, P.C.
      10333 N. Meridian Street, Suite 111
      Indianapolis, Indiana  46290;

6.    Stacey Guffey, former Henry County Sheriff's Department Detective
      c/o Caren L. Pollack
      POLLACK LAW FIRM, P.C.
      10333 N. Meridian Street, Suite 111
      Indianapolis, Indiana  46290;

7.    Detective Sergeant Mark Reece
      c/o Caren L. Pollack
      POLLACK LAW FIRM, P.C.
      10333 N. Meridian Street, Suite 111
      Indianapolis, Indiana  46290;

8.    Detective Captain Scott Ullery, New Castle Police Department;

9.    Master Trooper Philip Byers, Indiana State Police;

10.   Detective Matt Schofield, New Castle Police Department;

11.     Sergeant Kris W. Martin, Indiana State Police;

12.     Sergeant S. Jarvis, Indiana State Police;

13.     Detective Captain Lisa Fullman, New Castle Police Department;

14.     Detective Captain Nicholas Rhodes, New Castle Police Department;

15.     Richard A. McCorkle, Sheriff of Henry County
        c/o Caren L. Pollack
        POLLACK LAW FIRM, P.C.
        10333 N. Meridian Street, Suite 111
        Indianapolis, Indiana  46290;

16.     Clifton Phares;

17.     Louann Phares;

18.     Holly Horne-Mangen;

19.     Courtney Elam;

20.     Clark Lecher
        c/o Caren L. Pollack
        POLLACK LAW FIRM, P.C.
        10333 N. Meridian Street, Suite 111
        Indianapolis, Indiana  46290;

21.     Teresa Weesner
        c/o Caren L. Pollack
        POLLACK LAW FIRM, P.C.
        10333 N. Meridian Street, Suite 111
        Indianapolis, Indiana  46290;

22.     Richard Huxhold
        c/o Caren L. Pollack
        POLLACK LAW FIRM, P.C.
        10333 N. Meridian Street, Suite 111
        Indianapolis, Indiana  46290;

23.     Jayson Madden
        c/o Caren L. Pollack
        POLLACK LAW FIRM, P.C.
        10333 N. Meridian Street, Suite 111
        Indianapolis, Indiana  46290;

24.     Robert A. Blake
        c/o Caren L. Pollack
        POLLACK LAW FIRM, P.C.
        10333 N. Meridian Street, Suite 111
        Indianapolis, Indiana 46290;

25.     David Dean Mettert;

26.     Justin Fanin;

27.     Josh Wilson;

28.     Joe Flynn;

29.     Charles Peck;

30.     Lee Parsons;

31.     Steven Lough;

32.     Steven Shelley;

33.     Robert Lawson;

34.     Brendon Smith;

35.     Robert Robinson;

36.     Tara Westerman, Quality Correctional Care;

37.     Christopher Stevenson, Quality Correctional Care;

38.     Dennette Lewark, Quality Correctional Care;

39.     Michael Johnson, D.O., Quality Correctional Care;

40.     Patrick J. Maier. M.D.;

41.     Amanda Sherwood, R.N.;

42.     Jennifer A. Coleman, R.N.;

43.     Jama E. Wills, R.N.;

44.     Amber N. Burns, R.N.;

4

45.   Craig D. Boone, M.D.;

46.   Brooke R. Cowan, R.N.;

47.   Lindsay T. Zimmerman, M.D.;

48.   Amanda Jordan, P.A.C.;

49.   Lewis Jacobson, M.D.;

50.   Lauren Jackson, Chaplain;

51.   Any medical professionals who treated Brian Gosser at the Henry County Jail;

52.   Any medical professionals who treated Brian Gosser at the Henry County Hospital;

53.   Any medical professionals who treated Brian Gosser at St. Vincent's Hospital;

54.   Any witness listed on the Plaintiff's preliminary witness list or in either Plaintiff or any Defendant's initial disclosures.

55.   Any witness necessary to authenticate any exhibit offered into evidence.

56.   Any witnesses identified in any document produced in discovery.

57.   Any witness necessary for rebuttal or impeachment purposes.

58.   Any witness necessary to rebut the testimony of Plaintiff's witnesses.

59.   Any person or representative from any entity identified in Plaintiff's Answers to any Defendant's Interrogatories.

60.   Any person or representative from any entity identified in any Defendant's Answers to Interrogatories.

61.   Any person or representative from any entity identified in any deposition taken in this matter.

62.   Any and all other witnesses who may be discovered prior to trial, who will be immediately disclosed to the court and the Plaintiff's and co-Defendants' counsel of record.

63.   Any witness capable of laying a foundation for the admission of relevant records, including but not limited to, the previously identified providers.

## EXHIBITS

1.     Narrative and supplemental narrative of Detective Edward Manning dated June 3, 2016.

2.     Indiana State Police Incident Report No. 16ISPC002544 dated March 4, 2016, including all supplemental narratives.

3.     Tort Claim Notices dated March 15, 2016 and July 12, 2016 from Richard Andrew Young to the Henry County Sheriff's Department in connection with Brian Gosser.

4.     Any and all relevant documents created in the normal course of business by employees of the Henry County Jail on or before March 4, 2016.

5.     Any and all documents or reports created by employees of the Henry County Sheriff's Department in connection with Brian Gosser.

6.     Any and all documents or reports created by employees of the New Castle Police Department in connection with Brian Gosser, including the February 16, 2016 incident.

7.     Any and all documents or reports created by employees of the Indiana State Police in connection with Brian Gosser.

8.     Video recordings of inmate visitations at Henry County Jail.

9.     Surveillance video of the cell blocks where Brian Gosser was housed at the Henry County Jail.

10.     Audio recordings of inmate telephone calls at the Henry County Jail.

11.     Any and all video recordings and transcriptions of interviews taken in relation to the investigation into the death of Brian Gosser.

12.     Photographs taken of Brian Gosser, including autopsy photos.

13.     Photographs taken of the Henry County Jail.

14.     Any and all medical records of treatment rendered to Brian Gosser during his incarceration.

15.     Any and all medical records of treatment rendered to Brian Gosser at Henry County Hospital or St. Vincent's Hospital.

16.     Autopsy and coroner's reports relating to Brian Gosser.

17.     Any and all court records relating to Brian Gosser.

18.     Any and all relevant Henry County Sheriff's Department standard operating procedures or policies which were in effect from February 17, 2016 through March 3, 2016.

19.     Billing records relating to the care of Brian Gosser.

20.     Transcripts of any deposition taken in this matter, including exhibits.

21.     Responses to any Non-Party Request for Production served in this matter.

22.     Plaintiff's Answers to any Defendant's Interrogatories and Response to Request for Production, including all documents produced.

23.     All records or reports generated by any expert.

24.     All pleadings relevant to any other litigation involving the Plaintiff or decedent, Brian Gosser.

25.     Medical treatises, references and periodicals referring to any psychological injuries Plaintiff is claiming, or injuries to the decedent, Brian Gosser, which Plaintiff is claiming.

26.     Any statements of Plaintiff or decedent, Brian Gosser, about the incident at issue.

27.     Statements of any third-party who witnessed the incident at issue.

28.     Demonstrative exhibits in support of Defendants' case.

29.     Any photographs, videos or diagrams relevant to the suit.

30.     All pleadings, exhibits and documents of record of any party or witness on file.

31.     Any exhibits necessary for rebuttal or impeachment purposes.

32.     Any and all other exhibits which may be discovered prior to trial, which will be immediately disclosed to this court and all counsel of record.

33.     Curriculum vitae of all expert witnesses.

34.     Charts or diagrams for purposes of illustrating witness testimony.

35.     Any exhibit listed on Plaintiff's preliminary exhibit list or in either Plaintiff's or any Defendant's initial disclosures.

Respectfully submitted,

POLLACK LAW FIRM, P.C.

s/Caren L. Pollack

Caren L. Pollack Attorney No. 11897-49
*Attorney for Defendants, Richard A. McCorkle, individually and in his official capacity as Sheriff of Henry County, sued also as Henry County Sheriff's Department, Brent Grider, individually and in his official capacity as Jail Commander of the Henry County Jail, Officer Robert Huxhold, Officer Teresa Weesner, Officer Clark Lecher, individually and in their official capacities as Correctional Officers*

## **CERTIFICATE OF SERVICE**

I certify that a true and exact copy of the foregoing was filed electronically on January 29, 2018.   Notice of this filing will be sent to the following parties by operation of the Court's ECF system:

Ronald E. Elberger
Jeffrey B. Halbert
BOSE MCKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN 46204
relberger@boselaw.com
rhalbert@boselaw.com
*Attorneys for Plaintiff*

Richard Andrew Young
DREW YOUNG LAW
107 S. Broadway Street
Greensburg, IN 47240
Drew_young_esq@hotmail.com
*Attorney for Plaintiff*

Brian M. Pierce
Attorney at Law
106 E. Washington Street
Muncie, IN 47305
*Attorney for Defendants QCC, LLC,*
*Christopher Stephenson, Tara Westerman,*
*and Denette Lewark*

s/Caren L. Pollack
Caren L. Pollack

POLLACK LAW FIRM, P.C.
10333 N. Meridian Street, Suite 111
Indianapolis, Indiana  46290
Ph: (317) 660-4880
Fx: (317) 660-4888
cpollack@pollacklawpc.com