UNITED STATES DISTRICT COURT
for the
Southern District of Indiana
Indianapolis Division

| | | |
|---|---|---|
| Douglas J. Gosser, as Personal Representative of the Estate of Brian Lee Gosser, Deceased,<br>    Plaintiff, | )<br>)<br>)<br>) | |
| v. | ) | Case No. 1:17-cv-03257-TWP-MPB |
| | ) | |
| Henry County Sheriff's Dept., Richard A. McCorkle, individually and in his official capacity as Sheriff of Henry County; and Brent Grider, individually and in his official capacity as Jail Commander of the Henry County Jail; Officer Robert Huxold, Officer Teresa Weesner, Officer Clark Lecher, individually and in their official capacities as Correctional Officers; Quality Correctional Care, LLC; Christopher Stephenson, P.A.; Tara Westermen, R.N.; and Denette Lewark, R.N.,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |

**DEFENDANTS, QUALITY CORRECTIONAL CARE, LLC, CHRISTOPHER STEPHENSON, P.A., TARA WESTERMEN, R.N., AND DENETTE LEWARK, R.N.'S, PRELIMINARY WITNESS AND EXHIBIT LIST**

    Come now Defendants, Quality Correctional Care, LLC, Christopher Stephenson, P.A., Tara Westermen, R.N., and Denette Lewark, R.N., by counsel, Brian M. Pierce, and submit their Preliminary Witness and Exhibit List in this matter as follows:

**WITNESSES**

1.    Douglas J. Gosser, Plaintiff;

2.    Quality Correctional Care, LLC
       Lisa Scroggins, CEO
       c/o Brian M. Pierce, Attorney At Law
       106 E. Washington Street
       Muncie, Indiana 47305

3.    Tara Westermen, R.N.
       c/o Brian M. Pierce, Attorney At Law

    106 E. Washington Street
    Muncie, Indiana 47305

4.  Christopher Stephenson, P.A.
    c/o Brian M. Pierce, Attorney At Law
    106 E. Washington Street
    Muncie, Indiana 47305

5.  Denette Lewark, R.N.,
    c/o Brian M. Pierce, Attorney At Law
    106 E. Washington Street
    Muncie, Indiana 47305

6.  Any medical professionals who treated Brian Gosser at the Henry County Jail;

7.  Any medical professionals who treated Brian Gosser at the Henry County Hospital;

8.  Any medical professionals who treated Brian Gosser at St. Vincent's Hospital;

9.  Any witness listed on the Plaintiff's preliminary witness list or in Plaintiff's initial disclosures.

10.  Any witness listed on Defendant Henry County's preliminary witness list or in Defendant Henry County's initial disclosures.

11.  Any witness necessary to authenticate any exhibit offered into evidence.

12.  Any witnesses identified in any document produced in discovery.

13.  Any witness necessary for rebuttal or impeachment purposes.

14.  Any witness necessary to rebut the testimony of Plaintiff's witnesses.

15.  Any person or representative from any entity identified in Plaintiff's Answers to any Defendant's Interrogatories.

16.  Any person or representative from any entity identified in any Defendant's Answers to Interrogatories.

17.  Any person or representative from any entity identified in any deposition taken in this matter.

18. Any and all other witnesses who may be discovered prior to trial, who will be immediately disclosed to the court and the Plaintiff's and co-Defendants' counsel of record.

19. Any witness capable of laying a foundation for the admission of relevant records, including but not limited to, the previously identified providers.

## **EXHIBITS**

1. Quality Correctional Care, LLC medical file for Brian Gosser

2. Defendant Henry County's jail file for Brian Gosser

3. Any, and all, investigative reports related to the death of Brian Gosser, including the Indiana State Police, New Castle Police Department, and the Henry County Sheriff's Department

4. Tort Claim Notices

5. Video recordings of inmate visitations at Henry County Jail.

6. Surveillance video of the cell blocks where Brian Gosser was housed at the Henry County Jail.

7. Audio recordings of inmate telephone calls at the Henry County Jail.

8. Any and all video recordings and transcriptions of interviews taken in relation to the investigation into the death of Brian Gosser.

9. Autopsy reports, including autopsy photos.

10. Photographs taken of the Henry County Jail.

11. Any and all medical records of treatment rendered to Brian Gosser during his incarceration.

12. Any and all medical records of treatment rendered to Brian Gosser at Henry County Hospital or St. Vincent's Hospital.

13. Any and all court records relating to Brian Gosser.

14. Any and all relevant standard operating procedures or policies which were in effect from February 17, 2016 through March 3, 2016.

15. Billing records relating to the care of Brian Gosser.

16. Transcripts of any deposition taken in this matter, including exhibits.

17. Responses to any Non-Party Request for Production served in this matter.

18. Plaintiff's Answers to any Defendant's Interrogatories and Response to Request for Production, including all documents produced.

19. All records or reports generated by any expert.

20. All pleadings relevant to any other litigation involving the Plaintiff or decedent, Brian Gosser.

21. Medical treatises, references and periodicals referring to any psychological injuries Plaintiff is claiming, or injuries to the decedent, Brian Gosser, which Plaintiff is claiming.

22. Any statements of Plaintiff or decedent, Brian Gosser, about the incident at issue.

23. Statements of any third-party who witnessed the incident at issue.

24. Demonstrative exhibits in support of Defendants' case.

25. Any photographs, videos or diagrams relevant to the suit.

26. All pleadings, exhibits and documents of record of any party or witness on file.

27. Any exhibits necessary for rebuttal or impeachment purposes.

28. Any and all other exhibits which may be discovered prior to trial, which will be immediately disclosed to this court and all counsel of record.

29. Curriculum vitae of all expert witnesses.

30. Charts or diagrams for purposes of illustrating witness testimony.

31. Any exhibit listed on Plaintiff's preliminary exhibit list or in either Plaintiff's or any Defendant's initial disclosures.

| | |
|---|---|
| Date:  01-29-2018 | /s/ Brian M. Pierce |
| | Brian M. Pierce, Ind. Bar # 24350-18 |
| | 106 E. Washington Street |
| | Muncie, Indiana 47305 |
| | Tel:    (765) 289-9122 |
| | Fax:   (765) 289-6064 |
| | Email: brianpiercelaw@aol.com |
| | Attorney for Defendants QCC, LLC, Christopher Stephenson, Tara Westermen, and Denette Lewark |

Certificate of Service

I, Brian M. Pierce, the undersigned counsel of record for Defendants, Quality Correctional Care, LLC, Christopher Stephenson, Tara Westermen, and Denette Lewark, affirms under penalties of perjury that a copy this Preliminary Witness and Exhibit List has been served on the following counsel of record by, and through, the federal electronic filing system or by US Mail, this ___29th___ day of January, 2018:

Ronald E. Elberger
Jeffrey B. Halbert
BOSE McKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN 46204

Richard Andrew Young
DREW YOUNG LAW
107 S. Broadway Street
Greensburg, IN 47240

Caren L. Pollack
Pollack Law Firm
10333 N. Meridian, Suite 111
Carmel, Indiana 46032

| | |
|---|---|
| Date:  01-29-2018 | /s/ Brian M. Pierce |
| | Brian M. Pierce, Ind. Bar # 24350-18 |

5