UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DOUGLAS J. GOSSER, as Personal Representative OF THE ESTATE OF BRIAN LEE GOSSER, | ) ) ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 1:17-cv-03257-TWP-MPB ) |
| HENRY COUNTY SHERIFF'S DEPARTMENT, RICHARD A. MCCORKLE, individually and in his official capacity as Sheriff of Henry County; and BRENT GRIDER, individually and in his official capacity as Jail Commander of the Henry County Jail, OFFICER ROBERT HUXHOLD, OFFICER TERESA WEESNER, OFFICER CLARK LECHER, individually and in their official capacities as Correctional Officers, QUALITY CORRECTIONAL CARE, LLC, CHRISTOPHER STEPHENSON, P.A., TARA WESTERMAN, R.N., and DENETTE LEWARK, R.N., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**CROSS-CLAIM AGAINST SHERIFF RICHARD A. MCCORKLE (official capacity)**

Come now Defendant, Quality Correctional Care, LLC (hereinafter "QCC"), by counsel, Brian M. Pierce, and for its Cross-Claim against Defendant, Sheriff Richard A. McCorkle, in his official capacity only (hereinafter "Sheriff"), states and alleges:

1. QCC is an Indiana limited liability corporation that provides professional healthcare services to inmates at the Henry County Jail, including inmate Brian Gosser, pursuant to a Service Agreement with the Sheriff. Said Agreement is attached to Sheriff Richard A. McCorkle's Cross-Claim as Exhibit A.

2. At all times relevant to Plaintiff's Complaint, inmate Brian Gosser, was detained at the Henry County Jail.

3. At all times relevant to Plaintiff's Complaint, inmate Brian Gosser was under the control and supervision of the employees and/or agents of Sheriff Richard A. McCorkle.

4. Despite receiving ongoing medical care at the Henry County Jail and Henry County Hospital, inmate Brian Gosser died of injuries inflicted by fellow inmates.

5. Inmate Brian Gosser's estate has sued QCC, and several of its employees. In addition, inmate Brian Gosser's estate has sued the Henry County Sheriff and several of his employees.

6. The Service Agreement provides in part:

> INDEMNIFICATION of QCC, LLC- Sheriff shall indemnify, defend, and hold harmless QCC, LLC and its officers and employees from any claims, costs (including reasonable attorney's fees and court costs), expenses, direct or indirect, causes of action, penalties, liabilities, losses and damages ("Claims") actually sustained and incurred by QCC, LLC or for which QCC, LLC is legally liable, to the extent such claims are caused by:
>
> i. Negligent acts, errors or omissions, or willful misconduct of Sheriff, its employees or agents.
>
> ii. Sheriff's breach of any term or provision of this Agreement.

7. As a direct and proximate result of the negligent acts, errors or omissions, or willful misconduct of the Sheriff, its employees or agents, QCC has been damaged and forced to incur fees and expenses.

8. Moreover, QCC has specifically been damaged and seeks to recover defense costs and any and all indemnity payments and expenses which may be made or incurred to resolve the above-captioned lawsuit, either by compromise or at trial.

WHEREFORE, Defendant/Cross-Claimant, Quality Correctional Care, LLC, by counsel, Brian M. Pierce, respectfully requests that the court enter judgment in its favor and against Cross-Claim Defendant, Sheriff Richard A. McCorkle, in his official capacity only, and all other relief just and proper.

Date:  5-16-2018                        /s/ Brian M. Pierce
                                        Brian M. Pierce, 24350-18
                                        106 E. Washington Street
                                        Muncie, Indiana 47305
                                        Tel:   (765) 289-9122
                                        Fax:   (765) 289-6064
                                        brianpiercelaw@aol.com
                                        Attorney for Quality Correctional Care, LLC

<u>Certificate of Service</u>

I, Brian M. Pierce, the undersigned counsel of record for Defendant, Quality Correctional Care, LLC, affirms under penalties of perjury that a copy of the forgoing Cross-Claim has been served on the following counsel of record this 16th day of May, 2018:

Ronald E. Elberger
Jeffrey B. Halbert
BOSE McKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN 46204

Richard Andrew Young
DREW YOUNG LAW
107 S. Broadway Street
Greensburg, IN 47240

Caren L. Pollack
Pollack Law Firm
10333 N. Meridian, Suite 111
Carmel, Indiana 46032

Date:  5-16-2018                                        /s/ Brian M. Pierce
                                                        Brian M. Pierce, Ind. Bar # 24350-18