## UNITED STATES DISTRICT COURT
## for the
## Southern District of Indiana
## Indianapolis Division

| | |
|---|---|
| Douglas J. Gosser, as Personal Representative of the Estate of Brian Lee Gosser, Deceased,<br>　　Plaintiff,<br><br>　　　　　　　v.<br><br>Henry County Sheriff's Dept., Richard A. McCorkle, individually and in his official capacity as Sheriff of Henry County; and Brent Grider, individually and in his official capacity as Jail Commander of the Henry County Jail; Officer Robert Huxold, Officer Teresa Weesner, Officer Clark Lecher, individually and in their official capacities as Correctional Officers; Quality Correctional Care, LLC; Christopher Stephenson, P.A.; Tara Westermen, R.N.; and Denette Lewark, R.N.,<br>　　Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 1:17-cv-03257-TWP-MPB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS, QUALITY CORRECTIONAL CARE, LLC, CHRISTOPHER STEPHENSON, P.A., TARA WESTERMEN, R.N., AND DENETTE LEWARK, R.N.'S, FINAL WITNESS AND EXHIBIT LISTS**

　　Come now Defendants, Quality Correctional Care, LLC, Christopher Stephenson, P.A., Tara Westermen, R.N., and Denette Lewark, R.N., by counsel, Brian M. Pierce, and submit their Final Witness and Exhibit Lists in this matter as follows:

### WITNESSES

　　1.　　Quality Correctional Care, LLC
　　　　　Lisa Scroggins, CEO
　　　　　c/o Brian M. Pierce, Attorney At Law
　　　　　106 E. Washington Street
　　　　　Muncie, Indiana 47305

　　2.　　Tara Westermen, R.N.
　　　　　c/o Brian M. Pierce, Attorney At Law
　　　　　106 E. Washington Street
　　　　　Muncie, Indiana 47305

1

3.     Christopher Stephenson, P.A.
       c/o Brian M. Pierce, Attorney At Law
       106 E. Washington Street
       Muncie, Indiana 47305

4.     Denette Lewark, R.N.,
       c/o Brian M. Pierce, Attorney At Law
       106 E. Washington Street
       Muncie, Indiana 47305

5.     Dr. Quentin Emerson
       c/o Brian M. Pierce, Attorney At Law
       106 E. Washington Street
       Muncie, Indiana 47305

6.     Dr. Benjamin Loveridge
       c/o Brian M. Pierce, Attorney At Law
       106 E. Washington Street
       Muncie, Indiana 47305

7.     Sandra Franklin
       c/o Brian M. Pierce, Attorney At Law
       106 E. Washington Street
       Muncie, Indiana 47305

8.     Kelley Carroll
       c/o Brian M. Pierce, Attorney At Law
       106 E. Washington Street
       Muncie, Indiana 47305

9.     Michael Johnson, DO/LE
       Mobilex USA
       6185 Huntley Road
       Columbus, Ohio 43229

10.     Douglas J. Gosser, Plaintiff
       Jeffrey B. Halbert
       BOSE McKINNEY & EVANS LLP
       111 Monument Circle, Suite 2700
       Indianapolis, IN 46204

11.     Clifton Phares

12.     Louann Phares

13. Holly Horne-Mangen

14. Kasey J. Gosser

15. Detective Captain Edward B. Manning
    c/o Caren L. Pollack
    POLLACK LAW FIRM, P.C.
    11033 N. Meridian Street, Suite 111
    Indianapolis, Indiana  46290

16. Brent Grider, former Henry County Jail Commander c/o Caren L. Pollack
    c/o Caren L. Pollack
    POLLACK LAW FIRM, P.C.
    10333 N. Meridian Street, Suite 111
    Indianapolis, Indiana  46290

17. Tina Fox, Henry County Jail Commander
    c/o Caren L. Pollack
    POLLACK LAW FIRM, P.C.
    10333 N. Meridian Street, Suite 111
    Indianapolis, Indiana  46290

18. Detective Sergeant Tony Darling
    c/o Caren L. Pollack
    POLLACK LAW FIRM, P.C.
    10333 N. Meridian Street, Suite 111
    Indianapolis, Indiana  46290

19. Stacey Guffey, former Henry County Sheriff's Department Detective
    c/o Caren L. Pollack
    POLLACK LAW FIRM, P.C.
    10333 N. Meridian Street, Suite 111
    Indianapolis, Indiana  46290

20. Detective Sergeant Mark Reece c/o Caren L. Pollack
    POLLACK LAW FIRM, P.C.
    10333 N. Meridian Street, Suite 111
    Indianapolis, Indiana  46290;

21. Richard A. McCorkle, Sheriff of Henry County c/o Caren L. Pollack
    POLLACK LAW FIRM, P.C.
    10333 N. Meridian Street, Suite 111
    Indianapolis, Indiana  46290;

22. Clark Lecher
c/o Caren L. Pollack
POLLACK LAW FIRM, P.C.
10333 N. Meridian Street, Suite 111
Indianapolis, Indiana  46290;

23. Teresa Weesner
c/o Caren L. Pollack
POLLACK LAW FIRM, P.C.
10333 N. Meridian Street, Suite 111
Indianapolis, Indiana  46290;

24. Richard Huxhold
c/o Caren L. Pollack
POLLACK LAW FIRM, P.C.
10333 N. Meridian Street, Suite 111
Indianapolis, Indiana  46290;

25. Robert A. Blake  c/o Caren L. Pollack
POLLACK LAW FIRM, P.C.
10333 N. Meridian Street, Suite 111
Indianapolis, Indiana  46290;

26. Justin Fannin, inmate at the Henry County Jail;

27. Joshua Wilson, inmate at the Henry County Jail;

28. Joseph Flynn, inmate at the Henry County Jail;

29. Any medical professionals who treated Brian Gosser at the Henry County Hospital;

30. Any medical professionals who treated Brian Gosser at St. Vincent's Hospital;

31. Any witness listed on the Plaintiff's preliminary witness list or in either Plaintiff or any Defendant's initial disclosures.

32. Any witness necessary to authenticate any exhibit offered into evidence.

33. Any witnesses identified in any document produced in discovery.

34. Any witness necessary for rebuttal or impeachment purposes.

35. Any witness necessary to rebut the testimony of Plaintiff's witnesses.

36. Any person or representative from any entity identified in Plaintiff's Answers to any Defendant's Interrogatories.

37. Any person or representative from any entity identified in any Defendant's Answers to Interrogatories.

38. Any person or representative from any entity identified in any deposition taken in this matter.

39. Any and all other witnesses who may be discovered prior to trial, who will be immediately disclosed to the court and the Plaintiff's and co-Defendants' counsel of record.

40. Any witness capable of laying a foundation for the admission of relevant records, including but not limited to, the previously identified providers.

## EXHIBITS

1. Quality Correctional Care, LLC' medical file for Brian Gosser

2. Quality Correctional Care, LLC's training and time records, policy manuals, handbooks and/or protocol books.

3. Defendant Henry County's jail file for Brian Gosser

4. Any, and all, investigative reports related to the death of Brian Gosser, including the Indiana State Police, New Castle Police Department, and the Henry County Sheriff's Department

5. Tort Claim Notices

6. Video recordings of inmate visitations at Henry County Jail.

7. Surveillance video of the cell blocks where Brian Gosser was housed at the Henry County Jail.

8. Audio recordings of inmate telephone calls at the Henry County Jail.

9. Any and all video recordings and transcriptions of interviews taken in relation to the investigation into the death of Brian Gosser.

10. Autopsy reports, including autopsy photos.

11. Photographs taken of the Henry County Jail.

12. Any and all medical records of treatment rendered to Brian Gosser during his incarceration.

13. Any and all medical records of treatment rendered to Brian Gosser at Henry County Hospital or St. Vincent's Hospital.

14. Any and all court records relating to Brian Gosser.

15. Any and all relevant standard operating procedures or policies which were in effect from February 17, 2016 through March 3, 2016.

16. Billing records relating to the care of Brian Gosser.

17. Transcripts of any deposition taken in this matter, including exhibits.

18. Responses to any Non-Party Request for Production served in this matter.

19. Plaintiff's Answers to any Defendant's Interrogatories and Response to Request for Production, including all documents produced.

20. All records or reports generated by any expert.

21. All pleadings relevant to any other litigation involving the Plaintiff or decedent, Brian Gosser.

22. Medical treatises, references and periodicals referring to any psychological injuries Plaintiff is claiming, or injuries to the decedent, Brian Gosser, which Plaintiff is claiming.

23. Any statements of Plaintiff or decedent, Brian Gosser, about the incident at issue.

24. Statements of any third-party who witnessed the incident at issue.

25. Demonstrative exhibits in support of Defendants' case.

26. Any photographs, videos or diagrams relevant to the suit.

27. All pleadings, exhibits and documents of record of any party or witness on file.

28. Any exhibits necessary for rebuttal or impeachment purposes.

29. Any and all other exhibits which may be discovered prior to trial, which will be immediately disclosed to this court and all counsel of record.

30. Curriculum vitae of all expert witnesses.

31. Charts or diagrams for purposes of illustrating witness testimony.

32. Any exhibit listed on Plaintiff's preliminary exhibit list or in either Plaintiff's or any Defendant's initial disclosures.


Date:  12-14-2018                                /s/ Brian M. Pierce
                                                 Brian M. Pierce, Ind. Bar # 24350-18
                                                 106 E. Washington Street
                                                 Muncie, Indiana 47305
                                                 Tel:   (765) 289-9122
                                                 Fax:   (765) 289-6064
                                                 Email: brianpiercelaw@aol.com
                                                 Attorney for Defendants QCC, LLC, Christopher Stephenson, Tara Westermen, and Denette Lewark

<u>Certificate of Service</u>

      I, Brian M. Pierce, the undersigned counsel of record for Defendants, Quality Correctional Care, LLC, Christopher Stephenson, Tara Westermen, and Denette Lewark, affirms under penalties of perjury that a copy this Preliminary Witness and Exhibit List has been served on the following counsel of record by, and through, the federal electronic filing system or by US Mail, this ___14___ day of December, 2018:

Ronald E. Elberger
Jeffrey B. Halbert
BOSE McKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN 46204

Caren L. Pollack
Pollack Law Firm
10333 N. Meridian, Suite 111
Carmel, Indiana 46032

Date: 01-29-2018            /s/ Brian M. Pierce
                                       Brian M. Pierce, Ind. Bar # 24350-18