# Henry County Sheriff's Office
## Jail Division
## Policies and Procedures

| Subject: Inmate Classification | Policy Number: 13-04.03 |
|---|---|
| **Issue Date:** June 2013 | **Revision Date:** |
| **Approval Authority Title and Signature:** Ric McCorkle | Sheriff Ric A. McCorkle |
| **Reference this section to:** PREA Standards: 115.13; 15; 41; & 42; Indiana Jail Standards; and Section 2.16, Section 4.01, Section 4.02, Section 4.04, Section 4.05, Section 4.06, and Section 5.09, of this manual. ||

## POLICY:

The Henry County Sheriff's Office classifies inmates confined in its correctional facility, given the physical constraints of the existing correctional facility structure, scarce resources, staffing, and inmate population, in a way that furthers public safety, while ~~~~~~ safe and humane housing for inmates.

*[handwritten: RFP 4, 3 of 4?]*

**TEREST:**

rest of inmate and staff safety to provide reasonable and necessary ousing for the inmate population and this objective is aided by a defined ss.

ed to get from new PREA standards...

- **Cross Dresser** – Act of wearing clothing and other accoutrement commonly associated with the opposite sex within a particular environment. Cross-dressing may be used for disguise, deception, personal choice, or reflect a mental condition. Also, refer to *Transvestism*.

- **Inmate Classification** – Is a means of identifying and categorizing various inmate traits, characteristics, and potential risk factors. Criteria shall not include race, ethnicity, or religious preference. This classification plan has as its goal, the objective categorization of all inmates in the system. This plan outlines those goals and provides a method of monitoring progress.

- **Transgender** – Of, relating to, or being a person who identified with or expresses a gender identity that differs from the one which corresponds to the person's sex at birth.

## PROCEDURES:

| Jail Division, Policies and Procedures, 13-04.03 Inmate Classification |
|---|

### Initial Designation:
The Henry County Sheriff's Office classification system initially assigns inmates based on a preliminary assessment of their security needs. This system operates under the supervision of the Correctional Commander or designee. Inmates who display *special needs* during the intake booking process are assigned to special housing when such space is reasonably available, and in consideration of scarce resources.

Staff provides direct supervision to inmates during classification processing, and normally the arresting or transporting officer retains custody of the arrestee until the classification process is completed. The classification system is used to stratify inmate population according to predetermined classification standards.

Once classified, inmates are assigned a housing area, which the inmate is told it is their responsibility to clean and maintain. A custody reassessment is conducted between thirty [30] to ninety [90] days of the initial custody assessment. The Correctional Commander or designee oversees permanent assignments.

### Housing Classification:
Henry County Sheriff's Office attempts to maintain a sufficient number of different types of cells and housing areas appropriate for various categories of the shifting inmate population.

Refer to policy *Inmate Suicide Watch* for procedures on handling those inmates deemed at risk for suicide.

### Initial Intake Screening Classification:
Intake screening classification entails primary security level assignment to *maximum, medium,* or *minimum* housing by utilizing the *classification tree* found attached to this policy. This process is performed in the receiving area according to Henry County Sheriff's Office admission procedures. Designated staff members in the admissions area perform the initial intake classification, after physical intake processing is complete. Inmates are classified and housed in the least restrictive housing available without jeopardizing staff, inmates, or the public, utilizing risk factors that include any or all of the following:
1. Sex;
2. Age;
3. Medical condition;
4. Current offense or conviction;
5. Offense history;
6. Escape history;
7. Institutional disciplinary history;
8. Prior convictions;
9. Alcohol and/or drug abuse; &
10. Stability factors.

Custody levels and special housing needs are assessed to include minimum, medium, and

maximum custody levels and the placement of inmates to and from special units including protective custody, administrative segregation, disciplinary separation, and mental and medical health housing.

1. **Maximum**
   a. Maximum - High
   b. Maximum - Close Custody

2. **Medium**
   a. Medium - Assaultive/Escape Risk
   b. Medium
   c. Medium - Pre-Sentenced

3. **Minimum**
   a. Minimum - Pre-Sentenced
   b. Minimum
   c. Low Minimum
   d. Very Low

4. **Special Needs or Conditions**
   Special needs or conditions may temporarily or permanently override a classification assessment.

   a. **All Medical Conditions** – Inmates with confirmed or potential illnesses, suicide risks, mental defects, handicaps, alcohol or drug related conditions, temporarily or permanent, are placed in separate housing, if practical, and observed accordingly until staff or medical professional determines or perceives they can safely function safely in general housing. Inmates assigned to a segregated detoxification cell are transferred to general population when it appears they can care for themselves.
   b. **Violent Inmates** – Inmates who act out are confined in an administrative holding or violent cell if available. The status of these inmates are reassessed at least every twenty-four [24] hours.
   c. **Protective Custody** - Inmates identified as being *protection custody* status or who provide staff with information that leads to a reasonable belief they are endangered if placed in general population are placed in *administrative segregation*.
   d. **Juveniles** – Juveniles are separated by *sex* and *sight and sound* from adults in accordance with state juvenile or family laws, rules, and/or regulations.
   e. **Female Inmates** – Female inmates are separated from male inmates. However, males and females may simultaneously participate in work program activities when under direct visual supervision.
   f. **Transgender** – In situations where an inmate has completed a gender change, the sex of the inmate and medical and mental condition is reviewed by medical staff and Correctional Commander. The inmate may be placed in administrative segregation pending completion of the review. Genital status normally


*determines the gender by which institution staff classifies such inmates; however, security and safety considerations are important factors in housing. For more information on transgender classification, see policy Transgender Classification & Management.*

g. **Cross Dresser** - In situations where an inmate arrived at the facility as a cross dresser, the sex at birth is determined by medical staff, and the results referred to the classification officer and the Correctional Commander for classification determination. Typically cross dressers, are counseled regarding their unique security posture, and advised to maintain *same sex posture* within their housing unit. Likewise, cross dressers are not permitted to wear opposite sex garments, makeup, jewelry, etc.

h. **Progressing Gender Change** - In situations where an inmate has partially completed a gender change procedure, the situation is reviewed by medical staff and Correctional Commander and the inmate may be placed *administrative segregation* pending completion of the review. Genital status normally determines the gender by which institution staff classifies such inmates; however, security and safety considerations are important factors in housing.

The Correctional Commander is the only person to override the determination guided by the classification tree, the reason for overriding is written in the space provided on the form.

Inmates classified at the Minimum and Medium custody levels may be housed together. Likewise, Medium and Maximum custody inmates may be housed together. However, Minimum and Maximum custody level inmates are housed separately when space allows.

When under direct visual supervision, inmates of different custody levels may simultaneously participate in work and program activities, at the discretion of the Correctional Commander.

### Records:
The classification determinations are recorded on the upper portion of the *classification tree* under *Classification Notice* and kept in the inmate's file, with a dated notation. Inmate files are maintained with appropriate security safeguards consistent with Henry County Sheriff's Office policy and practices. Other records of inmate classification, initial and subsequent housing assignments, assignment appeals, etc., become part of this inmate file.

### Appeals:
An inmate may appeal a classification assessment, housing, work and program assignment, and/or a reassessment using the grievance procedure. The Correctional Commander or degisnee makes the final determination of an inmate's classification.

### Training:

HENRYCODEFSRRFP000260

Staff members whose duties include classification undergo at least four [4] hours of training regarding the principles, policies, procedures, and instruments utilized for classification assessments, housing assignments, reassessments and inmate needs. This training may be in the form of classroom training, or if OJT requires on less than eight [8] hours under close supervision.

## Limitations:

This is a goal-oriented process, and is naturally limited in a major way by the construction of the existing facility. The Correctional Commander has limited or no means of controlling the number or type of offenders that may be sent to him for incarceration at any given time. However, reasonable efforts are be made to house inmates consistent with their individual classification. Remember that each inmate entering the facility has an *unknown prior history that may be violent or self-destructive*. The art of effective classification is trying to determine what the prior history is and how it might affect the inmate's behavior and safety while in the facility.

## Audit:

The Correctional Commander conducts an annual, internal audit on the classification system. Audit records are maintained for any jail standards agency or subsequent review. The audit normally assesses the following features of the objective classification system:
1. Inmates are classified prior to placement in inmate housing;
2. Inmates are housed according to their assigned custody levels;
3. The override rate is acceptable; &
4. Classification instruments are completed in an accurate and timely manner.

HENRYCODEFSRRFP000261

```
Law Supplemental Narrative:
                        Supplemental Narratives
Seq Name          Date                 Narrative
  8 E Manning PE104 10:41:42 06/03/16
           HENRY COUNTY SHERIFF'S DEPARTMENT
```

The following facts and information subscribed and sworn to
before me this date: _____
================================================================

    I, Henry County Sheriff's Department Detective Captain Edward B. Manning, am assigned to the Henry County Major Incident Team. The following is my report in the homicide investigation of Brian Lee Gosser.
    On 03-01-16 a jail incident report was filed by Henry County Jail Commander Brent Grider in reference to a battery which occurred between inmates inside of the Henry County Jail. Commander Grider stated in his report that on 02-29-16 he spoke with inmate Brian Lee Gosser reference injuries sustained by Mr. Gosser while incarcerated at the Henry County Jail. This interview between Commander Grider and Brian Lee Gosser was audio recorded.
    Mr. Gosser stated that while housed in Henry County Jail "B" block he was beat by an inmate he identified as "Chip". He described him as tall, big, and hardly ever wears a shirt. Mr. Gosser stated that "Chip" had seen some of his legal paperwork and believed Mr. Gosser to be a "CHOMO" which is slang for Child Molester. Mr. Gosser stated that this was not the case and that "Chip" had the wrong idea. Mr. Gosser stated that it was like a super hard slap in the face, which bloodied his nose and stuff. He stated that it was not that big of a deal.
    Mr. Gosser was moved out of "B" block and placed in "F" block. Mr. Gosser stated that it was bad from the get go. Mr. Gosser stated that the first time he got e-cigarettes and commissary Josh and Joe stole all of them and gave them away. The second time he got e-cigarettes Josh took all of those. He also stated that the inmates called this block the Gladiator block.
    He stated that the inmates had this thing where they picked on each other and it seemed like it was in good fun but it did seem to go too far often. Mr. Gosser discussed being beaten in "F" block on more than one occasion. He stated that there were three guys involved. He stated that one of them was named Joe and that he was the main one. Mr. Gosser stated that Joe knocked him out cold. He was then shown pictures of inmates from "F" block and "E" block. He identified the pictures of Josh Wilson and Justin Fannin as being two of the inmates who beat him. He stated that he didn't see the photo of Joe.
    He also stated that the first couple of times it really wasn't that bad and he had a black eye but he thought maybe it was a right of passage and then they would leave him alone but it continued. He stated the last time he was pinned down by Fannin while Josh and Joe were pummeling him in the ribs and back. He stated that it happened in Josh and Fannin's cell. He stated that this happened on Friday 02-26-16 he thinks the time was around 3-4 P.M. He stated that he was knocked out during this altercation. He stated the last one was bad so he made a note to show the guard when he made his rounds to get him out of the block.
    Mr. Gosser was placed into another block. He stated that he liked where he was now. Mr. Gosser stated that he had numerous broken bones and feels that they need to pay for it and agreed to pressing charges.
    The case was transferred to the Henry County Criminal Investigations Division to be further investigated. The case was originally assigned to Det. Sgt. Mark Reece on the evening of 03-02-16.

    On 03-04-16 I, Det. Capt. Edward B. Manning, of the Henry County Sheriff's Department was contacted by Sheriff McCorkle in reference to Brian Lee Gosser. Sheriff McCorkle stated on the late evening of 03-03-16 Brian Gosser was transported from the Henry County Jail to the Henry County Hospital Emergency Room due to complications from his earlier injuries. Upon arrival at the Henry

provided. Upon inspection of those records the following was found.

Sick call and medical attention request form from Justin Fannin on 02-26-16. He stated that his teeth hurt.

Sick call and medical attention request form from Justin Fannin on 02-26-16. He stated that his eye is scratched and has a sinus infection.

02-27-16 Medical progress notes for Justin Fannin. Provider assessment notes state cornea may be scratched. States he was horsing around and someone's elbow got him in eye. Has a black eye also and old healing.

All of the medical records obtained in this investigation will be attached to this report.

On 03-08-16 I, Det. Capt. Manning, NCPD Det. Capt. Ullery, HCSD Det. Sgt. Darling, HCSD Det. Stacey Guffey, ISP Master Trooper Philip Byers, ISP Sgt. Kris Martin met at the Henry County Jail to process the scene in "F" block.
Photos of the cell block were taken. A visual inspection of all the cells and the contents was done. We found no obvious blood in cells or on any clothing that was in the cells. I had been advised by jail staff on 03-04-16 that the laundry from "F" block had been washed at least a couple of times since 02-26-16. I was further advised that the jail uniforms and laundry are piled up on the floor in the front of the cell block and is then picked up and washed. I was further advised that jail uniforms aren't marked with an inmates name and their clothing isn't marked most of the time either. Due to this information no clothing was collected in this investigation.
Sgt. Martin did use luminol in Cell#3 and received a positive for the possible presence of blood. Sgt. Martin took swabs of those areas for evidence. These items of evidence were later transferred to Det. Stacey Guffey and submitted to the Indiana State Police Lab for testing. A report filed by Sgt. Kris Martin along with photos will be attached to this report.

The following is the timeline on the incarceration of Brian Lee Gosser.

1. 02-17-16 at approximately 2052 Hrs. Brian Gosser enters the H.C. Jail
2. 02/17/16 at approximately 2132 Hrs. enters drunk tank
3. 02/18/16 at approximately 1931 Hrs. removed from drunk tank
4. 02/18/16 at approximately 1944 Hrs. enters "B" block
5. 02/22/16 at approximately 0046 Hrs. removed from "B" block
6. 02/22/16 at approximately 0051 Hrs. enters drunk tank
7. 02/22/16 at approximately 0943 Hrs. removed from drunk tank
8. 02/22/16 at approximately 0945 Hrs. enters "F" block
9. 02/26/16 at approximately 2007 Hrs. removed from "F" block
10. 02/26/16 at approximately 2008 Hrs. enters drunk tank
11. 02/27/16 at approximately 0950 Hrs. removed from drunk tank
12. 02/27/16 at approximately 0951 Hrs. enters "G" block
13. 02/27/16 at approximately 1148 Hrs. removed from "G" block
14. 02/27/16 at approximately 1148 Hrs. seen by the jail nurse
15. 02/27/16 at approximately 1202 Hrs. enters "G" block
16. 02/27/16 at approximately 1220 Hrs. removed from "G" block
17. 02/27/16 at approximately 1222 Hrs. transported to H.C. Hospital
18. 02/27/16 at approximately 1551 Hrs. returns to H.C. Jail
19. 02/27/16 at approximately 1554 Hrs. enters "G" block
20. 02/28/16 at approximately 0520 Hrs. removed from "G" block

about the guy and then Joe states Josh said he had a good defense covering up. Joe then states that I don't know if it was so good because it was a big puddle. Joe then asks the female if she ever heard of Ryan Gosser.

Later in the conversation, the female tells Joe he needs to tie his hands behind his back and not help anyone else anymore. Joe responds that if my feet were slow enough that would be fine. He also stated that he thinks the guy might have a little trouble breathing.

On 02-23-16 at approximately 1928 Hrs. Brian Gosser is speaking with his girlfriend Holly on the telephone. He tells her he has had a rough day and is not ok today. He tells her he got the shit kicked out of him again. He told her all of his commissary was taken and he thinks that is why they beat him up. He stated that he didn't tell anyone.

On 02-23-16 at approximately 2006 Hrs. Brian Gosser is speaking with his girlfriend Holly on the telephone. He begs her to contact his father and have him bail him out of jail. She also tells him that she is going to hear from his mother about a jail visit on Thursday. Brian states that he doesn't know if he will make it to then. She ask if it is because he thinks somebody else is going to beat him up and he responds "yes".
She asked why he thought they were going to beat him up again and he stated that he didn't know why. She asked him about trying to fight back and he responded it's not possible. He tells her needs help from her and she states that she isn't going to call his dad about bonding him out. He then tells her you might not hear from me again. She asked him why and he responds" I told you why".

On 02-24-16 at approximately 2202 Hrs. Brian Gosser is speaking with his girlfriend Holly on the telephone. He states that his eyes are "fucked up", that he is frustrated and is having a hard couple of days. He states that he is genuinely worried that he is not going to make it out of here. He states that he is going to ask his parents for commissary money since all of his stuff got stolen.

On 02-25-16 at approximately 1400 Hrs. Brian Gosser had a video visit with his mother. During the visit he shows his mother both his eyes and they are bruised and black. He stated that he had an issue with another inmate twice. He stated that he is in a different block and these guys are alright and cool. He stated that he is not going to report the issue because that is not what you do. It will just make it worse and create more problems. Has to have more money to get commissary because it was taken and needs to order e-cigarettes today to get tomorrow. Stating people have been loaning him coffee and things he needs.

On 02-25-16 at approximately 1908 Hrs. Brian speaks with Holly on the telephone. During the conversation he tells her that he and the guy he got into it with is cool now. He also told her that it is just part of jail.

The following is another excerpt of video.

On 02-26-16 at approximately 0043 Hrs. Josh Wilson lies on the floor in the cell block and then Joe Flynn gets on top of him and they wrestle for approximately 19 seconds. Joe Flynn then gets up and Justin Fannin gets on top of Josh Wilson and they wrestle for approximately 1 minute. Both Justin Fannin and Josh Wilson then get up off the floor and Joe Flynn lies on his back on the floor. Joe and Justin then wrestle for approximately 10-12 seconds and then both of them get up off the floor. Joe Flynn then again lies on his back on the floor and Brian Gosser removes his glasses and gets on top of Joe Flynn. They wrestle

for 10-12 seconds and then they both get up off the floor. Joe Flynn then again lies on his back on the floor and Brian Gosser gets on top of him and they again wrestle for approximately 10-12 seconds. They then both get up from the floor. None of this wrestling appeared to be serious and no one appeared to be angry with anyone.

Joe Flynn and Justin Fannin begin kicking towards each other and then Joe removes his shirt and follows Justin into his cell. Approximately 20 seconds later Joe exits the cell. Approximately 45 seconds later Robert Robinson enters the cell containing Justin fannin and then Robert exits approximately 30 seconds later. Justin Fannin then exits the cell approximately 20 seconds later. Justin Fannin and Joe then take a boxers stance and they both enter cell#3. Approximately 12 seconds later Joe Flynn exits the cell with his hand over his left eye and bending over. Approximately 1 minute and 12 seconds later Justin Fannin exits the cell and put water on a piece of cloth and holds against his right eye.

Several inmates are then talking back and forth with each other including Brian Gosser. Josh Wilson and Justin Fannin then begin wrestling with each other, which lasts approximately 35 seconds. The inmates then continue talking to each other.

Approximately 01:07:57 Hrs. Joe Flynn and Josh Wilson are standing at the bar doors of cell#3. Justin Fannin is inside of the cell at this time. Joe Flynn waves for Brian Gosser and Brian stands up and walks to the front of the cell door. Brian and Joe begin to talk and Joe starts waving for Brian to go into cell#3. Brian removes his glasses and sets them on the table and then enters the cell at approximately 01:08:37 Hrs. When Brian enters the cell Joe and Josh Wilson close the cell door behind him. At this time standing outside of the cell watching is Joe Flynn, Josh Wilson, Steven Shelley, and David Mettert.

Approximately 01:09:29 Hrs. Robert Robinson walks up to the front of the cell. Joe Flynn opens the cell door and enters and approximately 18 seconds later exits the cell. A few seconds later, what appears to be a shoe comes out of the cell. Joe then points at Josh Wilson and makes a kicking motion and Josh Wilson then partially enters the cell and kicks inside of the cell with his right leg. Approximately 01:10:48 Hrs. Brian Gosser exits the cell and puts on his glasses. He then sits down at the table and begins to look at his knees and elbows. Justin Fannin then exits the cell, stands and talks to the other inmates including Brian Gosser. The inmates including Brian Gosser then sit around the table and talk.

On 02-26-16 at approximately 1205 Hrs. jail officers deliver e-cigarettes to "F" block. Brian Gosser receives his and carries them back to his cell. Approximately 14:10:44 Hrs. Josh Wilson enters the cell#1 containing Brian Gosser and exits approximately 14:12 Hrs. carrying something in his hand. Approximately 1445 Hrs. Joe Flynn goes and stands outside the door of cell#1 and appears to be talking to Brian who is inside the cell. Approximately 1448 Hrs. Brendon Smith enters cell#1 and exits approximately 2 minutes later while Joe Flynn is still outside of the cell door. Joe then enters cell#1 and approximately 1 /1/2 minutes later he sticks his head out and David Mettert walks over to the door of cell#1. Joe Flynn goes back in the cell and David Mettert stands outside at the door. Joe stays in cell#1 for approximately 6 minutes more before he exits. During this time David Mettert is standing in the doorway of the cell and Justin Fannin and Robert Robinson walk down to cell#1 and appear to look in. Approximately 1632 Hrs. Brian Gosser exits his cell and for his supper tray. He then sits on the bench outside of his cell and eats his supper. Approximately 1641 Hrs. Josh Wilson, Justin Fannin, and Joe Flynn are standing at the front of the cellblock and appear to be talking. They then walk back to the middle of the cellblock. Approximately 1641 Hrs. Joe Flynn walks

toward cell#3 and nods his head toward the cell and Justin fanning and Justin Wilson the enter the cell with Joe Flynn. David Mettert then closes the cell door behind the three inmates and stands outside of the cell. Steven Shelley also is standing outside of the cell.

Approximately 1645 Hrs. Brian Gosser exits his cell and goes up to the front of cell#3 for a couple of seconds and then returns to his cell. Approximately 16:46:21 Brian Gosser then exits his cell, goes, and enters cell#3 containing Justin Fannin, Joe Flynn, and Joshua Wilson. David Mettert then closes the cell door behind Brian Gosser. David Mettert and Steven Shelley then stand outside the cell and look in. Approximately 2 minutes later Brendon Smith walks up to the cell and looks in.

Approximately 16:50:32 Joe Flynn exits the cell followed by Josh Wilson and Justin Fannin and they appear to be laughing. Joe takes off his shirt and throws it to Justin Fannin. Approximately 16:52:42 Brian Gosser exits the cell rubbing his face and eye. He appears to be bleeding from around his eye and nose and has what appears to be blood on his shirt. He walks to his cell and Justin Fannin is in Brian's cell. Approximately 1653 Hrs. the guards enter the front of the cellblock, speak with Joe Flynn and Josh Wilson briefly, and then exit the cellblock. Justin Fannin exits cell#1 carrying what appears to be a white shirt. Justin Fannin walks to and from his cell and cell#1 carrying some kind of clothing or towel. Approximately 1700 Hrs. Brian Gosser exits his cell with no shirt on and carrying some type of clothing.

Approximately 1711 Hrs. jail officer Huxhold enters the cell block and looks into cell#3 and then exits a short time later. Approximately 1738 Hrs. jail officer Huxhold returns to "F" block with a mop and bucket. Josh Wilson mops in cell#3 and Steven Shelley mops in cell#1. During this time jail officer Huxhold appears to have a brief conversation with Brian Gosser, who is sitting on the bench outside of his cell holding a towel or rag against his face and eye. Jail officer Huxhold then leaves the cell block with the mop and bucket a short time later.

Approximately 1923 Hrs. jail officer Lecher and other jail officers enter "F" block and do the head count. Officer Lecher enters into cell#1 for a few seconds and then exits and all of the jail officers exit "F" block. Approximately 2007 Hrs. jail officer Lecher and other jail officers return to "F" block and remove Brian Gosser from the block. Brian is then placed in the drunk tank for holding.

Telephone calls and video visitation made from "F" block from 02-26-16 through 03-04-16 was reviewed. All of the calls and video visitation were audio recorded and the findings of some of those calls and visitations are as follows:

On 02-26-16 at approximately 1554 Hrs. Justin Fannin talks to his mother on the telephone using Brian Gosser's account. During the conversation he tells her that he has a black eye from wrestling around.

On 02-26-16 at approximately 1754 Hrs. Justin Fannin talks to Keith and Bridgette at telephone number 765-545-0659. This telephone conversation is done using Brian Gosser's account. During the conversation he states that he has been wrestling around and got his eye blacked last night fucking around.

On 02-26-16 at approximately 2211 Hrs. Brendon Smith is speaking with Randi Coomer on the telephone. During the conversation Brendon talks about an inmate being moved out of the block today. He stated that he came in with 1 black eye and ended up with 2 and knots, and it just never healed for him. He further stated that right now there are 3 people in here with black eyes.