GOSSER, BRIAN LEE Enc#16047789 MR#276387 Type O EMR 3/3/2016 Visit Information 3/4/2016

# Henry County Hospital
1000 N 16th St.
NEW CASTLE IN 47362

**Soarian© Tracking Board Discharge Report - Discharge Instructions**

| | | | |
|---|---|---|---|
| Name: | Brian Lee Gosser | MRN: | 276387 |
| DOB: | 06/24/1983 | Patient ID: | 16047789 |
| Age/Sex: | 32Y/M | MPI: | 276387 |
| Arrival Date/Time: | 03/03/2016 22:42 | | |
| Provider: | Lindsay T Zimmerman, MD | | |
| Primary Care Physician: | | | |
| PCP Phone Number: | | | |

## Visit Information

You were seen in the Henry County Hospital Emergency Department.

| | |
|---|---|
| Arrival Date/Time: | 03/03/2016 at 10:42 pm |
| Your chief complaint was: | SOB, chest pain |
| Your diagnosis is: | Pleural Effusion, Acute renal failure, sepsis, Liver injury |

Name: Brian Lee Gosser  MRN: 276387  Patient ID: 16047789

Discharge Instructions Page 1 of 1

© 2003-2016 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2016 Business Objects SA. All rights reserved.

Printed By: JS - Job Scheduler
Printed On: 04-Mar-16 07:03

Page 1 of 1

GOSSER_000238