Henry County Hospital
1000 N 16th St.
NEW CASTLE IN 47362

Not quality Bill

CONFIDENTIAL

**Soarian© Tracking Board Discharge Report - Discharge Instructions**

| | | | |
|---|---|---|---|
| **Name:** | Brian Lee Gosser | **MRN:** | 276387 |
| **DOB:** | [redacted] | **Patient ID:** | [redacted] |
| **Age/Sex:** | 32Y/M | **MPI:** | 276387 |
| **Arrival Date/Time:** | 02/17/2016 19:42 | | |
| **Provider:** | Patrick J Maier, MD | | |
| **Primary Care Physician:** | | | |
| **PCP Phone Number:** | | | |

## Visit Information

You were seen in the Henry County Hospital Emergency Department.

Arrival Date/Time: 02/17/2016 at 7:42 pm

Your chief complaint was: medical clearance

Your diagnosis is: Alcohol Intoxication, Injury of Ankle

## Discharge Instructions

**Discharge Instructions**
Discharge Instructions:

# Alcohol Intoxication

Alcohol intoxication means your blood alcohol level is above legal limits. Alcohol is a drug. It has serious side effects. These side effects can include:

- Damage to your organs (liver, nervous system, and blood system).
- Unclear thinking.
- Slowed reflexes.
- Decreased muscle coordination.

## HOME CARE

- Do not drink and drive.
- Do not drink alcohol if you are taking medicine or using other drugs. **Doing so can cause serious medical problems or even death.**
- Drink enough water and fluids to keep your pee (*urine*) clear or pale yellow.
- Eat healthy foods.
- Only take medicine as told by your doctor.
- Join an alcohol support group.

## GET HELP RIGHT AWAY IF:

© 2003-2016 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2016 Business Objects SA. All rights reserved.

EXHIBIT
27
PENGAD 800-631-6989
tgh 8-1-18

**Discharge Instructions**

- You become shaky when you stop drinking.
- Your thinking is unclear or you become confused.
- You throw up (*vomit*) blood. It may look bright red or like coffee grounds.
- You notice blood in your poop (*bowel movements*).
- You become lightheaded or pass out (faint).

CONFIDENTIAL

## MAKE SURE YOU:

- Understand these instructions.
- Will watch your condition.
- Will get help right away if you are not doing well or get worse.

Document Released: 06/05/2009 Document Revised: 03/11/2013 Document Reviewed: 06/06/2011
ExitCare® Patient Information ©2014 ExitCare, LLC.

# Ankle Sprain

An ankle sprain is an injury to the strong, fibrous tissues (*ligaments*) that hold the bones of your ankle joint together.

## CAUSES

An ankle sprain is usually caused by a fall or by twisting your ankle. Ankle sprains most commonly occur when you step on the outer edge of your foot, and your ankle turns inward. People who participate in sports are more prone to these types of injuries.

## SYMPTOMS

- Pain in your ankle. The pain may be present at rest or only when you are trying to stand or walk.
- Swelling.
- Bruising. Bruising may develop immediately or within 1 to 2 days after your injury.
- Difficulty standing or walking, particularly when turning corners or changing directions.

## DIAGNOSIS

Your caregiver will ask you details about your injury and perform a physical exam of your ankle to determine if you have an ankle sprain. During the physical exam, your caregiver will press on and apply pressure to specific areas of your foot and ankle. Your caregiver will try to move your ankle in certain ways. An X-ray exam may be done to be sure a bone was not broken or a ligament did not separate from one of the bones in your ankle (*avulsion fracture*).

## TREATMENT

Certain types of braces can help stabilize your ankle. Your caregiver can make a recommendation for this. Your caregiver may recommend the use of medicine for pain. If your sprain is severe, your caregiver may refer you to a surgeon who helps to restore function to parts of your skeletal system (*orthopedist*) or a physical therapist.

## HOME CARE INSTRUCTIONS

- Apply ice to your injury for 1?2 days or as directed by your caregiver. Applying ice helps to reduce inflammation and pain.
- Put ice in a plastic bag.
- Place a towel between your skin and the bag.
- Leave the ice on for 15-20 minutes at a time, every 2 hours while you are awake.

© 2003-2016 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2016 Business Objects SA. All rights reserved.

Discharge Instructions

- Only take over-the-counter or prescription medicines for pain, discomfort, or fever as directed by your caregiver.
- Elevate your injured ankle above the level of your heart as much as possible for 2?3 days.
- If your caregiver recommends crutches, use them as instructed. Gradually put weight on the affected ankle. Continue to use crutches or a cane until you can walk without feeling pain in your ankle.
- If you have a plaster splint, wear the splint as directed by your caregiver. **Do not** rest it on anything harder than a pillow for the first 24 hours. **Do not** put weight on it. **Do not** get it wet. You may take it off to take a shower or bath.
- You may have been given an elastic bandage to wear around your ankle to provide support. If the elastic bandage is too tight (you have numbness or tingling in your foot or your foot becomes cold and blue), adjust the bandage to make it comfortable.
- If you have an air splint, you may blow more air into it or let air out to make it more comfortable. You may take your splint off at night and before taking a shower or bath. Wiggle your toes in the splint several times per day to decrease swelling.

## SEEK MEDICAL CARE IF:

- You have rapidly increasing bruising or swelling.
- Your toes feel extremely cold or you lose feeling in your foot.
- Your pain is not relieved with medicine.

CONFIDENTIAL

## SEEK IMMEDIATE MEDICAL CARE IF:

- Your toes are numb or blue.
- You have severe pain that is increasing.

## MAKE SURE YOU:

- Understand these instructions.
- Will watch your condition.
- Will get help right away if you are not doing well or get worse.

Document Released: 12/18/2006 Document Revised: 09/11/2013 Document Reviewed: 12/29/2012
ExitCare® Patient Information ©2014 ExitCare, LLC.

**Follow Up Care**
Additional Instructions: Call 765-521-1300 to get a primary care doctor for followup

**Electronically signed by Patrick J Maier, MD on 02/17/2016 20:20**

© 2003-2016 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2016 Business Objects SA. All rights reserved.

PATIENT Gosser, Brian Lee
MR # 276387
DOB [redacted]
GENDER M
ECD # 16035650

Henry County Hospital
New Castle, In 47362

## Patient Blood Pressure Screening and Follow Up Plan

CONFIDENTIAL

| Collected Date/Time | BP | Systolic | Diastolic |
|---|---|---|---|
| 02/17/16 07:45 pm | 131/96 | 131 | 96 |

If your blood pressure was 120/80 or above, you need to follow up with your primary care provider for blood pressure management. If you do not have a primary care provider, please call 521-1300 for a referral.

Henry County Hospital
New Castle, In 47362

Patient Blood Pressure Screening and Follow Up Plan

MR # 276387

Page 1 of 1
Printed: 02/17/2016 20:20

Gosser, Brian Lee

*ED0078*

EX. B 000004

QCC_000543

183346

# MENTAL HEALTH AWARENESS FORM

Inmate Name Brian Gosser Gender ✓ M ___ F Date: 2/17/16 Time: 2100

Staff Name Weston Unit # 4B Signature [signature]

| SECTION 1 | NO | YES | COMMENT |
|---|---|---|---|
| 1. Lack of family or friends in community? | ✓ | | |
| 2. Worried about major problems other than current legal situation? | ✓ | | |
| 3. History of drug or alcohol abuse? | | ✓ | |
| 4. Hold a position of respect in the community and/or crime is "shocking" in nature? | ✓ | | |
| 5. Thinking of killing him/herself? | ✓ | | |
| 6. Had a previous suicide attempt? | ✓ | | |
| 7. Nothing to look forward to in the future? | ✓ | | |
| 8. Experienced a significant loss within the last six (6) months? | ✓ | | |
| 9. Family member or other attempting or committed suicide? | ✓ | | |
| 10. Current suicide plan? If yes, describe. | ✓ | | |
| 11. Suicide plans in the past? If yes, describe. | ✓ | | |
| 12. History of cutting or other types of self injurious/self harm behaviors? | ✓ | | |

*Yes response on questions 1-9 and the inmate is not actively suicidal will result in the inmate being placed on suicide precaution and observed direct in person by staff at staggered intervals not to exceed ten (10) minutes until evaluated by mental health. **Yes response on questions 10-12 will result in the inmate being changed into suicide clothing and observed direct in person by staff at staggered intervals not to exceed every ten (10) minutes until evaluated by mental health.

| SECTION 2 | NO | YES | COMMENT |
|---|---|---|---|
| 1. Believe someone controls your mind by putting thoughts in or out of your head? | ✓ | | |
| 2. Others read your mind? | ✓ | | |
| 3. Lost or gained as much as two pounds a week for several weeks without even trying? | | ✓ | |
| 4. Have you or your family noticed you are currently more active than you usually are? | ✓ | | |
| 5. Do you feel like you talk or move more slowly than you usually do? | ✓ | | |
| 6. Recently felt useless or sinful? | ✓ | | |
| 7. Hospitalized/treated for emotional/mental health problems? | | ✓ | |
| 8. Taking meds for emotional/mental health problems? | | ✓ | |

*Yes to question 7 or 8, or yess to at least two (2) items 1-6 inmate shall be referred to mental health.

SECTION 3 Officer's Comments/Impressions (check all that apply)

[ ] Language barrier [ ] Under influence of drugs/alcohol [ ] Non-cooperative [ ] Difficulty understanding questions.

[ ] Eating problems [ ] Sleeping problems [ ] Withdrawal from others [ ] Lack of interest in activity

Other, specify ______________________________

Reprint at: I:\Jail and Annex Documents\MentalHealthAwarenessForm

PT

02/17/16
21:19

Inmate Medical History:

1124
Page: 1

Booking Number: 16-0249

Active
Confined - No loc

Name Number: 183348 Brian Lee Gosser
Doctor: None
Address:

Phone: ( ) -

Sex Prf: N Diet: none

| | | | | | |
|---|---|---|---|---|---|
| Allergies: | Y | Respiratory Problems: | N | High Blood Pressure: | (Y) |
| Heart Problems: | N | Hemophilia: | N | Tuberculosis: | N |
| Diabetes: | N | Pregnant: | N | Recently Pregnant: | N |
| Birth Control: | N | Dental Problems: | N | Alcoholism: | Y |
| Drug Dependency: | N | Kidney Disease: | N | Liver Disease: | N |
| Suicidal: | N | Epilepsy: | N | Hepatitis: | N |
| AIDS: | N | Venereal Disease: | N | Recent Head Injury: | N |
| Seizures: | N | Traumatic Injury: | N | Psychiatric Care: | N |
| & | | & | | & | |
| & | | & | | & | |
| & | | & | | & | |
| & | | & | | & | |
| & | | & | | & | |
| & | | & | | & | |

History: (See below)
Notes:

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

Yes Explanations:

Allergies:changed from ' ' to 'Y' by C Lecher J483 21:18:51 02/17/16
bactrum (sulpha drugs)
High Blood Pressure:
changed from ' ' to 'Y' by C Lecher J483 21:19:15 02/17/16
Alcoholism:changed from ' ' to 'Y' by C Lecher J483 21:19:30 02/17/16

EX. B 000006

QCC_000545

02/17/16
21:15

Initial Inmate Assessment:

1124
Page: 1

Booking Number: 16-0249

Active
Confined - No loc

Name Number: 183348 Brian Lee Gosser
Added By: 1124
Added When: 21:14:14 02/17/16
(See below)

Modified By: 1124
Modified When: 21:15:50 02/17/16

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

Assessment Text:

Part One: Ask the inmate the following questions and record the answers:

1. Is this your first time in jail? N

2. Are you or have you been receiving mental health counseling? Y

3. Have you ever thought about committing suicide? N

4. Are you thinking about it now? N

5. Has anyone in your immediate family committed or attempted suicide? N

6. What medications are you currently taking? Libreium

7. Are you in need of special care of any kind? N

8. Do you have any enemies in this facility? N

9. Are you a member or have you been a member of any gangs?

10. If yes on #9 list the gangs:____________________________________________

Part Two: Record the following observations:

1. Is the person drug or alcohol intoxicated? Alcohol

2. Does the person display withdrawal symptoms? Librium

3. Is the person's behavior violent or aggressive? N

4. Do the prisoner's wrists have any scars? N

5. Describe special measures you have taken for this person:

6. What is the person's date of birth? ______06/24/1983____________________

Inmate Signature

Date

EX. B 000008

QCC_000547

02/17/16
21:18

Inmate Medical Assessment:

1124
Page: 1

Booking Number: 16-0249

Active
Confined - No loc

Name Number: 183348 Brian Lee Gosser
Added When: 21:15:58 02/17/16 Modified When: 21:18:09 02/17/16
(See below)

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

Medical Screening Text:

Part One: Answer each question based on your observation of the inmate:

1. Is the person disoriented, confused, or unconscious? N

2. Does the person complain of pain? N

3. Does the person have visible trauma or bleeding? N

4. Are there visible signs of alcohol or drug influence? Alcohol

5. Are there visible signs of withdrawal from alcohol or drugs? N

6. Is there evidence of swelling, infection, or skin marks? N

7. Is there evidence of vermin or jaundice? N

8. Does the inmate carry medications or report being on medications? See previous

9. Is behavior suggestive of assault risk for staff or other inmates? N

Part Two: Record the answers to the following questions:

1. Do you have any diseases now? N

2. Are you in need of special medical care? N

3. What medications are you now taking? See previous

Part Two: (Tuberculosis <TB> Questions)

NOTE: TB Should be suspected in persons who have the following symptoms:

1. Have you had any unexplained weight loss? NO

2. Have you had loss of appetite? NO

3. Have you had night sweats? YES

4. Do you have a fever? NO

5. Having a problem with fatigue? YES

6. Do you have a cough lasted longer than three weeks? NO

If they answer YES to ANY of the part two questions provide the nurse with a copy of this questionnaire!

Part Three: (Ebola Screening)

1. Have you traveled to or from Africa in the last 30 days? NO

2. Have you had direct contact or close contact with any known or suspected Ebola Patient(s)? NO

(If NO to these questions then proceed as normal.) IF YES to either question check the inmate's temperature.

>>>>>>> If temperature is normal:

Contact medical provider for further instructions and assessment.

Move inmate to an isolation cell immediately. (Use negative pressure cell, if available).

Inmate must remain in isolation until released from isolation by provider. (Could be up to 21 days).

(Although this is highly unlikely as at risk inmate will go to hospital for further evaluation and treatment).

MEDICAL PROVIDER will contact CDC and Health Department immediately.

>>>>>>> If temperature is 100.4 or above:

Send inmate to Hospital Emergency Room IMMEDIATELY.

Contact Provider with details of which facility inmate is being transferred to and for further instructions.

MEDICAL PROVIDER will contact hospital, CDC and Health Department.

Part Four:

1. Do you Request to have a MEDICAL or PHYSICAL EXAMINATION? NO

2. Do you have Health Insurance? YES

3. If health insurance who is it with ? ________Medicare________________________

4. What is your date of birth ? ____[redacted]________________

_______________________________ Inmate Signature

_____________ Date

EX. B 000011

QCC_000550

# SICK CALL & MEDICAL ATTENTION REQUEST FORM

## Henry County Jail/Annex
## Sick Call Request Form

Date: 2/14/15 Cell: The Projects B1 Inmate #: 662483 LR3348

Inmate Name: Brian Gasser DOB: [redacted]

Check Service Requested:

- [ ✓ ] Doctor / Nurse ( )
- [ ] Dentist ( )
- [ ✓ ] Prescription filled (Librium , Prozac )
- [ ] Over the counter medication ( )

I wish to be seen at sick call because: (Please explain)

Been taking Librium for alcohol withdrawal and Prozac for social anxiety / nervousness

1. No inmate will be denied medical care due to inability to pay or due to insufficient funds in the inmate's account.
2. Fees will be collected only for services requested by the inmate.
3. No inmate will be charged for medical services required by the County Jail/Annex (such as intake screening).
4. All fees will be immediately deducted from the inmate's account. If there are insufficient funds in the account the fees will be debited and the account will show a negative balance. Any money received by the inmate (except bond money) will be first used to satisfy the inmate's debt with the County Sheriff's Office before any money can be used for commissary purchases.

*Signatures are required. This acknowledges charges of the above requests.*

Inmate Signature: [signature]

Medical Staff Signature:

Results of Request:

See documentation [signature] 2-22-16

[signature] 2-22-16

I:/Common/Jail and Annex Documents/Inmate Sick Call Request Form.doc

EX. B 000013

**SICK CALL & MEDICAL ATTENTION REQUEST FORM**

**Henry County Jail/Annex**
**Sick Call Request Form**

Date: 2/21/15 Cell: 8 Inmate #: 181538

Inmate Name: Brian Gosser DOB: [redacted]

Check Service Requested:

[ ✓ ] Doctor / Nurse ( possible concussion, nausea )
[ ] Dentist ( )
[ ] Prescription filled ( )
[ ] Over the counter medication ( )

I wish to be seen at sick call because: (Please explain)
I cannot sleep, I am getting ill, I hit my head severely

1. No inmate will be denied medical care due to inability to pay or due to insufficient funds in the inmate's account.

2. Fees will be collected only for services requested by the inmate.

3. No inmate will be charged for medical services required by the County Jail/Annex (such as intake screening).

4. All fees will be immediately deducted from the inmate's account. If there are insufficient funds in the account the fees will be debited and the account will show a negative balance. Any money received by the inmate (except bond money) will be first used to satisfy the inmate's debt with the County Sheriff's Office before any money can be used for commissary purchases.

*Signatures are required. This acknowledges charges of the above requests.*

Inmate Signature: [signature]

Medical Staff Signature:

Results of Request:
Received 2-22-16

I:/Common/Jail and Annex Documents/Inmate Sick Call Request Form.doc

| Neurological | 12-02 |
| --- | --- |
| Headaches | 12-02 |

Brian Gosser
Detainee Name

Date of Birth

2/22/2016
Date

0030
Time

Allergies: N/A

S. Ask the detainee:

How long have you had symptoms: 12:00 noon

Any recent trauma: Head /face

Any past history or recurrent headaches: NO

Any visual loss: NO

Any numbness present: Yes

O. Examine the detainee:

Vitals: BP: 127/87 Temp: 97.9 Pulse: 86 Resp: 97

Is the detainee alert and oriented: Yes

Where is the location of the headache: Face /left side

P. Treatment:

If able, check the pupils for reaction to light size. Check ear canals for blood or bleeding.

Schedule Physician sick call:

All detainees with recent head injury, or stiff neck (consider meningitis)

All detainees with constricted or unequal pupils, bleeding or blood in ear canal

Any detainee with an unsteady state or vertigo, or appears to be in significant pain

Any detainee with a change in mental status

Medication of Choice:

Tylenol Extra Strength 2 tablets twice a day for headache

**Inform the detainee to notify medical if symptoms are not resolved or become worse**

Physician's orders:

Physicians Name

Jayson Madden
Officer's Name

Reviewed & Revised: 11/10

Source:

Physicians Advisory Board

These Protocols are designed to assist the staff in the gathering of information to be communicated to the medical staff. The Protocols are not intended to establish a standard of medical care and are not standing orders. All treatments must be ordered and approved be a Nurse Practitioner, Physician Assistant or Physician.

Quality Correctional Care

Henry COUNTY JAIL

Medical Progress Note

( ) Telemedicine ( ) New Visit ( ) Follow-up
( ) MD ( ) NP/PA ( ) Nurse

Date: 2-24-16 (23 Jenna) Time: 0900 Inmate ID: 171325 Date of Birth: [redacted]

Inmate Name: Crosser, Brian Allergies: NKA

Subjective Complaint: Shakes, pain Duration: 3 days

Symptoms: — States shaky.

Findings: BP: 126/76 Pulse: 88 Resp: 16 Temp: — Wt:

Objective: Labs: X-rays:

| | |
|---|---|
| Eye | |
| Head, Ears, Nose, Throat | |
| Lungs/Chest | |
| Heart | |
| Abdomen | |
| Genito-Urinary | |
| Musculoskeletal | |
| Skin | Dry |
| Neuro | |
| Other | |

Provider Assessment: No s/s w/d. Not shaky. No tongue tremors. No sweating. I/m requesting prozac also

Plan: Visualized c̄ PA Stephenson. VO per PA prozac 40mg AM x 90 days

No other written complaints by patient: [ ]

Follow-up:

Patient Education: hydrate & may get Ibu from commissary

Orders Processed by:

[signature]

Nurse Signature

2-23-16

Date

Provider Signature

Date

# SICK CALL & MEDICAL ATTENTION REQUEST FORM

**Henry County Jail/Annex**
**Sick Call Request Form**

Date: 2/24/16 Cell: F-1 Inmate #: 18[illegible]

Inmate Name: Brian Grosser DOB: [redacted]

Check Service Requested:

[ ] Doctor / Nurse ( )
[ ] Dentist ( )
[✓] Prescription filled ( )
[✓] Over the counter medication ( Ibuprofen / Tylenol )

I wish to be seen at sick call because: (Please explain)
I have significant pain in my teeth causing difficulty to eat regularly

1. No inmate will be denied medical care due to inability to pay or due to insufficient funds in the inmate's account.
2. Fees will be collected only for services requested by the inmate.
3. No inmate will be charged for medical services required by the County Jail/Annex (such as intake screening).
4. All fees will be immediately deducted from the inmate's account. If there are insufficient funds in the account the fees will be debited and the account will show a negative balance. Any money received by the inmate (except bond money) will be first used to satisfy the inmate's debt with the County Sheriff's Office before any money can be used for commissary purchases.

*Signatures are required. This acknowledges charges of the above requests.*

Inmate Signature: [signature]

Medical Staff Signature: [signature] 2-25-16

Results of Request: Spoke c I/m. NO S/S of infection No broken teeth I/m admits hit in mouth States will wait a few days to see if better

[signature] 3-2-16 [signature] [signature]

# SICK CALL & MEDICAL ATTENTION REQUEST FORM

## Henry County Jail/Annex
## Sick Call Request Form

Date: 2/26/16 Cell: B Inmate #: 183348

Inmate Name: Brian Gosser DOB: [redacted]

Check Service Requested:

[✓] Doctor / Nurse ( Rib )
[✓] Dentist ( tooth )
[ ] Prescription filled ( )
[ ] Over the counter medication ( )

I wish to be seen at sick call because: (Please explain)

possible broken / infected tooth
extreme pain in lower right rib from slipping wet floor

1. No inmate will be denied medical care due to inability to pay or due to insufficient funds in the inmate's account.

2. Fees will be collected only for services requested by the inmate.

3. No inmate will be charged for medical services required by the County Jail/Annex (such as intake screening).

4. All fees will be immediately deducted from the inmate's account. If there are insufficient funds in the account the fees will be debited and the account will show a negative balance. Any money received by the inmate (except bond money) will be first used to satisfy the inmate's debt with the County Sheriff's Office before any money can be used for commissary purchases.

*Signatures are required. This acknowledges charges of the above requests.*

Inmate Signature: [signature]

Medical Staff Signature: [signature]

Results of Request:

Duplicate request spoke c̄ Dr. [illegible]
2-26-16

# SICK CALL & MEDICAL ATTENTION REQUEST FORM

**Henry County Jail/Annex**
**Sick Call Request Form**

Date: 2-27-16 Cell: G Inmate #: 153358

Inmate Name: Glasgow, Brian DOB: [redacted]

Check Service Requested:

[ ✓ ] Doctor / Nurse ( )
[ ] Dentist ( )
[ ] Prescription filled ( )
[ ] Over the counter medication ( )

I wish to be seen at sick call because: (Please explain) Chest hurting, people beat him up last night. N

1. No inmate will be denied medical care due to inability to pay or due to insufficient funds in the inmate's account.
2. Fees will be collected only for services requested by the inmate.
3. No inmate will be charged for medical services required by the County Jail/Annex (such as intake screening).
4. All fees will be immediately deducted from the inmate's account. If there are insufficient funds in the account the fees will be debited and the account will show a negative balance. Any money received by the inmate (except bond money) will be first used to satisfy the inmate's debt with the County Sheriff's Office before any money can be used for commissary purchases.

*Signatures are required. This acknowledges charges of the above requests.*

Inmate Signature: [signature]

Medical Staff Signature: [signature]

Results of Request:

Sent to ER. See documentation

7-2-16 [signature] [signature] 3-4-16

I:/Common/Jail and Annex Documents/Inmate Sick Call Request Form.doc

EX. B 000019

QCC_000557

Quality Correctional Care

Henry COUNTY JAIL

Medical Progress Note

( ) Telemedicine ( ) New Visit ( ) Follow-up
( ) MD ( ) NP/PA (✓) Nurse

Date: 2.27.16 Time: 1150 Inmate ID: 183348 Date of Birth: [redacted]

Inmate Name: Gosser, Brian Allergies:

Subjective Complaint: pain everywhere D/t altercation Duration: last night

Symptoms: hurts to breathe

Findings: BP: 140/96 Pulse: 88 Resp: 18 Temp: 97.7 Wt: 986

Objective: Labs: X-rays:

| | |
|---|---|
| Eye | B/L/at black eyes |
| Head, Ears, Nose, Throat | Nose swollen - hard to breath |
| Lungs/Chest | Lower lobe, dripping nose - trouble breathing Rt pain |
| Heart | |
| Abdomen | c/o pain |
| Genito-Urinary | No c/o |
| Musculoskeletal | c/o pain all over |
| Skin | |
| Neuro | |
| Other | |

Provider Assessment: states 3-4 men beat him couple times yesterday one time passed out + woke up disoriented would not tell me who they were... see progress note

Plan: Send to ER

No other written complaints by patient: [ ]

Follow-up:

Patient Education:

Orders Processed by:

[signature]

Nurse Signature

2.27.16

Date

[signature]

Provider Signature

3-2-16

Date

EX. B 000020

**Quality Correctional Care**

Inmate Name: Gosser, Brian

Inmate# 183348 DOB [redacted]

Date of Service: 2.27.16

PROGRESS NOTE:

This nurse tried to get I/m to tell who beat him. States there were 3 and one time knocked him out. This nurse said "The only I/m that hits that hard back there is Joe Flynn." Gosser just looked at me then turned his head and said "I told you there were 3 of them." Gosser states "Why should I tell, so they can stay in a place they live longer." —— D Lewarken

This nurse had to get another I/m out of that block. Asked Justin Fannin who beat Mr. Gosser because he was pretty injured. Fannin stated he got beat up in B block before he came in F. Fannin stated he didn't see anything —— D Lewarken

[signature] MD 3-4-16

Signature of Provider

Henry County
Hospital

Medical Record Department
1000 N. 16TH STREET NEW CASTLE, IN 47362

# FAX COVER SHEET

received 1010 am 3-4-16

DATE: 3/4 TIME:

TO: HC Jail PHONE:

Lisa (Medical) FAX: 521-3746

FROM: PCW. PHONE: (765) 521-1640

HCMH MEDICAL RECORDS FAX: (765) 521-1493

Patient Name: Medical Record#

Total number of pages including cover sheet: ______ Date(s) of Service: 2/27

**Documents Faxed:**

- ☐ Consultation
- ☐ Delivery Note
- ☐ Diabetic Sheet
- ☐ Discharge Instructions
- ☐ Discharge progress note
- ☐ Discharge Summary
- ☐ ECHO
- ☐ EKG Reports
- ☑ Emergency Record (3)
- ☐ Face Sheet
- ☐ H & P
- ☐ Laboratory Reports
- ☐ Newborn Record
- ☐ Operative Report
- ☐ Pathology Report
- ☐ Physician's orders
- ☐ Progress Notes
- ☐ Pulmonary Function
- ☐ Treadmill Report
- ☐ Other ______
- ☐ Imaging Report
  - ☐ Cardiolite
  - ☐ CT Scan
  - ☐ Mammogram
  - ☐ MRI
  - ☐ Nuclear Med
  - ☐ Ultrasound
  - ☐ X-ray
  - ☐ Other

CONFIDENTIALITY NOTICE: THE DOCUMENTS ACCOMPANYING THIS FASCIMILE TRANSMISSION CONTAIN CONFIDENTIAL INFORMATION. THE INFORMATION IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY ABOVE. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR THE TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THER FASCIMILE IS NOT PERMISSIBLE. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AT THE NUMBER ABOVE TO ARRANGE FOR THE RETURN OF THESE DOCUMENTS.

**Arrival Information**

I have reviewed available Ancillary / Nursing Staff documentation: Yes
Accompanied by: Self and Prison Guard
Historian: Self
Arrival Mode: Walk In
Arrival From: Jail
Treatment PTA: None

**HPI**

Primary Complaint: Trauma
Trauma Details: Associated Symptoms: Dizziness, Headache, Dyspnea, Swelling and Altered Mental Status — No Nausea and No Vomiting
Primary Complaint Details: Pt is in prison and states he was beat up last night, woke up in the middle of the night confused, pt report + LOC, pt states head, face, B eyes, back, ribs, chest pain today

Pt reports that he is in prison for alcohol related offenses. Yesterday he had an argument with some other inmates, which resulted in them cornering him and assaulting him several times throughout the day. He states that he was beated in 3 separate incidents, at roughly noon, 3 pm and 6 pm yesterday. The final incident was the most severe. He was attacked by 3 other inmates. One held him down, while the others beat him. He was punched repeatedly in the head and face using bare fists. He was kicked and kneed in the back, chest and ribs.
He did lose conciousness during the incident. Later, he went to the infirmary and either passed out or fell asleep. They had to awaken him, and upon awakening he was confused. He couldn't remember his name, and he thought it was his daughter's birthday, which is the 18th.
He reports that he has a HA. He feels dizzy. His face hurts. He has diffuse pain from neck to low back. He has R flank and R rib pain. It hurts to breathe. Its hard to breathe. He's coughed up some large blood clots "that were hard to wash down the sink."
He's had no hematuria. No N/V.

**Allergies**

- Sulfa (Sulfonamide Antibiotics)

Allergy List Was Reviewed: Yes

**History**

Significant Med Hx: As Listed / Common: HTN
Significant Surg Hx: None
Smoking Status: Current Every Day Smoker
Daily Smoker Details:
Smoking Type: Cigarette
Cigarette Details: Cigarette Amount: 1 Cigarette Pack
Alcohol Use: Current
Current Alcohol Use Details: Alcohol Type: Liquor; Frequency: Several Times per Day; Amount: Nine or More Drinks; Duration: 20 Year
Illicit Drug Use: Denies

**ROS**

Complete Review of Systems: All other systems reviewed and negative except as noted in the HPI

**Exam**

General Appearance: Well-Developed and Well-Nourished and Not In Acute Distress
**VITAL SIGNS**
02/27/2016 12:33

- Pulse Ox (%): 98
- Temperature: 98*F*
- Site: Oral
- Pulse: 86
- Site: Monitor
- Respirations: 18
- BP: 133/90 *(0-999999/NA-NA)*

- Site: LUE
- Position: Sitting
- Method: Automated
- Weight: 73*kg*
- Height: 69*inch*
- Body Mass Index: 23.7

I have reviewed and agree with vital signs as listed in the EMR: Yes
Head/Ear/Nose/Throat: Comment: Bilateral periorbital contusions. No facial swelling. No hemotympanum. No nasal swelling or bleeding. Can open/close jaw without pain. No dental injury. No scalp/head hematomas or bruising.
Eye: Comment: EOM intact. PERRL.
Neck:
NECK: As Listed
Comment: Supple.
Respiratory: Comment: No distress. Limited air movement audible R, posterior, lower lobe. +diffuse chest wall TTP most prominent on R side, lower.
Cardiovascular: CARDIAC: RRR; Normal S1, S2
Gastrointestinal: ABDOMEN: Soft; NT; +BS
Extremities: EXTREMITIES: No Cyanosis, Clubbing, Edema
Musculoskeletal: Comment: Diffuse, mild TTP along T spine. No point TTP.
Neurological: NEURO: AAO x 3; Nonfocal
Behavior/Emotional: PSYCH: Appropriate; Cooperative
Lymph: LYMPH: No Adenopathy Noted
Skin: SKIN: Clean, Dry and Intact

**ED Orders**

**Laboratory**

- **URINALYSIS CULTURE IF INDICATED** Urine Voided STAT
- **POC UA SCREEN** STAT (Discontinue)

**Radiology**

- **RIBS W PA CHEST RIGHT** assault, R rib pain,hemoptysis STAT
- **CT BRAIN WO** assault, LOC STAT
- **CT SINUSES OR FACIAL WO** assault, facial pain and bruising STAT

▲ **Labs**

**URINALYSIS**
**02/27/2016 13:37**

- COLOR: YELLOW
- CLARITY: CLEAR
- GLUCOSE URINE: NEGATIVE
- KETONES: NEGATIVE
- SPECIFIC GRAVITY: <= 1.005 L
- BLOOD URINE: NEGATIVE
- PH URINE: 6.5
- PROTEIN URINE: NEGATIVE
- NITRITE: NEGATIVE
- LEUKOCYTES: NEGATIVE

Labs or Other Tests Were Ordered During This Visit: Yes

Labs Reviewed for this Visit: Yes
Labs Discussed with Patient and/or Family: Yes

**Radiology**

**CT SCAN**
**CT Scans**
**02/27/2016 13:20**

- CT BRAIN WO: CT head 02/27/2016 HISTORY: Trauma Thin cut transaxial imaging obtained without IV. Computer reformatting performed in sagittal and coronal projections. The brainstem and cerebellum are intact. The cerebral hemispheres appear intact. There is no mass effect. There is no shift of midline structures. IMPRESSION: Negative exam. Electronically signed by William Shidal, MD on 2/27/2016 2:39 PM
- CT SINUSES OR FACIAL WO: CT facial bones 02/27/2016 HISTORY: Trauma Thin cut transaxial imaging obtained bone window detail. Computer reformatting performed in sagittal and coronal projections. Fracture of the nasal bone present. Fractures involving the left maxillary sinus are seen involving the anterior aspect, posterior wall and the lateral wall. Fracture present involving the anterior maxillary spine. Mucoperiosteal thickening is seen in the maxillary sinuses bilaterally. IMPRESSION: Minimally displaced fractures involving the nasal bone, anterior and posterior walls left maxillary sinus, lateral wall left maxillary sinus, maxillary spine. Electronically signed by William Shidal, MD on 2/27/2016 2:55 PM

**GENERAL RADIOLOGY**
**02/27/2016 13:20**

- RIBS W PA CHEST RIGHT: Right rib detail with PA chest 27 February 2016 HISTORY: Trauma Rib fractures present posterior aspect of the 10th and 11th rib on the right nondisplaced. There is no evidence of pneumothorax, pulmonary contusion or free pleural fluid. Electronically signed by William Shidal, MD on 2/27/2016 2:43 PM

**ED Course**

ED Course:
Time: 2/27/2016, 15:10
Clinical Status: Stable
Findings: Sleeping; easily roused, A/O x 3.

**Diagnostic Impression**

Impression: Closed Fracture of Facial Bone -- No Hemothorax, No Injury of Abdomen and No Pneumothorax
Other: Concussion w/ Less than 1 Hour Loss of Consciousness, Fracture of Nasal Bones and Closed Fracture of Multiple Ribs
Medical Decision Making: No surgical injuries; can be monitored at jail. Will dispo. Per guard, jail cannot accept rx for controlled substances.

**Disposition**

Disposition: Discharge
Discharge Details:
Decision Time: 2/27/2016, 15:23
Discharged to: Jail
Patient Condition: Stable

Electronically signed by JEANNE ELLEN VRABEL, PA on 02/27/2016 15:25
Electronically cosigned by CRAIG D BOONE, MD on 02/27/2016 15:38

| Gastrointestinal | 06-05 |
| --- | --- |
| Nausea and Vomiting | 06-05 |

Brian Gosser
Detainee Name

[redacted]
Date of Birth

2-28-16
Date

0530
Time

Allergies: Sulfa Drugs

**S.** **Ask the detainee:**

How long have you had symptoms: 0230 hrs 2-28-16

Any nauseating or vomiting: Both

Any injury to the area: Ribs + face

**If there is a presence of a large amount of blood, extreme pain or life threatening symptoms CALL PHYSICIAL IMMEDIATELY**

**O.** **Examine the detainee:**

Vitals: BP: 136/84 Temp: 98.2 Pulse: 107 Resp: 96%

Is there discomfort in the upper stomach and or chest area: Yes

**P.** **Treatment:**

Instruct the detainee to rest, increase clear liquid fluid intake and avoid caffeine

Encourage rest and deep breathing exercises and minimal activity for 24 hours

Instruct detainee not to eat or drink for 2 to 3 hours if vomiting present

If no vomiting may begin ice chips one teaspoon every 20 to 30 minutes and may increase liquids as tolerated

Limit size of food servings and serve foods detainee feels he/she can tolerate

**Medications of Choice:**

Compazine (prochlorperazine) 10mg tablets every eight hours as needed for nausea for 72 hours

Compazine Suppositories (prochlorperazine) 25mg every 12 hours as needed for severe vomiting for 72 hours

These Protocols are designed to assist the staff in the gathering of information to be communicated to the medical staff. The Protocols are not intended to establish a standard of medical care and are not standing orders. All treatments must be ordered and approved be a Nurse Practitioner, Physician Assistant or Physician.

EX. B 000027

Contacted ER waiting for ER Physician notes 2-29-16

**Henry County Hospital**
1000 N 16th St.
NEW CASTLE IN 47362

**Soarian© Tracking Board Discharge Report - Discharge Instructions**

| | | | |
|---|---|---|---|
| **Name:** | Brian Lee Gosser | **MRN:** | 276387 |
| **DOB:** | [redacted] | **Patient ID:** | [redacted] |
| **Age/Sex:** | 32Y/M | **MPI:** | 276387 |
| **Arrival Date/Time:** | 02/27/2016 12:31 | | |
| **Provider:** | JEANNE E VRABEL, PA | | |
| **Primary Care Physician:** | | | |
| **PCP Phone Number:** | | | |

**Visit Information**

You were seen in the Henry County Hospital Emergency Department.

| | |
|---|---|
| Arrival Date/Time: | 02/27/2016 at 12:31 pm |
| Your chief complaint was: | altercation |
| Your diagnosis is: | Closed Fracture of Multiple Ribs, Fracture of Nasal Bones, Closed Fracture of Facial Bone, Concussion w/ Less than 1 Hour Loss of Consciousness |

**Discharge Instructions**

**Discharge Instructions**
Discharge Instructions:

# Nasal Fracture

A fracture is a break in the bone. A nasal fracture is a broken nose. Minor breaks do not need treatment. Serious breaks may need surgery.

## HOME CARE

- Put ice on the injured area.
- Put ice in a plastic bag.
- Place a towel between your skin and the bag.
- Leave the ice on for 15-20 minutes, 3-4 times a day.
- Only take medicine as told by your doctor.
- If your nose bleeds, squeeze your nose shut gently. Sit upright for 10 minutes.
- Do not play contact sports for 3 to 4 weeks or as told by your doctor.

## GET HELP RIGHT AWAY IF:

- You have more pain or severe pain.
- You keep having nosebleeds.
- The shape of your nose does not return to normal after 5 days.
- You have yellowish white fluid (*pus*) coming from your nose.

© 2003-2016 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2016 Business Objects SA. All rights reserved.

**Discharge Instructions**

- Your nose bleeds for over 20 minutes.
- Clear fluid drains from your nose.
- You have a grape-like puffiness (*swelling*) on the inside of your nose.
- You have trouble moving your eyes.
- You keep throwing up (*vomiting*).

## MAKE SURE YOU:

- Understand these instructions.
- Will watch this condition.
- Will get help right away if you are not doing well or get worse.

Document Released: 09/26/2009 Document Revised: 03/11/2013 Document Reviewed: 04/02/2012
ExitCare® Patient Information ©2014 ExitCare, LLC.

# Rib Fracture

The ribs are like a cage that goes around your upper chest. The ribs protect your lungs. Your ribs move when you breathe, so it hurts if a rib is broken.

## HOME CARE

- Avoid activities that cause pain to the injured area. Protect your injured area.
- Eat a normal, healthy diet.
- Drink enough fluids to keep your pee (*urine*) clear or pale yellow.
- Take deep breaths many times a day. Cough many times a day while hugging a pillow.
- Do not wear a rib belt or binder on the chest unless told by your doctor. Rib belts or binders do not allow you to breathe deeply.
- Only take medicine as told by your doctor.

## GET HELP RIGHT AWAY IF:

- You have a fever.
- You cannot stop coughing or cough up thick or bloody spit (*mucus*).
- You have trouble breathing.
- You feel sick to your stomach (*nauseous*), throw up (*vomit*), or have belly (*abdominal*) pain.
- Your pain gets worse and medicine does not help.

## MAKE SURE YOU:

- Understand these instructions.
- Will watch this condition.
- Will get help right away if you are not doing well or get worse.

Document Released: 09/26/2009 Document Revised: 03/11/2013 Document Reviewed: 09/26/2009
ExitCare® Patient Information ©2014 ExitCare, LLC.

# Head Injury, Adult

A head injury happens when the head is hit really hard. A head injury may cause sleepiness, headache, throwing

© 2003-2016 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2016 Business Objects SA. All rights reserved.

| Discharge Instructions |
| --- |

up (*vomiting*), and problems seeing. If the head injury is really bad, you may need to stay in the hospital.

## HOME CARE

- Have someone with you for the first 24 hours. This person should wake you up every 1 hour to check on your condition.
  - Only drink water or clear fluid for the rest of the day. Then, go back to your regular diet.
  - Only take medicines as told by your doctor. Do not take aspirin.
  - Do not drink alcohol for 2 days.
  - Do not take medicines that help your relax (*sedatives*) for 2 days.

Side effects may happen for up to 7 to 10 days. Watch for new problems.

## GET HELP RIGHT AWAY IF:

- You are confused or sleepy.
- You cannot be woken up.
- You feel sick to your stomach (*nauseous*) or keep throwing up.
- Your dizziness or unsteadiness is get worse, or your cannot walk.
- You start to shake (*convulse*) or pass out (*faint*).
- You have very bad, lasting headaches that are not helped by medicine.
- You cannot use your arms or legs like normal.
- You have clear or bloody fluid coming from your nose or ears.

## MAKE SURE YOU:

- Understand these instructions.
- Will watch your condition.
- Will get help right away if you are not doing well or get worse.

Document Released: 11/30/2009 Document Revised: 03/11/2013 Document Reviewed: 11/03/2010
ExitCare® Patient Information ©2014 ExitCare, LLC.

# Facial Fracture

A facial fracture is a break in one of the bones of your face.

## HOME CARE INSTRUCTIONS

- Protect the injured part of your face until it is healed.
- Do not participate in activities which give chance for re-injury until your doctor approves.
- Gently wash and dry your face.
- Wear head and facial protection while riding a bicycle, motorcycle, or snowmobile.

## SEEK MEDICAL CARE IF:

- An oral temperature above 102° F (38.9° C) develops.
- You have severe headaches or notice changes in your vision.
- You have new numbness or tingling in your face.
- You develop *nausea* (feeling sick to your stomach), vomiting or a stiff neck.

## SEEK IMMEDIATE MEDICAL CARE IF:

- You develop difficulty seeing or experience double vision.

| Name: | Brian Lee Gosser | MRN: | 276387 | Patient ID: | ███ |
| --- | --- | --- | --- | --- | --- |

Discharge Instructions   Page 3 of 4

© 2003-2016 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2016 Business Objects SA. All rights reserved.

Printed By: VRABEL, JEANNE PA
Printed On: 27-Feb-16 15:31

**Discharge Instructions**

- You become dizzy, lightheaded, or faint.
- You develop trouble speaking, breathing, or swallowing.
- You have a watery discharge from your nose or ear.

## MAKE SURE YOU:

- Understand these instructions.
- Will watch your condition.
- Will get help right away if you are not doing well or get worse.

Document Released: 12/18/2006 Document Revised: 03/11/2013 Document Reviewed: 08/06/2009
ExitCare® Patient Information ©2014 ExitCare, LLC.

**Follow Up Care**

Follow Up Issues: Patient needs to be monitored for the next 24 hours for signs of head injury, including, but not limited to, somnolence, confusion, worsening headache, vomiting. He should be rechecked by a physician within 48 hours.
Return to the ER at once for any changing/worsening symptoms or any concerns.
Tylenol and ibuprofen for pain. Benadryl for sleeping.

**Electronically signed by JEANNE ELLEN VRABEL, PA on 02/27/2016 15:31**

© 2003-2016 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2016 Business Objects SA. All rights reserved.

Henry County Hospital

1000 N 16th St.
NEW CASTLE IN 47362
Phone: 7655210890

## Discharge Medication List

| | | | |
|---|---|---|---|
| **Name:** | Brian Lee Gosser | **MRN:** | 276387 |
| **DOB:** | [REDACTED] | **Patient ID:** | [REDACTED] |
| **Age/Sex:** | 32Y/M | **MPI:** | 276387 |
| **Arrival Date/Time:** | 02/27/2016 12:31 | | |
| **Provider:** | JEANNE E VRABEL, PA | | |
| **Primary Care Physician:** | | | |
| **PCP Phone Number:** | | | |

## Your Discharge Medications

**Take These Medications**

FLUoxetine (PROzac) 40 mg Capsule
Directions: 1 capsule oral daily

© 2003-2016 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2016 Business Objects SA. All rights reserved.

Printed By: VRABEL, JEANNE PA
Printed On: 27-Feb-16 15:31

Henry County Hospital
New Castle, In 47362

PATIENT Gosser, Brian Lee
MR # 276387
DOB [redacted]
GENDER M
ECD # 16042886

## Patient Blood Pressure Screening and Follow Up Plan

| Collected Date/Time | BP | Systolic | Diastolic |
|---|---|---|---|
| 02/27/16 12:33 pm | 133/90 | 133 | 90 |

If your blood pressure was 120/80 or above, you need to follow up with your primary care provider for blood pressure management. If you do not have a primary care provider, please call 521-1300 for a referral.

Henry County Hospital
New Castle, In 47362

Patient Blood Pressure Screening and Follow Up Plan

MR # 276387

Page 1 of 1
Printed: 02/27/2016 15:31

Gosser, Brian Lee

*ED0078*

EX. B 000033

QCC_000570

| Gastrointestinal | 06-05 |
|---|---|
| Nausea and Vomiting | 06-05 |

Brian Gosser
Detainee Name

Date [redacted]

2-28-16
Date

0530
Time

Remain in an upright position for 1 to 2 hours after eating
Avoid chewing gum or smoking which creates air in the abdomen
Avoid eating 1 to 2 hours prior to bedtime

**Inform detainee to notify medical if symptoms are not resolved or become worse**

Physician's orders: Place Inmate Gosser in DT under medical observation.

[signature] 3-2-16

[signature]
Physicians Name

[signature]
Officer's Name

Reviewed & Revised: 11/10
Source: Physicians Advisory Board
Source: Sanford Guide 2003

These Protocols are designed to assist the staff in the gathering of information to be communicated to the medical staff. The Protocols are not intended to establish a standard of medical care and are not standing orders. All treatments must be ordered and approved be a Nurse Practitioner, Physician Assistant or Physician.



Quality
Correctional Care

Inmate Name: Gusset, Brian

Inmate# 183348 DOB [redacted]

Date of Service: 2·28·16

PROGRESS NOTE:

I/m returned from ER multiple rib fractures, and fractured septum c/o pain PA notified T.O. IBU 800mg 1 po BID ———— [signature]

[signature]

3-2-16

[signature] 3-4-16

Signature of Provider

EX. B 000035

02/29/16
06:23

Jail Log:

1124
Page: 1

Active

Event Number: 16-007339
Name ID: 183348

Confined

Last: Gosser
First: Brian
Mid: Lee
Addr: 233 S 23
Phone: (765)591-5630
City: New Castle
ST: IN Zip: 47362
DOB: [redacted]
SSN: [redacted]
Alias For:

Time/Date of Event: 05:20:00 02/28/16
Treatment Date:
Type of event: MED Medical Event
Quantity: 127.00
Officer: C Lecher J483
Booking Number: 16-0249
Description:
(See below)

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

Description:

While passing breakfast, this inmate complained of sweating and vomiting from his concussion and that the doctor at the hospital had told him it was a medical emergency. I pulled Inmate Gosser to the booking area and took his vitals (listed on the medical protocol sheet). I then called Nurse Dennette and she informed me to place Inmate Gosser in the drunk tank for medical observation. She told me to inform him that she would be in to see him in the morning, and for us to log every time that Inmate Gosser vomited. He then began to bed for us to place him back into G Block and he would lay down. I placed Inmate Gosser in the drunk tank and had no other situations for the rest of the shift.

Nothing further at this time.

Quality Correctional Care

Inmate Name: Gosser, Brian

Inmate#________ DOB________

Date of Service: 3-2-16

PROGRESS NOTE: Allergic sulfa

Pain RIBS — Left upper Ribs c.
prednisone 60mg Po Daily X 5 days
Tylenol 1000mg BID x 3 d
Ibuprofen 800mg BID x 3 d

Christyn [illegible] 3-2-16

[illegible] 3-4-16

[illegible]

________________

Signature of Provider

Quality Correctional Care

Inmate Name: Brian Gosser

Inmate#________ DOB________

Date of Service: 3-2-16

PROGRESS NOTE:

Exam on 3-2-16 inmate was having Left Rib pain – no Bruising or Redness was Identified. Neg Turner Sign. I Asked him if this was Related to Altercation from a week ago and he said 4-5 Altercations. He stated he should have told officers after the first Altercation. This was at about 10p.m on Wednesday evening 3-2-16. I Did not have Records or Reports on the injuries sustained on the 2-27-16 date. I only had Diagnosis papers from ER.

(Late entry) [signature] NP

3-9-16

Signature of Provider

**Quality Correctional Care**

Inmate Name: Gisse, Brian

Inmate# R33458 DOB [redacted]

Date of Service: 3-3-16

PROGRESS NOTE:

I/m c/o trouble breathing when opened door to pass meds. I/m was pale and taking short breaths. VS: 98/70-97.5-112-26 SpO2 91% RA. Lung sounds diminished bilat lower lobes. Heard "popping noise below Ⓡ nipple. I/m states started on Ⓛ side now on Ⓡ. Completed albuterol neb now SpO2 97%. I/m still pale + c/o pain, SOB, vomiting, and no energy. States feels like "chest is tight and can't breathe" laying down at all. States has not slept in days. CXR STAT AP + LAT claim # 21102756

D. Watkins

Zofran 4mg po x1 Now

D. Watkins

[signature] 3-4-16

Signature of Provider



Quality
Correctional Care

Inmate Name: Gisser, Brian

Inmate# 153345 DOB [redacted]

Date of Service: 3.3.16 / 3.4.16

PROGRESS NOTE:

1930 XRay Tech has not arrived yet. Instructed custody to call this nurse if not showed up by 2000. Checked I/m before left. Adam's Apple inline, lips dry and cracked, gave vaseline to put on lips. Under tongue still wet. Instructed to try and sip on water to stay hydrated. — Slewarthen

Custody called @ 2030 stating xray not there yet. I/m c/o vomitting still. Instructed to place I/m in MC yard or DT and put on medical observation. Instructed custody to call Nurse Tara as soon as results come in or if I/m starts vomitting — Slewarthen

Signature of Provider

Claim No: 21102756 STAT

# EXAM ORDER AUTOFAX

MobilexUSA
Columbus, OH

IF YOU HAVE ANY QUESTIONS CONCERNING THIS PATIENTS EXAM, PLEASE CALL 800.932.2222

| PATIENT [redacted] MED REC#: | ROOM | STATION | SEX | DATE OF BIRTH | REQUEST DATE |
|---|---|---|---|---|---|
| GOSSER,BRIAN | | NURSES STATION | M | [redacted] | 03/03/2016 |

| | | | |
|---|---|---|---|
| FACILITY NAME | HENRY COUNTY JAIL | PATIENT TYPE: EMPLOYEE: | NO |
| FACILITY NO. | 30990 | ORDERING PHYSICIAN: | CHRISTOPHER STEPHENSON |
| FACILITY PHONE | 765-529-5201 | ADDRESS: | 707 W UNIVERSITY AVENUE 707 W. UN |
| PATIENT SS NO. | | CITY/ST/ZIP | MUNCIE IN 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 |
| MEDICARE NO.: | | PHONE | 765-808-0821 |
| MEDICAID NO.: | | NPI #: | 1063411098 |

This patient would find it physically and/or psychologically taxing, because of advanced age and physical limitations, to receive an exam/procedure outside this location. This test is medically necessary for the diagnosis and treatment of the patient.

By signing this form, I acknowledge that I have ordered this test, and confirm that the information above is accurate and correct based on my evaluation of this patient.

| | | | |
|---|---|---|---|
| PHYSICIAN SIGNATURE ______________ | | DATE SIGNED: | ______ |
| INSURANCE CO. NAME | | RESPONSIBLE PARTY: | FACILITY |
| INSURANCE ADDRESS | | ADDRESS | |
| CITY/ST/ZIP | | CITY/ST/ZIP | |
| INSURANCE PHONE: | | RELATIONSHIP | SELF |
| POLICY NO.: | | RELATIONSHIP PHONE | |
| HMO PRE-AUTH NO.: | | DATE-TIME | 03/03/2016 06:13pm |

I certify that the information given by me in applying under the title XVII of the Social Security Act is correct. I authorize any holder of medical or other information about me to release to CMS or its intermediaries or carriers any information needed for this or a Medicare claim. I request that payment of authorized benefits be made on my behalf. I permit a copy of this authorization to be used in place of the original and assigned benefits payable for covered medicare services to the organization or any physician funishing those services.

PATIENT UNABLE TO SIGN:__

PATIENT SIGNATURE:______________ DATE SIGNED:__________

I certify that the doctor's order and medical necessity for the exam ordered below is documented in the patient's medical chart.

NURSES SIGNATURE: [signature] DATE SIGNED: 3.3.16

| EXAMINATION | CODE | SYMPTOM/DIAGNOSIS |
|---|---|---|
| CHEST | 71020 CHEST - 2 VIEW (AP & LAT) | R07.1 CHEST PAIN ON BRE |

REASON FOR EXAM: CHEST PAIN ON BREATHING, SOB

## TECHNOLOGIST USE ONLY

| TECH | RAD CODE | TIME EXAM COMPLETED | DATE OF SERVICE | NO OF VIEWS | NO. OF PATIENTS |
|---|---|---|---|---|---|
| [signature] | | 2105 | 3.3.16 | 2 | 1 |

COMMENTS:

(1)

CONFIDENTIALITY NOTICE: This facsimile (including any accompanying documents) is intended for the use of MobilexUSA or the use of the named addressee(s) to which it is directed, and may contain information that is privileged or otherwise confidential. It is not intended for transmission to, or receipt by, anyone other than the named addressee(s) or person(s) authorized to deliver it to the named addressee(s). If you received this facsimile in error, please report the error by calling the MobilexUSA Privacy Office toll free at 866.686.1717, and providing your name, telephone number and the date. Once you have reported the error, someone from the Privacy Office will contact you within one business day. They may ask you to fax back the information you received so that the company can correct its records and prevent further miscommunication. Please keep the information in a secure place until you are contacted by the Privacy Office and complete the return of the information to that office. Once this is done, please destroy all copies of the mistakenly sent information, without forwarding it. Thank you for your cooperation.

Claim No: 21102756

Claim No: 21102756 STAT

EXAM ORDER AUTOFAX

MobilexUSA
Columbus, OH

IF YOU HAVE ANY QUESTIONS CONCERNING THIS PATIENTS EXAM, PLEASE CALL 800.932.2222

| PATIENT: [redacted] MED REC#: | ROOM | STATION | SEX | DATE OF BIRTH | REQUEST DATE |
|---|---|---|---|---|---|
| GOSSER,BRIAN | | NURSES STATION | M | [redacted] | 03/03/2016 |

| | | | |
|---|---|---|---|
| FACILITY NAME | HENRY COUNTY JAIL | PATIENT TYPE: EMPLOYEE: | NO |
| FACILITY NO. | 30990 | ORDERING PHYSICIAN: | CHRISTOPHER STEPHENSON |
| FACILITY PHONE | 765-529-5201 | ADDRESS: | 707 W UNIVERSITY AVENUE 707 W. UN |
| PATIENT SS NO. | | CITY/ST/ZIP | MUNCIE IN 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 |
| MEDICARE NO.: | | PHONE | 765-808-0821 |
| MEDICAID NO.: | | NPI #: | 1063411098 |

This patient would find it physically and/or psychologically taxing, because of advanced age and physical limitations, to receive an exam/procedure outside this location. This test is medically necessary for the diagnosis and treatment of the patient.

By signing this form, I acknowledge that I have ordered this test, and confirm that the information above is accurate and correct based on my evaluation of this patient.

| | | | |
|---|---|---|---|
| PHYSICIAN SIGNATURE ______________ | | DATE SIGNED: | ________ |
| INSURANCE CO. NAME | | RESPONSIBLE PARTY: | FACILITY |
| INSURANCE ADDRESS | | ADDRESS | |
| CITY/ST/ZIP | | CITY/ST/ZIP | |
| INSURANCE PHONE: | | RELATIONSHIP | SELF |
| POLICY NO.: | | RELATIONSHIP PHONE | |
| HMO PRE-AUTH NO.: | | DATE-TIME | 03/03/2016 06:13pm |

I certify that the information given by me in applying under the title XVII of the Social Security Act is correct. I authorize any holder of medical or other information about me to release to CMS or its intermediaries or carriers any information needed for this or a Medicare claim. I request that payment of authorized benefits be made on my behalf. I permit a copy of this authorization to be used in place of the original and assigned benefits payable for covered medicare services to the organization or any physician funishing these services.

PATIENT UNABLE TO SIGN:__

PATIENT SIGNATURE:______________ DATE SIGNED:__________

I certify that the doctor's order and medical necessity for the exam ordered below is documented in the patient's medical chart.

NURSES SIGNATURE: [signature] DATE SIGNED: 3.3.16

| EXAMINATION | CODE | SYMPTOM/DIAGNOSIS |
|---|---|---|
| CHEST | 71020 CHEST - 2 VIEW (AP & LAT) | R07.1 CHEST PAIN ON BRE |

REASON FOR EXAM: CHEST PAIN ON BREATHING, SOB

TECHNOLOGIST USE ONLY

| TECH | RAD CODE | TIME EXAM COMPLETED | DATE OF SERVICE | NO.OF VIEWS | NO. OF PATIENTS |
|---|---|---|---|---|---|
| [signature] | | 2105 | 3.3.16 | 2 | 1 |

COMMENTS:

(1)

CONFIDENTIALITY NOTICE: This facsimile (including any accompanying documents) is intended for the use of MobilexUSA or the use of the named addressee(s) to which it is directed, and may contain information that is privileged or otherwise confidential. It is not intended for transmission to, or receipt by, anyone other than the named addressee(s) or person(s) authorized to deliver it to the named addressee(s). If you received this facsimile in error, please report the error by calling the MobilexUSA Privacy Office toll free at 866.686.1717, and providing your name, telephone number and the date. Once you have reported the error, someone from the Privacy Office will contact you within one business day. They may ask you to fax back the information you received so that the company can correct its records and prevent further miscommunication. Please keep the information in a secure place until you are contacted by the Privacy Office and complete the return of the information to that office. Once this is done, please destroy all copies of the mistakenly sent information, without forwarding it. Thank you for your cooperation.

Claim No: 21102756

# RADIOLOGY REPORT

THIS REPORT IS BASED SOLELY UPON THE RADIOGRAPHIC EXAMINATION.
CORRELATION WITH THE CLINICAL EXAMINATION IS ESSENTIAL.

CONFIDENTIALITY NOTICE: This facsimile (including any accompanying documents) is intended for the use of MobilexUSA or the use of the named addressee(s) to which it is directed, and may contain information that is privileged or otherwise confidential. It is not intended for transmission to, or receipt by, anyone other than the named addressee(s) or person(s) authorized to deliver it to the named addressee(s). If you received this facsimile in error, please report the error by calling the MobilexUSA Privacy Office toll free at 866.686.1717, and providing your name, telephone number and the date. Once you have reported the error, someone from the Privacy Office will contact you within one business day. They may ask you to fax back the information you received so that the company can correct its records and prevent further miscommunication. Please keep the information in a secure place until you are contacted by the Privacy Office and complete the return of the information to that office. Once this is done, please destroy all copies of the mistakenly sent information, without forwarding it. Thank you for your cooperation.

Facility: HENRY COUNTY JAIL - 30990
127 N. 12TH STREET
NEW CASTLE, IN 47362-4524

DOS: 03/03/2016
Case: 21102756

Patient: GOSSER, BRIAN
Number:
Reason: CHEST PAIN ON BREATHING, SOB
Examination:

DOB: [redacted] Age: 32
Room: (NURSES STATION)

CHEST - 2 VIEW (AP and LAT)

Results: The heart and mediastinal structures are normal. There is slight infiltrate in the right lung base. The osseous structures are normal for patient's age. No venous congestion is noted.

Conclusion: Slight right basilar infiltrate.

Electronically signed by MICHAEL JOHNSON, D.O. 3/3/2016 9:20:43 PM EST.

Radiologist: Date: 03/03/2016 Time: 09:20pm ET

MICHEAL JOHNSON,DO/LE
RADIOLOGIST
Physician: CHRISTOPHER STEPHENSON, PA

Please call 1-866-682-5454 ext 4 if you have any questions or concerns with this report.

Midwest Region
6185 Huntley Road
Columbus, OH 43229
800.932.2222

Quality Correctional Care

Inmate Name: Grosser, Brian

Inmate# 183348 DOB [redacted]

Date of Service: 3-3-16

PROGRESS NOTE:

I/m told nurse during med pass he had been vomiting. This nurse told I/m to relax & when he got sick again notify ofc to let nurse know. ofc said I/m wanted to talk ē nurse. This nurse went to talk ē I/m. No vomit. I/m spitting in cup. I/m C/o pain. said from his "broken ribs" nurse instructed to rest & not drink liquid while nauseated & gave to I/m ice chips to have. I/m had no other C/o at this time. [signature]

3-4-16 This nurse contacted by jail staff at ≈ 0930 2130 on 3-3-16 with x-ray results. This nurse had spoke ē nurse Dennette prior to conversation ē jail, instructed to have her call jail & place I/m in Drunk tank or rec yard for medical observation. X-ray results sent to PA Stephenson. VO to start Zithromax on 3-4-16. ofc called this nurse to notify I/m vomiting. This nurse called PA. This nurse called jail back instructed to send to ER Immediately [signature]

[signature] 3-4-16

Signature of Provider

Quality Correctional Care

Inmate Name: Gosser, Brian

Inmate# 183348 DOB [redacted]

Date of Service: 4-7-16

PROGRESS NOTE:

0845 Supplemental report
This note is to reflect charting from 3-4-16 was related to incident pertaining to information that happened 3-3-16 c̄ jail staff contacting this nurse on 3-3-16 @ 2130 with xray results. I/m was sent to ER @ ≈ 2150 3-3-16 [signature]

______________________
Signature of Provider

# MEDICATION ADMINISTRATION RECORD

DIAMOND PHARMACY SERVICES
1.800.882.6337 FAX: 724.349.4209

| Effective Dates | Medications | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Original Order: — Discontinue: — | fluoxetine 20mg 2 caps daily | AM | [illegible] | [illegible] | y | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order: 2-28 Discontinue: 3-14 | Ibu 800mg 1 tab twice daily | AM | | | | | | | | | | | | | | | STOP | order d/c'd | | | | | | | | | | | | | | | |
| | | PM | y | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order: 3/2 Discontinue: 4/2 | Ibuprofen 800mg twice daily | AM | [illegible] | y | y | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | PM | | N | N | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order: 3/2 Discontinue: 4/2 | Tylenol 1000mg twice daily | AM | [illegible] | y | y | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | PM | | N | N | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order: 3/2 Discontinue: — | Prednisone 60mg Daily x 5 days | AM | | N | X | | | | STOP | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order: 3/3 Discontinue: — | Zofran 4mg x1 now | | | | N | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| | | | | [illegible] | [illegible] | N | [illegible] | u | [illegible] |

Location: | Date of Birth or Soc. Sec. No.: 6-24-63 | Allergies: Sulfa | Diagnosis:

Patient Name and Number: Fosset, Brian | Facility: HCS | Charting for: Mar | Through: 2016

# MEDICATION ADMINISTRATION RECORD

DIAMOND PHARMACY SERVICES
1.800.882.6337 FAX: 724.349.4209

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ORIGINAL ORDER | Fluoxetine 20mg 2 Caps daily | AM | | | | | | | | | | | | | | | | | | | | | | | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | |
| DISCONTINUE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER 2/28 | IBU 800mg twice daily | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | [illegible] | [illegible] | | |
| DISCONTINUE | | PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | [illegible] | [illegible] | | |
| ORIGINAL ORDER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DISCONTINUE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DISCONTINUE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DISCONTINUE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DISCONTINUE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | [illegible] | [illegible] |
| | | | | | | | | | |
| | | | | | | | | | |

LOCATION: F
DATE OF BIRTH OR SOC. SEC. NO.:
ALLERGIES:
DIAGNOSIS:
PATIENT NAME AND NUMBER: Gessie, Brian
FACILITY: HCS
CHARTING FOR: Feb
THROUGH: 2016