```
 1   A   No, not until 3/3, pretty much.  If you're
 2       talking about the whole stay --
 3   Q   Yes.
 4   A   -- yeah.  Yeah, 3/3 was the first -- I examined
 5       him on 3/2, and 3/3 was the first issue, because
 6       I even asked him.  And I don't know if he was
 7       just trying to be tough or stoic, but he looked
 8       like somebody was healing up from a couple rib
 9       fractures, and he didn't -- that was one of the
10       problems with his whole stay is because he would
11       not complain or tell anybody.
12           I think his chief complaint the whole time
13       that he was there was dental issue.
14           My understanding was he was beaten up
15       before the night of the 27th.  He was beaten up
16       multiple times and on exam on 3/2 I asked him, I
17       said are all these injuries from -- and he said,
18       well, multiple times.
19           And then I asked has he been beaten up
20       again.  And they said no, they got him out of
21       there.  But he said it was multiple times.  He
22       admitted to me he had been beaten up multiple
23       times.
24           But even then, my understanding was the
25       only one that he admitted to somebody else had
```



```
 1    have had more information, because I don't
 2    see -- I mean, going forward, I don't see how we
 3    got from point A to point B.  And it skipped the
 4    E.R. and it skipped us, but then you get an
 5    autopsy report that looks pretty bad.  How did
 6    that get there?
 7         I mean, obviously the hospital is staffed
 8    with E.R. physicians, with surgeons, with
 9    nephrologists, with neurologists, with
10    everything that they could have consulted if
11    they found something.  And I don't know why they
12    didn't, quite honestly.  I don't know why they
13    didn't look further with a couple of the
14    findings from what I have seen.
15  Q Well, how about considering the medical staff
16    could have called the hospital from the jail,
17    that didn't occur, did it?
18  A (Witness shakes head side to side.)
19  Q No?  You have to say the word or --
20  A Yes.  Yes, they did not.
21  Q So there was no call, no one got in the car and
22    went to the hospital --
23  A No.
24  Q -- to see or speak with anyone there?
25  A No.
```



```
 1        fractures, people can still --
 2   Q    Function?
 3   A    -- function, but --
 4   Q    Well, here we know that Mr. Gosser had several
 5        rib fractures; correct?
 6   A    On autopsy report he did.
 7   Q    And what did that tell you?
 8   A    That's the problem I have had to understand, how
 9        we got from point A to point B, if -- why were
10        those not evaluated in the emergency room.
11        Because that diagnosis on the autopsy, that
12        patient should have never came back to the jail.
13        They should have never been released.  Multiple
14        rib fractures demand an admission.
15             The only patients I have ever seen with
16        multiple rib fractures were in ICU.  The trauma
17        that is sustained to incur that kind of injury
18        is significant and has to be addressed.  It
19        could be maybe he had a slow bleed, but it still
20        had to be a bleed that was found if you have
21        multiple rib fractures.
22   Q    Right.  Well, let's look at Exhibit 27, I
23        believe you have in front of you.  It is over
24        here.  You can take those away.
25   A    Yeah.
```

```
 1        So what does this Visualize with PA
 2     Stephenson" mean?
 3   A  I don't know if it was just she wanted to show
 4     me his shakes or whatever from the withdrawal to
 5     verify.  But a lot of times I don't even see
 6     that.
 7        If it is an alcohol withdrawal, we usually
 8     start that pretty quickly, because they can --
 9     we have had bad outcomes with folks that weren't
10     showing any signs.
11        But if it is a known person that's an
12     alcoholic or if they are known around the
13     community as being a heavy drinker, if they
14     start any symptoms of alcohol withdrawal, it is
15     pretty significant.  So we usually start
16     Librium.
17        And it looks like that was what the order
18     was earlier, was the Librium, and that was a
19     verbal order.
20   Q  Okay.
21   A  But I don't know what -- usually I would have
22     signed if I saw them right then, but I don't
23     know if I was on my way out or why I would have
24     visualized that.  But maybe she just said I want
25     you to see him, his shakes, and see what you
```



```
 1        I mean, had they -- the full Discharge
 2   Summary, the outcome could have been a lot
 3   different; correct?
 4  A  Hindsight is 20/20.  If we are going to go back,
 5   why was this gentleman released from the E.R.
 6   with multiple rib fractures?  Who was the
 7   doctor?  Who was the PA?  Who saw fit to let
 8   this guy go back to a jail facility that's less
 9   prepared than your doctor's office or urgent
10   care to be seen for those kind of injuries.
11        Would they let him come back with kidney
12   failure maybe too and then leave it upon medical
13   at the jail to provide those answers, or would
14   they look into it?
15        They found him to have a bad enough injury,
16   that they did a CT of his head and face.  And
17   then to find multiple rib fractures and not at
18   least do a CT of his chest, they could have
19   easily found -- if he had organ bleeding, I
20   would have expected that to happen immediately.
21        MR. ELBERGER:  Can you read back the
22   initial question.
23  Q  I ask you to answer the initial question.
24  A  Okay.
25        (The requested text was read back by the
```



```
 1        this, but they probably figured a couple of rib
 2        fractures, not a big deal.
 3   Q    You're guessing; am I right?
 4   A    No.  No.  They sent him back to the jail with
 5        two rib fractures.  They weren't too concerned,
 6        and they didn't do a CAT scan of his chest and
 7        abdomen.
 8             Wouldn't it stand to reason that he had
 9        abdominal pain after being beaten up and
10        unconscious?  Wouldn't it stand to -- with a
11        10th and 11th rib fracture, those are down here.
12        Those are below the rib cage.
13   Q    Well, they are on the lower extremity of the rib
14        cage?
15   A    The 11th rib is a floating rib.  It is not
16        connected to the rib cage.
17             The 10th is the most commonly fractured
18        rib, 7th and 10th.  That's what I don't
19        understand.
20             We can only work on the knowledge that
21        we -- when I send somebody to another provider,
22        a higher level provider, like the emergency
23        room, I expect a thorough examination before you
24        send them back to the jail.  Because even if you
25        sent them home, at least grandma or mom or
```



```
 1   A   It is for pain and anti-inflammatory.  Tylenol
 2       is specifically more just pain receptors.
 3       Ibuprofen helps pain.  And if it is
 4       inflammatory-type pain, it would help as well.
 5   Q   You wrote another progress note.  And is that
 6       your handwriting on page 575?
 7   A   Yes.
 8   Q   I can read, "Exam on 3-2-16.  Inmate was having
 9       left rib pain," and I can't make out the rest of
10       that line.
11   A   "No bruising or redness was identified."
12   Q   Okay.
13   A   A negative Turner's sign, which a Grey Turner's
14       sign is you look for bruising in the flanks to
15       indicate any internal bleeding.
16           I asked him if this was related to the
17       altercation that he had almost a week ago, and
18       he said four to five altercations.
19           He stated he should have told officers
20       after the first.  This was at about ten p.m. on
21       Wednesday evening.
22           I did not have records or reports on the
23       injury sustained on the 2/27 date.  I only had
24       the diagnosis papers from the E.R.
25   Q   And then the note on 576, that handwriting is
```



```
 1         whose, Lewark's?
 2     A   Yes, it must be there.
 3     Q   Yeah.
 4     A   Yeah, that's for 3/3.
 5     Q   Right.  The next day.  Going back to page 575
 6         that you had written, why the addition of "(Late
 7         entry)" next to your signature on 3/9, March 9th
 8         of 2016?
 9     A   I do not know if it was signed late or if it was
10         part of the --
11     Q   Well, on top it says "Date of Service,
12         March 2nd."
13     A   Yes.
14     Q   But the signature is March 9th.
15     A   Yes.  I may not have signed it the day that I
16         did that.  No one signed this other one.
17     Q   Could you please read the handwriting on the
18         second line down?
19              I can read inmate was pale and I believe
20         taking short breaths.
21              MR. PIERCE:  Are we on 576?
22              MR. ELBERGER:  Yes, we are.
23              MR. PIERCE:  Okay.
24     A   Inmate was pale taking short breaths, vital
25         signs, 98 over 70, 97.5 temp, heart rate was
```

1      112.

2   Q  Pulse?

3   A  Or pulse was 112.

4   Q  Yeah.

5   A  Twenty-six, that must have been respirations,

6      O2 sat was 91 percent at that point.

7   Q  What does 91 percent saturation mean?

8   A  It means it is lower than it should be. I would

9      expect 97, 96, 97, 98, 99, 100, all those are

10     good.

11  Q  And that's where the nurse heard popping noise

12     below the right nipple; correct?

13  A  Yes.

14  Q  Okay.

15  A  It looks like we gave him an albuterol

16     nebulizer, and his O2 sat went up to 97 percent.

17     And it was shortly after that that the --

18  Q  That's to open up the lungs?

19  A  Yes. The chest x-ray was either done after

20     this, pain, short of breath, vomiting, and no

21     energy, chest x-ray stat.

22         We ordered a chest x-ray stat after this

23     breathing treatment. And when the report came

24     back he vomited.

25  Q  Why was it decided to order an x-ray at that

```
 1      point in time?
 2              Didn't you already have enough information
 3      to ship him out?
 4   A  Yeah.  Possibly.  But then, again, I mean, I
 5      just seen him the day before and his vital signs
 6      were normal.  And now he says he can't hardly
 7      breathe, so we gave him a breathing treatment.
 8              And at this point I am assuming that he may
 9      be developing pneumonia, which it kind of looked
10      like from the x-ray that that was definitely
11      what seemed to be occurring.
12              But then when he started vomiting, we
13      weren't going to be able to keep antibiotics
14      down.  We weren't going to be able to keep any
15      of the other stuff down, so.  And he was
16      actually observed to be vomiting at that point.
17      That's what the call that I got back said, hey,
18      he is vomiting.
19              And I said then he needs to go back,
20      because we can't keep meds down him, and it
21      looks like he has got a pneumonia developing.
22   Q  So then on page 577, relating to the dates of
23      March 3rd and 4th, Nurse Lewark, he was
24      continuing to complain of vomiting, and she
25      instructed to place the IN, inmate, in -- is
```



```
 1        that the recreation yard or drunk tank?
 2   A    Place in, yeah, rec yard.
 3   Q    And put in medical observation.
 4             It appears that he is going into extremis,
 5        does it not?
 6   A    Extremis, you mean --
 7   Q    A more serious situation.
 8   A    Yes.
 9   Q    And so your approach at that point in time, was
10        it not, was when in doubt ship them out?
11   A    Yes.  Yeah, I don't know that I received this
12        when it happened, when she documented this, but
13        we were waiting on the x-ray.  And once the
14        x-ray came and she told me that, then we started
15        Zithromax, I believe.
16             And after, shortly after the Zithromax was
17        started, she called back and said he is
18        vomiting, and then he went --
19   Q    Zithromax is an antibiotic?
20   A    Yes.
21   Q    Broad spectrum?
22   A    Yes.  It is pretty, pretty effective.  That was
23        kind of our pneumonia protocol at the hospital
24        was Zithromax and a shot of Rocephin for
25        pneumonia.  It is for diagnosed, even
```



```
 1      chest-diagnosed pneumonias that you see on
 2      radiograph.  Usually we would give Zithromax and
 3      Rocephin.
 4           We don't have Rocephin at the jail.  We
 5      would love to, but -- or he would have gotten a
 6      shot there.
 7  Q   If you would, turn to page 581 of Exhibit 27,
 8      please, at the bottom I see Dr. Loveridge's
 9      signature dated March 4th, 2016, and I believe
10      that's Tara's signature on the right side;
11      correct?
12  A   Yes, I believe so.
13  Q   And the date of service here says March 3rd,
14      "Inmate told nurse during med pass," when
15      medication was being passed around, is that what
16      that stands for?
17  A   Yes, med pass, yeah.
18  Q   That he had been vomiting, Tara then told him to
19      relax.  And when he got sick again, notified the
20      office to let the nurse know.
21           Let's see.  And then I can't read the next
22      thing.  Officer -- or is that O-F -- on the
23      third line.
24  A   Notify officer to let nurse know.  Officer said
25      inmate wanted to talk to nurse.  The nurse went
```



```
 1         to talk with inmate.  No vomit.  Inmate spitting
 2         in a cup.  Inmate complained of pain.  Said from
 3         his "broken ribs."  Nurse instructed to rest and
 4         not drink liquid while nauseated.  Inmate given
 5         ice chips, had no other complaints at this time.
 6         Nurse contacted by jail staff at 2- --
 7    Q    9:30 p.m.?  2130?
 8    A    2130.  With x-ray results.  This nurse had spoke
 9         with Nurse Dennette prior to conversation in
10         jail, instructed to have her call jail.  Place
11         in drunk tank for medical observation.  X-ray
12         results sent to PA Stephenson, verbal orders,
13         start Zithromax.
14    Q    Started the next day, on March 4th?
15    A    Called this nurse to notify inmate vomiting.
16         This nurse called PA, called jail back,
17         instructed to send to E.R. immediately.
18    Q    So this is at night, either Tara, nor Dennette
19         were physically at the jail?
20    A    I am not sure.  I thought Dennette was at the
21         jail.  I thought that's who I was receiving
22         information from.  But that I could be wrong.
23         But somebody notified me that he was throwing
24         up, and that's when I said send him.
25    Q    So at 9:50 he was sent to the E.R. on March --
```

