Dennette Lewark, R.N., Vol. II
August 10, 2018

100

100

```
 1    A    Tara.

 2    Q    Did you have any involvement with this

 3         particular progress note or other treatment

 4         relative to this document --

 5    A    No.

 6    Q    -- for Brian Gosser?

 7    A    No.

 8    Q    Turn to 555, QCC_555.  It is another sick

 9         call request dated February 24th of 2016 for

10         Brian Gosser?

11    A    Yes.

12    Q    Do you have any knowledge or recollection of any

13         involvement with this particular sick call

14         request for Brian Gosser?

15    A    No.

16    Q    Let's turn to the next page, 556.  It is another

17         sick call request dated February 26th, prior to

18         February 26th, 2016.

19             Is that your signature at the bottom of the

20         page?

21    A    Yes.

22    Q    And this is a request, it looks like it is

23         dealing with a possible broken or infected

24         tooth, extreme pain, lower right rib from slip

25         on wet floor.
```



Dennette Lewark, R.N., Vol. II
August 10, 2018

101

```
 1        Is that your handwriting at the bottom that

 2        says "Duplicate request, spoke" -- I can't read

 3        that.

 4   A    "Spoke with nurse."

 5   Q    "Spoke with nurse."  What does that indicate?

 6   A    It means he had already talked to Tara that day.

 7   Q    And is that your handwriting there, "Duplicate

 8        request"?

 9   A    Yes.

10   Q    And when you say already spoke with Tara, is

11        that in reference to the prior page that we

12        looked at, QCC_555?

13   A    Yes.

14   Q    So did you do anything relative to this

15        particular request on February 26th?

16   A    No.

17   Q    Turn to the next page, 557, it is a sick call

18        request dated February 27th, 2016, for

19        Brian Gosser, "Chest hurting, people beat him up

20        last night."

21        Are those your initials after that

22        description?

23   A    Yes.  Yes.

24   Q    And is that your signature at the bottom of the

25        page?
```



Dennette Lewark, R.N., Vol. II
August 10, 2018

102

102

```
 1    A    Yes.

 2    Q    Is that your handwriting where it says under

 3         "Results of Request"?

 4    A    Yes.

 5    Q    Now it states, "Send to E.R.  See

 6         documentation."  There are one, two, two pages

 7         that follow that, QCC_558 and 559.  Are those

 8         documents that you completed?

 9    A    Yes.

10    Q    Let's talk about those.  What can you tell me

11         today about this particular sick call request

12         dated February 27th, 2016, for Brian Gosser?

13    A    I thought I seen him during med pass.  I seen

14         that he was beat up, so I got him out.

15    Q    Did you ask him to complete this form, 557?

16    A    After I got him out, yes.

17    Q    Did you complete the form for him?

18    A    Yes.

19    Q    And did you sign it for him or did he sign it

20         himself?

21    A    No.  He signed it.

22    Q    But everything else is in your handwriting?

23    A    Yes.

24    Q    With the exception of some of the signatures at

25         the bottom?
```



Dennette Lewark, R.N., Vol. II
August 10, 2018

103

103

| 1 | A | Yes. |
|---|---|---|
| 2 | Q | Do you recognize those signatures at the bottom |
| 3 | | other than your own? |
| 4 | A | Chris's, Chris Stephenson.  I am not sure what |
| 5 | | that one is. |
| 6 | Q | I am sorry, you're going to have to speak up. |
| 7 | A | Chris Stephenson, I'm not sure what that one is. |
| 8 | Q | What's the date of Mr. Stephenson's signature, |
| 9 | | can you tell? |
| 10 | A | 3/2. |
| 11 | Q | So March 2nd.  558 is a progress note that you |
| 12 | | just indicated that is something that you guys |
| 13 | | would have performed normally or done normally. |
| 14 | | Did you complete this form? |
| 15 | A | Yes. |
| 16 | Q | And it looks like you took some vitals? |
| 17 | A | Yes. |
| 18 | Q | Blood pressure, pulse, what does Resp stand for? |
| 19 | A | Respiration. |
| 20 | Q | Respiration.  And what does 18 written next to |
| 21 | | respiration indicate? |
| 22 | A | He breathed 18 times in a minute. |
| 23 | Q | What's normal? |
| 24 | A | I think 16 to 20, 22. |
| 25 | Q | And his temperature was 97.  So that's pretty |

1      normal; correct?

2   A  Yes.

3   Q  You note on here bilateral black eyes?

4   A  Yes.

5   Q  Nose is swollen, hard to breathe for that entry?

6   A  Yes.

7   Q  Lower lung popping noise - trouble breathing,

8      pain?

9   A  Yes.

10  Q  Abdomen, what does that state, C/O pain?

11  A  Complains of.

12  Q  No complaints for urinary?

13  A  Right.

14  Q  Complaints of pain all over for his body?

15  A  Yes.

16  Q  Skeletal?

17  A  Yes.

18  Q  Now, why would you have written lower lung

19     popping noise?

20  A  It says right lower lung.  It must have been

21     what I heard.

22  Q  How did you hear it?

23  A  Stethoscope.

24  Q  So you actually listened to him breathing

25     through your stethoscope?



Dennette Lewark, R.N., Vol. II
August 10, 2018

105

105

```
 1   A   Yes.

 2   Q   And was the popping noise that you were hearing,

 3       was that troubling?

 4   A   It indicated something was not right.

 5   Q   It wasn't normal; correct?

 6   A   It wasn't normal.

 7   Q   What did that indicate to you?

 8   A   He could have had a punctured lung, anything.  I

 9       don't know.  I needed to find out.

10   Q   And how would you find out?

11   A   To call Chris and see what he wanted to do.

12   Q   Is there any indication on this medical progress

13       note that you called Chris?

14   A   No.

15   Q   Now in your Provider Assessment it also

16       indicates, "States 3 inmates beat him a couple

17       times yesterday.  One time passed out, woke up

18       disoriented.  Would not tell me who they were."

19           What do you recall about that statement?

20   A   That's about it.  He wouldn't tell me anything.

21   Q   Were you talking to Brian at that point?

22   A   Yes.

23   Q   And were you asking him questions about what

24       happened?

25   A   Yes.
```



Dennette Lewark, R.N., Vol. II
August 10, 2018

106

106

```
 1   Q   And were you trying to figure out --

 2   A   Who beat him up.

 3   Q   -- who beat him up?

 4   A   Yes.

 5   Q   All right.

 6   A   A lot of times they will tell me.

 7   Q   Did Brian tell you at that point?

 8   A   No.

 9   Q   Let's turn to your next page, 559.  And this,

10       again, is all in your handwriting?

11   A   Yes.

12   Q   And did you complete this at the time right

13       after seeing Brian that particular day --

14   A   Yes.

15   Q   -- on February 27th?

16   A   Yes.

17   Q   Do you recall whether you completed -- let me

18       step back for a second, I apologize.

19           Your prognosis says sent to E.R.  How did

20       you send him to the E.R.?

21   A   I don't remember if the guards took him or the

22       ambulance came.

23   Q   And as a nurse at the Henry County Jail for QCC,

24       did you have the ability to send people to the

25       E.R. on your own, if you felt it necessary?
```

Dennette Lewark, R.N., Vol. II
August 10, 2018

| | | |
|---|---|---|
| 1 | A | Yes.  Yes. |
| 2 | Q | But, as we sit here today, do you know how he |
| 3 | | was transported to the hospital? |
| 4 | A | I don't recall. |
| 5 | Q | Do you recall speaking to any correctional |
| 6 | | officers about taking Brian to the jail -- or |
| 7 | | taking him to the hospital? |
| 8 | A | I don't recall who I told. |
| 9 | Q | Do you know a Robert Blake? |
| 10 | A | I remember Blake, yes. |
| 11 | Q | Do you recall talking to Officer Blake? |
| 12 | A | No. |
| 13 | Q | Now your handwritten progress note here at 5:59 |
| 14 | | indicates that you tried to get inmate to tell |
| 15 | | who beat him.  And he states there were three |
| 16 | | and one time knocked him out.  And you |
| 17 | | indicated, a statement that you made, that "The |
| 18 | | only inmate that hits that hard back there is |
| 19 | | Joe Flynn." |
| 20 | | Do you see that? |
| 21 | A | Yes. |
| 22 | Q | Did you know Joe Flynn when you made this |
| 23 | | statement? |
| 24 | A | I know who he is, yeah. |
| 25 | Q | How do you know who Joe Flynn is? |



Dennette Lewark, R.N., Vol. II
August 10, 2018

108

108

```
 1   A   He has got in a lot of fights.

 2   Q   He was an inmate at the jail; correct?

 3   A   Inmate at the jail, yes.

 4   Q   Do you know what block he was in?

 5   A   I don't remember.

 6   Q   Do you know whether he was in the same block as

 7       Brian Gosser?

 8   A   At one point in time they were together.

 9   Q   And what would be -- and I know you said he gets

10       in a lot of fights, but what information did you

11       have that Joe Flynn hit that hard to knock

12       people out?

13   A   I have just seen him hit people or not seen him

14       actually do it, after the fact.

15   Q   So you have seen other inmates because of fights

16       that Joe has been in with them?

17   A   Yes.

18   Q   And those inmates would have to come to medical

19       after those fights?

20   A   Usually, yes.

21   Q   How many would you say you have seen?

22   A   I don't remember.  I have no idea.

23   Q   How many of those occasions would you have to

24       send those inmates out to the E.R.?

25   A   We don't usually.
```



Dennette Lewark, R.N., Vol. II
August 10, 2018

1  Q   Were there inmates that you did have to send out

2      to the E.R. because of fights that Joe Flynn was

3      in with them?

4  A   I don't recall.

5  Q   Were there other times where inmates were in

6      fights with anyone other than Joe Flynn where

7      you had to send them out to the E.R.?

8  A   I don't remember that either.

9  Q   And as far as that information and understanding

10     that Brian didn't indicate to you who had beat

11     him up, he did indicate there were three of

12     them; correct?

13 A   Yes.

14 Q   Did you relay that information to anyone at the

15     time that he told you that?

16 A   I don't remember.  There is usually a guard in

17     there with me.

18 Q   Did you have to pull Brian out of a block to

19     actually see him and then have this discussion?

20 A   Yes.

21 Q   Do you recall what block he was in?

22 A   No.

23 Q   And this discussion and this evaluation that you

24     were doing on February 27th, was that done in

25     the nurse's office?



Connor Reporting
www.connorreporting.com

317.236.6022

```
 1   A    Yes.

 2   Q    Now towards the bottom of your handwritten note

 3        you indicate you had to get another inmate out

 4        of that block?

 5   A    Yeah.

 6   Q    And it looks like you asked Justin Fannin?

 7   A    Yes.

 8   Q    Is that another inmate that was in the same

 9        block as Mr. Flynn?

10   A    I don't know if he was with Mr. Flynn or not.

11   Q    But it indicates that you asked Justin Fannin

12        who beat Mr. Gosser because he was pretty

13        injured and Fannin stated that he got beat up in

14        B block before he came to F.

15            Does that refresh your memory in terms of

16        the block that Brian was coming out of where he

17        was beat up?

18   A    I don't know if I'm saying that Fannin got beat

19        up in B block or Gosser.  So I don't know, I

20        don't know which one.

21   Q    Well, do you recall any specific issues with

22        Mr. Fannin at the time you were having this

23        conversation with him?

24   A    No.

25   Q    Would there have been any other reason why you
```



Dennette Lewark, R.N., Vol. II
146                          August 10, 2018

                                                                146

```
 1    A    I do not.

 2    Q    Did you ever take any steps to request records

 3         or reports from Henry County Hospital for

 4         Mr. Gosser?

 5    A    No.

 6    Q    Were you ever made aware that that request was

 7         made?

 8    A    No.

 9    Q    Turn to page 576, this is another progress note

10         dated March 3rd, 2016.  It is in your

11         handwriting?

12    A    Yes.

13    Q    "Inmate complained of trouble breathing when I

14         opened the door to pass meds."

15              On March 3rd you arrived at work at

16         1:30 p.m. in the afternoon?

17    A    Yes.

18    Q    Was Ms. Westerman working that day?

19    A    I have no idea.

20    Q    Do you recall any specific discussions with

21         Mr. Westerman about Mr. Gosser on March 3rd

22         before making this note?

23    A    I don't know.

24    Q    If you arrived at work at 1:30 on March 3rd,

25         when would you have normally done the med pass
```

Dennette Lewark, R.N., Vol. II
August 10, 2018

147

147

```
 1        that particular day?

 2    A   I have no idea.

 3    Q   Would it have been towards the end of your

 4        shift, later in the evening?

 5    A   It just depends on if the guards were ready and

 6        probably after chow.

 7    Q   Well, your time records indicate you clocked out

 8        at 7:30 that night?

 9    A   Yes.

10    Q   So would you have done med pass before you left

11        at 7:30?

12    A   Yes.

13    Q   All right.  Your March 3rd progress note,

14        trouble breathing, inmate was pale and taking

15        short breaths and you took some vitals; is that

16        right?

17    A   Yes.

18    Q   When you say "pale," is he ghostly white?  Is

19        there a specific color that he was?

20    A   Pale, just --

21    Q   No coloring in his face?

22    A   No color in his face.

23    Q   Sure.  And taking short breaths, based on that

24        visualization that you had of Mr. Gosser, did

25        that indicate anything to you?  Did it indicate
```



Dennette Lewark, R.N., Vol. II
148                          August 10, 2018

                                                                148

```
 1          there was any problem?

 2    A     He was saying he was having trouble breathing.

 3          Right then, no, I probably took him to my

 4          office.

 5    Q     Did you make him complete any type of sick call

 6          request at that point or ask him to?

 7    A     I think -- not the one I did.  Or was that

 8          before?  Now I am confused.

 9    Q     We seen one from February 27th.

10    A     That was February 27th, I don't know if I did or

11          not.

12    Q     The next statement says, "Lung sounds diminished

13          bilateral."  Is that "bilateral lower lobes"?

14    A     Yes.

15    Q     "Heard 'popping' noise."

16    A     Yes.

17    Q     So there is your popping noise again; right?

18    A     Yeah.

19    Q     And at that point were you using your

20          stethoscope to hear him breathe?

21    A     Yes.

22    Q     Was he complaining about anything else at that

23          point, do you know?

24    A     Whatever he wrote on here is what he complained

25          of.
```



```
 1   Q   It says, "Heard 'popping' below," is that "right

 2       nipple"?

 3   A   Yes.

 4   Q   And then "Inmate states started on left side,

 5       new on right."

 6   A   "Now."

 7   Q   "Now on right," sorry.

 8           So do you recall him complaining about pain

 9       on his left side as well?

10   A   He said it started on his left, now it is on his

11       right.

12   Q   I'm sorry.  So he is complaining about

13       right-sided pain?

14   A   Right side.

15   Q   And at this point were you aware that he had

16       internal fractures, rib fractures?

17   A   Yes.

18   Q   Now when you heard the popping noise on

19       February 27th, when you listened to him breathe,

20       you made a determination to send him to the

21       E.R.; correct?

22   A   Correct.

23   Q   And why was that?  Why did you send him to the

24       E.R. that day?

25   A   On February 27th?
```



Dennette Lewark, R.N., Vol. II
150                          August 10, 2018
150

```
 1   Q   Yes.

 2   A   Probably because I heard the popping noises.

 3   Q   And you wanted to rule out something from

 4       sending him to the E.R.?

 5   A   Yes.

 6   Q   And what was that?

 7   A   Make sure his lungs were okay.

 8   Q   Did you believe it was indicative of a punctured

 9       lung or something of that nature?

10   A   I didn't know.  I just knew it wasn't right.

11   Q   Would that be a sign that there was a potential

12       punctured lung if he had a popping noise when

13       you listened to him breathe?

14   A   I don't know if it was actually like popping.

15   Q   But on this occasion, on March 3rd, it says you

16       completed an Albuterol breathing treatment;

17       right?

18   A   Yes.

19   Q   Why was that something, the step you took as

20       opposed to sending him back to the E.R. on

21       March 3rd?

22   A   Because his oxygen sat was 97.  And a lot times

23       that opens up your airways and helps you breathe

24       better.

25   Q   But he was still pale and complaining of pain,
```

Dennette Lewark, R.N., Vol. II
August 10, 2018

```
 1       shortness of breath, and vomiting as well?

 2   A   He was pale and, yes, he was complaining of

 3       pain, shortness of breath, vomiting, and no

 4       energy.

 5   Q   "Feels like 'chest is tight and can't breathe.'"

 6       It says you also gave him Zofran?

 7   A   Yes.

 8   Q   Did you have to talk to Mr. Stephenson about

 9       that?

10   A   Yes.

11   Q   Did you ever talk to Mr. Stephenson about giving

12       him Zithromax as well?

13   A   I don't know.

14   Q   What was the Zofran for?

15   A   Because he was complaining of vomiting.  It

16       helps with nausea.

17   Q   It is a nausea medication?

18   A   Yes.

19   Q   The last entry there, can you read that for me?

20   A   The --

21   Q   The last sentence on your note.

22   A   "Chest x-ray - STAT, AP and lat, claim

23       #21102756."

24   Q   So at that point had you contacted an x-ray

25       company in order to have some form of x-ray done
```



152

1       for Mr. Gosser?

2   A   Yes.

3   Q   And had you spoken to Ms. Westerman, consulted

4       with Ms. Westerman about the Albuterol treatment

5       and the x-ray as well?

6   A   I don't remember what I talked to her about.

7       But I do remember talking to her this time,

8       because we had already sent him out once.

9   Q   Okay.

10  A   And they sent him back.  So you assume that

11      everything is fine.

12  Q   And they sent him back with the discharge

13      instructions that we looked at earlier?

14  A   Yes.

15  Q   And those discharge instructions specifically

16      said if specific things occurred, then he needed

17      to go back to the hospital immediately; correct?

18  A   Just because he said he did, that doesn't mean

19      he did.

20  Q   Well, you were visualizing paleness, shortness

21      of breath, you heard popping noises when you

22      listened to him breathe; correct?

23  A   Correct.

24  Q   Do you not agree that those are things that

25      would be covered by those discharge instructions



| | | |
|---|---|---|
| 1 | | and the directive to return him to the hospital |
| 2 | | if certain things come up? |
| 3 | A | I don't know if it was on there or not. |
| 4 | Q | Well, the vomiting was, wasn't it? |
| 5 | A | The vomiting was, but I didn't see him vomit. |
| 6 | Q | Did you ever see him vomit? |
| 7 | A | No. |
| 8 | Q | But he was complaining about vomiting; correct? |
| 9 | A | Yes, he was. |
| 10 | Q | Do you know whether he had eaten in any way? |
| 11 | A | I don't. |
| 12 | Q | Were you aware that he had passed trays to other |
| 13 | | inmates because he couldn't eat? |
| 14 | A | No. |
| 15 | Q | Were you ever made aware of that by the officers |
| 16 | | at the jail? |
| 17 | A | I don't recall. |
| 18 | Q | Do you recall, was it you or Ms. Westerman that |
| 19 | | contacted the x-ray company to come in and do |
| 20 | | this x-ray? |
| 21 | A | Me. |
| 22 | Q | Do you recall when you did it? |
| 23 | A | No.  It has the time on the claim. |
| 24 | Q | And we will get to that in just a second. |
| 25 | | Do you recall, had the x-ray company |

```
 1        arrived to do the x-ray, they had to come in

 2        from outside; right?

 3   A    Yes.

 4   Q    Do you recall, had the x-ray been done by the

 5        time you left at 7:30 on March 3rd?

 6   A    No.

 7   Q    Did you give any specific directives to any

 8        officer at the jail before you left that night?

 9   A    Yes.  I told them to call when they got it, or I

10        told them to call when they came maybe.  I don't

11        know.

12   Q    Let's turn to page 577.

13   A    Sorry.

14   Q    Is this a progress note you wrote?

15   A    Yes.

16   Q    Now it indicates in your note at 1930, 7:30,

17        "X-ray tech has not arrived yet.  Instructed

18        custody to call this nurse if not showed up by

19        2000 hours," so 8:00.

20   A    Yeah.

21   Q    So does that indicate to you that they had not

22        come by the time you left?

23   A    Yes.

24   Q    And do you recall which officer you spoke with?

25   A    No.
```



1   Q   It indicates, "Checked on inmate before I left.

2       Adam's Apple inline, lips dry and cracked, gave

3       vaseline to put on lips."

4           So you saw Mr. Gosser before you left that

5       night?

6   A   Yes.

7   Q   Was he still pale?

8   A   I don't know.

9   Q   Do you recall anything about his breathing?

10  A   No.

11  Q   Did you indicate to him that an x-ray company

12      was coming to take x-rays?

13  A   I don't know if I told him or not.

14  Q   "Under tongue still wet.  Instructed to try and

15      sip on water to stay hydrated."

16          What was the purpose of sipping on water to

17      stay hydrated?  Why did you write that?

18  A   Because he kept complaining of vomiting, so I

19      didn't know if he was or wasn't.  I didn't want

20      him to get dehydrated.

21  Q   Had the Zofran been administered by that point?

22  A   It should have been.

23  Q   Okay.

24  A   Because I was leaving.

25  Q   How quickly would Zofran have, in a normal



156

```
 1        circumstance for nausea, how long does it

 2        usually take for that to kick in?

 3   A    Oh, not long, 10, 15, 20 minutes.

 4   Q    And we don't know when you administered that;

 5        right?

 6   A    Right.

 7   Q    Did you contact Ms. Westerman in any way before

 8        you left that night to let her know that the

 9        x-ray company had not shown up before you left?

10   A    I don't know if I told her that or not.

11   Q    Okay.

12   A    I probably did.

13   Q    The additional injury indicates custody called

14        at 2030, so 8:30 that night, stated x-ray not

15        there yet.

16            Had you given directive to the officers at

17        the jail to let you know if they had not -- the

18        x-ray company had not come in by 8:00?

19   A    Say that again.

20   Q    Did you give a directive to the officers at the

21        jail to contact you if the x-ray company had not

22        shown up by 8:00?

23   A    Yes.

24   Q    And then do you recall who in custody called you

25        that night?
```



157

1    A    I don't know.

2    Q    It indicates that during that conversation

3         Inmate Brian Gosser was still complaining of

4         vomiting and still instructed to place inmate in

5         rec yard or drunk tank and put on medical

6         observation.

7              Do you see that?

8    A    Yes.

9    Q    Did you give the officer whom you spoke with any

10        directions in terms of what they should be

11        observing, what should they be looking for?

12   A    Vomiting.

13   Q    Did you tell them anything else?

14   A    I don't know.

15   Q    Did you tell them what they should do if they

16        saw him vomiting?

17   A    I don't know.

18   Q    If Mr. Gosser was vomiting at that --

19   A    Yeah, told him to call Tara.

20   Q    Excuse me?

21   A    I told him to call Tara.

22   Q    But if Mr. Gosser was vomiting at that point,

23        was that indicative of anything in your opinion?

24   A    If he was?

25   Q    Yes.



158

| | | |
|---|---|---|
| 1 | A | He probably would have been sent right then. |
| 2 | Q | What would that have indicated to you, based on |
| 3 | | your review of the Discharge Summary? |
| 4 | A | I don't know.  That's what they said to do, so. |
| 5 | | I would send him back.  I don't know why. |
| 6 | Q | So you instructed, in that conversation from |
| 7 | | that point forward, you directed the officers at |
| 8 | | the jail to call Tara, not you? |
| 9 | A | It looks that way. |
| 10 | Q | Why would you direct them to call Tara? |
| 11 | A | Probably because I have no signal at my house. |
| 12 | | I live in a hole.  I didn't want to miss the |
| 13 | | call. |
| 14 | Q | Were you considered to be on call even though |
| 15 | | you weren't necessarily at the jail? |
| 16 | A | Tara was mainly the on-call nurse. |
| 17 | Q | But you're both RNs; right? |
| 18 | A | Yes. |
| 19 | Q | So would you agree that both of you were |
| 20 | | available to be contacted by the jail, if |
| 21 | | necessary, for medical calls? |
| 22 | A | Yes. |
| 23 | Q | Did you receive any additional calls after this |
| 24 | | telephone call at 8:30 on March 3rd from the |
| 25 | | jail? |



159

```
 1   A   I don't know.

 2   Q   Do you recall speaking with anyone else at the

 3       jail after that?

 4   A   Nope.  I don't know.

 5   Q   Were you ever made aware of anything relative to

 6       Brian Gosser's condition after 8:30 on

 7       March 3rd, 2016?

 8   A   I don't know.

 9   Q   Let's turn to page 578.  Is this a copy of the

10       order form for the x-ray?

11   A   Yes.

12   Q   And that's your signature in the middle of the

13       page under "NURSE'S SIGNATURE"?

14   A   Yes.

15   Q   And in terms of the date and time of the

16       request, it says March 3rd, 2016, at 6:13 p.m.?

17   A   Yes.

18   Q   So roughly about an hour and 15 minutes before

19       you clocked out that day?

20   A   Yes.

21   Q   How did you send this request, by fax?

22   A   They sent it to me after I put the order in.

23   Q   Did you have to call to make the order?

24   A   Yes.

25   Q   And then this is just a receipt for that order
```