```
                        Richard A. McCorkle
12                         July 11, 2018
                                                                 12
 1        care, including hospital care, is required for
 2        approved medical reasons, QCC will arrange for
 3        said care and be financially responsible but
 4        only up to cap of $30,000; correct?
 5   A    Correct.
 6   Q    So I have several questions when it comes to
 7        that.
 8             Who determines that if it is for hospital
 9        care it is for an approved medical reason?
10   A    That would be the medical group, the doctor, the
11        nurses.
12   Q    Well, there is only one full-time nurse?
13   A    Right.
14   Q    And there is only one doctor?
15   A    Correct.
16   Q    So what happens if the doctor is unavailable and
17        the nurse is otherwise occupied?
18   A    We would send them to the emergency room at
19        Henry County Memorial Hospital.
20   Q    And that would be the protocol that you would
21        follow?
22   A    Correct.
23   Q    That didn't always occur that way, did it?
24             In other words, in every case involving
25        care that was needed on an emergency basis,
```



```
 1         there were delays that occurred from time to
 2         time?
 3   A     Not to my knowledge, there wasn't.
 4   Q     After the $30,000 limit, there is a
 5         parenthetical sentence, "(Not to include
 6         services, testing, supplies and medications
 7         associated with the treatment of HIV/AIDS,
 8         Hepatitis, Multiple Sclerosis, Rabies,
 9         Sexually Transmitted Disease, Tuberculosis or
10         complications thereof.)"
11              So what does that mean to you?
12   A     Preexisting, that would be what I would assume
13         that is, and I know we shouldn't assume, but
14         that would be preexisting, if an individual has
15         HIV, those kinds of things, it would be a
16         preexisting ailment.  And then I am not sure
17         that -- I know we end up being responsible for
18         that treatment at the county level, but I am
19         assuming that's what they are saying.
20   Q     By the way, was there an infirmary at the jail
21         in 2016?
22   A     I have just a nurse's office.
23              (Plaintiff's Deposition Exhibit 3 was
24         marked for identification.)
25   Q     To briefly digress from that, I am going to hand
```



| | | |
|---|---|---|
| 16 | | Richard A. McCorkle<br>July 11, 2018 |

16

```
 1    A    I don't.
 2    Q    Do you know what in-service training they
 3         provided in 2015?
 4    A    I don't.
 5    Q    You'd defer pursuant to the contract of QCC for
 6         that?
 7    A    I do.
 8    Q    There is a fourth bullet point under "MANAGEMENT
 9         SERVICES," and that's, quote, Cost Containment,
10         end quote.  What does that mean to you?
11    A    They're trying to keep the costs down as best
12         they can by using generic medications, those
13         types of things.
14    Q    Well, there are also other procedures that were
15         available, such as asking the Court to discharge
16         an inmate so that the inmate would bear the cost
17         of hospitalizations as opposed to --
18    A    Yes, sir.
19    Q    -- QCC or the jail?
20    A    Yes, sir.
21    Q    Were staff instructed with regard to cost
22         containment procedures?  By staff I am referring
23         to jail staff.
24    A    I never instructed them to do that.
25    Q    Were jail staff ever instructed to or in ways to
```



Connor Reporting
www.connorreporting.com
317.236.6022

Richard A. McCorkle
July 11, 2018

17

```
 1      minimize cost and expenses to the jail?
 2   A  I never instructed them to do that, no.
 3   Q  You never instructed them to do that?
 4   A  No.
 5   Q  Do you know if others within the Sheriff's
 6      Department did?
 7   A  I do not.
 8   Q  And the cost to the Sheriff's Office per year
 9      for the QCC medical services was $182,000?  Look
10      at page 7 under "COMPENSATION."
11   A  182,000.
12   Q  Under "COMPENSATION."
13   A  Oh, yes.  Agreement for 182,000.
14   Q  And this agreement kept renewing and I assume is
15      still in force and effect?
16   A  Yes, sir.
17   Q  At the same premium level?
18   A  I believe that's correct.  I would have to look
19      at the new one, but I believe that's correct.
20   Q  What was your understanding of how the jail
21      staff, the correctional officers interacted with
22      the QCC staff, which I believe is primarily a
23      nurse and a full-time, Tara, and a part-time
24      person?
25           MS. POLLACK:  What do you mean by how they
```



Connor Reporting
www.connorreporting.com

317.236.6022

```
 1        interacted?
 2            MR. ELBERGER:  How they worked together.
 3    A   Very well.  It was a good working relationship,
 4        as I understood.
 5    Q   Did you see or learn if there were any
 6        communication difficulties between the two at
 7        any point in time?
 8    A   No.
 9    Q   Preferably around the 2015/2016 calendar year.
10    A   Not to my knowledge.  I don't remember anything
11        specific that pops out.
12    Q   Who are some of the, if any, subcontracting
13        healthcare professionals that QCC entered into
14        agreements with for the benefit of the Henry
15        County Jail?
16    A   I have no knowledge of any of that.
17    Q   Look at page 8 under the subheading
18        "SUBCONTRACTING."
19    A   Page 8?
20    Q   Yes.  Of Exhibit 2.
21    A   "SUBCONTRACTING?"
22    Q   Right.  I will let you read it to yourself
23        first.
24            MR. HALBERT:  Can we go off the record for
25        just two seconds?
```


Connor Reporting    317.236.6022
www.connorreporting.com