```
 1            UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF INDIANA
 2                 INDIANAPOLIS DIVISION

 3           CAUSE NO. 1:17-cv-3257-TWP-MPB

 4
   DOUGLAS J. GOSSER, As Personal   )
 5 Represenative OF THE ESTATE OF   )
   BRIAN LEE GOSSER,                )
 6                                  )
              Plaintiff,            )
 7                                  )
                 -vs-               )
 8                                  )
   HENRY COUNTY SHERIFF'S           )
 9 DEPARTMENT, RICHARD A. McCORKLE, )
   individually and in his official )
10 capacity as Sheriff of Henry     )
   County, and BRENT GRIDER,        )
11 individually and in his official )
   capacity as Jail Commander of    )
12 the Henry County Jail, OFFICER   )
   ROBERT HUXHOLD, OFFICER TERESA   )
13 WEESNER, OFFICER CLARK LECHER,   )
   individually and in their        )
14 official capacities as           )
   Correctional Officers, QUALITY   )
15 CORRECTIONAL CARE, LLC,          )
   CHRISTOPHER STEPHENSON, P.A.,    )
16 TARA WESTERMAN, R.N., and        )
   DENETTE LEWARK, R.N.,            )
17                                  )
              Defendants.           )
18

19        DEPOSITION OF DENNETTE LEWARK, R.N.

20                    Volume II

21     The deposition upon oral examination of
   DENNETTE LEWARK, R.N., a witness produced and
22 sworn before me, Diane Zeyen, RPR, a Notary Public
   in and for the County of Hamilton, State of Indiana,
23 taken on behalf of the Plaintiff, at the offices of
   Bose McKinney & Evans, LLP, 111 Monument Circle,
24 Suite 2700, Indianapolis, Marion County, Indiana, on
   the 10th day of August, 2018, at 9:51 a.m., pursuant
25 to the Federal Rules of Civil Procedure with written
   notice as to time and place thereof.
```

Page 97

1  any recollection as to why Brian received
2  prednisone?
3  A  No.
4  Q  What is prednisone?
5  A  A steroid.
6  Q  What is it typically used for, do you know?
7  A  Inflammation.
8  Q  What type of inflammation did Brian have if you
9     are aware, as of March 2nd?
10 A  I don't remember why the order was wrote.
11 Q  If Brian had received any medications prior to
12    February 25th, would those be documented on
13    these two pages of the medical record?
14 A  If he received meds prior to?
15 Q  Yes, ma'am.
16 A  From the jail?
17 Q  Yes.
18 A  Should be, yes.
19 Q  Just turn back to the February record, if you
20    would, your initials appear for the Fluoxetine
21    distribution, as well as the Ibuprofen on
22    February 28th; correct?
23 A  Yes.
24 Q  Do you recall any interaction with Brian prior
25    to those med pass distributions?

Page 98

1  A  No.
2  Q  Do you recall seeing Brian and recommending that
3     he be sent to the emergency room at Henry County
4     Hospital?
5  A  Yes.
6  Q  Do you recall what date that was?
7  A  No.
8  Q  Do you recall whether it was before or after
9     February 28th of 2016?
10 A  I don't remember. He was sent a couple times.
11 Q  And based on the February MAR record, it does
12    not appear that Brian received Ibuprofen,
13    800 milligrams, at any point prior to the
14    morning of February 28th; is that correct?
15 A  It doesn't look that way, no.
16 Q  Let's go back to QCC_552. Do you recognize this
17    document? I am sorry. Have you seen this
18    document before today?
19 A  No.
20 Q  And this is a sick call request that was dated
21    February 21st of 2016; is that correct?
22 A  It's 2015 again.
23 Q  Right.
24 A  Yes.
25 Q  Well, it says "received," at the bottom,

Page 99

1     "February 22nd, 2016."
2  A  Yep.
3  Q  Is this the form that you were talking about
4     earlier today?
5  A  No.
6  Q  Let's turn to QCC_553. What is this document?
7  A  It is out of the protocol book.
8  Q  And the protocol book is the book that's
9     utilized by the jail officers in order to
10    provide information to medical; is that correct?
11 A  Yes.
12 Q  And those are documents that are typically
13    provided or put into the folder that was in the
14    control room?
15 A  Supposed to be, yes.
16 Q  All right. Did you have any involvement
17    with this particular document relative to
18    Brian Gosser that you recall?
19 A  I don't recall.
20 Q  Let's turn to QCC_554. What is this document?
21 A  It is called a Medical Progress Note when we
22    have -- when we assess them, we use this to fill
23    out, I guess.
24 Q  Is this document -- whose handwriting appears to
25    be on this document, if you know?

Page 100

1  A  Tara.
2  Q  Did you have any involvement with this
3     particular progress note or other treatment
4     relative to this document --
5  A  No.
6  Q  -- for Brian Gosser?
7  A  No.
8  Q  Turn to 555, QCC_555. It is another sick
9     call request dated February 24th of 2016 for
10    Brian Gosser?
11 A  Yes.
12 Q  Do you have any knowledge or recollection of any
13    involvement with this particular sick call
14    request for Brian Gosser?
15 A  No.
16 Q  Let's turn to the next page, 556. It is another
17    sick call request dated February 26th, prior to
18    February 26th, 2016.
19       Is that your signature at the bottom of the
20    page?
21 A  Yes.
22 Q  And this is a request, it looks like it is
23    dealing with a possible broken or infected
24    tooth, extreme pain, lower right rib from slip
25    on wet floor.

Page 101

1 Is that your handwriting at the bottom that
2 says "Duplicate request, spoke" -- I can't read
3 that.
4 A "Spoke with nurse."
5 Q "Spoke with nurse." What does that indicate?
6 A It means he had already talked to Tara that day.
7 Q And is that your handwriting there, "Duplicate
8 request"?
9 A Yes.
10 Q And when you say already spoke with Tara, is
11 that in reference to the prior page that we
12 looked at, QCC_555?
13 A Yes.
14 Q So did you do anything relative to this
15 particular request on February 26th?
16 A No.
17 Q Turn to the next page, 557, it is a sick call
18 request dated February 27th, 2016, for
19 Brian Gosser, "Chest hurting, people beat him up
20 last night."
21 Are those your initials after that
22 description?
23 A Yes. Yes.
24 Q And is that your signature at the bottom of the
25 page?

Page 102

1 A Yes.
2 Q Is that your handwriting where it says under
3 "Results of Request"?
4 A Yes.
5 Q Now it states, "Send to E.R. See
6 documentation." There are one, two, two pages
7 that follow that, QCC_558 and 559. Are those
8 documents that you completed?
9 A Yes.
10 Q Let's talk about those. What can you tell me
11 today about this particular sick call request
12 dated February 27th, 2016, for Brian Gosser?
13 A I thought I seen him during med pass. I seen
14 that he was beat up, so I got him out.
15 Q Did you ask him to complete this form, 557?
16 A After I got him out, yes.
17 Q Did you complete the form for him?
18 A Yes.
19 Q And did you sign it for him or did he sign it
20 himself?
21 A No. He signed it.
22 Q But everything else is in your handwriting?
23 A Yes.
24 Q With the exception of some of the signatures at
25 the bottom?

Page 103

1 A Yes.
2 Q Do you recognize those signatures at the bottom
3 other than your own?
4 A Chris's, Chris Stephenson. I am not sure what
5 that one is.
6 Q I am sorry, you're going to have to speak up.
7 A Chris Stephenson, I'm not sure what that one is.
8 Q What's the date of Mr. Stephenson's signature,
9 can you tell?
10 A 3/2.
11 Q So March 2nd. 558 is a progress note that you
12 just indicated that is something that you guys
13 would have performed normally or done normally.
14 Did you complete this form?
15 A Yes.
16 Q And it looks like you took some vitals?
17 A Yes.
18 Q Blood pressure, pulse, what does Resp stand for?
19 A Respiration.
20 Q Respiration. And what does 18 written next to
21 respiration indicate?
22 A He breathed 18 times in a minute.
23 Q What's normal?
24 A I think 16 to 20, 22.
25 Q And his temperature was 97. So that's pretty

Page 104

1 normal; correct?
2 A Yes.
3 Q You note on here bilateral black eyes?
4 A Yes.
5 Q Nose is swollen, hard to breathe for that entry?
6 A Yes.
7 Q Lower lung popping noise - trouble breathing,
8 pain?
9 A Yes.
10 Q Abdomen, what does that state, C/O pain?
11 A Complains of.
12 Q No complaints for urinary?
13 A Right.
14 Q Complaints of pain all over for his body?
15 A Yes.
16 Q Skeletal?
17 A Yes.
18 Q Now, why would you have written lower lung
19 popping noise?
20 A It says right lower lung. It must have been
21 what I heard.
22 Q How did you hear it?
23 A Stethoscope.
24 Q So you actually listened to him breathing
25 through your stethoscope?

Page 105

1  A  Yes.
2  Q  And was the popping noise that you were hearing,
3     was that troubling?
4  A  It indicated something was not right.
5  Q  It wasn't normal; correct?
6  A  It wasn't normal.
7  Q  What did that indicate to you?
8  A  He could have had a punctured lung, anything. I
9     don't know. I needed to find out.
10 Q  And how would you find out?
11 A  To call Chris and see what he wanted to do.
12 Q  Is there any indication on this medical progress
13    note that you called Chris?
14 A  No.
15 Q  Now in your Provider Assessment it also
16    indicates, "States 3 inmates beat him a couple
17    times yesterday. One time passed out, woke up
18    disoriented. Would not tell me who they were."
19       What do you recall about that statement?
20 A  That's about it. He wouldn't tell me anything.
21 Q  Were you talking to Brian at that point?
22 A  Yes.
23 Q  And were you asking him questions about what
24    happened?
25 A  Yes.

Page 106

1  Q  And were you trying to figure out --
2  A  Who beat him up.
3  Q  -- who beat him up?
4  A  Yes.
5  Q  All right.
6  A  A lot of times they will tell me.
7  Q  Did Brian tell you at that point?
8  A  No.
9  Q  Let's turn to your next page, 559. And this,
10    again, is all in your handwriting?
11 A  Yes.
12 Q  And did you complete this at the time right
13    after seeing Brian that particular day --
14 A  Yes.
15 Q  -- on February 27th?
16 A  Yes.
17 Q  Do you recall whether you completed -- let me
18    step back for a second, I apologize.
19       Your prognosis says sent to E.R. How did
20    you send him to the E.R.?
21 A  I don't remember if the guards took him or the
22    ambulance came.
23 Q  And as a nurse at the Henry County Jail for QCC,
24    did you have the ability to send people to the
25    E.R. on your own, if you felt it necessary?

Page 107

1  A  Yes. Yes.
2  Q  But, as we sit here today, do you know how he
3     was transported to the hospital?
4  A  I don't recall.
5  Q  Do you recall speaking to any correctional
6     officers about taking Brian to the jail -- or
7     taking him to the hospital?
8  A  I don't recall who I told.
9  Q  Do you know a Robert Blake?
10 A  I remember Blake, yes.
11 Q  Do you recall talking to Officer Blake?
12 A  No.
13 Q  Now your handwritten progress note here at 5:59
14    indicates that you tried to get inmate to tell
15    who beat him. And he states there were three
16    and one time knocked him out. And you
17    indicated, a statement that you made, that "The
18    only inmate that hits that hard back there is
19    Joe Flynn."
20       Do you see that?
21 A  Yes.
22 Q  Did you know Joe Flynn when you made this
23    statement?
24 A  I know who he is, yeah.
25 Q  How do you know who Joe Flynn is?

Page 108

1  A  He has got in a lot of fights.
2  Q  He was an inmate at the jail; correct?
3  A  Inmate at the jail, yes.
4  Q  Do you know what block he was in?
5  A  I don't remember.
6  Q  Do you know whether he was in the same block as
7     Brian Gosser?
8  A  At one point in time they were together.
9  Q  And what would be -- and I know you said he gets
10    in a lot of fights, but what information did you
11    have that Joe Flynn hit that hard to knock
12    people out?
13 A  I have just seen him hit people or not seen him
14    actually do it, after the fact.
15 Q  So you have seen other inmates because of fights
16    that Joe has been in with them?
17 A  Yes.
18 Q  And those inmates would have to come to medical
19    after those fights?
20 A  Usually, yes.
21 Q  How many would you say you have seen?
22 A  I don't remember. I have no idea.
23 Q  How many of those occasions would you have to
24    send those inmates out to the E.R.?
25 A  We don't usually.

Page 109

1  Q  Were there inmates that you did have to send out
2     to the E.R. because of fights that Joe Flynn was
3     in with them?
4  A  I don't recall.
5  Q  Were there other times where inmates were in
6     fights with anyone other than Joe Flynn where
7     you had to send them out to the E.R.?
8  A  I don't remember that either.
9  Q  And as far as that information and understanding
10    that Brian didn't indicate to you who had beat
11    him up, he did indicate there were three of
12    them; correct?
13 A  Yes.
14 Q  Did you relay that information to anyone at the
15    time that he told you that?
16 A  I don't remember. There is usually a guard in
17    there with me.
18 Q  Did you have to pull Brian out of a block to
19    actually see him and then have this discussion?
20 A  Yes.
21 Q  Do you recall what block he was in?
22 A  No.
23 Q  And this discussion and this evaluation that you
24    were doing on February 27th, was that done in
25    the nurse's office?

Page 110

1  A  Yes.
2  Q  Now towards the bottom of your handwritten note
3     you indicate you had to get another inmate out
4     of that block?
5  A  Yeah.
6  Q  And it looks like you asked Justin Fannin?
7  A  Yes.
8  Q  Is that another inmate that was in the same
9     block as Mr. Flynn?
10 A  I don't know if he was with Mr. Flynn or not.
11 Q  But it indicates that you asked Justin Fannin
12    who beat Mr. Gosser because he was pretty
13    injured and Fannin stated that he got beat up in
14    B block before he came to F.
15    Does that refresh your memory in terms of
16    the block that Brian was coming out of where he
17    was beat up?
18 A  I don't know if I'm saying that Fannin got beat
19    up in B block or Gosser. So I don't know, I
20    don't know which one.
21 Q  Well, do you recall any specific issues with
22    Mr. Fannin at the time you were having this
23    conversation with him?
24 A  No.
25 Q  Would there have been any other reason why you

Page 111

1     would have pulled him out of that block to talk
2     to him or have this conversation with him?
3  A  He probably put a medical in.
4  Q  Based on your note on your sick call, on the
5     sick call request dated February 27th, you sent
6     Brian to the E.R.
7        Did you see or do you recall seeing
8     Brian Gosser at any point after he returned from
9     the hospital on February 27th?
10 A  On the 27th --
11 Q  Yes.
12 A  -- he came back? I don't know. No.
13 Q  Okay.
14 A  I don't remember.
15 Q  The jail records indicate he returned at around
16    4:00 on February 27 in the afternoon, that was a
17    Saturday. So do you recall having any other
18    involvement with Brian Gosser that afternoon
19    after he returned from the hospital?
20 A  I don't.
21 Q  And based on the time records that QCC produced
22    to us, your time out on February 27th was around
23    4:00 as well. So you would have been gone that
24    day; correct?
25 A  Yes.

Page 112

1  Q  Let's turn to QCC_564. If you had left at
2     4:00 on Saturday, February 27th, do you recall
3     whether you received any phone calls after
4     you had left from jail staff relating to
5     Brian Gosser?
6  A  I don't.
7  Q  564, what is this document?
8  A  Another protocol sheet.
9  Q  And this document was completed it looks like
10    February 28th of 2016, so the following day,
11    Sunday?
12 A  Yes.
13 Q  And the time is 0530, so that's 5:30 in the
14    morning?
15 A  Yes.
16 Q  Is any of this information in your handwriting?
17 A  No.
18 Q  Do you recall anything about this particular
19    protocol document?
20 A  I don't.
21 Q  If this document would have been completed after
22    you left on February 27th, would this be
23    something that was placed in that file folder in
24    the control room?
25 A  It is supposed to be, yes.

Page 113

1  Q  And then you would have potentially picked that
2     up the next time you were at work?
3  A  Yes.
4  Q  And we indicated that that would be roughly
5     around 11:00 the following day?
6  A  Yes.
7  Q  Let's turn to page 565 of Exhibit 27. I will
8     represent to you this is the first page of some
9     discharge instructions that were received from
10    Henry County Hospital for Brian Gosser?
11 A  Yes.
12 Q  After his release on February 27th, 2016, which
13    is roughly a four-page, five-page document,
14    six-page document, yeah, six-page. Did you
15    receive or do you recall receiving this
16    particular document from anyone at the jail when
17    you arrived at the jail at 11:00 on Sunday,
18    February 28th?
19 A  I don't recall.
20 Q  Do you ever recall receiving or seeing a
21    document such as this relating to Brian Gosser?
22 A  I don't know.
23 Q  Whose handwriting is that at the top of the page
24    on 5656.
25 A  Tara's.

Page 114

1  Q  When you arrived at the jail on February 28th at
2     11:00, do you recall having any conversations
3     with jail staff about Brian Gosser?
4  A  I don't recall.
5  Q  Do you recall any discussions about
6     complications or issue he had over the night
7     before you came back to the jail at 11:00 on
8     Sunday?
9  A  I don't remember.
10 Q  Have you had other inmates that have gone or
11    been sent to the E.R. at Henry County?
12 A  I am sure.
13 Q  And typically what kind of information do you
14    receive from the hospital when they return?
15 A  This is it about it.
16 Q  When you say "this," the Discharge Summary?
17 A  Discharge Summary.
18 Q  And who typically provides that to medical?
19 A  I don't know if custody puts it in the box or I
20    am not sure how it works.
21 Q  All right. So when you say "book," again, we
22    are going back to the control room file folder,
23    if this document was received after you had left
24    for the day on Saturday, February 27th, this
25    document would have been placed in that control

Page 115

1     room box for you to pick up the following day?
2  A  If they had it, yes.
3  Q  Do you know whether they did have it?
4  A  I don't. Sometimes we don't and we have to call
5     and ask for them.
6  Q  Do you recall whether you saw Brian Gosser on
7     February 28th other than the med pass that we
8     have talked about?
9  A  I don't remember.
10 Q  Did you recall doing any evaluations,
11    examinations, addressing any sick call requests?
12 A  I don't remember.
13 Q  Based on your time records, you were the nurse
14    on duty that day; correct?
15 A  Yes.
16 Q  Did you take any steps to contact the Henry
17    County Hospital to determine any particular
18    orders or other discharge instructions that were
19    provided to Brian when you arrived at the jail
20    on Sunday?
21 A  I don't recall.
22 Q  Would that be a step that you normally would
23    take?
24 A  It depends if I have all the information I need,
25    I guess.

Page 116

1  Q  Now you sent an inmate to the E.R. --
2  A  Yes.
3  Q  -- on February 27th, the prior day, because you
4     heard a popping noise when you listened to him
5     breathe with your stethoscope?
6  A  Yes.
7  Q  Did you do anything the next day when you came
8     to work to check on him?
9  A  I don't remember.
10 Q  And if you had, you would have made a record of
11    that; correct?
12 A  I am supposed to. I am sure I talked to them
13    when I passed meds, but I may not have wrote
14    anything.
15 Q  Do you know of any steps that anyone else with
16    the jail medical staff took to find out
17    information relative to Brian's reasons for
18    being sent to the E.R. and any instructions that
19    may have accompanied him when he returned from
20    the hospital?
21 A  It looks like Tara called on Monday.
22 Q  So Monday, February 29th, almost two days after,
23    he had been sent to the E.R. by you?
24 A  Yes. They don't have anything right away
25    anyways.

Page 117

1  Q  Let's turn to the page 568. Do you see the
2     follow-up care that's indicated there?
3  A  I want to make sure you --
4  Q  It is the last entry.
5  A  Oh, yes.
6  Q  All right. And it specifically states that the
7     "Patient needs to be monitored for the next 24
8     hours for signs of head injury."
9        Do you see that.
10 A  Yes.
11 Q  Do you know whether there was 24-hour
12    observation after Brian returned to the jail?
13 A  They have hourly rounds. We pass meds twice a
14    day.
15 Q  Do you know where that observation would have
16    taken place, if it had taken place?
17 A  Whatever block it was in. Every inmate is
18    checked on every hour.
19 Q  Are you aware of whether there is surveillance
20    cameras in G block?
21 A  I don't know. They broke them all, so probably
22    not.
23 Q  I will represent to you that I have been -- we
24    have been told that there are no surveillance
25    cameras in G block and if Brian was in G block,

Page 118

1     the only observation would have been during med
2     pass or other self-checks that officers did?
3  A  The guards have to go make rounds hourly.
4  Q  Now you see where in terms of that follow-up
5     care, it indicates that that observation is to
6     also determine whether Mr. Gosser was vomiting?
7  A  Yes.
8  Q  Are you aware whether Mr. Gosser had vomiting or
9     was complaining of vomiting at any point in time
10    after he returned from the hospital on
11    February 27th and the time that you arrived at
12    the jail the following day at 11:00?
13 A  I don't remember what day there was an issue
14    with him saying that he was vomiting.
15 Q  But he did complain of vomiting at some point
16    after he came back; correct?
17 A  I don't know what day it was.
18 Q  In terms of that follow-up care, it also
19    indicates that he, Mr. Gosser, should be
20    rechecked by a physician within 48 hours of his
21    return.
22       Do you see that?
23 A  Yes.
24 Q  Do you know whether Mr. Gosser was rechecked by
25    a physician within two days of his return to the

Page 119

1     jail?
2  A  I do not.
3  Q  It also indicates Mr. Gosser should be returned
4     to the E.R. at once for any changes or worsening
5     symptoms or any concerns.
6        Do you see that?
7  A  Yes.
8  Q  Mr. Gosser was returned to the E.R. at some
9     point; is that correct?
10 A  Yes.
11 Q  And do you recall why he was returned to the
12    E.R.?
13 A  I don't remember if it was me or Tara that sent
14    him back out.
15       MR. HALBERT: Why don't we take a quick
16    break.
17       (A recess was taken between 11:00 a.m. and
18    11:12 a.m.)
19       (Mr. Elberger does not return to the
20    deposition room.)
21       BY MR. HALBERT:
22 Q  All right. Ms. Lewark, we are back on the
23    record.
24       We were looking at -- we looked at earlier
25    the MAR records for February and March?

Page 120

1  A  Yes.
2  Q  Specifically for February 28th you started
3     providing Mr. Gosser with Ibuprofen, 800 mils.,
4     twice daily?
5  A  Yes.
6  Q  Do you know who ordered that?
7  A  Who ordered it?
8  Q  Yes, ma'am.
9  A  It should be in here somewhere.
10 Q  Okay.
11 A  I took the order off probably because that's my
12    handwriting.
13 Q  When you say "took the order off," what do you
14    mean?
15 A  Of whoever ordered it, I put it on the med
16    sheet.
17 Q  When you say "whoever ordered it," was that
18    someone with QCC or someone else?
19 A  It could have been from the hospital, but the
20    doctors still have to say yes or no.
21 Q  All right.
22 A  It has to go through our doctor.
23 Q  So if it was from the hospital -- well, strike
24    that. We will come back to that.
25       If it came from the hospital, how would

Page 121

1    that information have been relayed?
2  A  A lot of times they will just send scripts.
3  Q  But just a normal doctor's script?
4  A  Uh-huh. That was on the follow-up part, I
5    think.
6  Q  Yeah. Let's go back to 568 on the discharge
7    instructions, the last page of the discharge
8    instructions. Last sentence, "Tylenol and
9    ibuprofen for pain. Benadryl for sleeping."
10      When you say "script," would it have been
11   something different than the discharge
12   instructions?
13 A  It could have been just that.
14 Q  It could have been just that. So if you started
15   giving Ibuprofen to Brian Gosser on
16   February 28th in the morning and the afternoon
17   or the evening, does that indicate that you had
18   received the discharge instruction paperwork
19   that Brian had been provided?
20 A  Yep.
21 Q  And you would have learned that information by
22   reviewing the discharge instructions?
23 A  Yes.
24 Q  And you would have received that information
25   when you arrived at 11:00 on Sunday morning,

Page 122

1    February 28th?
2  A  Yes.
3  Q  And then in order to start providing Mr. Gosser
4    with that Ibuprofen, 800 mils., twice daily, you
5    would have communicated with Mr. Stephenson?
6  A  Yes.
7  Q  And Mr. Stephenson would have had to order
8    providing the Ibuprofen; correct?
9  A  Yes.
10 Q  And would that process have delayed providing
11   Mr. Gosser the Ibuprofen that morning?
12 A  Delayed what?
13 Q  Well, delayed providing him with the Ibuprofen.
14 A  He will get it when I get the orders.
15 Q  Do you know when you might have received those
16   orders?
17 A  No.
18 Q  Is there any other pain medication indicated on
19   that February MAR's record that you can see?
20 A  It says Tylenol.
21 Q  On the MAR record.
22 A  Oh, MAR. For February, no.
23 Q  Just the Ibuprofen; correct?
24 A  Yes.
25 Q  So if Mr. Gosser returned from the hospital

Page 123

1    roughly 4:00 on the afternoon of February 27th,
2    he didn't receive any pain medication until
3    sometime late in the day or late morning on
4    Sunday, February 28th?
5  A  That we know of. The hospital may have given
6    him something.
7  Q  Look at 571. This appears to be another one of
8    those protocol documents we have talked about;
9    correct?
10 A  Yes.
11 Q  And is any of this in your handwriting?
12 A  No.
13 Q  It is dated February 28th at 0530, "Place
14   Inmate Gosser in DT," drunk tank, "under medical
15   observation."
16 A  Yes.
17 Q  Do you recall providing any type of directive to
18   officers, an officer at the Henry County Jail
19   about placing Mr. Gosser in the drunk tank on
20   February 28th?
21 A  I don't remember this phone call specifically,
22   no.
23 Q  Was it a phone call?
24 A  I would imagine if it is 5:30 in the morning.
25 Q  If you were the nurse on duty, would you have

Page 124

1    been the nurse to be called?
2  A  They can call me or Tara.
3  Q  Well, your name is written there; correct?
4  A  Yes.
5  Q  Is that your signature?
6  A  No.
7  Q  It is not your handwriting; right?
8  A  No. They must have called me.
9  Q  It looks to be Officer Lecher's signature. Does
10   that look like Officer Lecher may have signed
11   your name to this form?
12 A  Yes.
13 Q  Would this form have been placed in that file
14   folder in the control room for you to pick up?
15 A  Yes.
16 Q  Okay.
17 A  Or whoever came on, yes.
18 Q  And it appears Mr. Stephenson didn't see this
19   form until March 2nd?
20 A  Yes.
21 Q  So over three days later?
22 A  Well, the 28th at 5:30.
23 Q  2016 was a leap year.
24 A  Yeah.
25 Q  To the 29th, 1st, 2nd. And this is at 5:30 in

Page 134

1    would be in to see him in the morning?
2  A  Yes.
3  Q  So that's later that day as opposed to the
4    following day; is that accurate?
5  A  Yes.
6  Q  And you wanted Officer Lecher to log every time
7    that inmate Gosser vomited?
8  A  Yes.
9  Q  Do you recall that being part of your
10   conversation?
11 A  I don't recollect that conversation. I don't
12   remember that conversation at all.
13 Q  Was there anything else that you told or
14   directed Officer Lecher to look for?
15 A  I have no idea.
16 Q  Have you found the first page of that protocol?
17 A  It is on 564.
18 Q  There we go. So I will represent to you this is
19   how these documents were produced, so I am just
20   going with it.
21 A  That's okay.
22 Q  So 564 is actually the first page of that
23   particular protocol document we looked at at
24   571. So those two go together is what you're
25   saying?

Page 135

1  A  Yes.
2  Q  And in terms of the vitals that Officer Lecher
3    is referring to is jail log report. Those
4    vitals are there on page 564?
5  A  Yes.
6  Q  Do you recall performing any vitals or taking
7    any vitals from Brian Gosser on February 28th
8    yourself?
9  A  I don't recall.
10 Q  Do you recall being informed when you arrived at
11   the jail on February 28th at 11:00 in the
12   morning that Brian Gosser's mother had been
13   attempting to contact the jail to determine
14   Brian Gosser's status and his health condition?
15 A  I don't know.
16 Q  Do you recall having any discussions with any
17   officers when you arrived at the jail that day
18   that that was, in fact, the case?
19 A  No.
20 Q  Other than the progress note for February 28th
21   at page 572, do you recall completing or making
22   any other records of treatment, examinations, or
23   other indications that you had seen or treated
24   or evaluated Brian Gosser on February 28th?
25 A  If that's all I wrote, but it doesn't mean I

Page 136

1    didn't see him. I probably talked to him a lot.
2  Q  On that particular day?
3  A  I see him when I pass meds. The officers see
4    him constantly throughout the day, all day that
5    I am there.
6  Q  Do you recall having any specific discussions
7    with Mr. Stephenson or Ms. Westerman about
8    Brian Gosser after you may have seen him on
9    February 28th?
10 A  I talked to Tara, but I don't know what day that
11   was.
12 Q  Do you know whether a physician or
13   Mr. Stephenson saw Mr. Gosser on February 28th?
14 A  If Stephenson saw him on February 28th?
15 Q  Yes.
16 A  On the weekend?
17 Q  Yes.
18 A  No, I don't.
19 Q  Would that have occurred on the weekend?
20 A  Usually not, unless that's his day to come. I
21   guess -- I can't say that. He could come in on
22   the weekend, I guess. He came once a week.
23 Q  And that could be any day during the week?
24 A  Yes.
25 Q  Do you recall Mr. Stephenson or any other doctor

Page 137

1    from QCC coming in on February 28th --
2  A  No.
3  Q  -- as we sit here today?
4       Do you recall him ever coming in to see
5    Mr. Gosser?
6  A  Do I recall it?
7  Q  Do you recall whether Mr. Stephenson or a doctor
8    came in to see Brian Gosser at any point?
9  A  I don't know. He usually came in during the day
10   with Tara.
11 Q  And Tara is there Monday through Friday so they
12   would note when they could come in --
13 A  Yes.
14 Q  -- or somebody comes in?
15      Now Mr. Stephenson is a physician
16   assistant; right?
17 A  Yes.
18 Q  And that's different than an M.D.?
19 A  Yes.
20 Q  Do you agree with that?
21 A  Yes.
22 Q  Do you know what kind of training Mr. Stephenson
23   has?
24 A  No.
25 Q  Do you know how many years of school he went to?

Page 138

1  A  No.
2  Q  Were you present at any point in time when
3     Mr. Stephenson or a physician did any type of
4     evaluation of Mr. Gosser?
5  A  No.
6  Q  Were you ever made aware that Mr. Stephenson or
7     another physician came in to see Mr. Gosser at
8     any point during that following week?
9  A  No.
10 Q  If you would turn to page 574. I understand
11    this is not your handwriting; correct?
12 A  Correct.
13 Q  Does this appear to be Mr. Stephenson's
14    handwriting?
15 A  Yes.
16 Q  What's the date of the service?
17 A  3/2.
18 Q  And it looks like -- did you ever review this
19    particular record or progress note from
20    Mr. Gosser?
21 A  I am sure I did.
22 Q  Do you know when you would have seen it?
23 A  Right there, "MAR Done," that's my handwriting.
24 Q  I am sorry?
25 A  That says "MAR Done," that's my handwriting.

Page 139

1  Q  Is there any particular date that you would have
2     seen it?
3  A  I worked the 2nd.
4  Q  What hours did you work on the 2nd?
5  A  Four to ten.
6  Q  So sometime between four and ten on March 2nd?
7  A  Yes.
8  Q  And when you say, when you wrote "MAR Done,"
9     does that mean that's your indication that now
10    you know that there are orders for medications
11    or other medications that may need to be
12    provided?
13 A  I put his orders on the med sheet.
14 Q  And that could include the prednisone, 60 mils.,
15    per day, for five days; right?
16 A  Yes.
17 Q  And that would also include the Tylenol, 1,000
18    mil., ordered?
19 A  BID, yes.
20 Q  And then you have got the continuation of the
21    Ibuprofen?
22 A  Yes.
23 Q  Both the Tylenol and the Ibuprofen were
24    indicated on those discharge instructions for
25    Mr. Gosser; correct?

Page 140

1  A  Correct.
2  Q  And is it fair to assume that Mr. Stephenson had
3     access to those discharge instructions when he
4     did this evaluation?
5  A  He probably did.
6  Q  All right. Based on your training and your time
7     as a nurse, do you have any understanding
8     relative to prednisone being an
9     immunosuppressant?
10 A  No. Immunosuppressant?
11 Q  Yes, ma'am.
12 A  Prednisone?
13 Q  Yes, ma'am.
14 A  Not really.
15 Q  Have you ever been asked to give prednisone to a
16    patient or an inmate that had infections?
17 A  Yes. Lung infections.
18 Q  What kind of lung infection?
19 A  I don't know what kind. Just pneumonia.
20 Q  Do you know whether Mr. Gosser had pneumonia as
21    of March 2nd?
22 A  I don't know.
23 Q  Do you typically question any orders that are
24    given or written by Mr. Stephenson or any other
25    physician?

Page 143

1     March 2nd in order to make your notation about
2     "MAR Done" on the prognosis note Mr. Stephenson
3     had completed on March 2nd?
4  A  No. But I would have seen him at med pass.
5  Q  But these would have been -- your note about
6     "MAR Done" is an indication that you had some
7     discussion with Mr. Stephenson about those
8     orders?
9  A  Not that I -- I took the orders off.
10 Q  So you wouldn't have necessarily spoken to
11    Mr. Stephenson?
12 A  No.
13 Q  Where would the orders have come off of?
14 A  He's done, they had them in a pile.
15 Q  A pile where?
16 A  I think they were on a bed, actually.
17 Q  A bed?
18 A  Uh-huh.
19 Q  A bed where?
20 A  In my office.
21 Q  In the nurse's office?
22 A  Yes.
23 Q  With other forms for other inmates?
24 A  There's a doctor's pile there, there's a dentist
25    pile, there's a psych pile.

Page 144

1  Q  For other inmates?
2  A  Yes.
3  Q  Not just Mr. Gosser --
4  A  No.
5  Q  -- right?
6     And are those reviewed by Mr. Stephenson if
7     he is there? Is that why they are in piles?
8  A  Yes. Everything he needs to review is in the
9     pile.
10 Q  And is that why a majority of the documents have
11    Mr. Stephenson's signature on them dated
12    March 2nd?
13 A  Yes.
14 Q  Now, if you would, turn to page 575. And,
15    again, this was another note completed by
16    Mr. Stephenson. I understand this isn't your
17    handwriting.
18    Did you review this particular document in
19    any way relative to taking those orders off and
20    doing the MAR?
21 A  I probably read it, because he did it that day.
22 Q  Any reason why that you are aware of that
23    Mr. Stephenson would indicate that he didn't
24    have access to records or reports for the
25    injuries that Mr. Gosser had sustained on

Page 145

1     February 27th?
2  A  Say that first part again.
3  Q  Sure. Any reason that you are aware of that
4     Mr. Stephenson would make a note in this
5     progress report that he did not have access
6     to records or reports on the injuries that
7     Mr. Gosser had sustained on February 27th, 2016?
8  A  The papers from the E.R., the hospital.
9  Q  Yeah.
10 A  He just had that sheet that you showed me. He
11    is probably talking about the in-depth records
12    we have to ask for.
13 Q  And he says "I only had diagnostic papers from
14    E.R."
15    The diagnostics, is that the Discharge
16    Summary report that we just looked at a little
17    bit ago?
18 A  Yes.
19 Q  What would he have had to have done or what
20    would have had to have been done in order for
21    Mr. Stephenson to have access to the records and
22    reports for injuries?
23 A  That's what Tara had asked for that was on the
24    top of that other page.
25 Q  Do you know if those were ever received?

Page 146

1  A  I do not.
2  Q  Did you ever take any steps to request records
3     or reports from Henry County Hospital for
4     Mr. Gosser?
5  A  No.
6  Q  Were you ever made aware that that request was
7     made?
8  A  No.
9  Q  Turn to page 576, this is another progress note
10    dated March 3rd, 2016. It is in your
11    handwriting?
12 A  Yes.
13 Q  "Inmate complained of trouble breathing when I
14    opened the door to pass meds."
15    On March 3rd you arrived at work at
16    1:30 p.m. in the afternoon?
17 A  Yes.
18 Q  Was Ms. Westerman working that day?
19 A  I have no idea.
20 Q  Do you recall any specific discussions with
21    Mr. Westerman about Mr. Gosser on March 3rd
22    before making this note?
23 A  I don't know.
24 Q  If you arrived at work at 1:30 on March 3rd,
25    when would you have normally done the med pass

Page 147

1     that particular day?
2  A  I have no idea.
3  Q  Would it have been towards the end of your
4     shift, later in the evening?
5  A  It just depends on if the guards were ready and
6     probably after chow.
7  Q  Well, your time records indicate you clocked out
8     at 7:30 that night?
9  A  Yes.
10 Q  So would you have done med pass before you left
11    at 7:30?
12 A  Yes.
13 Q  All right. Your March 3rd progress note,
14    trouble breathing, inmate was pale and taking
15    short breaths and you took some vitals; is that
16    right?
17 A  Yes.
18 Q  When you say "pale," is he ghostly white? Is
19    there a specific color that he was?
20 A  Pale, just --
21 Q  No coloring in his face?
22 A  No color in his face.
23 Q  Sure. And taking short breaths, based on that
24    visualization that you had of Mr. Gosser, did
25    that indicate anything to you? Did it indicate

Page 148

1 there was any problem?
2 A He was saying he was having trouble breathing.
3 Right then, no, I probably took him to my
4 office.
5 Q Did you make him complete any type of sick call
6 request at that point or ask him to?
7 A I think -- not the one I did. Or was that
8 before? Now I am confused.
9 Q We seen one from February 27th.
10 A That was February 27th, I don't know if I did or
11 not.
12 Q The next statement says, "Lung sounds diminished
13 bilateral." Is that "bilateral lower lobes"?
14 A Yes.
15 Q "Heard 'popping' noise."
16 A Yes.
17 Q So there is your popping noise again; right?
18 A Yeah.
19 Q And at that point were you using your
20 stethoscope to hear him breathe?
21 A Yes.
22 Q Was he complaining about anything else at that
23 point, do you know?
24 A Whatever he wrote on here is what he complained
25 of.

Page 149

1 Q It says, "Heard 'popping' below," is that "right
2 nipple"?
3 A Yes.
4 Q And then "Inmate states started on left side,
5 new on right."
6 A "Now."
7 Q "Now on right," sorry.
8 So do you recall him complaining about pain
9 on his left side as well?
10 A He said it started on his left, now it is on his
11 right.
12 Q I'm sorry. So he is complaining about
13 right-sided pain?
14 A Right side.
15 Q And at this point were you aware that he had
16 internal fractures, rib fractures?
17 A Yes.
18 Q Now when you heard the popping noise on
19 February 27th, when you listened to him breathe,
20 you made a determination to send him to the
21 E.R.; correct?
22 A Correct.
23 Q And why was that? Why did you send him to the
24 E.R. that day?
25 A On February 27th?

Page 150

1 Q Yes.
2 A Probably because I heard the popping noises.
3 Q And you wanted to rule out something from
4 sending him to the E.R.?
5 A Yes.
6 Q And what was that?
7 A Make sure his lungs were okay.
8 Q Did you believe it was indicative of a punctured
9 lung or something of that nature?
10 A I didn't know. I just knew it wasn't right.
11 Q Would that be a sign that there was a potential
12 punctured lung if he had a popping noise when
13 you listened to him breathe?
14 A I don't know if it was actually like popping.
15 Q But on this occasion, on March 3rd, it says you
16 completed an Albuterol breathing treatment;
17 right?
18 A Yes.
19 Q Why was that something, the step you took as
20 opposed to sending him back to the E.R. on
21 March 3rd?
22 A Because his oxygen sat was 97. And a lot times
23 that opens up your airways and helps you breathe
24 better.
25 Q But he was still pale and complaining of pain,

Page 151

1 shortness of breath, and vomiting as well?
2 A He was pale and, yes, he was complaining of
3 pain, shortness of breath, vomiting, and no
4 energy.
5 Q "Feels like 'chest is tight and can't breathe.'"
6 It says you also gave him Zofran?
7 A Yes.
8 Q Did you have to talk to Mr. Stephenson about
9 that?
10 A Yes.
11 Q Did you ever talk to Mr. Stephenson about giving
12 him Zithromax as well?
13 A I don't know.
14 Q What was the Zofran for?
15 A Because he was complaining of vomiting. It
16 helps with nausea.
17 Q It is a nausea medication?
18 A Yes.
19 Q The last entry there, can you read that for me?
20 A The --
21 Q The last sentence on your note.
22 A "Chest x-ray - STAT, AP and lat, claim
23 #21102756."
24 Q So at that point had you contacted an x-ray
25 company in order to have some form of x-ray done

Page 152

1  for Mr. Gosser?
2  A  Yes.
3  Q  And had you spoken to Ms. Westerman, consulted
4     with Ms. Westerman about the Albuterol treatment
5     and the x-ray as well?
6  A  I don't remember what I talked to her about.
7     But I do remember talking to her this time,
8     because we had already sent him out once.
9  Q  Okay.
10 A  And they sent him back. So you assume that
11    everything is fine.
12 Q  And they sent him back with the discharge
13    instructions that we looked at earlier?
14 A  Yes.
15 Q  And those discharge instructions specifically
16    said if specific things occurred, then he needed
17    to go back to the hospital immediately; correct?
18 A  Just because he said he did, that doesn't mean
19    he did.
20 Q  Well, you were visualizing paleness, shortness
21    of breath, you heard popping noises when you
22    listened to him breathe; correct?
23 A  Correct.
24 Q  Do you not agree that those are things that
25    would be covered by those discharge instructions

Page 153

1     and the directive to return him to the hospital
2     if certain things come up?
3  A  I don't know if it was on there or not.
4  Q  Well, the vomiting was, wasn't it?
5  A  The vomiting was, but I didn't see him vomit.
6  Q  Did you ever see him vomit?
7  A  No.
8  Q  But he was complaining about vomiting; correct?
9  A  Yes, he was.
10 Q  Do you know whether he had eaten in any way?
11 A  I don't.
12 Q  Were you aware that he had passed trays to other
13    inmates because he couldn't eat?
14 A  No.
15 Q  Were you ever made aware of that by the officers
16    at the jail?
17 A  I don't recall.
18 Q  Do you recall, was it you or Ms. Westerman that
19    contacted the x-ray company to come in and do
20    this x-ray?
21 A  Me.
22 Q  Do you recall when you did it?
23 A  No. It has the time on the claim.
24 Q  And we will get to that in just a second.
25       Do you recall, had the x-ray company

Page 154

1     arrived to do the x-ray, they had to come in
2     from outside; right?
3  A  Yes.
4  Q  Do you recall, had the x-ray been done by the
5     time you left at 7:30 on March 3rd?
6  A  No.
7  Q  Did you give any specific directives to any
8     officer at the jail before you left that night?
9  A  Yes. I told them to call when they got it, or I
10    told them to call when they came maybe. I don't
11    know.
12 Q  Let's turn to page 577.
13 A  Sorry.
14 Q  Is this a progress note you wrote?
15 A  Yes.
16 Q  Now it indicates in your note at 1930, 7:30,
17    "X-ray tech has not arrived yet. Instructed
18    custody to call this nurse if not showed up by
19    2000 hours," so 8:00.
20 A  Yeah.
21 Q  So does that indicate to you that they had not
22    come by the time you left?
23 A  Yes.
24 Q  And do you recall which officer you spoke with?
25 A  No.

Page 155

1  Q  It indicates, "Checked on inmate before I left.
2     Adam's Apple inline, lips dry and cracked, gave
3     vaseline to put on lips."
4       So you saw Mr. Gosser before you left that
5     night?
6  A  Yes.
7  Q  Was he still pale?
8  A  I don't know.
9  Q  Do you recall anything about his breathing?
10 A  No.
11 Q  Did you indicate to him that an x-ray company
12    was coming to take x-rays?
13 A  I don't know if I told him or not.
14 Q  "Under tongue still wet. Instructed to try and
15    sip on water to stay hydrated."
16      What was the purpose of sipping on water to
17    stay hydrated? Why did you write that?
18 A  Because he kept complaining of vomiting, so I
19    didn't know if he was or wasn't. I didn't want
20    him to get dehydrated.
21 Q  Had the Zofran been administered by that point?
22 A  It should have been.
23 Q  Okay.
24 A  Because I was leaving.
25 Q  How quickly would Zofran have, in a normal

Page 156

1  circumstance for nausea, how long does it
2  usually take for that to kick in?
3  A  Oh, not long, 10, 15, 20 minutes.
4  Q  And we don't know when you administered that;
5  right?
6  A  Right.
7  Q  Did you contact Ms. Westerman in any way before
8  you left that night to let her know that the
9  x-ray company had not shown up before you left?
10 A  I don't know if I told her that or not.
11 Q  Okay.
12 A  I probably did.
13 Q  The additional injury indicates custody called
14 at 2030, so 8:30 that night, stated x-ray not
15 there yet.
16    Had you given directive to the officers at
17 the jail to let you know if they had not -- the
18 x-ray company had not come in by 8:00?
19 A  Say that again.
20 Q  Did you give a directive to the officers at the
21 jail to contact you if the x-ray company had not
22 shown up by 8:00?
23 A  Yes.
24 Q  And then do you recall who in custody called you
25 that night?

Page 157

1  A  I don't know.
2  Q  It indicates that during that conversation
3  Inmate Brian Gosser was still complaining of
4  vomiting and still instructed to place inmate in
5  rec yard or drunk tank and put on medical
6  observation.
7     Do you see that?
8  A  Yes.
9  Q  Did you give the officer whom you spoke with any
10 directions in terms of what they should be
11 observing, what should they be looking for?
12 A  Vomiting.
13 Q  Did you tell them anything else?
14 A  I don't know.
15 Q  Did you tell them what they should do if they
16 saw him vomiting?
17 A  I don't know.
18 Q  If Mr. Gosser was vomiting at that --
19 A  Yeah, told him to call Tara.
20 Q  Excuse me?
21 A  I told him to call Tara.
22 Q  But if Mr. Gosser was vomiting at that point,
23 was that indicative of anything in your opinion?
24 A  If he was?
25 Q  Yes.

Page 158

1  A  He probably would have been sent right then.
2  Q  What would that have indicated to you, based on
3  your review of the Discharge Summary?
4  A  I don't know.  That's what they said to do, so.
5  I would send him back.  I don't know why.
6  Q  So you instructed, in that conversation from
7  that point forward, you directed the officers at
8  the jail to call Tara, not you?
9  A  It looks that way.
10 Q  Why would you direct them to call Tara?
11 A  Probably because I have no signal at my house.
12 I live in a hole.  I didn't want to miss the
13 call.
14 Q  Were you considered to be on call even though
15 you weren't necessarily at the jail?
16 A  Tara was mainly the on-call nurse.
17 Q  But you're both RNs; right?
18 A  Yes.
19 Q  So would you agree that both of you were
20 available to be contacted by the jail, if
21 necessary, for medical calls?
22 A  Yes.
23 Q  Did you receive any additional calls after this
24 telephone call at 8:30 on March 3rd from the
25 jail?

Page 159

1  A  I don't know.
2  Q  Do you recall speaking with anyone else at the
3  jail after that?
4  A  Nope.  I don't know.
5  Q  Were you ever made aware of anything relative to
6  Brian Gosser's condition after 8:30 on
7  March 3rd, 2016?
8  A  I don't know.
9  Q  Let's turn to page 578.  Is this a copy of the
10 order form for the x-ray?
11 A  Yes.
12 Q  And that's your signature in the middle of the
13 page under "NURSE'S SIGNATURE"?
14 A  Yes.
15 Q  And in terms of the date and time of the
16 request, it says March 3rd, 2016, at 6:13 p.m.?
17 A  Yes.
18 Q  So roughly about an hour and 15 minutes before
19 you clocked out that day?
20 A  Yes.
21 Q  How did you send this request, by fax?
22 A  They sent it to me after I put the order in.
23 Q  Did you have to call to make the order?
24 A  Yes.
25 Q  And then this is just a receipt for that order

Page 160

1    itself?
2  A  Yes.
3  Q  It appears, based on the bottom of that record,
4    that the exam was done at 2105 that night. So
5    9:05?
6  A  Yes.
7  Q  Were you ever made aware of that exam being done
8    and completed that night?
9  A  No.
10 Q  So you didn't have any additional communications
11   with the exam company?
12 A  No.
13 Q  And any results from those, the exam, the x-ray
14   exam would have been communicated to Tara, not
15   you?
16 A  I told them to call Tara.
17 Q  Can you turn to 581, which I will represent to
18   you it appears to be a progress note completed
19   by Ms. Westerman on March 3rd.
20      Did you make the determination to place
21   Mr. Gosser in the drunk tank or was that
22   Ms. Westerman on March 3rd?
23 A  I don't know. I know I talked to her. I don't
24   know if it was me or her.
25 Q  Well, she indicates in her note that she spoke

Page 161

1    with you and you instructed them to have -- I am
2    sorry. "This nurse spoke to Nurse Dennette
3    prior to conversation at jail, instructed to
4    have her call jail & place inmate in drunk tank
5    or rec yard for medical observation."
6  A  Okay.
7  Q  So as far as the directive to place Mr. Gosser
8    in the drunk tank that night that you provided
9    to the officers at the jail, that was something
10   that Ms. Westerman instructed you to do; is that
11   accurate?
12 A  That's what it looks like.
13 Q  So you took your directions from Ms. Westerman?
14 A  Yes. We probably talked about it together.
15 Q  The popping noises that you heard on
16   February 27th and March 3rd when you listened to
17   Mr. Gosser breathe, did you consider those to be
18   normal?
19 A  No.
20 Q  Is there any reason why you didn't just make the
21   decision to send Brian Gosser to the E.R. on
22   March 3rd as opposed to going through the
23   operative royal treatment and having a chest
24   x-ray done?
25 A  Because I already sent him once and I figured

Page 162

1    that if there was something drastically wrong,
2    they would have found it.
3  Q  Even though he had been in custody in the jail
4    and under QCC care since returning to the jail
5    on February 27th?
6  A  He had the same complaints pretty much the whole
7    time, so you would think the hospital would have
8    found it.
9  Q  What was he complaining about, vomiting when you
10   saw him on February 27th?
11 A  I don't know.
12 Q  He was complaining about nausea on
13   February 27th?
14 A  He didn't have that on there, no.
15 Q  Would you say Mr. Gosser's condition, after he
16   came from the E.R., would you say it improved or
17   did it worsen, in terms of what you saw?
18 A  He didn't improve much, no.
19 Q  Did he improve at all?
20 A  I don't remember in the few days that I wasn't
21   there what happened.
22 Q  If you took vitals for Mr. Gosser on
23   February 28th or had some examination, would
24   there be a record of it in the medical records
25   we have looked at today?

Page 163

1  A  Yes.
2  Q  Would you agree that the only note of any
3    involvement between you and Mr. Gosser on
4    February 28th is page 572 that we looked at
5    today?
6  A  The only interaction on the 28th?
7  Q  Yes, ma'am.
8  A  Besides med pass, he was in the drunk tank,
9    right, when I came in, so I had to have seen him
10   to let him out, unless Tara let him out the next
11   day. I don't remember what happened.
12 Q  Okay.
13 A  I don't.
14 Q  I will represent to you that the jail records
15   indicate that Mr. Gosser was placed in the drunk
16   tank on February 28th, 2016, at 5:41 a.m.
17 A  Okay.
18 Q  And he was removed from the drunk tank at
19   10:26 p.m. You arrived at work at 11:00?
20 A  Uh-huh.
21 Q  And he was already back in G block. So do you
22   recall doing an examination of any nature of
23   Mr. Gosser on February 28th, 2016?
24 A  No.
25 Q  Do you know Dakota Canaster? Have you ever

Page 164

1  heard that name?
2  A  No.
3  Q  You don't recall whether he worked at the jail
4     or not?
5  A  I don't remember that name.
6  Q  If there are records within the jail's discovery
7     documents that indicate that there were calls
8     being made by Mr. Gosser's mother on or around
9     February 28th to determine his medical status,
10    is it your testimony today that you don't recall
11    having any conversations with jail staff about
12    those calls?
13 A  I don't remember.
14 Q  Do you recall speaking to his mother in any way?
15 A  I don't recall.
16 Q  Did you ever recall indicating to Louann Phares,
17    Brian Gosser's mother, that Brian was fine?
18 A  I don't recall.
19 Q  Do you recall having a conversation with
20    Officer Lecher on the evening of March 3rd,
21    2016, on your way out the door where you
22    indicated to him that Brian Gosser was getting
23    sick and that he had received some medicine to
24    help?
25 A  No.

Page 165

1  Q  If Mr. Lecher made a record of that conversation
2     and that's what's indicated, do you have any
3     reason to dispute that conversation taking
4     place?
5  A  What did he say now?
6  Q  I will let you read it.
7  A  When I was --
8  Q  This is a document that's been previously marked
9     as Exhibit 40 and we can mark it in just a
10    second.
11       These documents aren't numbered, so it is
12    going to take a little bit of time to find the,
13    but I can help you.
14       (Previously marked Deposition 40 was marked
15    for identification.)
16 Q  Turn to the page of Exhibit 40 with the number
17    at the top 752.  This is a copy of a jail log
18    that was completed by Officer Lecher for
19    March 3rd, 2016.  And the first paragraph of the
20    description in that jail log he summarizes a
21    conversation that he had with you when he came
22    in to start his shift that night at 7:00.
23    "Nurse Dennette was on her way out the door and
24    informed me that Inmate Brian Gosser had an
25    X-Ray scheduled that evening and that if no one

Page 166

1     arrived by 8:00 to call her and inform her."
2        Do you see that?
3  A  Yes.
4  Q  He also said he had been getting sick and that
5     he received some medicine to help.
6        Do you recall telling Officer Lecher that
7     Brian had been getting sick?
8  A  No.
9  Q  And do you have any reason to dispute that that
10    was what you stated to Officer Lecher if it's
11    recorded in his jail log?
12       MR. PIERCE:  Well, I will object at this
13    point.
14       THE WITNESS:  Yeah.
15       MR. PIERCE:  It is not a quote.  It's his
16    summary.  So it can be shorthand.  It can be his
17    recollection.  But it is clearly not in
18    quotation marks.  You can go ahead and answer.
19 A  I don't recall saying that he ever got sick.  I
20    never saw him get sick.
21 Q  Okay.
22 A  He could have just assumed that because of the
23    medicine that I gave, but I don't know.
24 Q  Did you or are you aware of Ms. Westerman ever
25    instructing the officers at the jail to contact

Page 169

1  A  I don't know.  That used to be like Community
2     Corrections, but they changed it all.
3  Q  Was this in anyone's particular office or was it
4     like a conference room?
5  A  I think it was just in a little room.
6  Q  And how were you made aware of you needing to be
7     there to do this interview?
8  A  I don't know.  I think Tara told me, but I'm not
9     sure.
10 Q  Do you know if Tara talked to them as well that
11    day?
12 A  I believe so.
13 Q  Had you been contacted in any way prior to
14    March 4th of 2016 to provide any information as
15    part of an investigation that was being
16    conducted?
17 A  No.
18 Q  And the officers told you or the detectives told
19    you during that meeting that they were recording
20    your discussion; correct?
21 A  Correct.
22 Q  Did they also indicate to you that it was being
23    video recorded?
24 A  No.
25 Q  Were you aware of that?

Page 170

1  A  I don't know.
2  Q  I'm sorry, were you aware there was a video
3     recording of your statement?
4  A  Yes.
5  Q  Did you ever see a copy of your statement at any
6     point after you completed your interview?
7  A  No.
8  Q  If you turn to page 2, Detective Manning is
9     asking you about your involvement with
10    Mr. Gosser on the evening of March 3rd, 2016.
11    And he asks you a question, "OK, tell me what,
12    what caused you to see him and tell me what
13    information you know about that."
14       And you indicate that you were passing
15    meds, gets medications in the evening, you
16    opened door, he was having trouble breathing, he
17    was pale, and I went and got my stethoscope so I
18    could hear him better.  Took his vitals.  And
19    you said that when you were done passing meds,
20    you would come get him and let him know what you
21    found out.
22       So when you passed meds on the evening of
23    March 3rd, did you have a discussion with Brian
24    about pulling him out that you recall?
25 A  I don't know.

Page 171

1  Q  And did you pull him out and put him in the
2     drunk tank or the rec yard before you left that
3     night?
4  A  No.  Apparently we did it right after I left, or
5     right after I walked out.
6  Q  You also indicate in your answer that you called
7     Tara and you decided to get a stat chest x-ray
8     and you gave him a breathing treatment because
9     his oxygen was low.  Where did you give him the
10    breathing treatment?
11 A  It would have been in the med room.
12 Q  Would you have done that in G block?
13 A  No.
14 Q  You also indicate in your answer, "I gave him a
15    Zofran which was nausea medicine, he was
16    complaining of vomiting.  I actually seen him
17    vomit."  Is that accurate?
18 A  No.
19 Q  So how did you --
20       MR. PIERCE:  I'm going to object.  That's a
21    typographical.
22 A  Because it says I went ahead and got one, so I
23    was saying no.
24 Q  So did you indicate to them during that meeting
25    that you had seen him vomit is my question.

Page 172

1  A  Did I indicate what?
2  Q  To the detectives, that you had seen him vomit?
3  A  No.
4  Q  Or is that not what your statement was?
5  A  No.
6  Q  Where does the x-ray company have to come from?
7     Like how far away are they?
8  A  Mobilex, they drive all over.
9  Q  Do you know where they are located?
10 A  I don't know where they are based out of.
11 Q  Are they in Indiana?
12 A  Oh, I would think, but I don't know.
13 Q  Well, the reason I ask is that based on the
14    x-ray request that you made, it looked like it
15    was submitted around 6:13 p.m.?
16 A  Yes.
17 Q  And they didn't show up till after 9:00?
18 A  Yes.
19 Q  Is there any reason why you would know that it
20    would take them over almost three hours to come
21    back to get to the jail?
22 A  I hadn't worked with them very often, but
23    actually, it is pretty fast.
24 Q  Has there been other occasions where it has
25    taken them that long for them to show up and do

Page 173

1     an x-ray?
2  A  It has been longer.
3  Q  You have had longer instances?
4  A  Yeah.
5  Q  Well, would you say they usually show up pretty
6     fast?
7  A  No.  Never.
8  Q  They never show up fast?
9  A  No.
10 Q  Is that the only company that you are aware of
11    that QCC uses for x-rays, external x-rays?
12 A  Yes.
13 Q  If you turn to page 3 of your statement,
14    Detective Manning asks you a question, "Is that
15    the, other than just passing meds to Mr. Gosser,
16    in the evenings, was there any other times that
17    you would have had other medical issues with him
18    where you saw him outside of just passing the
19    meds?"
20       And your response, "He asked to see a nurse
21    every day since he came, since I sent him out to
22    the hospital, last Saturday, due to him being
23    beat up."
24       So he asked to see the nurse every single
25    day after February 278th?  Is that your

Page 174

1  statement?
2  A  He complained to the guards every day.
3  Q  Did you have any reason to not believe that
4     Mr. Gosser was in need of treatment when he made
5     those requests?
6  A  I don't know. He never put another slip in,
7     other ones. No, I didn't see him. I guess Tara
8     seen him from then on out.
9  Q  If you turn to page 4, actually it is page 3,
10    continuing on to page 4, Detective Manning asks
11    you a question on page 3, "OK, and what, what
12    did the medical request say, what was his
13    reasoning for wanting to be seen?" And I
14    believe this is in reference to the
15    February 27th sick call request. On page 4 --
16       MR. PIERCE: Where at?
17       MR. HALBERT: The question is at the bottom
18    of page 3. Her answer continues over --
19       MR. PIERCE: Okay. Perfect. Thank you.
20       MR. HALBERT: -- back to 4.
21       MR. PIERCE: Go back to page 3. Here is
22    the question and here is the answer.
23       THE WITNESS: Oh, okay.
24       MR. PIERCE: And it goes on from there.
25 Q  I want to focus on the last part of your

Page 175

1     response to that question on page 4.
2        MR. PIERCE: Okay. Go ahead.
3  Q  You stated, "I wanted to rule out, he didn't
4     have a punctured lung or anything, because he
5     did have some noise in the back that's not
6     normal so I went ahead and called the doctor."
7     When you refer to "the doctor," who are you
8     referring to?
9  A  Chris.
10 Q  But he is not a doctor; right?
11 A  He is a PA.
12 Q  Do you agree that there is a difference?
13 A  I mean, just like RN to LPN, it is just a little
14    bit more school.
15 Q  But you had a concern based on that response
16    that he may have had a punctured lung and you
17    wanted to rule it out and that's why you sent
18    him to the E.R. on February 27th with the
19    popping noise?
20 A  Yes.
21 Q  Towards the bottom of page 4 there is a question
22    from Detective Manning, "Would you have made a
23    note when you saw the black eyes before the
24    first time, I mean before you sent him to the
25    hospital?"

Page 176

1     And your response, "We usually do, I mean
2     if I see something while I'm passing meds, I
3     usually will note that."
4     So you passed meds to Brian Gosser every
5     day you were there, from February 28th through
6     March 3rd; correct?
7  A  Correct.
8  Q  And did you notice anything of significance that
9     you wouldn't have noted while passing meds?
10 A  No.
11 Q  Other than what we looked at thus far?
12 A  No.
13 Q  Did you ever talk to the other inmates in G
14    block when you were passing meds to Brian?
15 A  I don't believe so. When I am passing meds, I
16    try not to talk to them.
17 Q  Try not to?
18 A  (Witness nods head up and down.)
19 Q  Did Tara have purple hair at some point?
20 A  I think so.
21 Q  Yeah. Do you know whether that she had that in
22    February of 2016, March 2016?
23 A  I have no idea.
24 Q  Okay.
25 A  I don't think it was all purple.

Page 177

1  Q  Maybe had a purple streak or something like
2     that?
3  A  Yeah.
4  Q  Would you have ever made any statements to
5     Brian Gosser telling him to walk it off?
6  A  No.
7  Q  Or that you're fine?
8  A  No, I don't believe so.
9  Q  Are you aware of Ms. Westerman ever said
10    anything of that nature?
11 A  No.
12 Q  Based on your training, you went to school for
13    LPN, went to school to become an RN. You have
14    been an RN for what, five years, four years,
15    roughly?
16 A  Yeah.
17 Q  Have you ever received any training in terms of
18    how to recognize signs or symptoms of sepsis?
19 A  As long as they are two vital signs that are
20    off, they could be.
21 Q  Like what vital signs?
22 A  Any of them. Blood pressure, temperature,
23    pulse, respirations.
24 Q  Does coloring have anything to do with potential
25    sepsis?

Page 178

1  A  I don't know.
2  Q  If you were to fail to recognize certain
3     symptoms of sepsis or other conditions, do you
4     agree that that could pose potential risk to a
5     patient?
6  A  If I failed to recognize what?
7  Q  If you failed to recognize that there were
8     certain symptoms or issues associated with
9     sepsis, that that could pose a risk to the
10    patient?
11 A  Yes.
12 Q  I'm sorry?
13 A  Sepsis is a huge broad-spectrum thing.
14 Q  Well, it is an infection, is it not?
15 A  Pretty much, yes.  Is that what he had?
16 Q  Well, were you ever made aware of why or how
17    Mr. Gosser passed away?
18 A  No.
19 Q  Outside of your conversation with Detective
20    Manning and Detective Ullery on March 4th of
21    2016, did you participate in any other internal
22    investigations conducted by QCC relative to the
23    death of Brian Gosser?
24 A  No.
25 Q  Did you receive any form of disciplinary action

Page 179

1     as a result of the death of Mr. Gosser --
2  A  No.
3  Q  -- from QCC?
4  A  Why would I?
5  Q  Do you believe you took all steps and did
6     everything required of you in terms of your
7     treatment of Brian Gosser during his
8     incarceration at the Henry County Jail?
9  A  Yes, I do.
10 Q  Do you believe that the training you received in
11    terms of your LPN and your RN license while
12    being employed at QCC adequately prepared you in
13    terms of recognizing risks associated with the
14    conditions that Brian Gosser had?
15 A  Risk of what?
16 Q  Well, you said you looked at his Discharge
17    Summary; right?
18 A  I guess I don't know what you're asking.
19 Q  Sure.  Well, when you said you reviewed the
20    Discharge Summary, you are aware that he had
21    fractured ribs; correct?
22 A  Correct.
23 Q  You're also aware he had other facial fractures,
24    potential concussion?
25 A  Okay.

Page 180

1  Q  Do you agree with that?
2  A  Yes.
3  Q  Do you believe your training adequately prepared
4     you for purposes of being able to determine
5     risks associated with those types of injuries?
6  A  Yes.
7  Q  Do you believe that you received adequate
8     training in terms of your employment with QCC
9     for purposes of evaluating and determining the
10    risks associated with those injuries?
11 A  Yes.
12 Q  Do you believe that the care that you provided
13    to Brian Gosser complied with all the policies
14    and procedures in place between QCC and the
15    Henry County Jail?
16 A  Yes.
17 Q  Had you reviewed the extent of the policies and
18    procedures associated with the agreement to
19    provide healthcare between QCC and the Henry
20    County Jail?
21 A  No.
22 Q  Okay.  Did you feel safe working at the Henry
23    County Jail?
24 A  Because they liked me, yes.
25 Q  When you say "they liked me," what does that

Page 181

1     mean?
2  A  The inmates liked me.
3  Q  So that made you feel safe?
4  A  They were calmer when I was there.  When I come
5     in, one of them would tell them to stop because
6     Dee is here and they did.
7  Q  Did Tara ever indicate to you that she didn't
8     feel safe?
9  A  No.
10 Q  Are you aware of any other medical personnel at
11    the jail that have indicated they didn't feel
12    safe?
13 A  I know they don't like it there.  It is crazy.
14    It is rough.  They break everything.  They have
15    no structure and no discipline.
16 Q  Do they have a lot of fights?
17 A  Yes.
18 Q  A lot of injuries?
19 A  I don't know that I have taken care of, you
20    know, a lot of injuries, but they do have a lot
21    of fighting.
22 Q  And the last time you worked at Henry County
23    Jail was when, March of 2016?
24 A  Yes.
25 Q  Have you been back there since?

[8/10/2018] Lewark, Dennette (Vol. II) 8-10-18                    Pages 178 - 181

Page 182

1  A  No.
2  Q  Give me five minutes.
3     (A recess was taken between 12:34 p.m. and
4     12:35 p.m.)
5  BY MR. HALBERT:
6  Q  Ms. Lewark, I'm done for today.
7     I am going to hold your deposition open,
8     because there are several pieces of information
9     that I am still waiting to receive from your
10    counsel.  So for that purpose, I'm going to keep
11    your deposition open.  And if I need to call you
12    back and answer additional questions based on
13    that information, I will, and I will communicate
14    that to your counsel.  All right?
15 A  Okay.
16 Q  So for that, I will conclude for today, for this
17    purpose, and then we will, if we need to convene
18    again, we will.
19 A  Okay.
20
21 CROSS-EXAMINATION,
22    QUESTIONS CAREN L. POLLACK:
23 Q  All right.  Dennette, I just have a few
24    questions.  I won't ask you as many as
25    Mr. Gosser's did.

Page 183

1     So a lot of what I made notes about has
2     already been covered, so I will try to skip over
3     the ones that you already talked about today.
4     Do you recall or do you know anything about
5     whether Brian Gosser displayed any evidence of
6     alcohol withdrawal while he was at the jail?
7  A  I did not.  I didn't see any.
8  Q  So we talked about February 27th, you saw
9     Brian Gosser.  You also saw Justin Fannin.  Do
10    you recall if Justin Fannin also had injuries
11    from a fight?
12 A  Yes, he did, I believe.
13 Q  Do you recall what Justin Fannin told you about
14    the fight or what happened?
15 A  He wouldn't tell me anything because he said he
16    thought they were in the other -- or either his
17    happened in the other block or Brian's happened
18    in the other block, but he wouldn't go into
19    detail.  He just said I didn't see anything.
20 Q  But what did Justin tell you about how he got
21    hurt in the fight?  Did he tell you he got --
22 A  I can't remember what he said.
23 Q  All right.  So I just want to make sure I
24    understand the February 27th incident.  You were
25    passing meds in the block and did you approach

Page 184

1     Brian Gosser or did he approach you and say --
2     did you see that there was something wrong with
3     him or did he come to you?
4  A  I think I noticed there was something wrong.
5  Q  And what did you notice?
6  A  Probably his face.
7  Q  Okay.
8  A  The injuries.
9  Q  And then what do you recall about what you said
10    to him in the cellblock and what his responses
11    were?
12 A  I don't know what I said right there, because I
13    won't talk to them right there.  I probably
14    brought him to my office, because I don't want
15    the others to hear.
16 Q  So in my notes I have got that you had assisted
17    him in filling out a medical request.  So is
18    that something that was your idea or he asked
19    you?
20 A  Well, as to kind of justify why I got him out
21    that day, I guess.
22 Q  Had he asked if he could see you that day or did
23    you just decide this guy needs to be seen?
24 A  I think I just decided he needed to be seen.
25 Q  Okay.  So you don't recall having any