```
1        IN THE UNITED STATES DISTRICT COURT
2            FOR THE SOUTHERN DISTRICT OF INDIANA
              INDIANAPOLIS DIVISION
3     Civil Action No. 1:17-cv-03257-TWP-MPB
4   DOUGLAS J. GOSSER, as Personal        )
      Representative OF THE ESTATE OF      )
5   BRIAN LEE GOSSER,                      )
                                           )
6       Plaintiff,                         )
                                           )
7       -vs-                               )
                                           )
8   HENRY COUNTY SHERIFF'S                 )
      DEPARTMENT, RICHARD A. McCORKLE,)
9   individually and in his official      )
      capacity as Jail Commander of       )
10  the Henry County Jail, OFFICER        )
      ROBERT HUXHOLD, OFFICER TERESA )
11  WEESNER, OFFICER CLARK LECHER, )
      individually and in their           )
12  official capacities as                )
      Correctional Officers, QUALITY      )
13  CORRECTIONAL CARE, LLC,               )
      CHRISTOPHER STEPHENSON, P.A., )
14  TARA WESTERMAN, R.N., and             )
      DENETTE LEWARK, R.N.,                )
15                                         )
        Defendants.                        )
16
17        DEPOSITION OF TERESA M. WEESNER

        The deposition upon oral examination of
18  TERESA M. WEESNER, a witness produced and sworn
    before me, Judith E. Bellinger, RPR, CRR, CSR No.
19  94-R-1044, a Notary Public in and for the County of
    Marion, State of Indiana, taken on behalf of the
20  Plaintiff at the offices of Pollack Law Firm, P.C.,
    10333 North Meridian Street, Suite 111,
21  Indianapolis, Marion County, Indiana, on the 14th
    day of November, 2018, commencing at the hour of
22  1:14 p.m., pursuant to the Rules of Federal
    Procedure with written notice as to the time and
23  place thereof having been given.
24
25
```

Page 13

```
1    those kind of things, was the daily.  But as far
2    as offenders fighting -- or excuse me -- I'm
3    used to calling the guys that I have at the
4    prison offenders, but I know that ones at the
5    county are still considered inmates.  The
6    inmates weren't -- they weren't fighting on a
7    daily basis.  I mean, we weren't going back and
8    breaking up fights on a daily basis.  It was
9    just that -- it was just their total lack of
10   respect.  The inmates just had no respect for us
11   as officers.
12 Q  Was there any reason why that might be the case
13   that you could imagine?
14      MS. POLLACK:  Well, I'll object to asking
15   her to speculate.
16 A  Yeah, I don't want to -- I can't really say why.
17 Q  No particular --
18 A  Because that would be more speculation.
19 Q  You're not aware of any specific reason why that
20   would be the case?
21 A  No, no.
22 Q  From an inmate population standpoint, what would
23   you say, was it overcrowded, or was it about
24   right that last year?
25 A  The overcrowding became more when the court
```

Page 12

```
1    I was told it was my fault on his part, why he
2    was going to -- why he made threats towards me.
3    Courts didn't do anything to them.  You know,
4    they would get the -- we would attempt to bring
5    the charges against them and then they would
6    drop them.  So the inmates were gaining control.
7  Q  Was this just in the last year that you were
8    there?
9  A  It progressively got worse, but I would have to
10   say the last year was the worst.
11 Q  How often would you say that -- well, would
12   there be occasions where you would ask or need
13   to impose discipline on an inmate for certain
14   conduct and that not be supported by upper
15   management?
16 A  All the time.
17 Q  What types of -- well, see, I'm going to ask one
18   of those bad questions.  I'm going to stop
19   myself.
20      How often would you say there were fights
21   within the jail?
22 A  It was not -- it wasn't like a daily or weekly.
23   Maybe once a month.  I mean, it was not like it
24   went on on a daily basis.  The yelling, the
25   screaming, the pounding, the cussing you out,
```

Page 14

```
1    system changed the levels of incarceration.
2  Q  They started assigning L6?
3  A  Yeah.  When we went to the L6s that started
4    staying at the county level, that's when the
5    true issues -- we started seeing more of the
6    overcrowding issues.
7  Q  Now, you say you didn't have any support from
8    upper staff within the jail, the commander,
9    sheriff.  Is that who you were referring to?
10 A  Yes.
11 Q  Would that be only in relation to certain --
12   bringing charges against inmates, or would that
13   be in relation to other things that you were
14   needing within the jail?
15 A  Most of what I'm referring to is if we had an
16   inmate that was back there just raising all
17   kinds of cain and we could not -- you know,
18   they're yelling, screaming, kicking.  We
19   couldn't get them calmed down.  You know, they
20   were demanding to speak to the sheriff.  They
21   were demanding to speak to the major.  They were
22   demanding to speak to the jail commander.
23      I completely understand the sheriff had
24   other jobs that needed to be done.  But the jail
25   commander would not come back and talk to him.
```

Page 15

1 Q   Did you feel that the -- and I'm only going to
2     focus on this last year that you were there in
3     2016 -- did you feel like it was a safe
4     environment for jail officers?
5 A   Absolutely not.
6 Q   Would you say it was a safe environment for
7     medical providers coming into the jail?
8 A   I do not feel like their lives were threatened
9     like ours was, because they had the -- they had
10    the ability to go to a locked door.  They did
11    not -- if someone was being -- the yelling,
12    screaming, ready, you know, banging, they did
13    not have to put themselves into that position.
14 Q   When you came, did you have any -- when you came
15    to the jail, when you started working at the
16    jail back in 2009 you said --
17 A   Uh-huh.
18 Q   -- did you have any specific medical training or
19    knowledge before you came to the jail?
20 A   No.
21 Q   Did you receive training, medical training, of
22    any type when you started working at the jail?
23 A   Just we did CPR training and we were showed how
24    to use the automatic blood pressure cuffs, I
25    assume that's what you actually call them, but

Page 16

1     the automatic cuffs.  We never used, like, the
2     stethoscopes.  That's basically all the training
3     that we did.
4 Q   First aid training?
5 A   No.
6 Q   Did you ever receive first aid training?
7 A   Not that I remember.
8 Q   Did you ever receive any specific training -- I
9     say "you," I mean officers.  Were officers
10    trained in any way to take vitals of inmates?
11 A   Other than using the automatic blood pressure
12    cuff.  That was it.
13 Q   Were you taught how to take a pulse?
14 A   The blood pressure cuff we had, had the
15    pulse rating on it.  But as far as -- nothing
16    manual.  We didn't do, like, the manual arm
17    thing or the stethoscopes thing.  We did it all
18    on the one machine.
19 Q   So there was actually a machine that you
20    utilized?
21 A   Yes, we had one of the -- we had actually one of
22    the little -- I'm horrible with what these
23    things are called -- but to check your oxygen
24    levels, or whatever, they put it on the
25    fingertip.  We had one of those.  And then we

Page 17

1     had just one of the automatic cuffs that we put
2     on their arm hit the button and --
3 Q   Automatically?
4 A   -- it automatically told us all the numbers.
5 Q   So there wasn't really any science to it, you
6     just had to read where --
7 A   As long as you could put that cuff on and put
8     the little thing on your finger and read the
9     number, that's what we used.
10 Q   Were you ever provided with any instructions in
11    terms of medical protocols that jail officers
12    were to use for sick calls, for example, for
13    inmates?
14 A   We had a book like yours there, that had
15    protocols in them.  If somebody was, like,
16    having bleeding, or, you know, if they felt like
17    they were having a heart attack, you know, if
18    they felt like -- we would go to that book.
19    There would be a paper that said, you know,
20    check this, this, and this, and we would fill
21    that out.  And then we would call, if there was
22    no nursing staff on call -- and the only time we
23    used that was if there was no nursing staff on
24    call.
25 Q   Sure.

Page 18

1 A   We would use that book.  We would fill out the
2     information.  And then we would call whoever,
3     whatever nurse, QMA, whatever, was on call, we
4     would call them, present them the information,
5     and then they would give us instructions on what
6     to do further.
7 Q   Were you provided with a copy of those
8     protocols, or did you just have access to them?
9 A   They were -- like I said, they were in a book
10    like that, that we kept in the booking area at
11    all times.  So we would flip through, find which
12    one we needed, make a copy.  That was our master
13    copy, so we'd make a copy of it and fill it out
14    from there.
15       I'm not sure what they called that book.
16 Q   I'm going to hand you what's been previously
17    marked as Deposition Exhibit 24, just for
18    identification purposes.
19       (Deposition Exhibit 24 previously marked
20    for identification.)
21 Q   You can flip through that, if you'd like.
22       Is that what you're referring to?
23 A   We never had -- like, we never had restraint
24    protocols.  These are new protocols that we --
25    this one is more similar (indicating).

Page 46

1    that they're supposed to watch.  If they see
2    anything out of line, to alert us to say, "Hey,
3    you might want to see this.
4  Q   Did you have any further interactions with Brian
5    Gosser, say, after February -- from
6    February 27th on?
7  A   I can't remember any hands-on with him, no.
8  Q   Were you ever asked to monitor his condition or
9    anything of that nature?
10  A   I honestly cannot remember.
11  Q   Were you aware that he went to the emergency
12    room?
13  A   I did know that, yes.
14  Q   Who told you that?
15  A   That would have been at our shift reports.
16  Q   Were you aware of anything relative to the -- to
17    any diagnoses that he received at the hospital?
18  A   No.
19  Q   Did you ever have any specific discussions with
20    Commander Grider or Sheriff McCorkle about what
21    you and Mr. Huxhold saw that night?
22  A   With them, no.
23  Q   Did you have discussions with others?
24  A   Detective Manning called us over to do whatever,
25    the interview.  Whatever you -- I don't know

Page 47

1    what --
2  Q   The interviews as part of the investigation?
3  A   Investigation, yes.
4  Q   Do you know whether that was before or after
5    Mr. Gosser was -- had died?  Don't know?
6  A   I do not recall when we actually -- I cannot --
7    I cannot tell you honestly off the top of my
8    head.
9  Q   Do you recall where that interview took place?
10  A   Over, I guess at that time it was our old annex,
11    but it became the criminal investigations
12    division.
13  Q   And who asked you to come over?
14  A   Ed Manning, Detective Manning.
15  Q   Did anyone let you know in advance that they
16    were going to be asking to speak to you?
17  A   No.
18  Q   No?  Do you recall whether that was a recorded
19    conversation?
20  A   I believe, yes.  Yes, I remember Ed -- or
21    Detective Manning saying that he was going to --
22    he had the little tape recorder on the desk.
23  Q   Did you ever hear the audio of that discussion?
24  A   No.
25  Q   Did you ever receive or review a copy of the

Page 48

1    transcription of that discussion?
2  A   No.
3  Q   In advance of today's deposition, did you see a
4    copy of that transcription?
5  A   I saw it yesterday.  I did see it yesterday.
6    That's the first I had seen.
7  Q   First time you saw it?
8  A   First time I saw a copy of it, yes.
9      (Weesner Exhibit 49 marked for
10    identification.).
11      MS. POLLACK:  So what it is it 50?
12      MR. HALBERT:  49.
13      MS. POLLACK:  49.
14  BY MR. HALBERT:
15  Q   So Ms. Weesner, I'll represent to you that this
16    is the transcription of the conversation you had
17    with Detective Manning of the Henry County
18    Sheriff Department on February 22nd, 2016, that
19    was provided to us by Henry County.
20  A   Okay.
21  Q   And I'm not going to -- if you want to read it,
22    you can, to ensure that I'm not telling you
23    something that's not true.
24  A   I did read over it yesterday and it --
25  Q   So you've seen it?

Page 49

1  A   I've seen it, yes.  And I did notate yesterday
2    they have my middle initial wrong.
3  Q   Okay.  What is your middle initial?
4  A   M as in Mary.
5  Q   Well, we found that sometimes the transcription
6    doesn't necessarily come through clear either
7    so...
8  A   And I didn't know if it made any difference.
9    But the rest of it seems to be all in order,
10    however.
11  Q   Do you recall how long this discussion lasted?
12  A   It didn't -- did not seem like I was over there
13    very long.  They did it while I was on shift.
14    Just, "Hey, we need her to come over and talk to
15    her."
16      But as far as lasting any long amount of
17    time, I don't believe it did.
18  Q   Did you know who Brian Gosser was?
19  A   Yes.
20  Q   Who was he?
21  A   The son of the former Rush County Sheriff.
22  Q   And that would be Doug Gosser, correct?
23  A   Yes.
24  Q   And did you know that before February 26th of
25    2016?

Page 50

1    A   Yes.
2    Q   And how did you know that?
3    A   Because when they -- when he came in -- or while
4        he was there, at some point, they're, like,
5        "Doug Gosser's his father."  I knew Doug
6        Gosser -- not personally --  but I can
7        remember -- I remember my mother speaking of
8        him.  She dealt with him with her job.  And
9        that's how I -- how I knew.
10   Q   Were you ever made aware that there was -- that
11       that fact was known throughout the jail, or at
12       least in F Block, that Brian Gosser was Doug's
13       son, the son of a former sheriff?
14   A   Yes.
15   Q   How were you made aware of that?
16   A   All the inmates were talking about it.
17   Q   Before February 26th?
18   A   Uh-huh, yes.
19   Q   What inmates?
20   A   All the -- I can't specific -- but all the
21       blocks was talking about, "Is he really?"
22       "I don't know.  Is he?"
23       I mean, we didn't -- we didn't confirm or
24       deny.
25   Q   So they were asking questions?

Page 51

1    A   Yes.
2    Q   Had you had other -- in your -- how many years
3        were you at the jail, seven?
4    A   Seven.
5    Q   Eight?
6    A   Eight, yeah.  Something like that.
7    Q   Had you had other law enforcement relatives in
8        the jail as detainees?
9    A   Yes.
10   Q   And on those occasions, did you ever make -- or
11       have to make special arrangements in terms of
12       where they were housed?
13   A   No.
14   Q   Were you ever asked to?
15   A   No.
16   Q   Would you have had the ability to?
17   A   Not -- no.
18   Q   And why not?
19   A   There was no room.  The housing -- that was just
20       not something -- didn't have seclusion cells.
21       There were no seclusion cells to do that with
22       them.
23   Q   So as I said, I'm not going to necessarily go
24       through the entirety of your statement.  I just
25       want to focus on a couple of points, if you

Page 52

1        don't mind.
2    A   Okay.
3    Q   If you'll turn to page 3.
4    A   (The witness complies.)
5    Q   Detective Manning asked you a question, "You had
6        seen him previously to this, did he have a black
7        eye then?"
8        Do you see that question?
9    A   Yes.
10   Q   And you indicate "Just the redness, seemed to
11       have the redness because I believe, if I
12       remember right (sic)."
13       It was because of the previous incident,
14       correct?
15   A   Yes.
16   Q   That was the B Block that you weren't present
17       for?
18   A   Right.
19   Q   Now, you also indicate that "I believe it was
20       Officer Blake that moved him to F. Block (sic)."
21   A   Yes.
22   Q   How do you know that?
23   A   On that -- Blake was working with us.  He was on
24       our shift.  And like I stated previously, we
25       would have our different areas we would work in.

Page 53

1        Most of the time the guys did the work back in
2        the back, as far as passing trays, moving
3        inmates in and out of blocks, bringing them back
4        and forth to court.  I stayed in the booking
5        area a lot and did the paperwork, as far as the
6        bookings, as far as court paperwork, things like
7        that.  The day-to-day paperwork that we had to
8        get done, basically, was what I did a lot of.
9        Just because the guys did not like doing the
10       paperwork.
11   Q   Typical.  Do you know if that move was approved
12       by Commander Grider prior to Brian being moved
13       to F Block?
14   A   I cannot say yes or no on that question.
15   Q   But you indicated that you had only seen some
16       bruising on his face and some redness?
17   A   Yes.
18   Q   At least prior to that?
19   A   Yes.
20   Q   Prior to February 26th when you guys actually
21       went into F Block?
22   A   Yes.
23   Q   Did you ever speak to any of the inmates in
24       F Block about Brian and why he had bruises on
25       his face and things of that nature?

Page 54

1  A   Absolutely not.
2  Q   And on page 4, towards the bottom, that's where
3      you indicate there that you did get off at 7:00
4      on February 26th?
5  A   Yes.
6  Q   7 p.m.?
7  A   Yes.
8  Q   All right.  And then on page 5, when you come in
9      to work on February 27th, 2016, at your normal
10     time of 7 a.m., Brian was in the drunk tank
11     correct?
12 A   Yes.
13 Q   Did you see him in the drunk tank before you
14     figured out why he was in the drunk tank?
15 A   No.  The -- when we would walk in, we would
16     actually walk into the booking area, and the
17     drunk tank was on the other side.
18 Q   So did you have a discussion with another
19     officer coming off that night shift about why --
20 A   Yes, that would have -- that would have been
21     done.  We always did our shift reports there
22     within the booking area.
23 Q   Was this a group discussion or was this a
24     discussion you were having with Officer Lecher?
25 A   It's always a group discussion.

Page 55

1  Q   I referred to it as a "powwow" earlier this
2      morning.
3          Would that be a normal occurrence that the
4      officers coming off each shift would talk about
5      significant things?
6  A   Yes, yes.  Because we weren't -- not one person
7      could leave.  We all had to leave as a group.
8      We might have came in separately, but that shift
9      would not have been allowed to leave until we
10     were all clear on what had happened the night
11     before.
12 Q   And also in that paragraph, the paragraph there
13     on page 5, you indicate that "the shift had told
14     us that when we went back to do their initial
15     head count at 1900" --
16 A   Yes.
17 Q   -- "he said that he needed help and he needed to
18     get out of there."
19 A   Yes.
20 Q   Did they elaborate on that in any way?
21 A   I just remember them telling us he passed them a
22     note.  And they actually walked out of the
23     block.  I mean, if you got passed a note, you
24     didn't open it up right there in the block.  You
25     waited until you got outside the block.

Page 56

1          When they got outside the block, they read
2      it and that's what it had stated.
3  Q   Did you ever see that note?
4  A   No, I did not.
5  Q   Do you know who had the note?
6  A   No, I did not.
7  Q   Do you know who he gave the note to?
8  A   No, I do not.
9  Q   Do you know what happened to the note?
10 A   No, I do not.  I never -- that's just what we
11     were told.  But as far as us every seeing it,
12     having anything to do with that, no.  No, I do
13     not.
14 Q   When you saw Brian Gosser on February 26th,
15     sitting down at the end of the block with the
16     towel on his face, with bruising on his face,
17     did you feel that he needed to ask for help to
18     be taken out, or could you have taken him out
19     right then?
20 A   No, you -- we were -- we never took anybody out
21     at that time.  Because that would end up
22     resulting in further -- worse issues.
23 Q   Worse issues from whom?
24 A   The other inmates.  Or Grider would say, "Why
25     did you take him out?"  You know, if they're

Page 57

1      going to be in there, they need to deal with
2      being in there."
3          We'd never -- unless they asked to be
4      pulled out, it was not a practice that we just
5      pulled them out because we felt like they needed
6      to come out.
7  Q   Well, there were other areas in the jail where
8      he could have been placed, correct?
9  A   Possibly.  But that was -- his housing was not
10     an officer decision.
11 Q   Was it an officer decision to put him in the
12     drunk tank later that night?
13 A   That would have been what was requested from the
14     commander upon him coming back from being out on
15     a medical trip.
16 Q   I'm talking before he left for the hospital.  He
17     was taken out later in the night on
18     February 26th and put in the drunk tank.
19 A   That -- I do not know who made that call.  That
20     would not have been a call that I would have
21     made, because then I would have been 50 kinds of
22     questions, "Why did you do that?"
23 Q   Were you ever told that Commander Grider
24     approved that placement?
25 A   I never -- no, I don't recollect that.

Page 58

1  Q   Did you ever have any other discussions, after
2      talking to Detective Manning on March 7th, with
3      any other individuals investigating the death of
4      Brian Gosser?
5  A   No.
6  Q   Were you ever contacted by anyone affiliated
7      with QCC about any investigations they were
8      conducting?
9  A   No.
10  Q   Were you ever asked to prepare any other
11      statements or provide any other documents
12      pertaining to the death of Brian Gosser?
13  A   Nope.
14  Q   See, told you that stack wasn't going to be so
15      bad.
16         So you left the jail sometime around the
17      middle of May 2016?
18  A   Yes.
19  Q   Can you tell us why you left the jail?
20  A   I -- the stress level.  I was over it.  I was
21      done.
22  Q   Why?  What was the stress level like?
23  A   Very high.
24  Q   What was causing it?
25  A   Part of it was my own personal -- for lack of a

Page 59

1      better term -- not to be blunt, but my balls got
2      small.  I mean, you know, you had to go in there
3      with some level of fear and some level of "I'm
4      the badass here."  And I got to the point where
5      I just got weak.  And I just didn't feel like I
6      could go in there as strong a person that I
7      needed to be because I was truly scared.
8  Q   You were afraid to go to work?
9  A   Yes.
10  Q   What made you afraid to go to work?
11  A   A lot of it happened when I had an incident with
12      a particular inmate and he made threats against
13      me.
14  Q   Which inmate?
15  A   Andrew West.
16  Q   When did those threats occur?
17  A   Probably in January.  I can't remember the exact
18      time.  I just remember the incident.  We had
19      some -- they kept tearing -- him and a couple of
20      the other guys was housed in H Block, and they
21      were tearing up the wires for the phones.  And
22      there were some guys in there working to repair
23      those lines.  Instead of taking the inmates out
24      while they were working, we were just told to go
25      down there and stand.

Page 60

1         So I was kind of -- the door opened -- let
2      me think about this.  It would have been opened
3      to the right.  They were working inside the door
4      to the left.  Andrew West was standing off to
5      the right.  And I had kind of stepped in at an
6      angle to kind of keep myself between the workers
7      and himself.  And he reached up and grabbed the
8      back of my arm.  Out of reflex, I bopped -- I
9      elbowed him in the chest and then bopped him in
10      the chin, and bopped his jaws pretty hard.  And
11      he was ready to kill me.  And he had already
12      assaulted one officer.
13  Q   What did you do in response to that?
14  A   My supervisor at the time, Yvonne Williamson had
15      me remove myself from the area, and she took
16      over where I was at.
17  Q   So that was January you said?
18  A   I believe it was, yes.
19  Q   And that would have been before Brian Gosser was
20      at the jail?
21  A   Yes, yes.
22  Q   Is there something else that happened after?
23  A   There was an -- and I cannot remember when it
24      was.  There was another fight that happened in
25      the hallway at the jail between two inmates.

Page 61

1      And I was told that had I not put the inmates up
2      in the order that I put them up, it would have
3      never happened; that it was my fault that
4      happened.
5  Q   Who told you that?
6  A   Commander Grider.
7  Q   How often would you say inmates were sent out to
8      the hospital or emergency room for injuries
9      sustained at the jail?
10  A   Not often at all.
11  Q   I've seen reference that there were times that
12      that was occurring on a monthly basis.
13         Would that be accurate?
14  A   I don't know that I could say "monthly."  I
15      mean, if it's in the records, I can't deny the
16      records.  To my recollection, I don't remember
17      it being just every time you turned around it
18      was happening.  Because most of them were the
19      falls in the showers.  It wasn't because an
20      inmate hit them, it was because they fell in the
21      shower.  They fell off their bunk.
22  Q   Is that "fell in the shower"?
23  A   Fell in the shower.  Yes.  Fell off the bunks.
24      Things like that.
25  Q   But there would be times where that would be the

Page 62

1   reason that was given and they would be sent
2   out?
3   A  Yes.  One inmate is not going to come out and
4   snitch on another inmate.
5   Q  Sure, sure.
6   A  That's not going to happen.
7   Q  Sure.  Let me ask you this question:  Did you
8   have any reason to believe that Brian, when you
9   saw him on the 26th, was faking anything, in
10  terms of trying to get out of the block or get
11  out of the jail in any way?
12  A  I really can't answer that.  I think that would
13  be a speculation.  He did not seem to be in a
14  lot of distress from what I would look at.  I
15  mean, obviously, if he's standing there with
16  blood pouring out of his face, you've got to
17  take him out.  I'm mean, that would be a given.
18  You've got to do something.
19     To be sitting there in the position that he
20  was, no.
21  Q  But there had been occasions where inmates have
22  faked certain things to either try to get out of
23  the jail or get out of the block?
24  A  All the time.
25  Q  All the time.  You resigned from the jail, you

Page 63

1   weren't fired, right?
2   A  Correct.  I voluntarily left.
3   Q  You put your resignation in writing?
4   A  Yes, I did.
5      (Deposition Exhibit 10 previously marked
6   for identification.)
7   Q  I'm going to hand you what's been previously
8   marked as Deposition Exhibit 10.  We're going to
9   turn to the page that's marked Henry County 751
10  in the bottom corner of that exhibit.
11  A  Yes.
12  Q  Do you recognize that document?
13  A  Yes.
14  Q  Feel free to take a look at it if you want.
15  I'll represent to you it appears to be a
16  three-page letter of resignation --
17  A  Yes.
18  Q  -- that you signed and submitted on May 2nd?
19  A  Yes.  This was not a decision that was made
20  lightly on my part.
21  Q  Well, can you explain that for me?
22  A  I was -- because I felt like I went weak, I knew
23  that Commander Grider would make fun of me and
24  my weakness.  I don't mean to be crying.
25  Q  That's okay.

Page 64

1   A  That was the type of person he was.  And I had
2   taken a lot of time off work because I was so
3   stressed.
4   Q  You had taken a leave of absence at some time?
5   A  I hadn't really taken a leave of absence.  I
6   called in sick a lot.  I had the hours.  I had
7   the time that I could.  I didn't do it enough
8   that would put my job in jeopardy.  But I called
9   in and stated that I was basically sicker than
10  what I really was.  It was more just mentally
11  sick than it was physical sickness.  So this was
12  not something that I took -- I pondered over
13  this for several days in order to do this
14  because I knew he would call me a pussy,
15  basically.
16  Q  Did he do that?
17  A  On more than one occasion, yes, we've been
18  called that, yes.
19  Q  Did he do it after you submitted this letter?
20  A  I do not know because I -- honestly, one Sunday
21  afternoon I went into the bedroom and boxed up
22  all my stuff.  Told my husband, I said, "Come
23  on."
24     He said, "Where are we going?"
25     I said, "You're taking me to the jail to

Page 65

1   turn all this in."
2      I took the box.  I made four copies of the
3   letter, addressed it to each one of them.  Sat
4   it outside the commander's door with my keys
5   outside the box and walked out the back door.
6   Q  So you never talked to him?
7   A  No.
8   Q  Have you talked to him since?
9   A  Absolutely not.
10  Q  Have you talked to any of them?
11  A  I talked to Major Davis on different occasions.
12  A lot of it has been to do with getting in
13  contact with me on this.  He contacted me when
14  an officer passed away.  He seen me out at the
15  prison one day, because he drives that way to go
16  home, and he passed me on the road.  He gave me
17  a call to see how I was doing.
18     But then the only other conversation I had
19  with him on this was, "Hey, this person's going
20  to be getting in contact with you in regards to
21  this.  Just to give you a heads-up so if you see
22  this pop up, you'll know."  And gave me the
23  phone number so that I would know what it was in
24  reference to.  But as far as anything else, no.
25  Q  If you would, turn to the second page of your

Page 66

1    letter.
2  A   (The witness complies.)
3  Q   The first full paragraph there, "I further feel
4    like there is."
5        Do you see that?
6  A   Uh-huh.
7  Q   "More of a demand of certain tasks asked of us
8    officers to do on the floor."
9  A   Yes.
10  Q   And you indicate you're most concerned with the
11    amount of medical issues that you're required to
12    deal with on a daily basis?
13  A   Yes.
14  Q   What type of medical issues are you referring to
15    there?
16  A   From what I remember, just keeping an eye on --
17    gosh, I honestly cannot even remember.  It was
18    making more observations, like, if somebody
19    was -- that they were sick and put them in the
20    drunk tank.  Make sure, you know, "Are they
21    vomiting?  Are they doing this?  Are they doing
22    that?"  Observations like that, that were --
23    we're not meant -- we can't tell you if
24    somebody's -- well if they vomit, you know, see
25    if it's blood.  Well, okay, you gave them red

Page 67

1    Kool-Aid.  Is it blood or is it Kool-Aid?
2        I'm not a medical person to make that
3    decision.
4  Q   You didn't feel like you were qualified to do
5    those observations?
6  A   Absolutely not.  Like I said, you vomit bread,
7    but they had pasta with, you know, red sauce for
8    lunch.  I'm not qualified to distinguish what
9    the two is.
10  Q   And you indicate there when you indicate that
11    you're required -- you were required at that
12    point in time to do more medical observations
13    and document those observations.
14        Do you feel that that was something that
15    increased in 2016, right before you resigned --
16  A   Yes.
17  Q   -- from prior years?
18  A   Yes.
19  Q   And you also talked about "When it's up to us to
20    medically assess and document hourly blood
21    pressures and pulses."
22        That's something that you -- did you feel
23    that that was above and beyond just going to the
24    machine and pressing the button and reading the
25    numbers?