```
                                                                                    Page 19
 1      UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF INDIANA              1    put -- I don't put a nurse in the slot.  They
 2         INDIANAPOLIS DIVISION                  2    turn the schedule in.
 3    CASE NO. 1:17-cv-03257-TWP-MPB              3  Q So they create their own schedule?
 4                                                4  A Yes.
 5                                                5  Q Based on the number of hours per the agreement?
   DOUGLAS J. GOSSER, as Personal     )           6  A Right.
 6 Representative OF THE ESTATE OF    )           7  Q With the jail?
   BRIAN LEE GOSSER,                  )           8  A Yes.
 7                                    )           9  Q And that would be the same process at Henry
          Plaintiff,                  )          10    County?
 8                                    )          11  A Yes.
          -vs-                        )          12  Q And that was the process that was being utilized
 9                                    )          13    back in 2016?
   HENRY COUNTY SHERIFF'S             )          14  A Yes.
10 DEPARTMENT, RICHARD A. McCORKLE,   )          15  Q All right.  Are those schedules written?
   individually and in his official)             16  A Yes, and turned into the sheriff.
11 capacity as Sheriff of Henry       )          17  Q So the sheriff would have those schedules if
   County; and BRENT GRIDER,          )          18    they were provided to him?
12 individually and in his official)              19  A Yes.
   capacity as Jail Commander of     )           20  Q As part of your -- can you just give us a
13 the Henry County Jail; OFFICER    )           21    general description of what you do?  I've heard
   ROBERT HUXHOLD, OFFICER TERESA    )           22    you referred to as a regional nurse manager.
14 WEESNER, OFFICER CLARK LECHER,    )           23  A Right.
   individually and in their         )           24  Q Is that an accurate title?
15 official capacities as            )           25  A Yes.
   Correctional Officers, QUALITY    )
16 CORRECTIONAL CARE, LLC,           )
   CHRISTOPHER STEPHENSON, P.A.,     )
17 TARA WESTERMAN, R.N., and         )
   DENETTE LEWARK, R.N.,             )
18                                   )
          Defendants.                )
19
20
21
22      DEPOSITION OF SANDRA RENEE FRANKLIN
23
24
25
```

```
                                       Page 18                                              Page 20
 1    concern and he shared our concern and we went to   1  Q And is that the title you've held for the
 2    a council meeting.                                 2    entirety of your time with QCC?
 3  Q All right.  And do you recall whether -- strike    3  A No.
 4    that.                                              4  Q All right.  What other positions have you worked
 5       Are you familiar with the death of              5    in?
 6    Brian Gosser?                                      6  A I was the nurse at Henry County Jail.
 7  A I am familiar with the death of Brian Gosser.      7  Q And how long were you there as a nurse?
 8  Q This council meeting that you're discussing, was   8  A Approximately, six to eight months.
 9    it prior to or after the death of Brian Gosser?    9  Q And what time period are we talking about?
10  A It was after.                                     10  A 2011.
11  Q All right.  And I already told you that           11  Q And when did you assume the role of regional
12    Brian Gosser died oh March 4th, 2016, so do you   12    nurse manager?
13    recall when that council meeting would have been  13  A I'm going to say probably sometime in 2012,
14    in relation to...                                 14    around that time.
15  A I really don't.  I don't recall the exact date.   15  Q And you've held that title since that time?
16  Q Do you set the schedules or the assignment of     16  A Well, I left -- I moved to Florida for a little
17    hours that the nurses are required to work at a   17    bit.
18    particular jail?                                  18  Q When did you come back?
19  A You mean each nurse, do I set a schedule for      19  A January of 2016.
20    each county?                                      20  Q Okay.  And you reassumed that role?
21  Q Yes, ma'am.                                       21  A Yes.
22  A No.                                               22  Q Can you give us a general description of what
23  Q All right.  Do you set schedules for the nurses?  23    you do as a regional nurse manager?
24  A I would hope that they set their own schedule.    24  A I go into the jail and I look at charting.  I
25    I mean we know what time, but I'm not going to    25    check and make sure that we're up to date on our
```

[12/12/2018] Franklin, Sandra 12-12-18                                       Pages -, 18, 19, 20

Page 21

```
1    physicals.  We provide chronic care, which is
2    lab draws for chronic diseases.  Make sure that
3    that is all up to date.  Make sure there is no
4    problem -- you know, I always go in and talk to
5    Rick, express any problems that we may be
6    having.  That's the biggest part of what I do.
7    And sometimes it takes a few hours, like I said,
8    and sometimes it takes all day.
9  Q  All right.
10 A  Help with catching up filing or seeing patients.
11 Q  You review the nurses?
12 A  Yeah.  I review their notes.
13 Q  How often would you make those -- would you do
14    that on a monthly basis?
15 A  We try to do it on a monthly basis, and if the
16    jail is super busy, we may be in there working.
17    So it just depends on how busy they are.
18 Q  When you came back from Florida in January 2016,
19    you were assigned or part of your --
20 A  Started.
21 Q  -- responsibilities was Henry County?
22 A  Uh-huh.
23 Q  How would you describe the jail at that point in
24    time based on your monthly visits that you were
25    making?
```

Page 22

```
1  A  It was busy, noisy -- you know, just the same.
2     It was crowded at that time.
3  Q  Had a lot of inmates?
4  A  Had a lot of inmates and, you know, they -- a
5     lot of assaults.
6  Q  A lot of assaults?
7  A  Yeah.
8  Q  What kind of assaults?
9  A  Well, just a lot of fighting in between.  I
10    wouldn't say assaults.  I think they even had
11    some assaults on the officers at that time so...
12 Q  Were there injuries that you were aware of?
13 A  Well, of course, there were.
14 Q  Were there injuries that you were aware of that
15    necessitated inmates being sent out to the
16    emergency room?
17 A  Sure.
18 Q  Did you have any responsibilities for training
19    officers in terms of medical care?
20 A  Well, I mean we always -- yeah, we do train
21    officers.
22 Q  What kind of training do you provide?
23 A  Med pass and suicide prevention training,
24    symptoms.
25 Q  Anything else?
```

Page 23

```
1  A  At that time, that's what we provided -- mental
2     health, med pass, and symptom recognition kind
3     of training.
4  Q  Was that part of the -- to your knowledge, was
5     that part of the agreement or understanding
6     between the jail and Quality Correctional Care?
7  A  Yes.
8  Q  So you provided that training as part of that
9     agreement?
10 A  Yes.  We still do.
11 Q  When you came back in January of 2016, you had
12    worked in the regional nurse manager prior;
13    correct?
14 A  Yes.
15 Q  And were you providing training initially back
16    in -- when you started in 2012?
17 A  Yes.
18 Q  Was that training any different than when you
19    came back in January 2016?
20 A  Sure.  It's always updated.
21 Q  What kind of updates were made?
22 A  Just any jail standard had changed.  Maybe -- I
23    know that they had done different kinds of
24    training, like the Hep A, the Hep C, just things
25    like that.
```

Page 24

```
1  Q  When you were there as a regional nurse -- I'm
2     going to get tongue tied.
3  A  You're fine.
4  Q  Regional nurse manager back in 2012, did you
5     provide training to the officers in terms of
6     medical protocols?
7  A  Sure.  Yes, we always have training on that.
8  Q  All right.  So over the course of this case --
9     and there's been a lot of depositions, there's
10    been a lot of paper, and we're going to look at
11    a lot of paper.
12 A  Right.
13 Q  But there's been references to various forms of
14    protocols.  We have a set of nursing protocols
15    that the QCC nurses utilized.  You're familiar
16    with that document?
17 A  Absolutely.
18 Q  Are you familiar with the medical protocols or
19    the SOPs that are utilized by the jail officers?
20 A  Sure.
21 Q  And are you familiar with the policies and
22    procedures that QCC utilizes in the jails --
23 A  Yes.
24 Q  -- that they have contracts with?
25 A  Yes.
```

Page 25

1  Q   All right. So those are three separate
2      documents?
3  A   Right.
4  Q   All potentially are going to be utilized in
5      conjunction with each other; correct?
6  A   Right.
7  Q   All right. Do you provide or did you provide
8      training as of January 2016 in all of three of
9      those documents?
10 A   Well, we wouldn't provide the jail's SOP
11     training. That's the jail's responsibility. We
12     do provide training in ours, and they're
13     available in the office and at the desk and the
14     sheriff has a copy.
15 Q   Okay. Did you --
16 A   They're even downloaded on their computer.
17 Q   Did you lead training sessions as it pertained
18     to the medical care instruction that was being
19     provided to these officers?
20 A   I have before, but I didn't do the last training
21     there.
22 Q   What was the last training?
23 A   That was while I was gone -- provided by Kelley.
24 Q   So as of January 2016, when would you say the
25     first time was that you started leading those