https://mail.google.com/mail/u/2?ik=7e40c6&view=pt&search=inbox&th=1551595528... 3/15/2016

**Brent Grdier** <bgrider@henryco.org>
To: Doug <gosser.doug@gmail.com>
Cc: lphares2008@gmail.com

Sun, Feb 28, 2016 at 11:29 AM

Doug:

I have checked on Brian and he is ok, it is true that he was in a fight sometime Friday, he does not want to say when or with who or even as to why. He was taken to the ER and does appear to have a cracked rib.

I had him secured again on Saturday into a block where I thought he would be safe, later on in the day he let the jail staff know that he wanted to be removed from here, again because he did not feel safe, he was removed and placed in a holding cell.

He made contact with his mother during this time, stating that he was being denied medical attention and that he was vomiting and needed to go to the ER. Our medical staff did check him last night and stated that he was fine to be placed in a holding cell until they came in today and they would re—evaluate again. They did re-evaluate this morning and stated that he was cleared to go to a cell block.

Brain did state that he did not want to go back to where he was last night because it was a small cell, he was informed that we are trying to keep him safe and that at this time this is where he must go. He agreed to go.

At this time, he is in a block where I feel he is safe as possible.

If I can be of any further help, please let me know.

Brent

---

**From:** Doug [mailto:gosser.doug@gmail.com]
**Sent:** Sunday, February 28, 2016 8:54 AM
**To:** Brent Grdier; Jay Davis

[Quoted text hidden]

[Quoted text hidden]
[Quoted text hidden]

---

**Doug Gosser** <gosser.doug@gmail.com>
To: Brent Grdier <bgrider@henryco.org>
Cc: lphares2008@gmail.com

Sun, Feb 28, 2016 at 12:33 PM

Brent, thanks for the update. I know that LOUANN has had conversation with your jail nurse. I think maybe the time he is spending in jail is beginning to catch up with him. As long as you are able to keep him safe we will encourage him to seek alcohol and anxiety programs you might offer while in jail. We all know that some people do not want to be in jail and will try and exaggerate or try and manipulate people to see things in their eyes. None of us are new to these types of antics or roles one will play. If you hear of anything else that might be going on please get with us.

GOSSER_000008



# Marion County Coroner's Office
### 521 W McCarty St, Indianapolis, IN 46225
### Tel: (317) 327-4744; Fax: (317) 327-4563

Decedent:  Brian Lee Gosser

Age:  32

Sex:  Male, White

Performed By: John E. Cavanaugh, M.D.

Case:  MC-16-0455

Date:  03-05-2016

Time:  8:00 a.m.

Performed for: MCCO

☒ **Autopsy**          ☐ **External Exam**

## CAUSE OF DEATH

Multiple Blunt Force Traumatic Injuries

## MANNER OF DEATH

Homicide

_John E. Cavanaugh, M.D._                                    5/9/16
John E. Cavanaugh, M.D., Forensic Pathologist            Date

_Joye M. Carter M.D._                                      05/10/2016
Reviewed By: Joye M. Carter, M.D., Chief Forensic Pathologist            Date

Decedent: Brian Lee Gosser                                      Case: MC-16-0455

## ANATOMIC/CLINICAL FINDINGS

1. Jail inmate with history of blunt force traumatic injuries; taken to ER 2/27, examined and released. History of assault

2. Complaints of shortness of breath, chest pain, nausea/vomiting, fever, dizziness, weakness, chills, cough, abdominal pain, sweating

3. Admitted to ICU with pleural effusions, sepsis with acute renal failure

4. Status post ICU for 2 days with intubation, etc.

5. Multiple blunt force traumatic injuries, subacute
   A. Abrasions and contusions around eyes, bilateral
   B. Contusions of scalp, bilateral
   C. Subdural hematoma around cerebellum
   D. Multiple rib fractures, bilateral, with protruding shard perispinal rib #8 with underlying abscess behind ribs 6-10
   E. Bilateral pleural effusions, fibrinous

6. Pulmonary edema and congestion

7. Hemorrhagic gastritis

8. Focal cystitis

9. History of ETOH/tobacco abuse

10. History of hypertension

GOSSER_000218-02

Decedent: Brian Lee Gosser                                                Case: MC-16-0455

CIRCUMSTANCES OF DEATH OR DISCOVERY
(This information is taken from investigative reports and medical records and is not herein independently documented or verified.

INFORMATION SOURCES:
MCCO field deputy report, MCCO death scene photographs, Henry County Hospital ER records date 3-3-16, St. Vincent Trauma Center records dated 3-4-16.

Initial records from 2-27-16 not available.

PAST MEDICAL HISTORY:  The decedent was a 32-year-old white male with a history of hypertension, tobacco and alcohol abuse.  His medications included:  Prozac, Prednisone, Tylenol, and Ibuprofen.

The decedent was unemployed and had been incarcerated for DUI.

SUMMARY OF TERMINAL EVENTS:
On 03-03-2016, the decedent was brought to Henry County Hospital emergency room with chief complaint of:  "sent by jail staff for punctured lung".

He complained of chest pain, abdominal pain, nausea and vomiting. He had tachypnea, tachycardia, chest pain.  The decedent had labored breathing with use of accessory muscles, difficulty speaking, was cool to touch, and pale.  Auscultation showed diminished lung sounds.  CT of the chest, abdomen and pelvis revealed pleural effusion.  He was also noted to have multiple facial contusions, subconjunctival hemorrhage, ecchymosis of the right flank.  CT of the head revealed fractures of the maxillary sinus and facial bones.  Admission lab tests showed elevated liver enzymes and creatinine.

He was transferred to St. Vincent Trauma Center for rib fractures, possible liver laceration, and sepsis with acute renal failure.  He was given antibiotics and admitted to ICU on ventilation.

Despite aggressive efforts, the patient's condition continued to deteriorate. Death was pronounced on 03-04-2016 at 7:44 a.m.


GROSS EXAMINATION

On 03-05-2016, beginning at 8:00 a.m., a forensic postmortem external examination and complete autopsy was conducted at the Marion County Coroner's Office, under the authority of the Marion County Coroner.

The death investigation was performed and/or reported by deputy coroner Pamela Young of the Marion County Coroner's Office.

The examination was performed by forensic pathologist John E. Cavanaugh, M.D., assisted by forensic autopsy technician Lori Aldrich of the MCCO.

Autopsy photographs are taken by members of the MCCO staff.

Stacy Guffy of the Henry County Sheriff's Department was in attendance.

GOSSER_000218-03

Decedent:  Brian Lee Gosser                                                    Case:  MC-16-0455

IDENTIFICATION
The body received for examination has been identified by MCCO staff investigators as "Brian Gosser", a 32-year-old white male.

The body is received in a white plastic containment/transport pouch, with a hospital ID tag attached to the outside of the bag.

Opening thereof reveals an unclothed body with apparent external evidence of blunt force traumatic injuries and medical intervention as described below.

There is a MCCO mortuary ID tag attached to the right great toe.

Additional identification includes a St. Vincent Hospital patient ID bracelet on the left wrist.

CLOTHING AND PERSONAL EFFECTS:
The decedent is presented wearing a hospital gown, wrapped in a white hospital bed sheet.

EVIDENCE OF RECENT MEDICAL INTERVENTION:
Endotracheal tube and oral gastric tube held in place with a strap; triple lumen catheter of the right jugular vein; EKG cardiac monitor pads on the anterior chest;  cardioversion pads and burn mark of the sternum; blood pressure cuff of the left upper arm; venipuncture of bilateral antecubital fossa; puncture of the right volar forearm; wide bore catheter of the right femoral groove; urethral catheter; multiple venipunctures of the left femoral groove; venipuncture of the dorsal right wrist; venipuncture of the dorsal right hand.

EVIDENCE OF POSTMORTEM ANATOMIC GIFT DONATION:  None.

EVIDENCE OF POSTMORTEM CHANGES:
At the time of the examination, the unembalmed body is cold to touch, having been refrigerated.
Rigor mortis is generalized and fully fixed.
Livor mortis is prominent, purple-pink, and partially fixed in posterior distribution.


EVIDENCE OF INJURY

EVIDENCE OF POSTMORTEM INJURIES:  None.

EVIDENCE OF REMOTE/HEALING ANTEMORTEM INJURIES:  None.

EVIDENCE OF RECENT ANTEMORTEM INJURIES:

Note: the injuries described below are numbered in standard anatomic sequence, i.e. - from toe-to-head and right-to-left with allowances made for contiguous or related injuries.  This arbitrary sequence is for reference purposes for this report only and does not establish or imply order of occurrence or severity.

GOSSER_000218-04

Decedent:  Brian Lee Gosser                                    Case:  MC-16-0455

1.  Multiple Blunt Force Traumatic Injuries of the Head

    A.  Galeal hematoma, bifrontal scalp along the midline

    B.  Subgaleal hemorrhage, left fronto-temporal region

    C.  Subgaleal hemorrhage, posterior right parietal

    D.  Mildly displaced nasal bone fracture (radiographic)

    E.  Left anterior maxillary sinus wall fracture (radiographic)

    F.  Right posterior ventral subarachnoid hemorrhage

    G.  Right cerebellar subdural hemorrhage, with subtentorial extension

2.  Multiple Blunt Force Traumatic Injuries of the Chest

    A.  Ecchymosis, right posterolateral ribcage

    B.  Fracture of ribs, right anterior 4 through 8

    C.  Fracture of rib, right lateral 8

    D.  Fracture of ribs, paraspinal 5 through 12, with protruding chards of 8

    E.  6 cm abscess behind paraspinal ribs 5 through 10 in the paraspinus muscles on the right

    F.  Fracture of ribs, left anterior 2 through 6, with protrusion of chards from 5 and 6

    G.  Fibrinous pleural effusion, right

    H.  Fibrinous pleural effusion, left

3.  Multiple Blunt Force Injuries of the Extremities

    A.  Scab, point of right elbow

    B.  Scab, left knee cap

    C.  Multiple small scabs and ecchymoses, right shin

    D.  Ecchymosis, right medial malleolus

    E.  Ecchymoses, left medial malleolus and dorsal pedis over first metatarsal

GOSSER_000218-05

Decedent: Brian Lee Gosser                                      Case: MC-16-0455

EXTENRAL EXAMINATION

The disrobed and washed body appears to be that of a normal, well-developed, well-nourished, somewhat "septic looking" adult white male, appearing consistent with the reported age and identification.

There is external evidence of blunt force traumatic injuries and medical intervention as described above.

The weight is 181 pounds and the crown-heel length is 72 inches. The body habitus is normal and the muscularity appears within normal limits.

The complexion is light. The skin appears moist with no evidence of tinting. There is mild icterus and dusky petechial macula with ecchymoses over most of the bony prominences. Identifying marks include: an abstract tattoo of the right upper arm; an abstract tattoo of the right posterolateral chest; an outline of a tattoo on the anterior right shoulder; a tattoo with Grateful Dead on the left lateral shoulder.

The hair is brown with no gray. The scalp hair is worn 3/8 inches long with partial thinning and alopecia of the vertex. The body hair is normal in amount and distribution for the apparent age, race and gender.

The head is normocephalic. The face is of normal configuration with no palpable instabilities or crepitance of the calvarium, facial bone, or mandible. There is no anterior facial plethora. There are no xanthalasms. The periorbital tissue has no ecchymoses or edema. The conjunctiva are congested with mild edema. The sclera and conjunctiva are mildly icteric. The irides are hazel. The pupils are round with equal diameters. There are petechial hemorrhages of the conjunctiva over the inner eyelids and over the globes bilaterally. There is no piercing of the external structures of the ears. There are no creases of the ear lobes. The auditory canals are patent with no abnormal discharge. The nares are patent with no abnormal discharge. The nasal septum is intact. The native teeth are present and in good repair. The salivary glands are not enlarged. The neck structures are of normal position and configuration, symmetrical, and intact with evidence of medical intervention as described above. There is no palpable enlargement or fixation of the thyroid glands or the cervical lymph nodes.

The anterior chest is of normal configuration, symmetrical, with no surgical scars. There is no significant increase in the anteroposterior diameter. Palpation of the ribcage reveals evidence of crepitance and instability anteriorly. The breasts are flat and those of a normal adult male.

The abdomen is of normal, symmetrical, and intact with no evidence of surgical scars. The contour is distended. There are no striae. There is moderate redundancy of the panniculus. The umbilicus is inverted. There is no evidence of caput medusa.

The external genitalia have normal position and configuration and those of a normal adult male with a short foreskin and evidence of mild hypospadias. Both testes are palpable within the scrotum. The pelvis is of normal configuration, symmetrical, and intact to palpation.

The back is of normal configuration, symmetrical, and intact with no evidence of scars. The spine is straight with no evidence of presacral dimpling or spina bifida. There are no decubitus ulcers. Palpation reveals focal instability and crepitation of the right posterior ribcage. The anus is of normal position and configuration, patent, and intact with no external evidence of injuries or other abnormalities.

GOSSER_000218-06

Decedent: Brian Lee Gosser                                          Case: MC-16-0455

The extremities have normal positions and configurations, symmetrical, with no absences of digits. There is evidence of medical intervention as described above. There is mild edema. There is no atrophy of the skin or musculature. There is no clubbing of the digits. The nails are thin and translucent. The nail beds are cyanotic. Palpation reveals no evidence of crepitance or instability.

INTERNAL EXAMINATION

The torso is surgically opened by means of the standard "Y"-shaped anterior vertical midline thoracoabdominal incision. The skin is reflected laterally and superiorly, exposing the anterior ribcage and abdominal cavity. The anterior chest plate is removed, exposing the chest cavities. The body cavities, internal organs and tissue structures are examined in-situ. Samples of body fluids are obtained by direct visualization. The organs are then removed for examination and dissection.

The parietal pleural are stripped from the inner surfaces of the ribcage.

The head is opened by means of the standard posterior biparietal intermastoidal incision. The scalp is reflected, revealing the calvarium. The skull cap is removed, revealing the intracranial contents. The brain is removed for examination and dissection. The dura mater is stripped from the inner surfaces of the skull.

The structures of the neck are examined and dissected in-situ in a laminar fashion after removal of the thoracoabdominal viscera and the brain. The larynx and tongue are removed en bloc.

PRIMARY INCISION: There is mild postmortem autolysis. The sternum and anterior ribcage have normal configuration. There is evidence of antemortem fractures of the ribs as described above. There is no evidence of internal iatrogenic changes.

The breast tissue is intact, scant, with no evidence of focal or generalized abnormalities. The panniculus adiposis consist of yellow fat 2-3 cm thick. The amount of omental, mesenteric, and other overall internal fat stores is normal. There is evidence of icterus, and dusky mottling with edema of the internal tissues and organs.

The internal organs are normal anatomic position and maintain normal anatomic relationships. The mediastinal structures are midline and not distended. The lungs demonstrate decreased inflation. The diaphragm is intact and of normal configuration with no fibrotic plaques.

BODY CAVITIES: The pericardium contains ~50 ml of translucent straw-colored slippery fluid. There is no evidence of free air or blood. The serosal surfaces are delicate, smooth, moist and transparent, intact, with mild petechial hemorrhages.

The right pleural cavity contains ~900 ml of opaque fibrinous tan fluid with no free air or frank blood. The serosal surfaces are fibrinous, dusky, and dull. The left pleural cavity is of similar description, containing 450 ml of fibrinous opaque tan fluid.

The peritoneal cavity contains a lubricating amount of clear transparent slippery fluid with no evidence of free air, bile, bowel contents or blood. The serosal surfaces are delicate, smooth, moist and transparent with mottled petechial hemorrhages.

GOSSER_000218-07

Decedent: Brian Lee Gosser

Case: MC-16-0455

CARDIOVASCULAR SYSTEM: There is no antemortem thrombus formation of the right atrium, right ventricle, or extrinsic pulmonary arteries. The aorta is of normal configuration with no coarctation or aneurysm formation. There is mild atheromatous degeneration of the intimal lining with no ulceration or significant calcifications. The major vessels follow normal courses. There is moderate vascular and visceral congestion. The blood is hemolytic.

The heart is of normal configuration and intact with no evidence of injury or iatrogenic changes. It is somewhat dilated and weighs 400 grams. The epicardium is delicate, smooth, moist, transparent and glistening with scattered petechial hemorrhages.

The native coronary arteries arise from their usual origins, follow normal courses, and have normal external diameters. There is no perivascular hemorrhage formation. Serial cross section reveals widely patent lumina surrounded by thin vessels with minimal atheromatous degeneration and no plaque formation, calcification, ulceration, or thrombus formation.

The cardiac chambers have normal configuration and increased volume. The trabecula carnae and chordae tendineae have normal configurations and thicknesses. The foramen ovale is closed. There is no defect of the interventricular septum. The left ventricular outflow tract is widely patent. The endocardial lining is smooth and glistening and of normal thickness. The cardiac valves have normal configuration, intact, are smooth, thin and pliable with no vegetations, calcifications, stenosis or redundancy.

The myocardium is mottled red-brown and of normal thickness. There is no evidence of focal or generalized abnormalities.

RESPIRATORY SYSTEM: The cartilaginous structures of the trachea and bronchi are of normal configurations and intact. The lumen are of normal caliber, are patent, contain moderate amounts of yellow-white creamy fluid, and are lined by somewhat hyperemic mucosal surfaces with scattered petechial hemorrhages.

The lungs are of normal configurations and intact with no evidence of injury. They are of normal size: the right lung weighs 1050 grams, the left lung weighs 900 grams. The lung volumes are somewhat collapsed and the consistency is subcrepitant. The pleural surfaces are dusky, shaggy, with scattered petechial hemorrhages. There is mild anthracosis and no bullous or bleb formation. Serial sectioning reveals dusky purple gelatinous parenchyma which exudes copious amounts of frothy translucent yellow-tan fluid. There is marked vascular congestion. There are no frank antemortem clots in the vascular lumina. The air spaces are of normal size. There is no evidence of significant focal abnormalities.

GASTROINTESTINAL SYSTEM: The structures of the GI tract are of normal configurations and intact with no evidence of injury or iatrogenic changes. There are no diverticuli. The peritoneal surfaces are dusky, hyperemic, with petechial hemorrhages. The muscular walls are of normal thickness and pliable with no palpable lesions. The lumen is patent and of normal caliber from oral cavity to rectum.

The stomach contains ~2 cups of opaque red-brown material. The mucosal surfaces are attenuated with scattered punctate hemorrhages and ulcerations. The bowel contains a normal amount of progressively formed feces with no evidence of intraluminal hemorrhage. The appendix vermiformis is present.

GOSSER_000218-08

Decedent: Brian Lee Gosser                                              Case: MC-16-0455

HEPATOBILIARY SYSTEM: The liver is of normal configuration and intact with no evidence of injuries. It is of normal size and weighs 1810 grams. The anterior margin is sharp. The capsule is smooth, delicate, moist, translucent and glistening with scattered petechial hemorrhages. The consistency is soft.

Serial section reveals homogenous mottled somewhat congested red-brown tissue with normal architecture. The intrahepatic bile ducts and blood vessels are intact, patent, and of normal caliber. There is no evidence of focal abnormalities.

The gallbladder is present.

RETICULOENDOTHELIAL SYSTEM: The spleen is present in its usual position, of normal configuration, and intact with no evidence of injuries. It is of normal size and weighs 200 grams. The capsule is smooth, delicate, moist, translucent and glistening with no evidence of fibrosis and mottled with petechial hemorrhages. Serial sectioning reveals homogenous mottled purple-brown parenchyma with normal architectural arrangement of red and white pulp with small follicles and delicate trabecula. There is no evidence of focal abnormalities.

There are no accessory spleens.

The thymus is a fatty remnant.

There is mild to moderate abnormal enlargement of the lymph nodes with apparent mottled edema and no evidence of infiltration, tumor, or granuloma formation.

PANCREAS: The pancreas is of normal configuration and intact with no evidence of injuries. It is of normal size in relation to the amount of body fat and weighs 180 grams. The capsule is delicate, smooth, moist, transparent and glistening with scattered petechial hemorrhages. The consistency is soft.

Serial cross section reveals normal lobulated yellow-tan tissue with normal architecture. The ducts have normal caliber and patent with no stones. There is no evidence of focal or generalized abnormalities.

ADRENAL GLANDS: The adrenals have normal positions and configurations, intact, with no evidence of injury. They are of normal sizes. Serial cross section reveals normal architectural arrangement of attenuated yellow-tan cortices of uniform thickness separated from a yellow-gray medulla by a thin red line. There is no evidence of focal or generalized abnormalities.

URINARY SYSTEM: The kidneys are of normal position and configuration, intact, with no evidence of injuries. They are symmetric and have normal sizes: the right kidney weighs 180 grams; the left kidney weighs 210 grams. The renal capsules strip with minimal difficulty, revealing smooth cortical surfaces with scattered petechial hemorrhages and no subcapsular cyst formation.

Longitudinal section reveals normal architecture, with poorly defined junctions between pale red-brown cortices and hyperemic maroon-gray medulla. There is a segmental hemorrhage in the right kidney. The collecting spaces have normal configurations and dimensions, are patent with no stone formations, and are lined with delicate, moist, transparent and glistening mucosal surfaces with scattered petechial hemorrhages. There is no evidence of focal abnormalities.

GOSSER_000218-09

Decedent: Brian Lee Gosser                                          Case: MC-16-0455

The ureters are of normal configuration and follow normal courses to the urinary bladder.

The urinary bladder is of normal position and configuration, intact, with no evidence of injuries. It is collapsed and contains a small amount of somewhat cloudy, hyperemic urine. The wall is of normal thickness and pliable. The urothelium has focal hyperemic patches.

REPRODUCTIVE SYSTEM: Internal genital structures are identified are as normal male type.

BODY WALLS/MUSCULOSKELETAL SYSTEM: The structures of the posterior and lateral body walls are of normal configurations with evidence of subacute injuries as described above. There is icterus and mild edema. The musculature is mottled red-brown and of normal amount for body stature. There is no retroperitoneal hemorrhage. The exposed cut surfaces of bone are well calcified. The cartilage is milky white and firm. There is a 6 x 3 x 2 cm fluctuating pocket of purulent and necrotic material located behind the paraspinal right ribs 5 through 10 and are within the paraspinus muscles and fascia. There is communication between the abscess with the pleural cavity at the focus of a displaced chard of fracture rib #5.

NECK: The soft tissue organs of the anterior neck are of normal configurations, intact, with evidence of iatrogenic changes as described above. They are symmetrical and midline. There are no underlying abnormalities of the vessels or vascular sheaths. There is no atherosclerosis of the carotid arteries. The cervical spine is straight, of normal configuration, symmetrical, and intact. The hyoid bone and thyroid cartilage are of normal position and configuration, symmetrical, and intact with no evidence of fracture or periostial hemorrhage.

The epiglottis is of normal configuration with mild to moderate edema and hyperemia. The laryngeal inlet is widely patent and the lumen is of normal caliber, contains a moderate amount of creamy thick fluid, and is lined by hyperemic and edematous mucosal surfaces.

The thyroid gland is of normal position and configuration and of normal size. Serial sectioning reveals somewhat mottled brown tissue with normal architecture and no focal lesions. The parathyroid glands and salivary glands have normal positions, configurations, and sizes and are intact with no gross abnormalities.

HEAD (SCALP AND SKULL): Reflection of the scalp reveals evidence of galeal and subgaleal hematomas as described above. The calvarium is of normal configuration, symmetrical, and intact with no evidence of fractures. The bone is of normal thickness and the exposed cut surfaces are well calcified. There are no lytic, fleshy, or vascular lesions of the bone. There is mild icterus.

The subdural space has coagulated to partially organized hematoma, primarily of the right cerebellum with subtentorial extension.

The dura mater is intact, smooth, moist and glistening with hemolytic staining and adherent thrombus of the right posterior fossa. There are no fleshy or bony growths. The dura is stripped, revealing no basal skull fractures or epidural hemorrhage. The inner architecture of the skull is of normal configuration. The pituitary gland is of normal position and configuration, of normal size, and intact with no gross abnormalities. The foramen magnum is of normal configuration and intact with no evidence of fracture or dislocation.

GOSSER_000218-10

Decedent: Brian Lee Gosser                                            Case: MC-16-0455

BRAIN: The brain is of normal configuration with evidence of injuries as described above. It is of normal size and weighs 1390 grams in the fresh state. The consistency is soft.

The pia-arachnoid membranes are congested with subarachnoid hemorrhage of the right posterior ventral surfaces. The gyral folding pattern is normal; the gyri are rounded and the sulci are somewhat narrowed. There is no evidence of notching, displacement, or herniation. The geniculate bodies are of normal configuration and sizes. The vessels of the Circle of Willis have normal configuration with no aneurysm or atherosclerosis. The cranial nerves have normal configuration and are intact. The cerebellar fovea have normal configuration, symmetrical; the fovea folding pattern is normal with rounded ridges and slightly narrowed sulci.

Serial sectioning of the cerebrum and cerebellum reveals normal anatomic architecture with poorly defined junctions between tan-pink cortices and white-pink medulla. The cortex is of normal thickness. There are no focal lesions of the cortex or medulla. The ventricles are of normal sizes and configurations and contain clear cerebrospinal fluid. The substantia nigra and locus ceruleus have normal amounts of black pigmentation. There is no evidence of focal abnormalities.

JEC/wjpl

Note: Representative tissue sections and specimens for the case will be retained in formalin for one year and then discarded, unless requested otherwise or a homicide.

GOSSER_000218-11



**AIT** Laboratories

2265 Executive Drive, Indianapolis, IN 46241
Telephone: (800)875-3894 / Fax: (317)243-2789

| Laboratory Case Number: | 3058241 |
| --- | --- |

| Subject's Name: | GOSSER, BRIAN L |
| --- | --- |

Client Account:  11050 / MACC02
Physician:
Report To:  Marion County Coroner
ATTN: Marchele Hall
521 W. McCarty St.
Indianapolis, IN  46225
FX: 327-4563/ 327-5798 AFF

Agency Case #:  MC-16-0455
Date of Death:  03/04/2016
Test Reason:  Other
Investigator:  NOT INDICATED
Date Received:  03/08/2016
Date Reported:  03/29/2016

Laboratory Specimen No:  40558488
Container(s):  01:RTB     Blood,HEART

Date Collected:  03/05/2016 09:15
Test(s):  70510          Comprehensive Drug Panel

| Analyte Name | Result | Concentration | Units | Therapeutic Range | Loc |
| --- | --- | --- | --- | --- | --- |
| AMPHETAMINES | Negative | | | | |
| BARBITURATES | Negative | | | | |
| BENZODIAZEPINES | POSITIVE | | | | |
| Nordiazepam | POSITIVE | | | | |
| Nordiazepam, Quant | | 264 | ng/mL | 60 - 1800 | |
| Demoxepam | POSITIVE | | | | |
| Demoxepam, Quant | | 147 | ng/mL | | |
| CANNABINOIDS | Negative | | | | |
| COCAINE/METABOLITES | Negative | | | | |
| FENTANYL | Negative | | | | |
| METHADONE/METABOLITE | Negative | | | | |
| OPIATES | POSITIVE | | | | |
| Morphine | POSITIVE | | | | |
| Morphine, Quant | | 19.0 | ng/mL | 10 - 80 | |
| OXYCODONE/METABOLITE | Negative | | | | |
| PHENCYCLIDINE | Negative | | | | |
| PROPOXYPHENE/METABOLITE | Negative | | | | |
| ALCOHOL | Negative | | | | |
| Methanol | Negative | | | | |
| Ethanol | Negative | | | | |
| Acetone | Negative | | | | |
| Isopropanol | Negative | | | | |
| ANALGESICS | Negative | | | | |

GOSSER, BRIAN L
Laboratory Case #: 3058241
Printed Date/Time: 03/29/2016, 09:01

Page: 1 of 5

GOSSER_000218-12



2265 Executive Drive, Indianapolis, IN 46241
Telephone: (800)875-3894 / Fax: (317)243-2789

Laboratory Specimen No:        40558488                    Continued..

| Analyte Name | Result | Concentration | Units | Therapeutic Range | Loc |
|---|---|---|---|---|---|
| ANESTHETICS | POSITIVE | | | | |
| Rocuronium (Zemuron®) | POSITIVE | | | | |
| Rocuronium, Quant | | 1476 | ng/mL | | |
| ANTIBIOTICS | Negative | | | | |
| ANTICONVULSANTS | Negative | | | | |
| ANTIDEPRESSANTS | POSITIVE | | | | |
| Fluoxetine | POSITIVE | | | | |
| Fluoxetine, Quant | | 1918 | ng/mL | 50 - 480 | |
| Norfluoxetine | POSITIVE | | | Not Established | |
| Norfluoxetine, Quant | | 743 | ng/mL | | |
| ANTIHISTAMINES | Negative | | | | |
| ANTIPSYCHOTICS | Negative | | | | |
| CARDIOVASCULAR AGENTS | POSITIVE | | | | |
| Amiodarone (Cordarone®) | POSITIVE | | | | |

 Analyte is qualitatively POSITIVE, but has not been confirmed by an
   alternate analytical method.

| | |
|---|---|
| ENDOCRINE AGENTS | Negative |
| GASTROENTEROLOGY AGENTS | Negative |
| NARCOTICS | Negative |
| NEUROLOGY AGENTS | Negative |
| SEDATIVES/HYPNOTICS | Negative |
| STIMULANTS | Negative |
| UROLOGY AGENTS | Negative |

                    Specimens will be kept for at least one year from the date of initial report

GOSSER, BRIAN L
Laboratory Case #: 3058241
Printed Date/Time: 03/29/2016, 09:01

GOSSER_000218-13

 **AIT** Laboratories

2265 Executive Drive, Indianapolis, IN 46241
Telephone: (800)875-3894 / Fax: (317)243-2789

| Laboratory Specimen No: | 40558490 | | Date Collected: | 03/05/2016 09:15 |
|---|---|---|---|---|
| Container(s):   01:YTB | Urine, Random | | Test(s):   70080 | Drugs of Abuse Panel |

| Analyte Name | Result | Concentration | Units | Therapeutic Range | Loc |
|---|---|---|---|---|---|
| ALCOHOL | Negative | | | | |
| AMPHETAMINES | Negative | | | | |
| BARBITURATES | Negative | | | | |
| BENZODIAZEPINES | POSITIVE | | | | |
|    Oxazepam | POSITIVE | | | | |
|    Oxazepam, Quant | | 1571 | ng/mL | | |
| BUPRENORPHINE/METABOLITE | Negative | | | | |
| CANNABINOIDS | Negative | | | | |
| CARISOPRODOL/METABOLITE | Negative | | | | |
| COCAINE/METABOLITES | Negative | | | | |
| FENTANYL | POSITIVE | | | | |
|    Fentanyl | POSITIVE | | | | |
|    Fentanyl, Quant | | 30.8 | ng/mL | | |
| METHADONE/METABOLITE | Negative | | | | |
| OPIATES | POSITIVE | | | | |
|    Morphine | POSITIVE | | | | |
|    Morphine, Quant | | 1935 | ng/mL | | |
| PHENCYCLIDINE | Negative | | | | |
| PROPOXYPHENE/METABOLITE | Negative | | | | |
| TRAMADOL/METABOLITE | Negative | | | | |



2265 Executive Drive, Indianapolis, IN 46241
Telephone: (800)875-3894 / Fax: (317)243-2789

| | | | |
|---|---|---|---|
| Laboratory Specimen No: | 40558491 | Date Collected: | 03/05/2016 09:15 |
| Container(s): 01:VIT_CON Vitreous,EYE | | Test(s): 49901 | Volatiles Not Performed |

| Analyte Name | Result | Concentration | Units | Therapeutic Range | Loc |
|---|---|---|---|---|---|
| < Volatile Testing Not Performed | > | | | | |

Due to negative blood, tissue, and/or urine volatile (Acetone, Ethanol, Isopropanol, and Methanol) results, volatile testing was not performed on the vitreous specimen.

GOSSER, BRIAN L
Laboratory Case #: 3058241
Printed Date/Time: 03/29/2016, 09:01

GOSSER_000218-15



2265 Executive Drive, Indianapolis, IN 46241
Telephone: (800)875-3894 / Fax: (317)243-2789

| Laboratory Specimen No: | 40558492 | Date Collected: | 03/05/2016 09:15 |
| Container(s): 01:RTT | Fluid,BILE | Test(s): 49900 | Not Tested |

| Analyte Name | Result | Concentration | Units | Therapeutic Range | Loc |
|---|---|---|---|---|---|
| <    No Testing Performed | > | | | | |

The Specimen identified by the Laboratory Specimen Number has been handled and analyzed in accordance with all applicable requirements.

| Laboratory Director | GOSSER, BRIAN L | Case Reviewer |
|---|---|---|
| | Laboratory Case #:3058241 | |
| Matthew Shashack, Ph.D., DABCC | Print Date/Time:03/29/2016, 09:01 | |
| | Page: 5 of 5 | |



Names Number: 84151                    Robinson, Robert Lee

GOSSER_000220-01



Names Number: 85708                    Smith, Brendon Michael

GOSSER_000220-02



Names Number: 84016                    Shelley, Steven W

GOSSER_000220-03

```
02/27/16                                                          1124
07:08                          Jail Log:                 Page:     1
```

    Event Number: 16-007074                                   Active
          Name ID:    183348
                                               Confined
      Last: Gosser                    First: Brian        Mid: Lee
      Addr: 233 S 23                   Phone: (765)591-5630
      City: New Castle      ST: IN  Zip: 47362   DOB: REDACTED    SSN: REDACTED
     Alias For:

     Time/Date of Event: 20:05:00 02/26/16      Treatment Date:
          Type of event: MJN  Miscellaneous Jail Note
              Quantity:  127.00
               Officer: C Lecher J483
          Booking Number:   16-0249
              Description:
     (See below)

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

Description:
_____

        At approximately 1900 hrs on 02/26/2016, I Officer Lecher was working at
the Henry County Jail doing our routine inmate head count and entered F Block to
make sure all inmates were accounted for.  In Cell number 1 on the second bunk,
Inmate Gosser looked up at me and held up a sign the said "In 10 minutes please
come back......I NEED HELP!!!"

        I left the block and informed my fellow officers what I had observed.
At approximately 2005, we returned to F Block and I entered alone to retrieve
Inmate Gosser.  I order him to grab his belongings and to come with us.  He
began to ask why and I replied that I received a call to have him moved to the
front.  He then quickly grabbed his things as the other inmates started giving
him a hard time.  We exited the block safely with what he confirmed were all of
his belongings and I placed him in the drunk tank per my supervisor Officer
Dobbs.  He complained of being in a lot of pain and his face was bruised and
swollen.  He requested that he needed to go to the hospital.  I informed that it
was more than likely not going to happen, and that a nurse would be at the jail
first thing in the morning.  I informed him that he had been in the block for
more than a week and had never said anything and had not filled out a medical
sick call sheet.  I informed him that I would keep and eye on him, and to let me
know if he had any more problems.

        Later this same night, I reported to a "help" in the drunk tank and
observed Inmate Gosser on the ground.  He replied several times after I adressed
him as "Mr. Gosser".  He all of a sudden asked me what his name was and where he
was at.  I then stated "Mr. Gosser" and he replied "yes".  I informed him that
it was not going to get him any closer to the hospital and that the games were
not going to work.  He then stated that he was just in a lot of pain and I
replied again that the nurse would be in first thing in the morning.  He layed
back down and fell asleep and made no more noise for the rest of the shift.

GOSSER_000220-04

```
02/27/16                                                                        1141
08:19                              Jail Log:                          Page:     1

    Event Number: 16-007090
        Name ID:     70207

    Last: F Block                    First:              Mid:
    Addr: 127 N 12                              Phone: (765)521-7032
    City: New Castle       ST: IN  Zip: 47362  DOB:  / /   SSN:   - -
    Alias For:

    Time/Date of Event: 07:55:11 02/27/16       Treatment Date:
        Type of event: MJN  Miscellaneous Jail Note
            Quantity:    0.00
             Officer: T Weesner J383
        Booking Number:
           Description:
    (See below)
```

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

Description:

On 02/26/16 at around 1730, Officer Huxhold had taken a mop bucket to this block
in order for them to clean up water that had leaked in one of the cells. At this
time I, Officer Weesner, observed Inmate Gosser sitting at the far table with a
wash cloth dabbing his eyes. Inmate Gosser was observed to have black eyes but
had been in a prior incident in another block. Officer Huxhold did speak to
Inmate Gosser in reference to needing anything. While at the block Inmate
Mettert was speaking with me in regards to the behavior with in the block and he
stated that the young boys are playing around and wrestling around. Inmate
Mettert went on to say that they leave him alone because he is an old man.

After we left the block I, Officer Weesner, over heard noise once in again in
this block. I then went to the flap and observed Inmate Fannin on the table and
Inmate Flynn hitting at his legs. I asked then what they were doing and they
once again stated that they were just playing around. I then informed them that
was bull shit because there were too many black eyes within the block. Inmate
Flynn stated it is not me. I informed Inmate Flynn that I never said it was him,
I merely stated that there were several black eyes in there and it is more than
horse play going on in there. I then left the block.

Inmate Fannin had a black on todays date and was also complaining about it being
scratched. I, Officer Weesner, then gave Inmate Fannin a sick call request to
see the nurse for his eye.

GOSSER_000220-05

```
02/28/16                                                               689
08:41                         Jail Log:                    Page:    1

     Event Number: 16-007218                                    Active
         Name ID:    183348
                                              Confined
     Last: Gosser                   First: Brian          Mid: Lee
     Addr: 233 S 23                        Phone: (765)591-5630
     City: New Castle        ST: IN  Zip: 47362   DOB: REDACTED   SSN: REDACTED
     Alias For:

     Time/Date of Event: 08:06:43 02/28/16     Treatment Date:
         Type of event: IDP  Inmate Disiplinary Problems
              Quantity:    0.00
              Officer: R Blake J271
         Booking Number:   16-0249
              Description:
     (See below)
```

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

Description:

Inmate was transported to Henry County Hospital on 2/27/2016 by Officer Blake.
Inmate had chest X-ray done done and a Cat scan done on his heads to see the
extinct of his injuries. The X-ray revealed that he had a broken nose and
fracture to his left eye with Ribs 10 and 11 broken. The nurse also stated that
he possibly could have a concussion. Before the hospital released him, he was
given something for pain. Inmate Gosser asked the doctor if he could have some
more medication for pain once he got back to the jail. Inmate Gosser was denied
by the hospital pain medication because narcotics is not allowed inside the
jail. Inmate Gosser then ask the nurse if she could give him something to help
him sleep and the nurse denied his request and told him that he will have to
talk to the Jail nurse to see what they can do for him for pain his sleeping
problem. The ER doctor stated that he should be checked on periodically for him
possibly having a concussion.
Officer Blake transported Inmate Gosser back to Henry County Jail at 1700 hours
and Inmate Gosser was placed into G Block. Inmate Gosser was checked on
periodically throughout the rest of F Shift until 1900 hours which is the end of
our shift. S Shift was advised of the situation before F Shift left.
On our arrival for work  on 2/28/2016, S Shift advised that Inmate Gosser was
complaining about his injuries so they placed him into the holding cell to keep
a close eye on him for the remainder of their shift. Starting at 0700 hours,
Inmate Gosser was complaining to this shift that he needed to go back to the
hospital because he felt nausea. Inmate Gosser was advised that our nursing
staff is aware of his situation and has been advised. Night shift removed him
from the holding cell and took vitals and everything checked out normal
according to our nursing staff. Inmate Gosser asked this officer to cancel his
appointment to see our nursing staff when they arrive on 2/28/2016. Inmate was
told that we are not going to cancel his appointment at his request. Inmate
Gosser then kept asking this shift for a blanket, but a regular blanket is not
allowed in the holding cell because it can be used as a noose to hang themselves
with. Inmate Gosser kept asking for stuff that is not allowed in the holding

GOSSER_000220-06

cell. This officer advised him that when we have a clean green blanket to give I will give him one. Inmate Gosser was told to try and lay down until our nursing staff arrives to check him out and clears him to be placed back into G Block.

GOSSER_000220-07

```
03/04/16                                                                    503
09:17                         Jail Log:                         Page:    1

     Event Number: 16-007221                                       Active
          Name ID:    183348
                                                   Confined
     Last: Gosser                      First: Brian         Mid: Lee
     Addr: 233 S 23                          Phone: (765)591-5630
     City: New Castle         ST: IN  Zip: 47362   DOB: REDACTED   SSN: REDACTED
     Alias For:

     Time/Date of Event: 09:50:32 02/28/16      Treatment Date:
          Type of event: MJN  Miscellaneous Jail Note
               Quantity:    0.00
                Officer: D Conatser
     Booking Number:    16-0249
          Description:
(See below)
```

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

Description:

Inmate Gossers mother called again asking for the medical staff. I advised her
that our medical staff has not yet arriced at the jail. Inmate Gossers mother
began to state that " I have called 3 times and I'm just frustrated at this
point, you would think people would be safe in jail but obviously that is not
the case" I advised her that "when medical staff arrives I will let them know
that you called", "Well my son is a master manipulator and I dont want him, he
will try an convince the nurse to make a recommendation for him to get ORR, all
I want to know is if he is okay".
I told her I understand and that I would make a note about it and give it to
medical staff.

```
03/04/16                                                                503
09:16                          Jail Log:                     Page:    1

  Event Number: 16-007219                                          Active
      Name ID:    183348
                                                   Confined
  Last: Gosser                      First: Brian        Mid: Lee
  Addr: 233 S 23                     Phone: (765)591-5630
  City: New Castle      ST: IN  Zip: 47362  DOB: REDACTED  SSN: REDACTED
  Alias For:

  Time/Date of Event: 08:06:54 02/28/16     Treatment Date:
      Type of event: MJN  Miscellaneous Jail Note
          Quantity:    0.00
           Officer: D Conatser
     Booking Number:    16-0249
        Description:
(See below)
```

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

Description:

On this date at this time I CRA Conatser received a call from the above inmates
mother, she was inquiring about some clarification regarding her sons health "
because she never knows the truth from his side or my side". She further stated
that she "was hoping that you could help by answering a couple of my questions"

I responded by saying that I was placing her on hold for a second.
I spoke with OIC Blaske (j271) and I advised him of who was calling and what she
was wanting. OIC Blake advised me that we cant talk about anything medical.

I then took the above inmates mother off of hold and I said " Miss I was
speaking with my OIC and I cant answer your questions because only medical staff
can answer those questions and that if she could call me back around 0900-0930
hrs I would transfer her to our medical staff once they have arrived".
Her response was "Okay thank you!" and then she hung up the phone.

nothing further at this time

GOSSER_000220-09

```
03/04/16                                                           503
09:16                        Jail Log:                    Page:   1

    Event Number: 16-007339                              Active
        Name ID:    183348
                                           Confined
    Last: Gosser                  First: Brian      Mid: Lee
    Addr: 233 S 23                       Phone: (765)591-5630
    City: New Castle       ST: IN  Zip: 47362   DOB: REDACTED  SSN: REDACTED
    Alias For:

    Time/Date of Event: 05:20:00 02/28/16      Treatment Date:
        Type of event: MED  Medical Event
            Quantity:  127.00
             Officer: C Lecher J483
        Booking Number:   16-0249
          Description:
    (See below)
```

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

Description:

While passing breakfast, this inmate complained of sweating and vomiting from
his concussion and that the doctor at the hospital had told him it was a medical
emergency.  I pulled Inmate Gosser to the booking area and took his vitals
(listed on the medical protocol sheet).  I then called Nurse Dennette and she
informed me to place Inmate Gosser in the drunk tank for medical observation.
She told me to inform him that she would be in to see him in the morning, and
for us to log every time that Inmate Gosser vomited.  He then began to bed for
us to place him back into G Block and he would lay down.  I placed Inmate Gosser
in the drunk tank and had no other situations for the rest of the shift.

Nothing further at this time.

GOSSER_000220-10

```
03/04/16                                                                   503
09:46                            Jail Log:                      Page:     1

   Event Number: 16-007933
       Name ID:    183348
                                                            Confined
   Last: Gosser                      First: Brian          Mid: Lee
   Addr: 233 S 23                        Phone: (765)591-5630
   City: New Castle       ST: IN  Zip: 47362   DOB: REDACTED   SSN: REDACTED
   Alias For:

   Time/Date of Event: 09:30:42 03/04/16      Treatment Date:
       Type of event: MJN  Miscellaneous Jail Note
           Quantity:     0.00
           Officer: B. Grider J174
       Booking Number:
       Description:
(See below)
```

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

Description:
_____

    I received a call from Correctional officer Lecter, at approximately.
1039 pm hours, stating that Jail Medical Staff requested inmate Gooser be sent
to the Hospital immediately.

    Officer Lecter wanted to let me know what he was doing, stating he was
en route at this time.

    I advised Lecter that this was ok, and to keep me posted as to the
inmates status.

    At approximately 2310 hrs, I received a second call from Officer Lecter,
stating that Henry County Hospital wanted to send inmate Gosser, Indianapolis,
for further treatment.

    At  approximately 2314 hrs, I called Officer Lecter back and informed
him that inmate Gosser was cleared by the Court and Jail to be released to go to
Indianapolis.

    Officer Lecter, was told to stay with Gosser until he was transported to
Indianapolis.

GOSSER_000220-11

```
03/04/16                                                                    503
09:16                           Jail Log:                        Page:    1

   Event Number: 16-006324                                            Active
       Name ID:    183348
                                                       Confined
   Last: Gosser                          First: Brian         Mid: Lee
   Addr: 233 S 23                                  Phone: (765)591-5630
   City: New Castle          ST: IN   Zip: 47362   DOB: REDACTED   SSN: REDACTED
   Alias For:

   Time/Date of Event: 00:30:00 02/22/16        Treatment Date:
        Type of event: MJN  Miscellaneous Jail Note
             Quantity:    0.00
              Officer: E. Hedges J217
      Booking Number:    16-0249
          Description:
(See below)
```

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

Description:
_____

   I Officer Hedges and Officer Miller was doing a CLC when Inmate Brian Gosser
told Officer Miller that he had slip and fell. Inmate Gosser said that he hurt
his head and he was afraid to go to sleep.
  We took Inmate Gosser to booking. There was blood on his shirt. I check his
head for cuts or knots the only cut  I saw was on his lip and nose.
  I asked Inmate Gosser who hit him.  Inmate Gosser said, He didn't want to tell
who it was.
  I put him in the holding cell and started a observation.

                 Supervisor Ella Hedges

GOSSER_000220-12

```
03/04/16                                                              752
11:24                         Jail Log:                     Page:    1

Event Number: 16-007920                                           Active
    Name ID:    183348
                                                  Confined
  Last: Gosser                    First: Brian          Mid: Lee
  Addr: 233 S 23                          Phone: (765)591-5630
  City: New Castle        ST: IN  Zip: 47362  DOB: REDACTED   SSN: REDACTED
  Alias For:

  Time/Date of Event: 19:00:00 03/03/16   Treatment Date:
      Type of event: MED  Medical Event
          Quantity:  127.00
          Officer: C Lecher J483
    Booking Number:   16-0249
        Description:
(See below)
```

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

Description:
_____

At the approximate stated date and time, I Officer Lecher reported to the Henry County Jail for duty and started my shift.  Nurse Dennette was on her way out the door and informed me that Inmate Brian Gosser had an X-Ray scheduled that evening and that if no one had arrived by 8:00 pm to call her and inform her.  She also said he had been getting sick and that he received some medicine to help.  During headcount, I entered G Block and observed Inmate Brian Gosser laying on his bunk.  I informed him that I would be back to get him for his X-Ray and asked if his medicine was helping yet and he replied that he wasn't sure.

At approximately 2020 hrs, No X-Ray tech had arrived so I called Nurse Dennette back to inform her.  Before I made the call I checked on Inmate Gosser who was still laying in his bunk and asked if he was still getting sick. He replied that he still was vomiting.  I informed Nurse Dennette of this as well and was told to bring him out into the drunk tank or the rec yard for observation before the tech got there.  She then told me to call Nurse Tara from that point on in regards to the results of his x-ray.

I placed Inmate Gosser in the rec yard with his mat and blanket and with a bucket in case he got sick again.  I told him to inform me immediately if he got sick.  I then proceeded to A Block to hand a female her ID number and realized there was a fight in E Block behind me.  I opened the door and the two split themselves up.  One inmate involved seemed to have the entire block against him, so I removed him and placed him into the drunk tank for his safety.  At that time, the X-Ray tech had arrived and I took her to the classroom to set up the equipment.  I then escorted Inmate Gosser from the rec yard to the classroom for his x-rays.

During Inmate Gosser's x-ray a female arrived and by policy she was changed out and put into the rec yard to be separated from the men in the drunk

GOSSER_000220-13

tank.  When Inmate Gosser was finished, I placed him in the drunk tank and told him I had to call Nurse Tara.  Approximately 15 minutes later, a fax came through from the x-ray tech with the results.  I read the results to be a slight "infiltrate" in a lung.  I called Nurse Tara and attempted to read her the results.  She then instructed me to take a picture with my phone and send it to her so she could understand it.  I did as I was told and sent her a picture of the results.

Approximately 5 minutes later Inmate Gosser asked for his mat and blanket in the rec yard and I informed him that I would need permission to do so, and that I was waiting on a phone call to see what to do next.  I told him to sit back and relax and to not do more than he had to.

Approximately 5 more minutes passed, and Control Room attendant Dave Martin got my attention to the monitor with the cameras of the jail, with the drunk tank pulled up.  I could see an inmate on his knees with his face facing towards the toilet and got up to check on him.  I opened the door and saw Inmate Gosser sitting next to the toilet and I asked him if he had gotten sick.  He nodded his head yes and I immediately called Nurse Tara back.  I informed her that Inmate Gosser had gotten sick and that he did look well.  She again advised me that she was calling the doctor back and would let me know.

Approximately two minutes later, she called and gave me the instructions to get him to the hospital.  I asked if I had time to call my commanders and she informed me to go at that moment.  I informed her I would make the calls on my way to the transport van.

I called Assistant Commander Fox and informed her on what was happening and asked if there was any specific orders that needed to happen as I took Inmate Gosser to the hospital.  She instructed me to call Commander Grider.  I immediately called Commander Grider and informed him as well as what was happening with Inmate Gosser and asked what instructions I needed to tell Officer Fredericks and Officer Stevens as I left.  He instructed me not to worry and to get him to the hospital and that he would call the jail.

I entered the jail, and Inmate Gosser had already been placed on the bench in the booking area.  I walked up and placed my set of handcuffs on Inmate Gosser and noticed that my partners had already placed a set of shackles on him.  I then went to grab the results of his x-ray to take to the hospital with me as the phone rang.  I answered and it was Commander Grider, so I handed the phone to Officer Fredericks and left the booking area with Inmate Gosser.

He managed to get himself into the back seat of the transport van as I stood behind him incase he was to fall backwards.  I then got into the drivers seat and proceeded to the hospital.  In the van I kept talking to him asking him how he was feeling and tried to make sure he was not close to getting sick.  I then attempted to ask about the original incident regarding to his injuries, but he had nothing to add to it.

Approximately 4 minutes later, I arrived at the front door of the hospital and held my arm for him to use as he exited the van.  Inmate Gosser and I walked through the front doors and he asked if he had permission to sit in the wheel chair and if I would push him.  I responded absolutely and assisted him in sitting in the wheel chair.  I then pushed him to the front desk and informed the receptionist that he needed to be seen as soon as possible and gave her his name as "Brian Gosser".  She directed me to the "triage" room and had me go

right in with Inmate Gosser.  A nurse then entered and began to assess Gosser.
She commented on the color of his face and did not hesitate in taking him back
to the ER.  I followed as I pushed Inmate Gosser and the nurse directed us into
a room in the ER.  He was able to stand up and sit himself down on the hospital
bed and appeared to be in pain.

    In no time, several more nurses entered the room along with a doctor to
begin assessing what was wrong with Inmate Gosser.  They all commented on the
appearance of Mr. Gosser and began working together on prepping him.  I stood
back to make sure I was not in the way of the medical staff.  They removed his
shirt and asked me if I would remove the handcuffs and shackles.  I informed
them that they are placed on every inmate for the medical staffs protection and
that I would but as long as they were aware.  They confirmed and I removed the
handcuffs along with the shackles.

    After I stepped back, another woman entered the room with a large
machine that appeared to be some sort of x-ray machine.  I informed them of the
results of the x-rays at the jail and they noted it.  The medical staff and
myself took a step back into the hallway behind the machine as they took the
picture.  The doctor then ordered that she was going to send him to get a CT
scan immediately as well.  At that point, Nurse Tara had text me a list of his
medications (Prozac, IBU, Tylenol, Prednisone 60 mg x 5 days) and a nurse asked
if I had a med list.  I read to her what was sent to me and I followed the doctor
and a nurse with Inmate Gosser to the CT scan room.  We had to wait in the mean
time as the room was occupied.  When the room emptied, the staff and I entered
with Inmate Gosser.  I asked the staff if I could be of assistance and they had
me help move Gosser to the platform for the CT scan.  I then stepped into the
room to the side of the scanning room as they prepared to start the scan.

    The doctor asked me how long this had been going on, and I answered that
to my knowledge, this evening was when it got bad.  I then told her that our
medical company is separate from our department and that I could not do anything
until I am told to and that I had made the calls I needed to make leading up
until getting the order to take him out that evening.  She informed me that I
needed to be prepared to go to Indianapolis and that she felt like he needed
more than what they could do in New Castle.  I then asked to make a phone call
on the telephone located in the room that we were in.  I then contacted
Commander Grider and informed him of what was going on.  He asked how soon would
they be transporting him, and I replied that he was finishing up his CT scan.
He gave me the instructions to call back in five minutes to get further
instructions.

    Before five minutes were up, the telephone rang and the doctor answered.
She gave me the phone and it was Commander Grider calling back.  He informed me
that he had spoken to the judge and I was to instruct Inmate Gosser that once he
was finished getting his medical situation taken care of, then he would need to
return to the jail to finish his time.  Failure to do so and he would be hit
with a failure to return to a lawful detention center.  I hung up and assisted
the staff once again in moving Inmate Gosser.  We then returned to the room we
were located in and they began to take blood and run more tests.  Approximately
15 minutes later, the same doctor who had been with him entered the room and
informed Inmate Gosser that he had a laceration on his lung along with a
laceration on his liver and that his liver was bleeding.  She informed him that
she was also concerned with his diaphragm and his breathing.  She then stated
that there was a chance that he would have surgery when he arrived to St.
Vincent in Indianapolis to take care of his injuries.  She then left the room to

GOSSER_000220-15

let the nurses continue their work on Mr. Gosser.

Once we got to a point where it appeared to be that we were waiting on the ambulance and EMT staff to get Inmate Gosser moving, I asked Inmate Gosser one more time to please give me the names of the men who did this to him. I told him that justice needed to be served with this and that by what I had seen so far that night with him, he was about as tough of a man as I had seen. He nodded his head and stated "Flynn, Fatboy Fannin, and Josh Wilson". I asked if he was referring to Justin Fannin and he nodded his head yes. I thanked him and informed him that I would make sure it made the report. There was one nurse in the room at that time and she inserted a catheter on Inmate Gosser before waiting for the EMT's to come into the room. I gathered the stripes that Inmate Gosser was wearing and placed his personal belongings into a separate bag. The bag contained a white shirt, his glasses, an E cigarette, a set of ear plugs, and his pair of shoes he had on and I informed him that when he made contact with his family, that they would need to make sure he had a set of clothes.

A couple of minutes later, two gentlemen entered the room wearing Henry County EMT uniforms with a stretcher and confirmed with Mr. Gosser that they were there for the right man. As they were switching his IV's to there equipment, Inmate Gosser removed his oxygen mask and said he had one more thing to tell me. He said that he had planned on telling Commander Grider, but that he obviously hasn't had the chance, but that Joe Flynn was getting drugs through holes in the wall along with in his mail. He said he was pretty sure one letter had been caught, but that several had gotten in from his girlfriend who uses different names each time she writes him. I asked him if there was anything else, and he said that Flynn also talked about his "mule" a lot. I asked if someone was bringing him drugs into the jail, and he replied that there were pills coming from someone, but he did not know if it was another officer for sure. He then stated that the inmate workers were passing different things like food into the windows in return for some of the drugs. One of the EMT's asked for him to let me take care of that and for him to relax and to try and not talk from that point on. He listened and I escorted Inmate Gosser with the EMT's out to the ambulance bay.

I then informed Mr. Gosser that he was officially no longer custody of the Henry County Sheriff's Department and that he was being release under the understanding that as soon as he was able to return to the jail, that he would to see his case through. If he did not return, then he would be charge with a failure to return and that a warrant would be issued for his arrest. He nodded his head in acknowledgement and I wished him luck as he was placed in the back of the ambulance. He thanked me and the door was shut. I opened to the garage door for the ambulance and they exited the garage in route for Indianapolis. I left the hospital in the transport van and reported back to the jail for the remainder of my shift. My arrival back to the jail was at approximately 0100 hrs.

Nothing further at this time.

GOSSER_000220-16

```
03/04/16                                                           503
09:17                          Jail Log:                  Page:    1

   Event Number: 16-007258                                  Active
       Name ID:   183348
                                                  Confined
   Last: Gosser                       First: Brian      Mid: Lee
   Addr: 233 S 23                       Phone: (765)591-5630
   City: New Castle        ST: IN  Zip: 47362  DOB: REDACTED   SSN: REDACTED
   Alias For:

   Time/Date of Event: 15:24:23 02/28/16      Treatment Date:
        Type of event: MJN  Miscellaneous Jail Note
            Quantity:    0.00
             Officer: T Weesner J383
     Booking Number:   16-0249
         Description:
Commisary list passed

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =
```

GOSSER_000220-17

```
03/04/16                                                                    503
09:16                          Jail Log:                      Page:    1

   Event Number: 16-007887                                         Active
      Name ID:    183348
                                                      Confined
   Last: Gosser                      First: Brian         Mid: Lee
   Addr: 233 S 23                          Phone: (765)591-5630
   City: New Castle          ST: IN  Zip: 47362   DOB: REDACTED   SSN: REDACTED
   Alias For:

   Time/Date of Event: 22:31:51 03/03/16        Treatment Date:
        Type of event: MED  Medical Event
            Quantity:    0.00
             Officer: C Lecher J483
     Booking Number:    16-0249
         Description:
Transported to hospital by j483

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =
```

GOSSER_000220-18

```
03/04/16                                                                    503
09:16                          Jail Log:                          Page:    1

  Event Number: 16-007881                                         Active
       Name ID:   183348
                                                        Confined
  Last: Gosser                    First: Brian           Mid: Lee
  Addr: 233 S 23                          Phone: (765)591-5630
  City: New Castle       ST: IN  Zip: 47362   DOB:REDACTED    SSN:REDACTED
  Alias For:

  Time/Date of Event: 21:03:46 03/03/16     Treatment Date:
       Type of event: MED  Medical Event
            Quantity:    0.00
             Officer: C Lecher J483
     Booking Number:   16-0249
         Description:
had x-rays done

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =
```

```
03/04/16                                                                503
09:16                          Jail Log:                       Page:    1

  Event Number: 16-007138                                       Active
       Name ID:    183348
                                                     Confined
  Last: Gosser                     First: Brian          Mid: Lee
  Addr: 233 S 23                          Phone: (765)591-5630
  City: New Castle        ST: IN   Zip: 47362   DOB REDACTED    SSN: REDACTED
  Alias For:

  Time/Date of Event: 16:00:00 02/27/16     Treatment Date:
       Type of event: MED  Medical Event
           Quantity:    0.00
            Officer: R Blake J271
     Booking Number:    16-0249
        Description:
Back on grounds with inmate.

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =
```

GOSSER_000220-20

```
03/04/16                                                              503
09:16                           Jail Log:                   Page:    1

   Event Number: 16-007137                                 Active
      Name ID:    183348
                                               Confined
   Last: Gosser                    First: Brian        Mid: Lee
   Addr: 233 S 23                       Phone: (765)591-5630
   City: New Castle        ST: IN  Zip: 47362   DOB: REDACTED  SSN: REDACTED
   Alias For:

   Time/Date of Event: 11:40:00 02/27/16    Treatment Date:
        Type of event: MED   Medical Event
            Quantity:     0.00
             Officer: R Blake J271
      Booking Number:   16-0249
         Description:
Transported to Henry County ER.

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =
```

GOSSER_000220-21

```
03/04/16                                                          503
09:16                            Jail Log:                  Page:    1

   Event Number: 16-007134                                    Active
        Name ID:    183348
                                                  Confined
   Last: Gosser                      First: Brian       Mid: Lee
   Addr: 233 S 23                       Phone: (765)591-5630
   City: New Castle        ST: IN  Zip: 47362   DOB: REDACTED   SSN: REDACTED
   Alias For:

   Time/Date of Event: 16:00:30 02/27/16    Treatment Date:
        Type of event: MED  Medical Event
            Quantity:    0.00
             Officer: R Blake J271
      Booking Number:   16-0249
         Description:
this inmate returned from hospital

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =
```

```
03/04/16                                                                503
09:16                         Jail Log:                    Page:    1

  Event Number: 16-007207                                      Active
      Name ID:    183348
                                                      Confined
  Last: Gosser                    First: Brian          Mid: Lee
  Addr: 233 S 23                         Phone: (765)591-5630
  City: New Castle         ST: IN  Zip: 47362   DOB: REDACTED   SSN: REDACTED
  Alias For:

  Time/Date of Event: 05:20:42 02/28/16     Treatment Date:
      Type of event: IMS  Inmate Meal Served
          Quantity:     0.00
           Officer: C Lecher J483
    Booking Number:    16-0249
        Description:
REFUSED TRAY
```

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

GOSSER_000220-23

```
03/04/16                                                              503
09:15                           Jail Log:                    Page:    1

  Event Number: 16-005763                                         Active
       Name ID:    183348
                                                    Confined
  Last: Gosser                    First: Brian          Mid: Lee
  Addr: 233 S 23                        Phone: (765)591-5630
  City: New Castle         ST: IN  Zip: 47362   DOB: REDACTED  SSN: REDACTED
  Alias For:

  Time/Date of Event: 21:29:09 02/17/16     Treatment Date:
      Type of event: IMB  Inmate Booking
           Quantity:    0.00
            Officer: C Lecher J483
    Booking Number:   16-0249
        Description:
Arrived at jail 19:06:27 02/17/16


= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =
```

```
03/04/16                                                              503
09:15                            Jail Log:                   Page:    1

   Event Number: 16-007225                                       Active
      Name ID:    183348
                                                      Confined
   Last: Gosser                      First: Brian         Mid: Lee
   Addr: 233 S 23                            Phone: (765)591-5630
   City: New Castle        ST: IN   Zip: 47362   DOB: REDACTED   SSN: REDACTED
   Alias For:

   Time/Date of Event: 10:25:09 02/28/16     Treatment Date:
      Type of event: ICC  Inmate Cell Change
           Quantity:    0.00
           Officer: R Blake J271
   Booking Number:   16-0249
        Description:
moved back to G with 523

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =
```

```
03/04/16                                                           503
09:15                            Jail Log:              Page:     1

   Event Number: 16-007099                              Active
        Name ID:   183348
                                              Confined
   Last: Gosser                     First: Brian       Mid: Lee
   Addr: 233 S 23                         Phone: (765)591-5630
   City: New Castle        ST: IN  Zip: 47362  DOB:REDACTED  SSN: REDACTED
   Alias For:

   Time/Date of Event: 09:52:40 02/27/16     Treatment Date:
        Type of event: ICC  Inmate Cell Change
             Quantity:    0.00
              Officer: R Blake J271
        Booking Number:   16-0249
          Description:
Holding cell to G Block.

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =
```

GOSSER_000220-26

```
03/04/16                                                                    503
09:15                            Jail Log:                        Page:    1

  Event Number: 16-006375                                        Active
       Name ID:   183348
                                                       Confined
  Last: Gosser                    First: Brian          Mid: Lee
  Addr: 233 S 23                           Phone: (765)591-5630
  City: New Castle        ST: IN  Zip: 47362   DOB: REDACTED   SSN: REDACTED
  Alias For:

  Time/Date of Event: 09:46:09 02/22/16      Treatment Date:
       Type of event: ICC  Inmate Cell Change
            Quantity:    0.00
             Officer: R Blake J271
      Booking Number:   16-0249
          Description:
Drunk Tank --> F Block
```

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

GOSSER_000220-27

```
03/04/16                                                                    503
09:15                            Jail Log:                      Page:    1

   Event Number: 16-005962                                    Active
        Name ID:    183348
                                                   Confined
   Last: Gosser                    First: Brian         Mid: Lee
   Addr: 233 S 23                        Phone: (765)591-5630
   City: New Castle        ST: IN  Zip: 47362  DOB: REDACTED   SSN: REDACTED
   Alias For:

   Time/Date of Event: 19:53:58 02/18/16      Treatment Date:
        Type of event: ICC  Inmate Cell Change
            Quantity:    0.00
             Officer: M Westermen
      Booking Number:   16-0249
         Description:
DRUNK TANK TO B BLOCK


= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =
```

GOSSER_000220-28

```
03/04/16                                                                        503
09:15                                Jail Log:                        Page:     1

     Event Number: 16-005764                                         Active
         Name ID:    183348
                                                          Confined
     Last: Gosser                     First: Brian          Mid: Lee
     Addr: 233 S 23                           Phone: (765)591-5630
     City: New Castle        ST: IN  Zip: 47362   DOB: REDACTED   SSN: REDACTED
     Alias For:

     Time/Date of Event: 21:29:09 02/17/16      Treatment Date:
         Type of event: ICC  Inmate Cell Change
              Quantity:    0.00
               Officer: C Lecher J483
        Booking Number:   16-0249
           Description:
Assigned to location `JAIL-JAIL-B   -6   -6T '.

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =
```

```
03/04/16                                                              503
09:15                          Jail Log:                    Page:    1

   Event Number: 16-007373                                        Active
        Name ID:    183348
                                                   Confined
   Last: Gosser                   First: Brian           Mid: Lee
   Addr: 233 S 23                        Phone: (765)591-5630
   City: New Castle        ST: IN  Zip: 47362   DOB: REDACTED    SSN: REDACTED
   Alias For:

   Time/Date of Event: 11:15:28 02/29/16      Treatment Date:
        Type of event: ATS  Attorney visit secured
             Quantity:    0.00
              Officer: B Greer PE360
     Booking Number:    16-0249
          Description:
secured
```

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

GOSSER_000220-30



GOSSER_000457

RECORDED VOLUNTARY STATEMENT
Stephen R. Lough
641 Brookside Lane, Plainfield, Indiana  46168
DOB:  REDACTED

DATE  3/4/16    TIME  4:35 p.m.

CASE NUMBER:  16-002796

THIS STATEMENT CONDUCTED BY DETECTIVE  SERGEANT TONY DARLING

DARLING:        OK, I'm Detective Tony Darling with the Sheriff's Department,
                this is Detective Stacey Guffey, with the Sheriff's Department
                (inaudible) yeah and just so we know when we're in here this room
                is audio and video recorded OK, I always make sure somebody
                knows that OK, and what's, spell your first name for me?

                STEPHEN

DARLING:        Middle initial?

                R.

DARLING:        Spell your last name?

LOUGH:          LOUGH

DARLING:        What's your date of birth?

LOUGH:          REDACTED

DARLING:        What's home address?

LOUGH:          641 Brookside Lane, Plainfield, Indiana  46168

DARLING:        46

LOUGH:          168

DARLING:        OK, uh, we're working an investigation obviously

LOUGH:          Yes

DARLING:        And uh, does the name Brian Gosser mean anything to you?

LOUGH:          Uh, he was our cell mate

1

GOSSER_002818-1

DARLING:           OK, well obviously we're working an investigation where something happened to Brian

LOUGH:             Yes

DARLING:           And we're talking to everybody and anybody because we have to that's part of our job, OK?

LOUGH:             Yeah

DARLING:           So I'm curious from you since, first of all how long have you been at the jail?

LOUGH:             This Tuesday would be 2 weeks

DARLING:           And has it just been, who's been in the block that you're in right now?

LOUGH:             Me, Lee and Gosser

DARLING:           OK, is Lee his first name?

LOUGH:             Yes, Lee Parsos

DARLING:           And when did Gosser get brought into that cell

LOUGH:             He was there when we got put in there

DARLING:           OK, so he was already there by himself when you guys got pulled in there?

LOUGH:             Yeah I got pulled off another block, me and Lee and I are, well we're engaged, we're gay

DARLING:           OK

LOUGH:             So the jail had this big thing about not knowing what to do with us, everybody is threatening to beat our ass, they had me on one block, Lee on another, uh, some how word got around that we're gay, he's obviously gay, I'm also HIV Positive, uh, that got around, like the whole jail now knows, so basically they had nothing to do with us except for to stick us in there together, which we're fine with and it makes the time go a little bit easier for us, uh

DARLING:           Sure

2

GOSSER_002818-2

LOUGH:          you know we don't like jail, at all

DARLING:        Can't say as I blame you,

LOUGH:          So, we got put in there, Gosser was already in there, I think he was in there with Gosser the first time or he was, he had see Gosser before uh, either the drunk tank or in there before but me, when I got put in there Gosser was already in there

DARLING:        OK

LOUGH:          He was already beat up too

DARLING:        He was

LOUGH:          Yes he was already beat up, I mean

DARLING:        Tell, tell me how you know that, tell me, explain to me how you know that?

LOUGH:          He, laying there, the bruises, bruise on his arm, he told us that he got his ass beat said he went to the hospital had like 10 broken bones, fractured skull, uh, he wasn't eating, like he let us split every one of his trays, he wasn't eating, he was puking all the time, the nurse with the purple hair, very mean to him, I mean she was just telling him basically to walk it off, uh, the other night when the other nurse checked him out, she seemed very concerned, she pulled him out of the block and then they said, no he's not there no more, he's at the hospital

DARLING:        Did he share with you any details on how he got beat up or?

LOUGH:          No, he just said that, he was in there, I think he said for a DUI or something and that he had an 11 year old kid in the car and that uh, he was worried that somebody had his address and everything and they thought he might have been a CHOMO or Child Molester, I never even asked who the 11 year old girl was or anything like that, never thought, you know, I just wanted to do my time and get the hell out of there, so I didn't ask any questions, me and Lee both just told him we don't want no problems and you don't give us no problems, we won't give you no problems, plain and simple and that was basically the extent of why he was in there and why he got his ass beat

DARLING:        Did he tell you who beat him up?

3

GOSSER_002818-3

LOUGH:          Uh, he has a list, especially in the cell right now

DARLING:        In what cell?

LOUGH:          the one you just pulled, we just got pulled out of, I call it his, his snitch paper, I mean it tells drug trafficking, uh, people that's passing drugs, trustees, stuff like that, uh, when we go back over there, I can give her just his little stack of papers and it will be in there, it's a very small stack of papers

DARLING:        So

LOUGH:          the guy in there now, he has seen the snitch paper and he says that they're his friends, the names on the list

DARLING:        So there's still somebody else in your cell?

LOUGH:          Yes, he just got put in there today

DARLING:        What's his name?

LOUGH:          Uh, God, I don't even know his name, I honestly don't know his name, uh, the guard can tell you his name, uh, he might recall, I don't, names don't stick with me, names stick with Lee very well, he might know the name, uh, Jesus what did he say his name was, I know his name's White, last name's White something, Whiteland, White something I'm not sure

DARLING:        And he just got brought in today?

LOUGH:          he just got put in there

DARLING:        Do you know about what time, before lunch, after lunch

LOUGH:          Little bit after lunch because we were, we got pulled off the block for them doing construction and we got put into the rec area, this guy got brought into the rec area, they patted him down, they like searched him, searched his mat, he got pulled off another block, and then he just got put in there with us, when they pulled us out, after the construction and put us back on our block, they pulled him out as well

DARLING:        You're talking about, you're talking about a list, how do you know that there's a list in there

4

GOSSER_002818-4

LOUGH:          He showed us the list

DARLING:        Who's he?

LOUGH:          Gosser

DARLING:        OK, what did he tell you about the list

LOUGH:          he said that he's snitching on these people uh, for, for the drug trafficking, trustees for passing stuff, he was worried one night that the guards were going to let the people out, because the cell next to us they beat on the walls at night and call us faggots and stuff and we just ignore it, he said, and all of a sudden Brian said, I hope they lock us down, I'm deaf in one ear, so it's harder for me to hear things, I said why, he said because they're talking about letting them out to come over here, I said they can't do that, he said, dude this jail is ass backwards, he said these guards, he said half of them is crooked, he said they know each other from school, they know the inmates from school, and they're all buddy buddy, he said and, and they're, I think they're going to let them out and come over here and I said well I boxed for 6 years, so I'll stand in this door way and there ain't nobody getting through, Lee, he, I don't think he's ever been in a fight in his life, and Lee seemed a little worried and I told him, I said don't worry buddy, I said ain't nobody getting through this damn door not an inmate, I said because if they let them over here, I said I will, I said I'll stay here and they'll find out how I boxed for 6 years, I said I didn't do it to be a pansy.  I said and I'll tell you what if that happens, we're going to get OR'd instead of having a $2,000 bond

DARLING:        What uh, from looking at that list, tell me what you remember seeing on that list?

LOUGH:          Inmates pass, inmates passed drugs between cells, it's got a couple names on it, uh, people that pass through the vents, like uh, and then in our cell, there's a hole in the floor and if you look through the hole you can see directly into the block on the other side where they pass drugs through, uh, they just, different ways of them passing the drugs, I mean the list is like this big, it's a very small list

DARLING:        Do you remember seeing any names on that list?

LOUGH:          I don't recall any of the names

DARLING:        Did he have like categories or how did he,

5

LOUGH:      Not just basically like he'd have a name dash passes drugs through vents uh, brings drugs in, I think through a female, maybe a girlfriend, inmate workers or trustees, you know, bring drugs in, pass drugs, it's a very short list, like I said, we can figure our some way where I can hand it to you guys or hand it to a guard if you guys can get it

DARLING:    Well do you remember what names were on that list, any stand out to you at this time

LOUGH:      No I didn't

DARLING:    Well, so how many, how long, so you been for Gosser for 2 weeks now

LOUGH:      No I've been with him I've been in that cell for let's see I got put in there I think Monday, Tuesday I just got put in there Monday or Tuesday

DARLING:    OK, so this week

LOUGH:      Yeah this week, just a few days

DARLING:    And you said that he had already been beat up

LOUGH:      Yeah

DARLING:    Describe, describe why you think he had been beat up

LOUGH:      Like I said, he had this big bruise on his arm, uh, he says, you could hear him the way he breathed, you could tell it's like very short, breaths, just basically him verbally saying he got his ass beat, he went to the hospital, 10 broken bones, and I guess when he came back from the hospital they didn't bring all of his X-rays and everything, so the doctor here didn't realize how much was actually wrong with him, he said he had a fracture on his skull, uh, and we told him, we gave him our names and stuff and said man if you need us for anything, you know, we're sitting here, we see how you are, we see how the, because the nurse with the purple hair, she, in my opinion, my opinion was mistreating, blowing him off, didn't even check him out, she just, "here's Ibuprofen, walk it off" and if you got that much wrong with you I take more than one Ibuprofen for a headache

DARLING:    Yeah, but did Gosser ever share any names with you at all,

6

GOSSER_002818-6

LOUGH:          Just showing us the list, uh, and like I said, I didn't retain, I didn't attempt to retain that information

DARLING:        Did he talk about the fight

LOUGH:          Said, he said he got his ass beat 2 or 3 times, uh, but he didn't really say why or anything, I mean he just, he said they were beating his ass and taking his commissary and then he said something about, kept saying he's worried about somebody having his home, home address and everything and having the paper with his information on it, because there's an 11 year old girl in the car and he kept saying that, he said that 3 or 4 times, uh and then today, when I was sitting in the rec room uh, one of the guys in there, real hairy guy, beard, just real scruffy guy, kept saying, yeah she was mentally handicapped and he's a CHOMO and blah, blah, blah, blah, blah and man I never even thought to ask him, like I said when I come to jail I just wanted, whatever to do to get the hell out of here.

DARLING:        Hear any talk today about the fight, has there been any kind of residual effect from people talking or anything?

LOUGH:          No, not at all, not today

DARLING:        Stacey you got anything?

GUFFEY:         Why do you think he would show you that list if you guys just met this week?

LOUGH:          I have no clue, uh, I have no, absolute no clue

GUFFEY:         How did it ever come up?

LOUGH:          he brought it up, he said that you know, he didn't, we were telling him how we didn't want no problems, he said I don't want no problems either, he said as a matter of fact, he said "I plan on telling on all of these people, I'm going to snitch on everybody and I'm pressing charges on people that beat me, you know beat my ass and everything, I got a list" and that's how the list got brought up and he actually showed us the list

GUFFEY:         You said the guy that's in there today, White, or Whiteland, or whatever his name is

LOUGH:          Yeah, he said he's friends with the people on this list

GOSSER_002818-7

GUFFEY:          OK, have you seen him around, well let me back up, is Gosser's property still in that block

LOUGH:          No, his commissary, the only property he had was some clothes and stuff, yeah his dirty clothes are still there, but that's about it

DARLING:       Where's that list at now?

LOUGH:          It's under my mat, uh, I kind of stashed it away, uh, just in case he came back, the guy in there now, already said that if he comes back in that block, he's going to make sure he gets off that block because he's cool with the guards, some of the guards and he's like, said that like last night, he said last night would have been a perfect night to be over here, because all of the guards will get me whatever I wanted, I could have got that, or I could have got this, and I could have got that, these things are fine with me, I mean if they allow us to have it, great, if they don't allow us to have it, I prefer not to have it around me, because I want out of here

DARLING:       Does the guy that's in there now know where that list is at?

LOUGH:          Yes

DARLING:       He does

LOUGH:          Yes, I'm uh, I'm pretty sneaky about it, like I said, I could

GUFFEY:          Where's the list at?

LOUGH:          Underneath my mat on my bunk, underneath my mat, stuck in a bunch of other paperwork

DARLING:       OK, stuck in your paperwork?

LOUGH:          Yes

DARLING:       I don't think I have anything else, do you?

GUFFEY:          What's it written on?

LOUGH:          I mean, just a blank piece of paper, I could actually put it in like, I have a disclosure from my attorney saying that I don't mind that we work, she works both of our cases because she's both of our attorneys, uh, I could actually hand it to the guard like here's this disclosure, they want, from my attorney, and hand her, I don't need

8

a copy of it, I would hand her this disclosure with the list inside

DARLING:            What's it written with?

LOUGH:             Pen

DARLING:            Ink pen

LOUGH:             Yeah

DARLING:            What color?

LOUGH:             Blue I think it is

GUFFEY:            And he gave you that when?

LOUGH:             He didn't give it to me, he left it in there when he got pulled out last night, he just showed it to us

DARLING:            So where did you get the list from?

LOUGH:             It was, I'm now on his bunk, and it was just in a stack of black papers, I was looking for a commissary sheet and came across it

GUFFEY;            So you came across it by mistake

LOUGH:             Yeah, today I did yeah, and when I opened it up old boy, the guy in there now, was like, I know them people, what's that, I said oh, uh, I don't know, this is one of the guys lists that was in here before and he started reading it, he was like, well I'm not going to say nothing to nobody, but I, those are my close friends, and folded it up and handed it back to me

GUFFEY:            OK

DARLING:            All right, well just hang tight for a minute, this will conclude this and we'll get, get you back over there in just a second, OK?

LOUGH:             Like I said if there's anything I can do for you guys and  make us get out of here quicker, I'll do it

DARLING:            I appreciate it, we're not the deal makers but hang out a minute

9

RECORDED VOLUNTARY STATEMENT
Tara Westermen
Quality Correctional Care

DATE 3/4/16 TIME   12:26 p.m.

CASE NUMBER:  16-002796

<u>THIS STATEMENT CONDUCTED BY DETECTIVE CAPTAIN ED MANNING</u>

MANNING:        All right, for the record, the date of the day is March 4, 2016, the time is approximately 12:26 p.m.  This is an interview conducted by myself, Detective Captain Manning of the Henry County Sheriff's Department and also present in the room is Detective Captain Ullery of the New Castle Police Department and this is in reference to a death investigation involving an inmate, Brian Lee Gosser.  Present and being interviewed, can you state and spell your full name please?

WESTERMEN:      Tara Westermen, TARA WESTERMEN

MANNING:        And are you employed by the Henry County Sheriff's Department?

WESTERMEN;      Uh,

MANNING:        OK, are you contracted to the Henry County Sheriff's Department

WESTERMEN:      Yes

MANNING:        OK, who are you actually employed through

WESTERMEN:      Quality Correctional Care

MANNING:        OK, and what is your job with them?

WESTERMEN:      Nurse

MANNING:        OK, and part of your duties is to do what for the Sheriff's Department the Jail Division?

WESTERMEN:      Anything medical, assessments, the inmates, pass meds, anything for the doctor

MANNING:        And so you're there, are you there kind of on a daily basis?

WESTERMEN:      Monday through Friday

1

GOSSER_002821-1

MANNING:            Meeting the needs of the inmates

WESTERMEN:          Uh-huh (inaudible)

MANNING:            Tell me how the inmate gets to see the nurse

WESTERMEN:          If they have any issues they have health care requests, and to see medical you have to have a health request turned in and then we'll pull you out and see you

MANNING:            That's something filled out by the inmate?

WESTERMEN:          Yeah

MANNING:            OK, are there times though that a correction officer will see something like a fight or something happen and see that a subject is injured and contact you or do something different regardless of filling out that paperwork

WESTERMEN:          Yeah, it's not 24 hour care, so if medical is not there, if we are there, and there's an emergency, then obviously they don't need to fill out the health request.  If there, if we're not there, because it's not 24 hour care site, then I'm on call 24/7, and they'll just call

MANNING:            OK, give you information

WESTERMEN:          Uh-huh, they have protocols they have to follow, uh, they have protocol sheets that they fill out before they call us and then when they call we just go down the list of what's lists

MANNING:            Are you familiar with a inmate who was housed here at the jail by the name of Brian Gosser?

WESTERMEN:          Yes

MANNING:            And did you have occasions to, to speak with Mr. Gosser?

WESTERMEN:          I did

MANNING:            Tell me about what you remember about that and when that might have been the first time that you met with him if you remember?

WESTERMEN:          The first time I probably, well I've seen him almost every day because he takes meds, we give him medications

2

GOSSER_002821-2

MANNING:        OK, OK,

WESTERMEN:      Uh, starting on more meds, this week recently, he was in an altercation, said that he got beat up in the jail,

MANNING:        OK

WESTERMEN:      Said he was beat up 3 or 4 different times and didn't tell anybody

MANNING:        This was a conversation he had with you?

WESTERMEN:      I specifically had that conversation, I don't know, he never named anybody, no specifics, just said that yes he was beat up 3 or 4 times, thought that he was just going to have to take "his licken" and get on with it, except but the last time it was too much for him and we ended up sending him to the ER and uh

MANNING:        Tell me what led you to send him to the ER?

WESTERMEN:      Just, he had bruising on his face, complaints of severe pain so we just made the call and he went to the ER

MANNING:        OK,

ULLERY:         Do you remember what day that was?

WESTERMEN:      It was the 27th

MANNING:        Tell me what the procedure is, once a, once a inmate is sent to the ER and then they return to the jail, what, what do they provide you with or what are you (inaudible)

WESTERMEN:      They send medical clearance paperwork, uh, him specifically I just know, he had some fractured ribs, a facial fracture, nothing major more than that, they'll send medical clearance back that he's cleared to come back to the jail uh, they didn't send any orders with him, I know one of my other nurses called the doctor whenever he came back because I actually wasn't there when he come back and they got an order for some Ibuprofen to help with the pain, uh, and then this week I seen him, well and also they have ER notes that they'll send, but they don't ever send them back with inmates we have to call and contact, because usually it takes 2 or 3 days before they, what the doctor signed off and they go to the system and has to go through medical records, I don't like that, but we always have to wait for those so, uh, and then I seen him this week and he never complained of anything more just said that you

3

GOSSER_002821-3

|  | know (inaudible) |
|---|---|
| MANNING: | Just told him that was common with that type of injury |
| WESTERMEN: | Uh-huh, I mean I seen him later in the week, I seen him Tuesday or Wednesday, I can't remember which day it was, and then actually I put him on to see the doctor on Wednesday and he evaluated him on Wednesday too |
| MANNING: | Who is the doctor? |
| WESTERMEN: | Chris Stephenson, he's a PDA, Physician's Assistant |
| MANNING: | Chris Stephenson |
| WESTERMEN: | Uh-huh |
| MANNING: | Is he through the same company? |
| WESTERMEN: | Yeah |
| MANNING: | And so it was Wednesday of this week he |
| WESTERMEN: | He seen him on Wednesday uh-huh |
| MANNING: | When you say seen him, what would have he did? |
| WESTERMEN: | Just evaluate him, check on him, he actually was pulled out of the block and taken to the office so we could physically examine him |
| MANNING: | OK, do you know what the results of that exam was? |
| WESTERMEN: | Yeah he gave him Ibuprofen and Tylenol, uh, we started him on Prednisone, he got his, I think he got his first dose Wednesday, uh, see and then I think that's all he had, he has another medication he takes on a normal basis but it's not anything related to that and then Denette was here and took the orders off so I know it was Wednesday and then Thursday I seen him and he said that he felt nauseas that he was vomiting and I told him I said well I need to see it, you need to let me see it, he said OK, I told him he needed to lay down and relax you know he wasn't complaining of nothing else, I asked him if everything else was fine he said nothing out of the ordinary, OK, I told him to tell the officers if he had any more problems, well probably about 2 or 3:00 it might have been a little after that, yesterday, one of the officers come to me and said Gosser's saying he's getting sick, he got sick in a cup and wanted |

4

GOSSER_002821-4

me to show it to you, she said it looks like water but I figured I'd tell you, I said well let me go check it, so I went and checked it, it was, looked like he had spit into a cup or something, no vomit, nothing and I told him, you need to relax, you know if you feel nauseas again you need to tell me again, I need to see it, I'm going to give you some ice chips so you're not drinking a lot of fluid, especially if you're nauseated, uh, and that was the last time I had seen him then and I know Denette came in yesterday afternoon and she seen him and she called me and said he was having shortness of breath and stuff, so, (inaudible) on him, she ended up doing a breathing treatment and told her to order a chest x-ray, got that cleared, go the chest x-ray ordered it stat, they didn't come until after she had already left and I told her to tell the officers if as soon as they get the results they need to call me and let me know so I can call the doctor and tell him.  Uh, she called me after she got off work and I asked her if he was in his cell or where he was at, and she said no, he was still in his little block, so I told her you need to call back to the jail and tell them to take him out and put him in either the drunk tank or rec so we can do medical observation on him so we can physically keep an eye on him and so they did.  She did, after that breathing treatment his stats came up, said he was fine, felt a lot better, everything was OK and then I got the, Clark called me, Lecher, Officer, called me last night and said he don't look good, he said he got those results back so I had him tell me what those were, told him I'd call him back, I called the doctor, told him what they were, pretty what the doctor told me, it was the beginning of pneumonia, so we were going to start him on medication the next day for pneumonia, I got off the phone with the doctor, Clark called me back right after that, said hey, this guy is in the drunk tank and he just started vomiting, I'll call you right back, I called the doctor, he didn't answer the first time and I said, I felt like he needs to go, got to (inaudible) let's send him out.  I called the jail back and I just told them I said get him out, just send him right now, just in case, let's send him, you know, because if he needs an IV or something like that, we're not there, let's get him out, so I, he was going to call Tina and I said, well whatever you got to do, do it, I said do it as you're getting him, because he needs to go within 5 minutes, get him out and that was it.  I did call Chris back and told him, I said hey, I said he's vomiting I feel like he needed to go and he said well send him out, well I just did.

MANNING:            Now when you, when you guys do like the blood pressures and the sats and all that for each of them, do you keep a file of all that or do you keep a record of all that ?

WESTERMEN:       Yeah they have a log and we have to chart our nurse notes, it's

5

either on a medical progress note or a nurse visit note

MANNING:         So any, any interaction that you would have had with Mr. Gosser to do with anything medical, you, the jail has a record of that?

WESTERMEN:      Yeah it's in our medical files

MANNING:         OK, and the concern yesterday was that his, his sats weren't doing too well

WESTERMEN:      Yeah, he just his, he was having a little shortness of breath

MANNING:         And so she gave him a breathing treatment and then his sats appeared to be a little bit better

WESTERMEN:      I think she said 90-91 and I know after the breathing treatment he was at 97 said he felt better, so

MANNING:         And the chest x-ray was ordered because they were concerned about his breathing is that what it was, to see if he had pneumonia or (inaudible)

WESTERMEN:      Yeah we knew he had the broken ribs too, so you know, he just wanted to make sure well there's no change, and rib didn't puncture a lung or whatnot so kind of just rule everything out, it's better to be safe than sorry

MANNING:         OK, so anything he complained of or any other information at all would be in those files that you have?

WESTERMEN:      Yeah

MANNING:         OK, but you did see him yesterday

WESTERMEN:      yes

MANNING:         When you left

WESTERMEN:      Uh-huh, he didn't ask to see me, he never filled out a health request yesterday even, I seen him when I done meds, I took meds in the morning and then he told them, no (inaudible) I was throwing up and I said well, we had that before where he said he threw up so we had him a few days before that, and it wasn't me, I didn't make that call, but uh, I'm pretty sure it was Denette told him that time to put him in the drunk tank and he never threw up never had any vomiting was there all night until the next morning,

6

GOSSER_002821-6

she was with him that night either, and I think that was Clark who called about him, that was Saturday night actually

MANNING:          And what's Denette's last name?

WESTERMEN:     Lewark, LEWARK

ULLERY:             Spell that again?

WESTERMEN:     LEWARK, she's actually here right now too so

MANNING:          Oh, is she OK, speak to her, so, you have any other questions right now Scott?

ULLERY:             Uh-uh

MANNING:          OK, I don't think I have anything else right now, appreciate your coming over

WESTERMEN:     Yeah

MANNING:          Is she over at the jail?

WESTERMEN:     Yeah, she's

ULLERY:             How long she going to be in there?

WESTERMEN:     Probably just a few minutes, I know she needs to go to her (inaudible)

GOSSER_002821-7