Jail Division, Policies and Procedures,  13-04.03 Inmate Classification

**Initial Designation:**
The Henry County Sheriff's Office classification system initially assigns inmates based on a preliminary assessment of their security needs.  This system operates under the supervision of the Correctional Commander or designee.  Inmates who display *special needs* during the intake booking process are assigned to special housing when such space is reasonably available, and in consideration of scarce resources.

Staff provides direct supervision to inmates during classification processing, and normally the arresting or transporting officer retains custody of the arrestee until the classification process is completed.  The classification system is used to stratify inmate population according to predetermined classification standards.

Once classified, inmates are assigned a housing area, which the inmate is told it is their responsibility to clean and maintain.  A custody reassessment is conducted between thirty [30] to ninety [90] days of the initial custody assessment.  The Correctional Commander or designee oversees permanent assignments.

**Housing Classification:**
Henry County Sheriff's Office attempts to maintain a sufficient number of different types of cells and housing areas appropriate for various categories of the shifting inmate population.

Refer to policy *Inmate Suicide Watch* for procedures on handling those inmates deemed at risk for suicide.

**Initial Intake Screening Classification:**
Intake screening classification entails primary security level assignment to *maximum*, *medium,* or *minimum* housing by utilizing the *classification tree* found attached to this policy.  This process is performed in the receiving area according to Henry County Sheriff's Office admission procedures.  Designated staff members in the admissions area perform the initial intake classification, after physical intake processing is complete.  Inmates are classified and housed in the least restrictive housing available without jeopardizing staff, inmates, or the public, utilizing risk factors that include any or all of the following:
1. Sex;
2. Age;
3. Medical condition;
4. Current offense or conviction;
5. Offense history;
6. Escape history;
7. Institutional disciplinary history;
8. Prior convictions;
9. Alcohol and/or drug abuse; &
10. Stability factors.

Custody levels and special housing needs are assessed to include minimum, medium, and

HENRYCODEFSRRFP000258

Jail Division, Policies and Procedures,  13-04.03 Inmate Classification

maximum custody levels and the placement of inmates to and from special units including protective custody, administrative segregation, disciplinary separation, and mental and medical health housing.

1. **Maximum**
   a.  Maximum - High
   b.  Maximum - Close Custody

2. **Medium**
   a.  Medium - Assaultive/Escape Risk
   b.  Medium
   c.  Medium - Pre-Sentenced

3. **Minimum**
   a.  Minimum - Pre-Sentenced
   b.  Minimum
   c.  Low Minimum
   d.  Very Low

4. **Special Needs or Conditions**
   Special needs or conditions may temporarily or permanently override a classification assessment.

   a.  **All Medical Conditions –** Inmates with confirmed or potential illnesses, suicide risks, mental defects, handicaps, alcohol or drug related conditions, temporarily or permanent, are placed in separate housing, if practical, and observed accordingly until staff or medical professional determines or perceives they can safely function safely in general housing.  Inmates assigned to a segregated detoxification cell are transferred to general population when it appears they can care for themselves.
   b.  **Violent Inmates –** Inmates who act out are confined in an administrative holding or violent cell if available.  The status of these inmates are reassessed at least every twenty-four [24] hours.
   c.  **Protective Custody -** Inmates identified as being *protection custody* status or who provide staff with information that leads to a reasonable belief they are endangered if placed in general population are placed in *administrative segregation.*
   d.  **Juveniles –** Juveniles are separated by *sex* and *sight and sound* from adults in accordance with state juvenile or family laws, rules, and/or regulations.
   e.  **Female Inmates –** Female inmates are separated from male inmates. However, males and females may simultaneously participate in work program activities when under direct visual supervision
   f.  **Transgender -** In situations where an inmate has completed a gender change, the sex of the inmate and medical and mental condition is reviewed by medical staff and Correctional Commander. The inmate may be placed in administrative segregation pending completion of the review. Gender status normally

HENRYCODEFSRRFP000259

Jail Division, Policies and Procedures,  13-04.03 Inmate Classification



*determines the gender by which institution staff classifies such inmates; however, security and safety considerations are important factors in housing. For more information on transgender classification, see policy Transgender Classification & Management.*

g. **Cross Dresser -** In situations where an inmate arrived at the facility as a cross dresser, the sex at birth is determined by medical staff, and the results referred to the classification officer and the Correctional Commander for classification determination. Typically cross dressers, are counseled regarding their unique security posture, and advised to maintain *same sex posture* within their housing unit. Likewise, cross dressers are not permitted to wear opposite sex garments, makeup, jewelry, etc.

h. **Progressing Gender Change -** In situations where an inmate has partially completed a gender change procedure, the situation is reviewed by medical staff and Correctional Commander and the inmate may be placed *administrative segregation* pending completion of the review.  Genital status normally determines the gender by which institution staff classifies such inmates; however, security and safety considerations are important factors in housing.

The Correctional Commander is the only person to override the determination guided by the classification tree, the reason for overriding is written in the space provided on the form.

Inmates classified at the Minimum and Medium custody levels may be housed together. Likewise, Medium and Maximum custody inmates may be housed together.  However, Minimum and Maximum custody level inmates are housed separately when space allows.

When under direct visual supervision, inmates of different custody levels may simultaneously participate in work and program activities, at the discretion of the Correctional Commander.

**Records:**
The classification determinations are recorded on the upper portion of the *classification tree* under *Classification Notice* and kept in the inmate's file, with a dated notation.  Inmate files are maintained with appropriate security safeguards consistent with Henry County Sheriff's Office policy and practices.  Other records of inmate classification, initial and subsequent housing assignments, assignment appeals, etc., become part of this inmate file.

**Appeals:**
An inmate may appeal a classification assessment, housing, work and program assignment, and/or a reassessment using the grievance procedure.  The Correctional Commander or degisnee makes the final determination of an inmate's classification.

**Training:**

HENRYCODEFSRRFP000260

01/26/17              E-911 Central Dispatch Center              509
15:41                                              Page:    25

     At the approximate stated date and time, I Officer Lecher reported to
the Henry County Jail for duty and started my shift.  Nurse Dennette was on her
way out the door and informed me that Inmate Brian Gosser had an X-Ray scheduled
that evening and that if no one had arrived by 8:00 pm to call her and inform
her.  She also said he had been getting sick and that he received some medicine
to help.  During headcount, I entered G Block and observed Inmate Brian Gosser
laying on his bunk.  I informed him that I would be back to get him for his
X-Ray and asked if his medicine was helping yet and he replied that he wasn't
sure.

     At approximately 2020 hrs, No X-Ray tech had arrived so I called Nurse
Dennette back to inform her.  Before I made the call I checked on Inmate Gosser
who was still laying in his bunk and asked if he was still getting sick. He
replied that he still was vomiting.  I informed Nurse Dennette of this as well
and was told to bring him out into the drunk tank or the rec yard for
observation before the tech got there.  She then told me to call Nurse Tara from
that point on in regards to the results of his x-ray.

     I placed Inmate Gosser in the rec yard with his mat and blanket and with
a bucket in case he got sick again.  I told him to inform me immediately if he
got sick.  I then proceeded to A Block to hand a female her ID number and
realized there was a fight in E Block behind me.  I opened the door and the two
split themselves up.  One inmate involved seemed to have the entire block
against him, so I removed him and placed him into the drunk tank for his safety.
 At that time, the X-Ray tech had arrived and I took her to the classroom to set
up the equipment.  I then escorted Inmate Gosser from the rec yard to the
classroom for his x-rays.

     During Inmate Gosser's x-ray a female arrived and by policy she was
changed out and put into the rec yard to be separated from the men in the drunk
tank.  When Inmate Gosser was finished, I placed him in the drunk tank and told
him I had to call Nurse Tara.  Approximately 15 minutes later, a fax came
through from the x-ray tech with the results.  I read the results to be a slight
"infiltrate" in a lung.  I called Nurse Tara and attempted to read her the
results.  She then instructed me to take a picture with my phone and send it to
her so she could understand it.  I did as I was told and sent her a picture of
the results.

     Approximately 5 minutes later Inmate Gosser asked for his mat and
blanket in the rec yard and I informed him that I would need permission to do
so, and that I was waiting on a phone call to see what to do next.  I told him

to sit back and relax and to not do more than he had to.

Approximately 5 more minutes passed, and Control Room attendant Dave
Martin got my attention to the monitor with the cameras of the jail, with the
drunk tank pulled up. I could see an inmate on his knees with his face facing
towards the toilet and got up to check on him. I opened the door and saw Inmate
Gosser sitting next to the toilet and I asked him if he had gotten sick. He
nodded his head yes and I immediately called Nurse Tara back. I informed her
that Inmate Gosser had gotten sick and that he did look well. She again advised
me that she was calling the doctor back and would let me know.

Approximately two minutes later, she called and gave me the instructions
to get him to the hospital. I asked if I had time to call my commanders and she
informed me to go at that moment. I informed her I would make the calls on my
way to the transport van.

01/26/17                    E-911 Central Dispatch Center                    509
15:41                                                          Page:    26

I called Assistant Commander Fox and informed her on what was happening
and asked if there was any specific orders that needed to happen as I took
Inmate Gosser to the hospital. She instructed me to call Commander Grider. I
immediately called Commander Grider and informed him as well as what was
happening with Inmate Gosser and asked what instructions I needed to tell
Officer Fredericks and Officer Stevens as I left. He instructed me not to worry
and to get him to the hospital and that he would call the jail.

I entered the jail, and Inmate Gosser had already been placed on the
bench in the booking area. I walked up and placed my set of handcuffs on Inmate
Gosser and noticed that my partners had already placed a set of shackles on him.
I then went to grab the results of his x-ray to take to the hospital with me as
the phone rang. I answered and it was Commander Grider, so I handed the phone
to Officer Fredericks and left the booking area with Inmate Gosser.

He managed to get himself into the back seat of the transport van as I
stood behind him incase he was to fall backwards. I then got into the drivers
seat and proceeded to the hospital. In the van I kept talking to him asking him
how he was feeling and tried to make sure he was not close to getting sick. I
then attempted to ask about the original incident regarding to his injuries, but
he had nothing to add to it.

Approximately 4 minutes later, I arrived at the front door of the
hospital and held my arm for him to use as he exited the van. Inmate Gosser and
I walked through the front doors and he asked if he had permission to sit in the
wheel chair and if I would push him. I responded absolutely and assisted him in
sitting in the wheel chair. I then pushed him to the front desk and informed
the receptionist that he needed to be seen as soon as possible and gave her his
name as "Brian Gosser". She directed me to the "triage" room and had me go
right in with Inmate Gosser. A nurse then entered and began to assess Gosser.
She commented on the color of his face and did not hesitate in taking him back
to the ER. I followed as I pushed Inmate Gosser and the nurse directed us into
a room in the ER. He was able to stand up and sit himself down on the hospital
bed and appeared to be in pain.

HENRYCODEFSRRFP000307

In no time, several more nurses entered the room along with a doctor to
begin assessing what was wrong with Inmate Gosser.  They all commented on the
appearance of Mr. Gosser and began working together on prepping him.  I stood
back to make sure I was not in the way of the medical staff.  They removed his
shirt and asked me if I would remove the handcuffs and shackles.  I informed
them that they are placed on every inmate for the medical staffs protection and
that I would but as long as they were aware.  They confirmed and I removed the
handcuffs along with the shackles.

After I stepped back, another woman entered the room with a large
machine that appeared to be some sort of x-ray machine.  I informed them of the
results of the x-rays at the jail and they noted it.  The medical staff and
myself took a step back into the hallway behind the machine as they took the
picture.  The doctor then ordered that she was going to send him to get a CT
scan immediately as well.  At that point, Nurse Tara had text me a list of his
medications (Prozac, IBU, Tylenol, Prednisone 60 mg x 5 days) and a nurse asked
if I had a med list.  I read to her what was sent to me and I followed the doctor
and a nurse with Inmate Gosser to the CT scan room.  We had to wait in the mean
time as the room was occupied.  When the room emptied, the staff and I entered
with Inmate Gosser.  I asked the staff if I could be of assistance and they had
me help move Gosser to the platform for the CT scan.  I then stepped into the
room to the side of the scanning room as they prepared to start the scan.

01/26/17                E-911 Central Dispatch Center                  509
15:41                                                         Page:    27

The doctor asked me how long this had been going on, and I answered that
to my knowledge, this evening was when it got bad.  I then told her that our
medical company is separate from our department and that I could not do anything
until I am told to and that I had made the calls I needed to make leading up
until getting the order to take him out that evening.  She informed me that I
needed to be prepared to go to Indianapolis and that she felt like he needed
more than what they could do in New Castle.  I then asked to make a phone call
on the telephone located in the room that we were in.  I then contacted
Commander Grider and informed him of what was going on.  He asked how soon would
they be transporting him, and I replied that he was finishing up his CT scan.
He gave me the instructions to call back in five minutes to get further
instructions.

Before five minutes were up, the telephone rang and the doctor answered.
She gave me the phone and it was Commander Grider calling back.  He informed me
that he had spoken to the judge and I was to instruct Inmate Gosser that once he
was finished getting his medical situation taken care of, then he would need to
return to the jail to finish his time.  Failure to do so and he would be hit
with a failure to return to a lawful detention center.  I hung up and assisted
the staff once again in moving Inmate Gosser.  We then returned to the room we
were located in and they began to take blood and run more tests.  Approximately
15 minutes later, the same doctor who had been with him entered the room and
informed Inmate Gosser that he had a laceration on his lung along with a
laceration on his liver and that his liver was bleeding.  She informed him that
she was also concerned with his diaphragm and his breathing.  She then stated
that there was a chance that he would have surgery when he arrived to St.
Vincent in Indianapolis to take care of his injuries.  She then left the room to

HENRYCODEFSRRFP000308

let the nurses continue their work on Mr. Gosser.

Once we got to a point where it appeared to be that we were waiting on the ambulance and EMT staff to get Inmate Gosser moving, I asked Inmate Gosser one more time to please give me the names of the men who did this to him. I told him that justice needed to be served with this and that by what I had seen so far that night with him, he was about as tough of a man as I had seen. He nodded his head and stated "Flynn, Fatboy Fannin, and Josh Wilson". I asked if he was referring to Justin Fannin and he nodded his head yes. He then said that Inmate Charles Peck was who attacked him in B Block before he was moved to F. He stated that Peck had taken a legal paper with his address in case he was to press charges he would find him. I thanked him and informed him that I would make sure it made the report. There was one nurse in the room at that time and she inserted a catheter on Inmate Gosser before waiting for the EMT's to come into the room. I gathered the stripes that Inmate Gosser was wearing and placed his personal belongings into a separate bag. The bag contained a white shirt, his glasses, an E cigarette, a set of ear plugs, and his pair of shoes he had on and I informed him that when he made contact with his family, that they would need to make sure he had a set of clothes.

A couple of minutes later, two gentlemen entered the room wearing Henry County EMT uniforms with a stretcher and confirmed with Mr. Gosser that they were there for the right man. As they were switching his IV's to there equipment, Inmate Gosser removed his oxygen mask and said he had one more thing to tell me. He said that he had planned on telling Commander Grider, but that he obviously hasn't had the chance, but that Joe Flynn was getting drugs through holes in the wall along with in his mail. He said he was pretty sure one letter had been caught, but that several had gotten in from his girlfriend who uses different names each time she writes him. I asked him if there was anything

01/26/17                    E-911 Central Dispatch Center                    509
15:41                                                        Page:    28

else, and he said that Flynn also talked about his "mule" a lot. I asked if someone was bringing him drugs into the jail, and he replied that there were pills coming from someone, but he did not know if it was another officer for sure. He then stated that the inmate workers were passing different things like food into the windows in return for some of the drugs. One of the EMT's asked for him to let me take care of that and for him to relax and to try and not talk from that point on. He listened and I escorted Inmate Gosser with the EMT's out to the ambulance bay.

I then informed Mr. Gosser that he was officially no longer custody of the Henry County Sheriff's Department and that he was being release under the understanding that as soon as he was able to return to the jail, that he would to see his case through. If he did not return, then he would be charge with a failure to return and that a warrant would be issued for his arrest. He nodded his head in acknowledgement and I wished him luck as he was placed in the back of the ambulance. He thanked me and the door was shut. I opened to the garage door for the ambulance and they exited the garage in route for Indianapolis. I left the hospital in the transport van and reported back to the jail for the remainder of my shift. My arrival back to the jail was at approximately 0100 hrs.

HENRYCODEFSRRFP000309

HENRY COUNTY SHERIFF'S OFFICE
Henry County Jail
Inmate Physical Observation Sheet

2/22/2016

DATE: Brian Gosser                    PHYSICAL OBSERVATION SHEET#: 1

INMATE NAME: Brian Gosser             INMATE ID#:

PURPOSE OF PHYSICAL OBSERVATION: Head injury / face (fight)

INMATE LOCATION:   PADDED CELL [    ]   RESTRAINT CHAIR [    ]   DRUNK TANK [X]

| PHYSICAL OBSERVATION ORDER | | | | |
|---|---|---|---|---|
| FIRST REQUEST | Physical Observation Ordered By: J179 | Request for every 30 minutes | Time: 0045 | Date: 2/22/2016 |
| SECOND REQUEST | Physical Observation Ordered By: | Request for every minutes | Time: | Date: |
| THIRD REQUEST | Physical Observation Ordered By: | Request for every minutes | Time: | Date: |
| Physical Observation Terminated By: | Notes: | | Time: | Date: |

*Each "Inmate Observation Sheet" is for an individual inmate. Each new "Inmate Observation Sheet" is to be a completed for an individual inmate. In addition to the "Inmate Observation Sheet" logs are to be placed in Spillman, under the Inmate ID number.*

| DATE | TIME | PHYSICAL OBSERVATION | PE# | DATE | TIME | PHYSICAL OBSERVATION | PE# |
|---|---|---|---|---|---|---|---|
| 2/22/16 | 0055 | Placed in tank | 217 | 2/22/16 | 930 | Breathing | 271 |
| 2/22/16 | 0130 | laying | 217 | | | ICC | 271 |
| 2/22/16 | 02:10 | laying | 217 | | | | |
| 2/22/16 | 245 | laying | 217 | | | | |
| 2/22/16 | 3:10 | Talking | 217 | | | | |
| 2/22/16 | 3:45 | sleep | 217 | | | | |
| 2/22/16 | 4:25 | sleep | 217 | | | | |
| 2/22/16 | 05:25 | IMS | 469 | | | | |
| 2/22/16 | 06:15 | TPy | 217 | | | | |
| 2/22/16 | 705 | Breathing | 271 | | | | |
| 2/22/16 | 810 | Breathing | 271 | | | | |
| 2/22/16 | 850 | Breathing | 271 | | | | |

I:Common/Jail and Annex Documents/Physical Observation Sheet.doc

HENRYCODEFSRRFP000333

Feb 17, 2016 9:19:14 PM                     Printed By: DAFLOYD from: HCRD0000

```
Received Time:          21:19:04 02-17-16      Source ORI:        INCCH0000
Summary:                QR: PUR-C FBI-715139WB3
·View Message Details
```

ATN/DOBBS
THIS RECORD IS BASED ONLY ON THE FBI NUMBER IN YOUR REQUEST - 715139WB3.
BECAUSE ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME, A NEW COPY
SHOULD BE REQUESTED WHEN NEEDED FOR SUBSEQUENT USE.


     INDIANA STATE POLICE - CRIMINAL HISTORY RECORDS
          CRIMINAL HISTORY TRANSCRIPTS


THE FOLLOWING IS A TRANSCRIPT OF THE RECORD, INCLUDING THE MOST RECENTLY
REPORTED DATA, AS SHOWN IN THE INDIANA STATE POLICE FILES.  THE DATA
LISTED ON THE TRANSCRIPT MAY NOT BE AN EXACT REPLICATION OF THE DATA
SUPPLIED BY THE ARRESTING AGENCY.  TO RECEIVE THE EXACT CHARGE
INFORMATION, A CERTIFIED TRANSCRIPT MUST BE REQUESTED.  THE TRANSCRIPTS
CONTAINS ONLY INFORMATION SUPPORTED BY FINGERPRINTS IN THIS BUREAU.


```
                                STATE ID    FBI
OFFENDER NAME                   NUMBER      NUMBER
------------------------------  ----------  ----------
GOSSER,BRIAN LEE                IN1244303   715139WB3

SEX RACE BIRTH DATE HGT WGT EYES HAIR PLC OF BIRTH
--- ---- ---------- --- --- ---- ---- -----------
M   W                 600 140 GRN  BRO  IN

    FINGERPRINT CLASS
    ------------------------
NCIC:
HENRY UP:
HENRY LOW:

NO ALIAS INFORMATION IS ON FILE FOR THIS SID.
SCARS,MARKS AND TATTOOS
------------------------
TAT L ARM
TAT R ARM
TAT BACK
TAT ARM
TAT ABDOM
TAT LEG


SOCIAL SECURITY
----------
```


```
ARREST -01       20020713
AGENCY: INDIANA UNIVERSITY POLICE DEPA   (IN0530200)
AGENCY CASE:

ARREST CHARGES:
CHARGE 01: ILLEGAL CONSUMPTION            1   COUNTS
CHARGE 02: OPERATING WHILE INTOXICATED    1   COUNTS
```
                                         Page 1 of 4

HENRYCODEFSRRFP000340

Feb 17, 2016 9:19:14 PM                    Printed By: DAFLOYD from: HCRD0000
CHARGE 03: POSSESSION OF MARIJUANA              1   COUNTS

COURT DISPOSITIONS
DISP.  01:                               (          )
DISP. DATE:
DISPOSITION:   DISMISSED ,OPERATING VEHICLE WITH  .08CLS C
LEVEL: MISDEMEANOR
SENTENCE:       0
SUSPENDED:      0
COMMENTS:

DISP.  02:                               (          )
DISP. DATE:
DISPOSITION:   GUILTY   ,OPERATING WHILE INTOXICATEDCLS A
LEVEL: MISDEMEANOR
SENTENCE:       180 DAYS
SUSPENDED:      178 DAYS
COMMENTS:

ARREST -02      20040702
AGENCY: INDIANA UNIVERSITY POLICE DEPA   (IN0530200)
AGENCY CASE:

ARREST CHARGES:
CHARGE 01: 001 OF OWI                    1   COUNTS
CHARGE 02: 001 OF PER SE                 1   COUNTS

COURT DISPOSITIONS
DISP.  01:                               (          )
DISP. DATE:
DISPOSITION:   GUILTY   ,OPERATING A VEHICLE WHILE INTOXICATEDCLS A
LEVEL: MISDEMEANOR
SENTENCE:       0
SUSPENDED:      0
COMMENTS:

DISP.  02:                               (          )
DISP. DATE:
DISPOSITION:   DISMISSED ,OPERATING A VEHICLE WITH .15 BAC-PRIORCLS D
LEVEL: FELONY
SENTENCE:       0
SUSPENDED:      0
COMMENTS:

DISP.  03:                               (          )
DISP. DATE:
DISPOSITION:   DISMISSED ,OPERATING A VEHICLE WITH .15 BACCLS A
LEVEL: MISDEMEANOR
SENTENCE:       0
SUSPENDED:      0
COMMENTS:

DISP.  04:                               (          )
DISP. DATE:
DISPOSITION:   GUILTY   ,OPERATE WHILE INTOXICATEDCLS A
LEVEL: MISDEMEANOR
SENTENCE:       0
SUSPENDED:      0
COMMENTS:

ARREST -03      20041129
AGENCY: BLOOMINGTON POLICE DEPT    (IN0530100)
AGENCY CASE:

HENRYCODEFSRRFP000341

Feb 17, 2016 9:19:14 PM                    Printed By: DAFLOYD from: HCRD0000

ARREST CHARGES:
CHARGE 01: 001 OF FALSE INFORMING            1    COUNTS

COURT DISPOSITIONS
DISP.  01:                                (          )
DISP. DATE:
DISPOSITION:   DISMISSED ,SEAT BELT VIOLATION      CLS D
SENTENCE:      0
SUSPENDED:     0
COMMENTS:

DISP.  02:                                (          )
DISP. DATE:
DISPOSITION:   DISMISSED ,DRIVING WHILE SUSPENDED  CLS A
SENTENCE:      0
SUSPENDED:     0
COMMENTS:

DISP.  03:                                (          )
DISP. DATE:
DISPOSITION:   DISMISSED ,FALSE INFORMING          CLS B
LEVEL: MISDEMEANOR
SENTENCE:      0
SUSPENDED:     0
COMMENTS:

ARREST -04      20100711
AGENCY: RUSH CO SHERIFF DEPT    (IN0700000)
AGENCY CASE:

ARREST CHARGES:
CHARGE 01: 001 OF OPERATING WHILE INTOXICATED  1    COUNTS
CHARGE 02: 001 OF OPERATING WHILE INTOXICATED .15   1    COUNTS
CHARGE 03: 001 OF OPERATING WHILE INTOXICATED .08   1    COUNTS
CHARGE 04: 001 OF OPERATING WHILE INTOXICATED ENDANGERMENT   1    COUNTS

COURT DISPOSITIONS
DISP.  01:                                (          )
DISP. DATE:
DISPOSITION:   DISMISSED ,OWI ENDANGERING A PERSON CLS A
LEVEL: MISDEMEANOR
SENTENCE:      0
SUSPENDED:     0
COMMENTS:

DISP.  02:                                (          )
DISP. DATE:
DISPOSITION:   GUILTY    ,OPERATING A VEHICLE WITH AN ACE OF .15 OR MORECLS A
LEVEL: MISDEMEANOR
SENTENCE:      1Y
SUSPENDED:     335D
COMMENTS:

DISP.  03:                                (          )
DISP. DATE:
DISPOSITION:   DISMISSED ,OPERATING A VEHICLE WITH AN ACE OF .08 OR MORECLS C
LEVEL: MISDEMEANOR
SENTENCE:      0
SUSPENDED:     0
COMMENTS:  .

DISP.  04:                                (          )

HENRYCODEFSRRFP000342

Feb 17, 2016 9:19:14 PM                    Printed By: DAFLOYD from: HCRD0000
 DISP. DATE:
 DISPOSITION:    DISMISSED ,OPERATING A VEHICLE WHILE INTOXICATEDCLS C
 LEVEL: MISDEMEANOR
 SENTENCE:       0
 SUSPENDED:      0
 COMMENTS:


 ARREST -05        20120624
 AGENCY: DNR S REGION PAYNETOWN    (IN0530500)
 AGENCY CASE: 2002001367


 ARREST CHARGES:
 CHARGE 01: 001 OF PUB INTOX                 1    COUNTS


      NO DISPOSITION INFORMATION IS ON FILE FOR THIS ARREST



 NO CUSTODY INFORMATION IS ON FILE FOR THIS SID



 THE DATA LISTED ON THE TRANSCRIPT MAY NOT BE AN EXACT REPLICATION
 OF THE DATA SUPPLIED BY THE ARRESTING AGENCY.  TO RECEIVE THE EXACT
 CHARGE INFORMATION, A CERTIFIED TRANSCRIPT MUST BE REQUESTED.
 END OF KNOWN RECORD

 END OF RECORD
 MRI 57091 IN: CCH0 26074 AT 17FEB2016 21:19:04
 OUT: HCRD0000 202 AT 17FEB2016 21:19:04

HENRYCODEFSRRFP000343

## CLASSIFICATION NOTICE

Name: (Last) GOSSER    (First) BRIAN    (Middle) L

Inmate # 83348    D.O.B    Race: W    Sex: M    SSN:

Charge(s) 1) OWSI / PRIOR   2) OWSI PASS UNDER 18   3) OWSI ENDANGERMENT

You have been placed in the following classification:    MILD    4) PI

This classification is determined by: current/past convictions; current/past institutional behavior; pending charges or holds in other jurisdictions (if any); sentenced or unsentenced; and/or any other information that may be deemed appropriate with regard to your personal security or the security of the facility. NOTE: Your classification can change when: charges are altered or reduced; you are sentenced; due to administrative hearings; due to regular periodic review; and / other reasons recommended by the jail staff.

Appeal Process: any inmate dissatisfied with his or her classification must appeal his / her classification, in writing, within ten (10) days of the primary classification or reclassification by addressing his/her appeal as APPEAL OF CLASSIFICATION and directing it to the Sheriff or his designee.

Classified by: Dobbs    Date: 2/17/16

Comments by Staff:    Booking Date:



Override  Y   N
Override Reason:
_____
_____
_____
_____
_____

High Risk: (Check)
☐ Assaultive
☐ Escape
☐ Suicidal
☐ Mental
☐ Gang Member
☐ Other _____

Special Needs(?): (Check)
☐ Protective Custody
☐ Medical
☐ Juvenile
☐ Handicap/Retarded
☐ Body Fluid watch
☐ Other _____

COPYRIGHT © 2001 Northpointe/Corrections Management. ALL RIGHTS RESERVED. This instrument may be used/copied in its manual version only. The instrument may not be modified or automated without express written consent of Northpointe Institute (http://www.northpointeinc.com/), Bus. 231-938-5959.

I:/Common/Jail and Annex Documents/Classification Notice.doc

HENRYCODEFSRRFP000345

Law Supplemental Narrative:
                              Supplemental Narratives
Seq Name              Date            Narrative
  8 E Manning PE104 10:41:42 06/03/16
             HENRY COUNTY SHERIFF'S DEPARTMENT

The following facts and information subscribed and sworn to
before me this date: _____
================================================================
    I, Henry County Sheriff's Department Detective Captain Edward B. Manning, am
assigned to the Henry County Major Incident Team. The following is my report in
the homicide investigation of Brian Lee Gosser.
    On 03-01-16 a jail incident report was filed by Henry County Jail Commander
Brent Grider in reference to a battery which occurred between inmates inside of
the Henry County Jail. Commander Grider stated in his report that on 02-29-16 he
spoke with inmate Brian Lee Gosser reference injuries sustained by Mr. Gosser
while incarcerated at the Henry County Jail. This interview between Commander
Grider and Brian Lee Gosser was audio recorded.
    Mr. Gosser stated that while housed in Henry County Jail "B" block he was beat
by an inmate he identified as "Chip". He described him as tall, big, and hardly
ever wears a shirt. Mr. Gosser stated that "Chip" had seen some of his legal
paperwork and believed Mr. Gosser to be a "CHOMO" which is slang for Child
Molester. Mr. Gosser stated that this was not the case and that "Chip" had the
wrong idea. Mr. Gosser stated that it was like a super hard slap in the face,
which bloodied his nose and stuff. He stated that it was not that big of a deal.
    Mr. Gosser was moved out of "B" block and placed in "F" block. Mr. Gosser
stated that it was bad from the get go. Mr. Gosser stated that the first time he
got e-cigarettes and commissary Josh and Joe stole all of them and gave them
away. The second time he got e-cigarettes Josh took all of those. He also stated
that the inmates called this block the Gladiator block.
    He stated that the inmates had this thing where they picked on each other and
it seemed like it was in good fun but it did seem to go far often. Mr.
Gosser discussed being beaten in "F" block on more than one occasion. He stated
that there were three guys involved. He stated that one of them was named Joe
and that he was the main one. Mr. Gosser stated that Joe knocked him out cold.
He was then shown pictures of inmates from "F" block and "E" block. He
identified the pictures of Josh Wilson and Justin Fannin as being two of the
inmates who beat him. He stated that he didn't see the photo of Joe.
    He also stated that the first couple of times it really wasn't that bad and
he had a black eye but he thought maybe it was a right of passage and then they
would leave him alone but it continued. He stated the last time he was pinned
down by Fannin while Josh and Joe were pummeling him in the ribs and back. He
stated that it happened in Josh and Fannin's cell. He stated that this happened
on Friday 02-26-16 he thinks the time was around 3-4 P.M. He stated that he was
knocked out during this altercation. He stated the last one was bad so he made a
note to show the guard when he made his rounds to get him out of the block.
    Mr. Gosser was placed into another block. He stated that he liked where he
was now. Mr. Gosser stated that he had numerous broken bones and feels that they
need to pay for it and agreed to pressing charges.
    The case was transferred to the Henry County Criminal Investigations Division
to be further investigated. The case was originally assigned to Det. Sgt. Mark
Reece on the evening of 03-02-16.

    On 03-04-16 I, Det. Capt. Edward B. Manning, of the Henry County
Sheriff's Department was contacted by Sheriff McCorkle in reference to Brian Lee
Gosser. Sheriff McCorkle stated on the late evening of 03-03-16 Brian Gosser was
transported from the Henry County Jail to the Henry County Hospital Emergency
Room due to complications from his earlier injuries. Upon arrival at the Henry

**HENRYCODEFSRRFP001084**

County Hospital, he was transferred to St. Vincent Hospital in Indianapolis, In. for further treatment. Sheriff McCorkle stated that he was notified this morning (03-04-16) that Brian Lee Gosser had died at St. Vincent Hospital.

The death of Brian Lee Gosser was then assigned to be investigated by the Henry County Major Incident Team. This team is comprised of members of the New Castle Police Department, Henry County Sheriff's Department, and Indiana State Police. A team briefing occurred at the Henry County Sheriff's Department Criminal Investigations Division on 03-04-16.

I, Det. Capt. Manning, made contact with the Marion County Coroner's Office and was advised that a forensic autopsy of Brian Lee Gosser would occur on 03-05-16 in Indianapolis, In. Det. Stacey Guffey of the Henry County Sheriff's Department who is a trained evidence tech through the State of Indiana was assigned to attend the autopsy to document and preserve evidence. I was later advised by Det. Guffey that at the conclusion of the autopsy the findings were Brian Gosser died of multiple blunt force trauma and it was ruled a homicide. Det. Guffey stated that photos of the autopsy were taken and DNA of Brian Gosser was collected. See Det. Stacey Guffey's report for further. The final autopsy report was finished and a copy will be attached with this report.

The following interviews were conducted in this investigation.

On 03-04-16 I, Det. Capt. Manning, along with Det. Capt. Scott Ullery of the New Castle Police Department interviewed Brent Grider at the Henry County Sheriff's Department Criminal Investigations Division. Mr. Grider identified himself as the jail commander of the Henry County Jail.

Commander Grider confirmed he took an audio recorded interview of Brian Lee Gosser on 02-27-16. He stated that Mr. Gosser had told him about being assaulted in the Henry County Jail. Mr. Gosser identified the individuals that assaulted him and picked them out of pictures shown him by Commander Grider. He identified one of the subjects who assaulted him as Joe but didn't know his last name. He also was unable to pick his photo out of the pictures shown him by Commander Grider. Commander Grider did state that the only Joe in "F" block was Joe Flynn.

Commander Grider stated that Brian Gosser was initially lodged in the drunk tank and then went to "B" block and then was later removed due to Mr. Gosser fearing for his safety. Mr. Gosser was then placed in "F" block and then was later removed from "F" block due to Mr. Gosser requesting to be removed due to safety. He was then transported to Henry County Hospital for evaluation. Mr. Gosser was then released from the Henry County Hospital and transported back to the Henry County Jail where he was kept in "G" block.

Commander Grider was contacted in the evening of 03-03-16 by jail staff who advised him that Brian Gosser was being transported to the Henry County Hospital at the request of the jail medical staff. Mr. Gosser was later transferred to St. Vincent Hospital in Indianapolis, In. Commander Grider stated that this morning he was notified that Brian Lee Gosser had died.

The entire interview with Brent Grider was video/audio recorded and a transcript will be attached with this report.

On 03-04-16 I, Det. Capt. Manning, along with Det. Capt. Ullery interviewed Clark Lecher. He identified himself as a correctional officer at the Henry County Jail. Officer lecher stated that he had filed jail reports involving Brian Lee Gosser. He filed jail incident report 16-007920 on 03-03-16.

He stated that that he came on duty at 1900 Hrs. on 03-03-16. He was told by jail nurse Dennette that a technician would be coming in to x-ray Brian Lee Gosser. She told him that if the technician didn't arrive by 2000 Hrs. to call her back. Officer Lecher then checked on Brian Lee Gosser. He was lying on his

HENRYCODEFSRRFP001085

bunk in "G" block. There were also 2 other inmates in the block identified as Lee Parsons and Steven Lough. At approximately 2015 Hrs. the x-ray tech still hadn't arrived. Officer Lecher then checked with Brian Lee Gosser and Brian told him he was still nauseated.

Officer Lecher contacted nurse Dennette and gave her the information and she stated to put Brian in the drunk tank or recreation yard to observe him until the x-ray tech arrived. The x-ray tech arrived and took x-rays of Brian Lee Gosser. The technician stated that they would give the results as soon as available. Upon receiving the results Officer Lecher contacted jail nurse Tara Westermen about the results. He then took a photo of the x-ray results and sent them to nurse Westermen to interpret. Nurse Westermen stated that she would contact back for further instructions.

Officer Lecher during this time observed Mr. Gosser vomiting in the drunk tank. He then contacted nurse Westermen and told her of this info. She stated that she was contacting the doctor and then would call him back. Nurse Westermen then called back and advised Officer Lecher to transport Brian Lee Gosser to the Henry County Hospital. Officer Lecher transported Brian Gosser to the Henry County Hospital Emergency Room. During the treatment of Brian Gosser Officer Lecher had conversation with him.

Officer Lecher asked Brian to give him the names of the individuals who had harmed him at the jail. Brian then stated to Officer Lecher it was Flynn, fat boy Fannin, and Josh Wilson. Officer Lecher confirmed with him it was Joe Flynn, Justin Fannin, and Josh Wilson. Brian Lee Gosser stated that those were the three and also stated that he had an issue with Charles Peck in "B" block but most of the damage was done in "F" block. Brian stated that there was more than one altercation. Brian stated that he blacked out a couple of times and that they hit him in the face, stomach, ribs, chest. Brian stated that they ganged up on him. He also stated that he had no problems or complaints while in "G" block.

Brian was treated at the Henry County Hospital Emergency Room and then transferred to St. Vincent Hospital in Indianapolis, In. for further treatment.

I then reviewed jail incident report 16-007074 filed by Officer Lecher on 02-26-16. Officer Lecher stated that he was doing head count on 02-26-16 in "F" block. He observed inmate Brian Lee Gosser in his cell holding up a piece of notebook paper with the message "in 10 minutes please come back I need help". Officer Lecher then left the block and returned later. He moved Brian out of the cell block. During this time some of the other inmates called him a pussy. Officer Lecher remembers Joe Flynn stating that Brian was going to the check in block which according to Officer Lecher refers to block G, H, I in the short hall.

Officer Lecher then put Brian in the drunk tank for safety. Officer Lecher asked what happened and Brian wouldn't say. He stated that he didn't want to press charges and stated that he didn't want to make it worse for himself. Officer Lecher stated that both of Brian's eyes were bruised and his face was pretty swollen. Brian complained of pain in his chest and his ribs and wanted to go to the hospital. Officer Lecher called nurse Tara Westermen and advised her of the information. She stated to observe him and if he started getting sick, complaining of nausea, or sweating heavily to let her know.

Brian was kept in the drunk tank. During the night he called for help and Officer Lecher found him kneeling and asking who he was and where he was. Officer Lecher called Brian by name and he answered him every time.

The entire interview with Clark Lecher was video/audio recorded and a transcript will be attached to this report.

On 03-04-16 I, Det. Capt. Manning along with Det. Capt. Ullery interviewed Denette Lewark. Ms. Lewark works for Quality Correctional Care and is assigned as a nurse at the Henry County Jail. She works 3-4 evenings a week and is

HENRYCODEFSRRFP001086

responsible for passing medicines to inmates; respond to medical issues, physicals, and answering health care request filled out by inmates.

She stated that she was working at the Henry County Jail on Saturday 02-27-16 and was passing medications when she encountered Brian Lee Gosser. He told her he was having trouble breathing .She assisted him filling out a medical request and after she was done passing medicine she returned and removed him from the cell. Brian told her he was beat up by 3 other inmates. He wouldn't give her the names of the inmates. He stated that one time he had passed out from being hit so hard. She then stated that the only inmate back there that hits that hard is Joe Flynn to see if he would respond. He would only say that there were three of them.

During her examination she heard some noises that weren't normal in his back. She decided to send him to the Henry County Hospital Emergency Room to be further evaluated. It was determined later he had fractured ribs, facial bones, and septum.

Ms. Lewark stated that she was working 03-03-16 when she again encountered Brian Gosser. She was passing medication to inmates and Brian told her he was having trouble breathing. She took his vitals and then consulted with nurse Tara Westermen. They decided to get a stat chest x-ray on Brian Gosser. She then gave a breathing treatment to Brian Gosser because his oxygen was low. She also gave Brian Zofran for his nausea.

She then told jail staff the x-ray technician should be coming to the jail and if he doesn't arrive by 2000 Hrs. to contact her. Jail staff telephoned her approximately 2020 to 2030 Hrs. stating that the x-ray technician hadn't arrived and Brian was still complaining of vomiting. She consulted with nurse Tara Westermen and they decided to put Brian in the drunk tank or recreation yard so he could be monitored on camera for medical observation. She then told the jail staff to contact nurse Tara Westermen with any further questions or information. She stated that all of this was charted.

The entire interview was video/audio recorded and a transcript will be attached with this report.

On 03-04-16 I, Det. Capt. Manning along with Det. Capt. Ullery interviewed Tara Westermen. She stated that she is employed with Quality Correctional Care and contracted as a nurse with Henry County Jail. She works Monday through Friday during the day and is on call 24 hours a day seven days a week. Her responsibilities include passing medication to inmates and responding to medical request forms filled out by inmates.

Mrs. Westermen stated that she has seen Brian Lee Gosser almost everyday due to giving him medications. She stated during this week Brian was involved in an altercation and stated that he was beat up in the jail. He stated that it happened 3-4 different times and he thought he was just going to have to take "his licken", but the last time was too much for him. Brian had bruising on his face and complaints of severe pain so he was sent to the Henry County Hospital Emergency Room on 02-27-16. Upon returning to the jail from the emergency room there was medical clearance paperwork sent by the hospital. Brian had fractured ribs, and facial fractures. There were no orders sent with him and he was given Ibuprofen.

Brian was examined on Wednesday by Chris Stephenson who is the physician assistant who works for Quality Correctional Care assigned to the Henry County Jail. Upon examination Brian was given Ibuprofen, Tylenol, and started on Predisone. On Thursday she saw Brian and he stated that he was nauseated and vomiting. She asked if everything else was fine and Brian replied nothing out of the ordinary. She then told Brian to tell jail officers if he had any further problems.

On 03-03-16 around 1400-1500 hrs. she was contacted by jail staff and given a

HENRYCODEFSRRFP001087

cup of which was given to them by Brian Gosser. He stated that it contained vomit, however she stated that it looked as if he had spit into a cup. She spoke with Brian and told him that he needed to relax and gave him some ice chips for his nausea. She stated that this was the last time she saw Brian Gosser.

On 03-03-16 in the evening she was contacted by nurse Denette Lewark who stated that Brian was having shortness of breath. They decided to give him a breathing treatment and also a stat chest x-ray. After the breathing treatment she was told that Brian was doing better. She told Denette to have the jail staff contact her when the results of the x-ray was received. She also had Brian put in the drunk tank or recreation yard for medical observation.

She was later contacted by jail officer Lecher with the results from the x-ray and she consulted the PA Stephenson with the results. He stated that Brian had the beginning of pneumonia and they planned to put Brian on medicine the following days. Mrs. Westermen was then contacted by jail officer Lecher and was advised that Brian was vomiting. She then decided to send Brian to the Henry County Hospital Emergency Room. She also contacted PA Stephenson and advised him of the situation.

The entire interview with Tara Westermen was video/audio recorded and a transcript will be attached to this report.

On 03-04-16 I, Det. Capt. Manning, along with Det. Capt. Ullery interviewed David Mettert. He is an inmate in the Henry County Jail and is housed in cell block "F". Mr. Mettert identified the other inmates in "F" block. He stated that Steven Shelley and Brian Gosser were in cell#1, Mr. Mettert was in cell#2, Josh Wilson and Justin Fannin were in cell#3, and Robert Lawson, Joe Flynn, and Brendon Smith were in cell#4.

He stated that he had talked to Brian Gosser a little. Mr. Gosser had a black eye and had told him that he pissed a guy off in "B" block and got beat up. He didn't know of any problems that anyone in the block had with Brian Gosser. He stated that he didn't see any other injuries to Brian Gosser while he was in "F" block.

Mr. Mettert stated that he just keeps to himself in his cell. He states that he wears earplugs and doesn't hear much that goes on in the block. He stated that he just tries to sleep his time away. Mr. Mettert stated that he has been in "F" block for 3 months and has about 3 more months to serve in jail.

The entire interview with David Mettert was video/audio recorded and a transcript will be attached to this report.

On 03-04-16 I, Det. Capt. Manning, along with Det. Capt. Ullery interviewed Steven Shelley. He is an inmate at the Henry County Jail housed in cell block "F". Upon speaking with Mr. Shelley he asked if he needed his lawyer present. I advised him that we weren't talking to him about his case and he wasn't a suspect in an investigation that we just wanted to ask him questions about Brian Gosser and the cell block.

Mr. Shelley was shown a picture of Brian Gosser and he stated that he was familiar with him. He stated that Brian Gosser was in the bunk above him in his cell. He stated that he never spoke with Brian Gosser. He stated that Brian had black eyes when he was brought into the block from another block.

Mr. Shelley stated that he never saw any fighting in the block just wrestling and horseplay. He never saw anyone get hurt in the block and never saw Brian Gosser wrestling or involved in horseplay with anyone. He stated that Brian kept to himself in his bunk or played cards and watched a little TV. Never saw any new injuries on Brian after he was brought into the block.

Mr. Shelley was asked about the other inmates in cell block "F". He stated that he knew all of them prior to coming to jail.

The entire interview with Steven Shelley was video/audio recorded and a

HENRYCODEFSRRFP001088

transcript will be attached to this report.

On 03-04-16 I, Det. Capt. Manning, and Det. Capt Ullery met with inmate Justin Fannin at the Henry County Sheriff's Department Criminal Investigations Division. Upon starting to read his advice of rights to him, Justin Fannin stated that he didn't want to talk without speaking to his attorney. Justin Fannin was then released back to the custody of jail staff.

On 03-04-16 I, Det. Capt. Manning, and Det. Capt. Ullery interviewed inmate Lee Parsons at the Henry County Sheriff's Department Criminal Investigations Division. He stated that he was currently housed at the Henry County Jail in "G" block. We spoke with Mr. Parsons about Brian Gosser.
He stated that he first met him when they were in the drunk tank together last week he believes either Thursday into Friday or Friday into Saturday. Brian had a black eye and was holding his side and appeared to be in pain. He later was housed with Brian again in "G" block. He didn't notice any new injuries to Brian Gosser. He stated that Brian was still in severe pain. Brian had not been eating and was throwing up.
Mr. Parsons stated that Brian had told him that he had been jumped in "F" block and "B" block, but never told him by who or why. Mr. Parsons stated that he never witnessed anyone harm Brian Gosser. The entire interview with Lee Parsons was video/audio recorded and a transcript will be attached to this report.

The following inmates refused to meet with detectives to be interviewed on 03-04-16.

1.    Joseph Flynn
2.    Brendon Smith
3.    Robert Robinson
4.    Joshua Wilson

On 03-07-16 I, Det. Capt. Manning, interviewed Teresa Weesner at the Henry County Sheriff's Department Criminal Investigations Division. She identified herself as being employed as a correctional officer at the Henry County Jail.
She then discussed a jail incident report she filed on 02-27-16 in reference to an incident that occurred on 02-26-16. She stated that she and correctional officer Huxhold were asked by inmates in "F" block for a mop bucket. Officer Huxhold was getting the bucket and she then observed inmate Brian Gosser sitting on the far table in the block. She noticed that Brian was blotting his face with a towel.
She directed officer Huxhold to check on Brian Gosser. She then stepped further into the block and heard officer Huxhold asking Brian if he was ok. Brian stated that he was fine and didn't need anything. Officer Weesner did observe that Brian had a right black eye and noticed redness on the left side of his face.
She knew that Mr. Gosser had been in an incident earlier in another block when she wasn't working. She stated that she didn't know what injuries he had sustained during that incident so she didn't know if the injuries now were new or not. She stated that Justin Fannin had complained about his eye being scratched and requested a medical form to see the nurse.
Teresa stated that she returned to work on the morning of 02-27-16 and observed Brian Gosser was in the drunk tank. She was told by officers from the previous shift that during evening head count Brian had stated that he needed help and needed to get out of there. He was then removed and placed in the drunk

HENRYCODEFSRRFP001089

tank.
The entire interview with Teresa Weesner was video/audio recorded and a transcript will be attached to this report.

On 03-10-16 I, Det. Capt. Edward B. Manning, interviewed Amanda Sherwood at the Henry County Hospital. She identified herself as a registered nurse for the Henry County Hospital Emergency Room. She stated that she was employed and working on 03-03-16 when Brian Lee Gosser was brought to the emergency room from the Henry County Jail. She stated that she was advised by another nurse that Brian looked bad and was short of breath. She was advised by another nurse that Brian had been seen approximately a week ago for an altercation in the jail.
Ms. Sherwood stated that she observed a guard with Brian Gosser during his time in the emergency room. She remembers Brian speaking with the guard about what had happened and telling names to the guard but she doesn't recall any names or information about that conversation. She was never told by Brian Gosser directly any information about anyone or what had happened to him. Brian was later transferred to St. Vincent Hospital in Indianapolis, In.
The entire interview with Amanda Sherwood was audio recorded and a transcript will be attached to this report.

On 04-04-16 I, Det. Capt. Edward B. Manning, interviewed Clifton Phares at the Henry County Sheriff's Departments Criminal Investigations Division. Mr. Phares identified himself as the step-father of Brian Gosser. Mr. Phares stated that he has been a paramedic for approximately 28 years and in the EMS field for approximately 36 years.
Mr. Phares stated that on 02-16-16 he and his wife Louann Phares went to visit Brian Gosser at his residence. Upon arrival they were advised by Brian that his ex-wife Casey had ran him over with her vehicle. He later described that she was attempting to leave and he jumped on the car and she accelerated to throw him off. Brian was discussing with them whether to call the police and file a report. He decided to call the police and file a report. Mr. Phares stated that Brian hadn't complained about any pain or injuries.
The police arrived and Brian then told them that he had knee pain. Brian then showed law enforcement his knees which Mr. Phares stated had superficial abrasions. Police took pictures of the abrasions on Brian's knees. Mr. Phares stated that Brian didn't complain of any other injuries. Mr. Phares stated that Brian had his shirt off and he didn't observe any injuries. Mr. Phares observed no labored breathing or trouble walking by Brian Gosser. Mr. Phares did talk to Brian's girlfriend who stated that she was inside during the confrontation between Brian and Casey and didn't observe anything.
The entire interview of Mr. Phares was video/audio recorded and a transcript will be attached to this report.

On 04-04-16 I, Det. Capt. Edward B. Manning, interviewed Louann Phares at the Henry County Sheriff's Departments Criminal Investigations Division. She identified herself as the mother of Brian Gosser. She also identified herself as a registered nurse.
She stated that on 02-16-16 she and her husband went to Brian's residence at 233 S. 23rd St. in New Castle, In. to visit him and his children. Upon arrival Brian was upset and attempting to call police. He told her that his ex-wife Casey and him had an argument and she hit him with her car. He had abrasions on his knees but they appeared minor. She stated that the police did come to the residence and spoke with Brian.
Mrs. Phares stated that Brian didn't complain of any other pain and didn't have any problems walking or breathing. She stated that she also saw Brian on 02-17-16 and found no problems or complaints of injuries from him.

HENRYCODEFSRRFP001090

The entire interview with Mrs. Phares was video/audio recorded and a transcript will be attached to this report.

On 04-07-16 I, Det. Capt. Edward B. Manning, along with Det. Capt. Scott Ullery interviewed Lisa Fullman at the Henry County Sheriff's Department's Criminal Investigations Division. She identified herself as a patrolman for the New Castle Police Department. She was employed and working on 02-16-16 and prepared report# 16-002111 in reference to a call to 233 S. 23rd St. in New Castle, In. involving a Brian Gosser. Officer Fullman stated that upon arriving at 233 S. 23rd St. Officer Rhodes was already at the scene and speaking with Brian Gosser. Dispatch advised Officer Fullman that Casey Gosser was on the phone to dispatch and Officer Fullman called in to speak with her.

Casey identified herself as the ex-wife of Brian Gosser and she lives out of the county. She stated that she was enroute back to her residence. She stated that she had been involved in an incident with Brian Gosser. She advised that she had dropped her children off at Brian's residence for visitation. The children went inside with Brian's girlfriend and he came outside wanting to talk to her. She stated that he was acting crazy and wanted the children's social security numbers to file for food stamps. She told him that she didn't think he could do that and he became angry and began yelling at her.

She attempted to drive away and he jumped on the hood of the car and began pounding on it and the windshield. He then fell off the vehicle and she drove away. She then decided to call the police a few minutes later. She stated that she would come back to the scene if necessary.

Officer Fullman then went inside of the residence to speak with Officer Rhodes. Inside of the residence was Brian Gosser, his girlfriend, Brian's mother and his step-father. Upon speaking with Officer Rhodes, Brian was being argumentative and stating that he had been ran over. Officer Fullman smelled alcohol on Brian's breath and gave him a PBT test with the result of .14 or .15. Brian admitted that he had been drinking. He stated that he had gotten mad and was ran over, however he kept changing his story on how it happened.

Officer Fullman stated that Brian's mother and step-father weren't at the residence when the incident happened and his girlfriend stated that she was inside and didn't see the incident. Officer Fullman did remember that Brian had abrasions on one or both of his legs and had small gauze on them. He refused an ambulance for medical treatment. Upon further conversation, Brian stated that he did not want to pursue charges against Casey.

Officer Fullman stated that upon completing the incident report in the computer she only entered handled at the scene in the narrative. She stated that this is a common occurrence when a situation is handled and no chares are being pursued.

The entire interview with Lisa Fullman was video/audio recorded and a transcript will be attached to this report.

On 04-08-16 I, Det. Capt. Manning, along with Det. Capt. Ullery interviewed Nicholas Rhodes at the Henry County Sheriff's Department Criminal Investigations Division. He identified himself as a patrolman for the New Castle Police Department, and was employed and working on 02-16-16. He stated that he did recall being involved in an incident involving a Brian Lee Gossser.

Officer Rhodes stated that he was dispatched to 233 S. 23rd St. in reference to a family fight. Upon arrival Officer Rhodes met with Brian Gosser outside the residence. He and Brian then went inside of the residence. Inside of the residence were Brian's mother, stepfather, current girlfriend, and his children. Brian stated to Officer Rhodes that he had been run over by his ex-wife who was no longer at the residence and was going back to Rushville, In. Brian wasn't consistent on how he had been run over or where it had happened.

HENRYCODEFSRRFP001091

Brian did show Officer Rhodes injuries to his knees. There were abrasions on the knees and Officer Rhodes stated that he took pictures of the abrasions. Officer Rhodes stated that Brian didn't complain of any other injuries or pain. Officer Rhodes stated that Brian was given a PBT test and showed to be intoxicated. Officer Rhodes stated that nobody at the residence had witnessed Brian being run over. Officer Rhodes didn't talk to Brian's ex-wife. The entire interview with Nicholas Rhodes was video/audio recorded and a transcript will be attached to this report.

On 04-10-16 I, Det. Capt. Edward B. Manning, interviewed Patrick Maier at the Henry County Hospital. Patrick Maier identified himself as a medical doctor who is employed by the St. Vincent Emergency Physicians Group. One of his assigned duties is to work at the Henry County Hospital Emergency Room. He stated that he was employed and working at Henry County Hospital Emergency Room on 02-17-16. I then interviewed him about the 02-17-16 emergency room visit by Brian Lee Gosser. Dr. Maier stated that due to some circumstances in this case he remembers this visit.
I provided Dr. Maier a copy of the ED provider notes for the 02-17-16 emergency room visit by Brian Lee Gosser. Dr. Maeir stated that they were a copy of his notes from that visit. He stated that Brian Gosser was brought in by law enforcement due to being involved in a motor vehicle accident where he was driving intoxicated by alcohol.
Dr. Maier stated that he reviewed the nurses notes and vital signs for Brian Gosser and then spoke with him. Brian Gosser advised him that he had no injuries from the motor vehicle accident, however he was struck by a car and dragged to the ground yesterday. He stated that he was struck in the right ribs by the side mirror and also hurt his knees and right ankle. Dr. Maier noted that Brian had no chest pain or shortness of breath. The vital signs for Brian Gosser were fine to Dr. Maier and Brian appeared to be walking fine.
Dr. Maier performed a physical exam of Brian Gosser and found no abnormalities, lacerations, or bruising of the head, rib or knees. He stated that he physically palpated the knees and rib area and Brian complained of no pain in those areas. Dr. Maeir listened to the lungs of Brian Gosser and noticed no wheezing or decreased breath sounds. The lungs were normal and he had no concerns of a punctured lung or other lung problems.
Brian Gosser did complain of pain to his right ankle. Dr. Maier ordered an x-ray of the right ankle but Brian Gosser refused to the test. Dr. Maier stated that due to Brian's ability to walk and his range of motion he was ok to release Brian back to law enforcement without the x-ray.
Brian Gosser was released by Dr. Maier back to the custody of law enforcement. The entire interview with Dr. Maier was audio recorded and a transcript will be attached to this report.

Interviews in this case were also conducted by Det. Capt. Scott Ullery of the New Castle Police Department, Det. Sgt. Tony Darling of the Henry County Sheriff's Department, Master Trooper Philip Byers of the Indiana State Police, and Det. Matt Schofield of the New Castle Police Department. The interviews will be included in their reports filed with this case.

I, Det. Capt. Manning, contacted the Henry County Prosecutor's Office and requested subpoenas for the medical records in this case. The request was for the Henry County Hospital, St. Vincent Hospital, and Quality Correctional Care, which is the medical provider for the Henry County Jail. Upon completion of the subpoenas, they were served to each of the above providers.
Upon receiving all of the medical documents, including MRI and X-ray disc it

HENRYCODEFSRRFP001092

was found that Brian Lee Gosser was seen in the Henry County Emergency Room on 02-17-16, 02-27-16, and 03-03-16. The findings are as follows:

On 02-17-16 at approximately 1942 Hrs. Brian Lee Gosser was brought to the Henry County Hospital Emergency Room by Indiana State Police for medical clearance. The ED Nursing triage notes state that time seen by the nurse was 02-17-16 at approximately 1954 Hrs. The primary treating complaint is examination for institution. Primary complaint details are listed as medical clearance. was in motor vehicle accident with no injury, property damage only, patient then stated that he was ran over by his ex-wife yesterday and had pain from that. Current pain level was listed as 8. Patient was described as alert and had no labored breathing. Triage vital signs were also taken and listed. The triage was performed by Amanda L. Sherwood RN.

The ED nursing initial assessment notes give the same Primary complaint details. They show that the patient is in pain and rates the pain as 6. The location of the pain is listed as knee, shoulder, elbow, right rib, right ankle. A medical history and background information was taken along with vital signs are listed. This assessment was completed by Deborah Collins RN.

The ED provider Notes list primary complaint as General Medical. Primary complaint details are listed as brought in by police for drinking and driving and getting into a motor vehicle accident. No injury only property damage done. Came for medical clearance. Patient with no complaints from accident today but states yesterday his wife hit him with her car and he struck his right ribs on the side mirror and knees and right ankle against the car. Abrasions from the impact on bilat knees are tender but no bony pain in the knees only pain in the ankle. Has been ambulating without difficulty. No CP or SOB, no tx PTA. Mild pain only. The diagnostic impression is listed as follows: Alcohol intoxication and injury of ankle. Medical decision making is brought in by police for alcohol and driving. No complaints from minor motor vehicle accident today but complaint of right ankle pain since being hit by wife's car yesterday. Also states hit in knees and chest. Ottawa knee negative. No rib ttp. Lungs CTAB. Only spot of ttp is right ankle so will x-ray and then return to police custody. It is further noted that Pt refused right ankle x-ray. Good ROM and has been ambulating on it so I am fine with his refusal, dc to PD.

The disposition shows decision time on 02-17-16 at approximately 2019 Hrs. with the patient condition as stable and discharged to the jail.

The ED provider notes were completed by Patrick J. Maier MD, who was later interviewed in this case.

The ED nursing disposition notes are as follows: Vital signs were taken; patient was discharged to the jail. Discharge instructions were reviewed with patient, and instructions were given to the Indiana State Police Officer. The discharge time is shown as 02-17-16 at approximately 2032 Hrs. The ED nursing disposition notes were completed by Deborah Collins RN.

On 02-27-16 Brian Lee Gosser was transported from the Henry County Jail to the Henry County Emergency Room. Mr. Gosser was triaged on 02-27-16 at approximately 1233 Hrs. by Jennifer A. Coleman RN. The ED nursing triage notes are as follows: Primary Treating complaint is Altercation. Primary complaint details are listed as Patient is in prison and states he was beat up last night, woke up in the middle of the night confused, pt report + LOC (loss of consciousness), pt states head, face, both eyes, back, ribs, chest pain today. Current pain level was 10. Patient alert and no evidence of labored breathing.

On 02-27-16 the ED nursing initial assessment notes are as follows: Brian Lee Gosser was seen by nurse at 1326 Hrs. Primary complaint was listed as trauma with the location of head, neck, abdomen, and pelvis and the mechanism as blunt force. The primary complaint details are the same as the triage nurse notes. An

assessment with vital signs was performed and noted. The ED nursing initial assessment was completed by Jama E. Wills RN.

On 02-27-16 The ED provider notes are as follows: Primary complaint is trauma with the same primary complaint details as listed in the nursing assessment. The following is noted by the provider. Brian Gosser reports he is in prison for alcohol related offenses. Yesterday he had an argument with some other inmates which resulted in them cornering him and assaulting him several times throughout the day. He states that he was beaten in 3 separate incidents at roughly noon, 3pm, and 6pm yesterday. The final incident was the most severe. He was attacked by 3 other inmates. One held him down while the others beat him. He was punched repeatedly in the head and face using bare fists. He was kicked and kneed in the back, chest, and ribs. He did lose consciousness during the incident. Later he went to the infirmary and either passed out or fell asleep. They had to awaken him and he was confused. He reports he has a headache, feels dizzy, and face hurts. He has diffuse pain from neck to low back. He has right flank and right rib pain and it hurts to breathe. He has coughed up some large blood clots that were hard to wash down the sink, He's had no Hematuria and no N/V.

ED orders were for Urinalysis and radiology of Ribs, Brain CT, sinus and facial CT. The results of these exams were also listed on the report. The diagnostic impression listed closed fracture of facial bone, fracture of nasal bones, and closed fracture of multiple ribs. Medical decision making is listed as no surgical injuries, can be monitored at the jail. Will dispo and per guard jail cannot accept prescription for controlled substances. The ER provider notes were completed by Jeanne Ellen Vrabel, PA and cosigned by Craig D. Boone MD.

On 02-27-16 the ED nursing disposition notes are as follows: Vital signs were taken and discharge instructions were reviewed with the Brian Lee Gosser. The discharge instructions were also given to the jail personnel. Comments were listed as patient being awake and alert, speaking in full sentences and respirations unlabored. No obvious distress noted. Pain treated upon release. Verbalizes understanding of discharge instructions. There is a departure time noted as 1543 Hrs. The ED nursing disposition notes were completed by Amber N. Burns RN.

Also included with the medical records for this date were medicine forms, imaging and lab reports, registration paperwork, and other documents.

On 03-03-16 at approximately 2231 Hrs. Brian Gosser was transported from the Henry County Jail to the Henry County Hospital Emergency Room. The Henry County Hospital shows an admit date and time as 03-03-16 at 2242 Hrs..

On 03-03-16 the Henry County ED nursing triage notes state as follows: Brian Lee Gosser was seen by nurse on 03-03-16 at 2246 Hrs. The primary treating complaint is listed as Dyspnea. The primary complaint details are sent by jail staff for punctured lung. Pt presents pale, cool, SOB. Cap refill>3 sec. nail beds blue. difficulty speaking in full sentences. vomiting multiple times today. witnessed by jail staff.

The vital signs were taken and listed. The respiratory assessment showed labored breathing, difficulty speaking fluent sentences and difficulty speaking short phrases. His lung sounds are diminished. The ED triage was performed and signed by Brooke R. Cowan RN.

The ED nursing initial assessment notes show the same information as the ED nursing triage notes except it also list some smoking, drinking, drug use history and employment status. This was also performed and signed by Brooke R. Cowan RN.

The ED provider notes for Brian Lee Gosser on 03-03-16 are as follows: The primary complaint is listed as Dyspnea and details for that show occurred at jail. Exacerbated by deep breaths and relived by nothing. Timing is listed as onset prior to arrival 1 day with duration of 1 day. Timing pattern is acute with progression listed as deteriorated. The pain level was listed as a 10 and

is in the chest and abdomen.

The primary complaint details are as follows: the patient was in an altercation on 02-27-16 at the jail and was kicked in the face/chest/abdomen, pelvis multiple times. Was seen here at the time. Since then he has been sore all over with pain that he associated with broken ribs. Today, the patient became more tachypneic and tachycardic and described increasing back pain and abdominal pain with distention. States his head and face feel okay, but his abdomen feels the worst and the chest pain is worse than previous. He has had multiple episodes of vomiting today. He states that he has been in isolation since and has not had any new trauma. The doctor performs assessment of the head/ear/nose/throat, eyes, neck, respiratory, cardiovascular, gastrointestinal and extremities and list the findings on the medical records. The doctor also orders several lab and radiology test.

The diagnostic impression is as follows: pleural effusion with liver injury and acute renal failure, sepsis. Medical decision making listed: the patient was hypoxic of 84% and mottled and has delayed capillary refill. Has pleural effusion but no pneumothorax. Apparent sepsis and was given vanc and zosyn to cover for a possible viscous injury. He appears to have fresh blood around the liver as well. Will transfer for trauma services given the initial insult in this critically ill patient. Patient was transferred to St. Vincent Hospital in Indianapolis, In. The ED provider notes were performed and signed by Lindsay T. Zimmerman MD.

The ED nursing disposition notes are as follows: Vital signs at discharge were collected and listed. The patient disposition was transferred to St. Vincent Hospital for trauma services and ICU. Patient was transported by ambulance. The ED nursing disposition notes were performed and signed by Amanda Sherwood RN.

On 03-04-16 Brian Gosser was admitted to St. Vincent Hospital in Indianapolis, In. He was transferred from the Henry County Hospital Emergency Room. The St. Vincent Hospital admissions diagnosis is listed as Septic Shock, Hypnatremia, and acidosis. The discharge diagnosis is listed as Respiratory failure. Doctor notes show that that history is patient was assaulted in jail multiple times and was seen in Henry County Emergency Room on 02-27-16. Today he is complaining of shortness of breath, chest pain, vomiting, abdomen pain, and back pain.

Doctor notes states that patient has multiple rib fractures, acute renal failure, combined metabolic and respiratory acidosis, and other medical issues. Brian was admitted as in-patient for trauma services. The notes were prepared by Amanda Jordan PAC and Lewis Jacobson M.D.

Contained in the medical records from St. Vincent Hospital are also documentation of numerous test and procedures ran on Brian Lee Gosser along with staff notes.

The medical records from Quality Correctional Care for Brian Gosser is as follows:

02-19-16 sick call and medical attention request form. Brian stated on the form that he had been taking Librium for alcohol withdrawal and prozac for social anxiety/nervousness

02-21-16 Sick call and medical attention request form. Brian stated on the form he can't sleep, getting ill, and hit head severely.

02-22-16 medical form filled out by correctional officer Jayson Madden in reference to Brian Gosser. The complaint is headache and states recent trauma to

the head and face.

02-23-16 Medical progress note for Brian Gosser. Complaint of shakes and pain for past 3 days.

02-24-16 sick call and medical attention request form. Brian stated on the form he has significant pain in his teeth causing difficulty to eat regularly. Result of request is noted that Brian had no infection or broken teeth. Brian stated that he was hit in the mouth.

02-26-16 sick call and medical attention request form. Brian stated on form possible broken tooth/infected tooth and extreme pain in lower right rib from slip on wet floor.

02-27-16 sick call and medical attention request form. Brian states chest hurting people beat him up last night. Result of request was to send to ER.

02-27-16 medical progress note for Brian Gosser. Complaint was pain everywhere due to altercation and it hurts to breath. Has two black eyes, nose swollen, hard to breath, right lower lung popping noise. Provider assessment states that Brian states that 3 inmates beat him couple times yesterday. One time passed out and woke up disoriented. Wouldn't tell who they were. The notes also states that nurse Lewark spoke with inmate Justin fanning about injuries to Brian Gosser and he stated that he got beat up in "B" block and that Justin Fannin didn't see anything.

02-28-16 progress note for Brian Gosser. States inmate returned from ER with multiple rib fractures and fractured septum. Advised to take Ibuprofen 800mg.

03-02-16 progress note for Brian Gosser. States that inmate was having left rib pain no bruising or redness identified. Brian stated that this was related to 4-5 altercations.

03-03-16 progress note for Brian Gosser. States Brian has trouble breathing, pale and taking short breaths. Lung sounds are diminished and hear popping noise. Brian stated that it started on left side and now is on right side. Brian states that chest is tight and can't breath. He states that he hasn't slept in days.

03-03-16 progress note for Brian Gosser. States that Brian had been vomiting and pain from broken ribs. Brian was instructed to rest and  not drink liquids. The notes state that later the results of the x-ray taken were given and jail staff was instructed to take Brian to the ER immediately.

03-03-16 exam order auto fax for x-rays on Brian Gosser. Also attached is Radiology report from 03-03-16. Chest 2 views AP and Lat. The results a slight infiltrate in the right lung base. The form is signed by Michael Johnson D.O.

03-03-16/03-04-16 progress note for Brian Gosser. States instructions to jail officers about x-ray tech visit. Also speaks of telling Brian to hydrate. Notes that Brian was vomiting and jail staff was instructed to place Brian in Drunk Tank or Rec yard for medical observation. Jail staff advised to contact nurse Tara Westerman about the x-ray findings or continued vomiting.

The medical records from Quality Correctional Care for Justin Fannin, Joseph Flynn, and Joshua Wilson from the period of 02-17-16 until 03-03-16 was

HENRYCODEFSRRFP001096

provided. Upon inspection of those records the following was found.

Sick call and medical attention request form from Justin Fannin on 02-26-16. He stated that his teeth hurt.

Sick call and medical attention request form from Justin Fannin on 02-26-16. He stated that his eye is scratched and has a sinus infection.

02-27-16 Medical progress notes for Justin Fannin. Provider assessment notes state cornea may be scratched. States he was horsing around and someone's elbow got him in eye. Has a black eye also and old healing.

All of the medical records obtained in this investigation will be attached to this report.

On 03-08-16 I, Det. Capt. Manning, NCPD Det. Capt. Ullery, HCSD Det. Sgt. Darling, HCSD Det. Stacey Guffey, ISP Master Trooper Philip Byers, ISP Sgt. Kris Martin met at the Henry County Jail to process the scene in "F" block.
Photos of the cell block were taken. A visual inspection of all the cells and the contents was done. We found no obvious blood in cells or on any clothing that was in the cells. I had been advised by jail staff on 03-04-16 that the laundry from "F" block had been washed at least a couple of times since 02-26-16. I was further advised that the jail uniforms and laundry are piled up on the floor in the front of the cell block and is then picked up and washed. I was further advised that jail uniforms aren't marked with an inmates name and their clothing isn't marked most of the time either. Due to this information no clothing was collected in this investigation.
Sgt. Martin did use luminol in Cell#3 and received a positive for the possible presence of blood. Sgt. Martin took swabs of those areas for evidence. These items of evidence were later transferred to Det. Stacey Guffey and submitted to the Indiana State Police Lab for testing. A report filed by Sgt. Kris Martin along with photos will be attached to this report.

The following is the timeline on the incarceration of Brian Lee Gosser.

1.  02-17-16 at approximately 2052 Hrs. Brian Gosser enters the H.C. Jail
2.  02-17-16 at approximately 2132 Hrs. enters drunk tank
3.  02-18-16 at approximately 1931 Hrs. removed from drunk tank
4.  02-18-16 at approximately 1944 Hrs. enters "B" block
5.  02-22-16 at approximately 0046 Hrs. removed from "B" block
6.  02-22-16 at approximately 0051 Hrs. enters drunk tank
7.  02-22-16 at approximately 0943 Hrs. removed from drunk tank
8.  02-22-16 at approximately 0945 Hrs. enters "F" block
9.  02-26-16 at approximately 2007 Hrs. removed from "F" block
10. 02-26-16 at approximately 2008 Hrs. enters drunk tank
11. 02-27-16 at approximately 0950 Hrs. removed from drunk tank
12. 02-27-16 at approximately 0951 Hrs. enters "G" block
13. 02-27-16 at approximately 1148 Hrs. removed from "G" block
14. 02-27-16 at approximately 1148 Hrs. seen by the jail nurse
15. 02-27-16 at approximately 1202 Hrs. enters "G" block
16. 02-27-16 at approximately 1220 Hrs. removed from "G" block
17. 02-27-16 at approximately 1222 Hrs. transported to H.C. Hospital
18. 02-27-16 at approximately 1551 Hrs. returns to H.C. Jail
19. 02-27-16 at approximately 1554 Hrs. enters "G" block
20. 02-28-16 at approximately 0520 Hrs. removed from "G" block

HENRYCODEFSRRFP001097

21. 02/28/16 at approximately 0541 Hrs. enters drunk tank
22. 02/28/16 at approximately 1026 Hrs. removed from drunk tank
23. 02/28/16 at approximately 1026 Hrs. enters "G" block
24. 02/29/16 at approximately 1052 Hrs. removed from "G" block to see attorney
25. 02/29/16 at approximately 1111 Hrs. enters "G" block
26. 02/29/16 at approximately 1355 Hrs. removed from "G" block to see Grider
27. 02/29/16 at approximately 1411 Hrs. enters "G" block
28. 03/02/16 at approximately 1827 Hrs. removed from "G" block to see jail nurse
29. 03/02/16 at approximately 1849 Hrs. enters "G" block
30. 03/03/16 at approximately 1839 Hrs. removed from "G" block to see jail nurse
31. 03/03/16 at approximately 1904 Hrs. enters "G" block
32. 03/03/16 at approximately 2036 Hrs. removed from "G" block
33. 03/03/16 at approximately 2037 Hrs. enters recreation room
34. 03/03/16 at approximately 2057 Hrs. removed from recreation room to have x-rays
35. 03/03/16 at approximately 2102 Hrs. enters drunk tank
36. 03/03/16 at approximately 2226 Hrs. removed from drunk tank
37. 03/03-16 at approximately2231 Hrs. exits jail to H.C. Hospital


     I, Det. Capt. Manning, was advised by Deputy Commander Tina Fox that
Commissary is distributed to inmates on Tuesdays or Wednesdays. I was further
advised that e-cigs are distributed to inmates on Tuesdays and Fridays. I was
provided with the paperwork for commissary orders from 02-19-16 through 03-04-16
and the e-cig paperwork from 02-19-16 through 03-02-16.
     Brian Gosser commissary activity is listed as follows:

     02-22-16 Brian ordered $58.95 worth of commissary which was delivered on
02-23-16
     02-29-16 Brian ordered $123.60 worth of commissary which was delivered on
03-02-16

     Brian Gosser e-cigs activity is listed as follows:

     02-23-16 Brian received 5 regular and 6 menthol e-cigs
     02-26-16 Brian received 1 regular and 7 menthol e-cigs
     03-02-16 Brian received 7 menthol e-cigs

The e-cigs activity from 01-05-16 through 03-29-16 for the other members of
"F" block including Steven Shelley, David Mettert, Justin Fannin, Joshua Wilson,
Robert Robinson, Brendon Smith, and Joseph Flynn is as follows:

     01-05-16- Justin Fannin received 1 regular e-cig
               Robert Robinson received 1 regular e-cig
               Joseph Flynn received 2 regular and 1 menthol e-cig

     01-08-16- Justin Fannin received 2 regular e-cigs
               David Mettert received 1 regular e-cig
               Joseph Flynn received 2 regular e-cigs

     01-12-16- Justin Fannin received 1 menthol e-cig
               Joseph Flynn received 2 regular and 1 menthol
               Robert Robinson received 1 regular e-cig

HENRYCODEFSRRFP001098

01-15-16- David Mettert received 1 regular e-cig
           Robert Robinson received 2 regular e-cigs

01-19-16- Joseph Flynn received 1 regular e-cig
           Robert Robinson received 1 regular e-cig

01-22-16- Robert Robinson received 2 regular and 1 menthol e-cig

01-26-16- None

01-29-16- Robert Robinson received 1 menthol e-cig

02-02-16- David Mettert received 1 menthol e-cig
           Robert Robinson received 1 regular and 1 menthol e-cig
           Joshua Wilson received 1 regular e-cig

02-05-16- Justin Fannin received 4 regular e-cigs
           David Mettert received 1 menthol e-cig
           Robert Robinson received 1 regular and 1 menthol e-cig
           Brendon Smith received 1 regular e-cig

02-09-16- Joseph Flynn received 3 regular e-cigs
           David Mettert received 2 menthol e-cigs
           Robert Robinson received 1 menthol e-cigs

02-12-16- Joseph Flynn received 2 regular e-cigs
           David Mettert received 2 menthol e-cigs
           Robert Robinson received 1 regular and 1 menthol e-cig
           Brendon Smith shows low balance no order

02-16-16- Joseph Flynn received 2 regular e-cigs
           David Mettert received 1 menthol e-cig
           Robert Robinson received 1 menthol e-cig
           Brendon Smith low balance no order

 02-19-16- Joseph Flynn received 4 regular and 1 menthol e-cigs
           David Mettert received 2 menthol e-cigs
           Robert Robinson received 1 regular and 1 menthol e-cigs
           Brendon received orders 2 regular and 2 menthol e-cigs

02-23-16-Robert Robinson received 1 regular and 2 menthol e-cigs
           Brendon Smith received 3 regular e-cigs
           David Mettert is shown as low balance no order

 02-26-16- David Mettert received 2 regular and 3 menthol e-cigs
           Robert Robinson received 1 regular and 2 menthol e-cigs
           Brendon Smith received 1 regular e-cig

 03-02-16- Joseph Flynn received 4 regular e-cigs
           David Mettert received 2 menthol e-cigs
           Robert Robinson received 1 regular and 3 menthol e-cigs
           Brendon Smith is shown as low balance no order

 03-04-16- Robert Robinson received 1 regular and 1 menthol e-cigs
           Brendon Smith 3 received 3 regular and 2 menthol e-cigs
           Joshua Wilson received 1 menthol e-cig

HENRYCODEFSRRFP001099

```
03-08-16- Joseph Flynn received 2 regular e-cigs
          David Mettert received 2 menthol e-cigs
          Robert Robinson received 3 menthol e-cigs

03-11-16- Robert Robinson received 2 menthol e-cigs
          Brendon Smith received 2 regular and 2 menthol e-cigs
          Joshua Wilson received 1 menthol e-cigs

03-15-16- Robert Robinson received 3 menthol e-cigs
          Brendon Smith received 1 regular and 2 menthol e-cigs
          Joshua Wilson received 1 menthol e-cig

03-18-16- Justin Fannin is shown as low balance
          Robert Robinson received 3 menthol e-cigs
          Brendon Smith received 1 regular and 2 menthol e-cigs

03-22-16- Robert Robinson received 1 menthol e-cig
          Joshua Wilson received 1 menthol e-cig

03-24-16- Joshua Wilson received 2 regular e-cigs
          Robert Robinson received 3 menthol e-cigs

03/29/16- Robert Robinson received 2 menthol e-cigs
          David Mettert received 1 menthol e-cig
```

Henry County Jail "B" block contains an open common area which has 3 picnic tables, shower area which contains the telephone, and 8 cells.

Henry County Jail "F" block contains an open common area which has 3 picnic tables, shower area which contains the telephone, and 4 cells. Information received by jail staff, inmate statements, and watching video shows that the cells are numbered 1-4 with 1 being on the North end and 4 at the south end closest to the cell block door. The cell occupants are as follows:

Cell#1 Steven Shelley and Brian Gosser
Cell#2 David Mettert
Cell#3 Justin Fannin and Josh Wilson
Cell#4 Brendon Smith, Robert Robinson, and Joseph Flynn

The video for the Henry County Jail from 02-17-16 until 03-03-16 was provided in this case. The video showed Brian Gosser's time at the Henry County Jail in the booking area, hallways, "B" block, "F" block. There is no camera in "G" block. All of the jail video reviewed in this case will be attached with this report.
The video is listed on the channels and the guide is as follows:

```
Channel 8 is hallway by blocks
Channel 2 is hallway by blocks
Channel 7 is "B" block
Channel 5 is "F" block
Channel 11 is drunk tank
```

HENRYCODEFSRRFP001100

Channel 12 is Booking area
Channel 22 is hall towards "G" block
Channel 24 is Hall facing west towards blocks

The video was viewed, and using observation and information received during this investigation the following was observed.

On 02-21-16 at approximately 1722 Hrs. Brian Gosser was housed in Henry County Jail "B" block. It appears in the video of "B" block during that time that another inmate strikes Brian Gosser. The video in this area of the block is not as clear and is hard to observe exactly who struck Brian Gosser, however you observe what appears to be a punch to Brian Gosser's head area and Brian Gosser falls to the floor. He is on the floor and the view is partially blocked by other inmates but he does get up from the floor and walks away.
This incident would be consistent with the statement that Brian Gosser gave to Henry County Jail Commander Brent Grider, statement taken from another inmate in "B" block,  and also a phone conversation Brian Gosser had with his girlfriend Holly Horne-Mangen on 02-21-16 at approximately 1914 Hrs. In this phone conversation, Brian states that his bunk was raided and his legal papers were looked through. The papers stated that he had an 11 year old girl with him when he was arrested and they thought he was a chomo(child molester).  He stated that 1 asshole in here beat the fuck out of him and tagged him again later. he stated that it took place in the middle of the rec room. He stated that he bled all over the place but that he knew how to take a punch and it didn't hurt that much. He stated that this happened a few hours before this phone conversation.
On 02-23-16 at approximately 1221 Hrs. the Henry County Jail Correctional Officers deliver e-cigs to "F" block. Brian Gosser receives his e-cigs and eventually takes them into his cell.
On 02-23-16 at approximately 1408 Hrs. the Henry County Jail correctional officers deliver commissary to "F" block. Brian Gosser carries his bag of commissary items back to his cell. At approximately 1425 Hrs. Brian Gosser appears to exit cell and go to the shower area. At approximately 1428 Hrs. Josh Wilson enters cell#1 alone and then David Mettert walks up to the cell. Approximately 1 minute later Josh Wilson exits cell#1, appears to be carrying something, and then enters his cell#3.
Approximately 1436 Hrs. Brian Gosser returns to his cell and approximately 2 minutes later exits the cell and begins speaking with Josh Wilson. They both then enter cell#1 and then exit approximately 2 minutes later. Brian Gosser then stands outside of his cell and appears to be discussing something with Josh Wilson and Joe Flynn. After the discussion, Joe Flynn and Josh Wilson walk away. Brian Gosser sits on a bench in the common area of the cellblock. Approximately 1450 Hrs. Brian Gosser enters Cell#3 containing Justin Fannin and Joe Flynn and then approximately 15 seconds later Justin Fannin exits the cell.
Approximately 1452 Hrs. Josh Wilson enters cell#3 containing Joe Flynn and Brian Gosser and then approximately 6 minutes later Josh Wilson exits the cell for a couple of seconds and then goes back into the cell. Approximately 1 minute later Brian Gosser exits the cell, goes, and sits on the bench next to his cell. During the time Joe, Josh, and Brian were in the cell Robert Robinson and Brendon Smith were sitting next to the cell looking in.
Approximately 1504 Hrs. Brian Gosser enters his cell. Josh Wilson goes over and talks to Joe Flynn, and then goes and enters cell#1. Josh then exits the cell approximately 30 seconds later. Over the next 3-4 minutes, Josh continues to walk around and then stops at  cell#1 door. Approximately 15:25:40 Josh Wilson enters cell#1 and then approximately 54 seconds later Joe Flynn also enters the cell. Robert Robinson sits on the bench outside of the cell and

Justin Fannin and Brendon Smith join approximately 14 seconds later outside of the cell looking in.

Approximately 15:27:35 Joe and Josh exit cell#1. Robert Robinson and Brendon Smith then walk away from the cell and the Brendon Smith goes back and closes the door of cell#1. Joe Flynn goes into cell#3 and later exits without his shirt on. He then walks toward the front of the cellblock and is followed by Josh Wilson. On the video, you observe Josh Wilson standing towards the front of the cellblock and looks down at the back of his pants. Joe Flynn then enters his cell, exits a short time later wearing a different pair of pants, and puts on a different shirt.

Approximately 1535 Hrs. Joe Flynn stands outside of cell#1 and appears to be talking to Brian Gosser inside. Joe then gets another jail uniform from cell#2 and places them in the bars of cell#1. Approximately 2 minutes later you see Brian remove the uniform from the bars. Approximately 6 minutes later you see Brian Gosser exit his cell and carry a jail uniform to the front of the cellblock to the area where the laundry is located. Brian Gosser then goes back into his cell and again carries another piece of clothing to the laundry area.

The telephone calls and video visitation made from "F" block were reviewed for 02-23-16, 02-24-16, 02-25-16. All of the calls and video visitation were audio recorded and the findings of some of those calls and visitations are as follows:

On 02-23-16 at approximately 1515 Hrs. Brendon Smith is talking on the telephone to Randi Coomer. He tells her that he is watching the excitement and laughing. He states that somebody came in here last night whose dad is a cop. He owed a bunch of people in another block, stuff came up missing. Approximately 11 minutes in the conversation, Brendon stops the conversation abruptly, states he will call her back, and then hangs up.

On 02-23-16 at approximately 1528 Hrs. Brendon calls back to Randi Coomer. She asks what the hell were you doing and he tells her just watching. You then can hear him talking to someone in the block and says sweats you have blood on them. You can then hear that person state "Oh that bitch" and "fuckin Bitch". Brendon then states to someone you are good bro. In watching the jail video this would have been during the same time that Joe Flynn and Josh Wilson were standing in the area of the telephone.

On 02-23-16 at approximately 1546 Hrs. Joe Flynn is speaking on the telephone with a female believed to be Courtney Elam. The female states that he is probably being rotten or mean to which Joe states "I guarantee it". He then talks about a dude who was brought in that's dad is a sheriff. The female states ah oh to which Joe states "too late". He then talks about giving her the same treatment that old boy just got. Joe stated that he said his dad was the sheriff and it wasn't good. She states that he probably shouldn't have said that to which Joe responds that he definitely shouldn't have and he bets he regrets it now. Joe further states that he had Fannin wash his sweats and thermal because they had blood on them.

She states "baby did you fall down and hurt yourself or somebody else fall down. You helped them up didn't you? Joe responds, "Yow Josh helped them up too. He kept slipping the shower was wet. That's the thing with the police they can't keep their feety or their footing. He's on the 3rd rack. The female states that I bet his is staying there too to which Joe responds, "yow cause it's a hard fall he already figured that out. Joshua being mean is what it is. Joshua you're a bully. He told oh boy you think I'm a bitch or something. Dude said he was a UFC fighter and shit in Chicago.

Joe then yells for Josh to come over to the telephone and ask what did he say

about the guy and then Joe states Josh said he had a good defense covering up.
Joe then states that I don't know if it was so good because it was a big puddle.
Joe then asks the female if she ever heard of Ryan Gosser.
   Later in the conversation, the female tells Joe he needs to tie his hands
behind his back and not help anyone else anymore. Joe responds that if my feet
were slow enough that would be fine. He also stated that he thinks the guy might
have a little trouble breathing.

On 02-23-16 at approximately 1928 Hrs. Brian Gosser is speaking with his
girlfriend Holly on the telephone. He tells her he has had a rough day and is
not ok today. He tells her he got the shit kicked out of him again. He told her
all of his commissary was taken and he thinks that is why they beat him up. He
stated that he didn't tell anyone.

On 02-23-16 at approximately 2006 Hrs. Brian Gosser is speaking with his
girlfriend Holly on the telephone. He begs her to contact his father and have
him bail him out of jail. She also tells him that she is going to hear from his
mother about a jail visit on Thursday. Brian states that he doesn't know if he
will make it to then. She ask if it is because he thinks somebody else is going
to beat him up and he responds ."yes".
She asked why he thought they were going to beat him up again and he stated that
he didn't know why. She asked him about trying to fight back and he responded
it's not possible. He tells her needs help from her and she states that she
isn't going to call his dad about bonding him out. He then tells her you might
not hear from me again. She asked him why and he responds" I told you why".

On 02-24-16 at approximately 2202 Hrs. Brian Gosser is speaking with his
girlfriend Holly on the telephone. He states that his eyes are "fucked up", that
he is frustrated and is having a hard couple of days. He states that he is
genuinely worried that he is not going to make it out of here. He states that he
is going to ask his parents for commissary money since all of his stuff got
stolen.

On 02-25-16 at approximately 1400 Hrs. Brian Gosser had a video visit with
his mother. During the visit he shows his mother both his eyes and they are
bruised and black. He stated that he had an issue with another inmate twice. He
stated that he is in a different block and these guys are alright and cool. He
stated that he is not going to report the issue because that is not what you do.
It will just make it worse and create more problems. Has to have more money to
get commissary because it was taken and needs to order e-cigarettes today to get
tomorrow. Stating people have been loaning him coffee and things he needs.

On 02-25-16 at approximately 1908 Hrs. Brian speaks with Holly on the
telephone. During the conversation he tells her that he and the guy he got into
it with is cool now. He also told her that it is just part of jail.

The following is another excerpt of video.

   On 02-26-16 at approximately 0043 Hrs. Josh Wilson lies on the floor in
the cell block and then Joe Flynn gets on top of him and they wrestle for
approximately 19 seconds. Joe Flynn then gets up and Justin Fannin gets on top
of Josh Wilson and they wrestle for approximately 1 minute. Both Justin Fannin
and Josh Wilson then get up off the floor and Joe Flynn lies on his back on the
floor. Joe and Justin then wrestle for approximately 10-12 seconds and then both
of them get up off the floor. Joe Flynn then again lies on his back on the floor
and Brian Gosser removes his glasses and gets on top of Joe Flynn. They wrestle

for 10-12 seconds and then they both get up off the floor. Joe Flynn then again lies on his back on the floor and Brian Gosser gets on top of him and they again wrestle for approximately 10-12 seconds. They then both get up from the floor. None of this wrestling appeared to be serious and no one appeared to be angry with anyone.

Joe Flynn and Justin Fannin begin kicking towards each other and then Joe removes his shirt and follows Justin into his cell. Approximately 20 seconds later Joe exits the cell. Approximately 45 seconds later Robert Robinson enters the cell containing Justin fannin and then Robert exits approximately 30 seconds later. Justin Fannin then exits the cell approximately 20 seconds later. Justin Fannin and Joe then take a boxers stance and they both enter cell#3. Approximately 12 seconds later Joe Flynn exits the cell with his hand over his left eye and bending over. Approximately 1 minute and 12 seconds later Justin Fannin exits the cell and put water on a piece of cloth and holds against his right eye.

Several inmates are then talking back and forth with each other including Brian Gosser. Josh Wilson and Justin Fannin then begin wrestling with each other, which lasts approximately 35 seconds. The inmates then continue talking to each other.

Approximately 01:07:57 Hrs. Joe Flynn and Josh Wilson are standing at the bar doors of cell#3. Justin Fannin is inside of the cell at this time. Joe Flynn waves for Brian Gosser and Brian stands up and walks to the front of the cell door. Brian and Joe begin to talk and Joe starts waving for Brian to go into cell#3. Brian removes his glasses and sets them on the table and then enters the cell at approximately 01:08:37 Hrs. When Brian enters the cell Joe and Josh Wilson close the cell door behind him. At this time standing outside of the cell watching is Joe Flynn, Josh Wilson, Steven Shelley, and David Mettert.

Approximately 01:09:29 Hrs. Robert Robinson walks up to the front of the cell. Joe Flynn opens the cell door and enters and approximately 18 seconds later exits the cell. A few seconds later, what appears to be a shoe comes out of the cell. Joe then points at Josh Wilson and makes a kicking motion and Josh Wilson then partially enters the cell and kicks inside of the cell with his right leg. Approximately 01:10:48 Hrs. Brian Gosser exits the cell and puts on his glasses. He then sits down at the table and begins to look at his knees and elbows. Justin Fannin then exits the cell, stands and talks to the other inmates including Brian Gosser. The inmates including Brian Gosser then sit around the table and talk.

On 02-26-16 at approximately 1205 Hrs. jail officers deliver e-cigarettes to "F" block. Brian Gosser receives his and carries them back to his cell. Approximately 14:10:44 Hrs. Josh Wilson enters the cell#1 containing Brian Gosser and exits approximately 14:12 Hrs. carrying something in his hand. Approximately 1445 Hrs. Joe Flynn goes and stands outside the door of cell#1 and appears to be talking to Brian who is inside the cell. Approximately 1448 Hrs. Brendon Smith enters cell#1 and exits approximately 2 minutes later while Joe Flynn is still outside of the cell door. Joe then enters cell#1 and approximately 1 /1/2 minutes later he sticks his head out and David Mettert walks over to the door of cell#1. Joe Flynn goes back in the cell and David Mettert stands outside at the door. Joe stays in cell#1 for approximately 6 minutes more before he exits. During this time David Mettert is standing in the doorway of the cell and Justin Fannin and Joe Flynn walk down to cell#1 and appear to look in. Approximately 1632 Hrs. Brian Gosser exits his cell and for his supper tray. He then sits on the bench outside of his cell and eats his supper. Approximately 1641 Hrs. Josh Wilson, Justin Fannin, and Joe Flynn are standing at the front of the cellblock and appear to be talking. They then walk back to the middle of the cellblock. Approximately 1641 Hrs. Joe Flynn walks

HENRYCODEFSRRFP001104

toward cell#3 and nods his head toward the cell and Justin fanning and Justin Wilson the enter the cell with Joe Flynn. David Mettert then closes the cell door behind the three inmates and stands outside of the cell. Steven Shelley also is standing outside of the cell.

Approximately 1645 Hrs. Brian Gosser exits his cell and goes up to the front of cell#3 for a couple of seconds and then returns to his cell. Approximately 16:46:21 Brian Gosser then exits his cell, goes, and enters cell#3 containing Justin Fannin, Joe Flynn, and Joshua Wilson. David Mettert then closes the cell door behind Brian Gosser. David Mettert and Steven Shelley then stand outside the cell and look in. Approximately 2 minutes later Brendon Smith walks up to the cell and looks in.

Approximately 16:50:32 Joe Flynn exits the cell followed by Josh Wilson and Justin Fannin and they appear to be laughing. Joe takes off his shirt and throws it to Justin Fannin. Approximately 16:52:42 Brian Gosser exits the cell rubbing his face and eye. He appears to be bleeding from around his eye and nose and has what appears to be blood on his shirt. He walks to his cell and Justin Fannin is in Brian's cell. Approximately 1653 Hrs. the guards enter the front of the cellblock, speak with Joe Flynn and Josh Wilson briefly, and then exit the cellblock. Justin Fannin exits cell#1 carrying what appears to be a white shirt. Justin Fannin walks to and from his cell and cell#1 carrying some kind of clothing or towel. Approximately 1700 Hrs. Brian Gosser exits his cell with no shirt on and carrying some type of clothing.

Approximately 1711 Hrs. jail officer Huxhold enters the cell block and looks into cell#3 and then exits a short time later. Approximately 1738 Hrs. jail officer Huxhold returns to "F" block with a mop and bucket. Josh Wilson mops in cell#3 and Steven Shelley mops in cell#1. During this time jail officer Huxhold appears to have a brief conversation with Brian Gosser, who is sitting on the bench outside of his cell holding a towel or rag against his face and eye. Jail officer Huxhold then leaves the cell block with the mop and bucket a short time later.

Approximately 1923 Hrs. jail officer Lecher and other jail officers enter "F" block and do the head count. Officer Lecher enters into cell#1 for a few seconds and then exits and all of the jail officers exit "F" block. Approximately 2007 Hrs. jail officer Lecher and other jail officers return to "F" block and remove Brian Gosser from the block. Brian is then placed in the drunk tank for holding.

Telephone calls and video visitation made from "F" block from 02-26-16 through 03-04-16 was reviewed. All of the calls and video visitation were audio recorded and the findings of some of those calls and visitations are as follows:

On 02-26-16 at approximately 1554 Hrs. Justin Fannin talks to his mother on the telephone using Brian Gosser's account. During the conversation he tells her that he has a black eye from wrestling around.

On 02-26-16 at approximately 1754 Hrs. Justin Fannin talks to Keith and Bridgette at telephone number 765-545-0659. This telephone conversation is done using Brian Gosser's account. During the conversation he states that he has been wrestling around and got his eye blacked last night fucking around.

On 02-26-16 at approximately 2211 Hrs. Brendon Smith is speaking with Randi Coomer on the telephone. During the conversation Brendon talks about an inmate being moved out of the block today. He stated that he came in with 1 black eye and ended up with 2 and knots, and it just never healed for him. He further stated that right now there are 3 people in here with black eyes.

HENRYCODEFSRRFP001105

On 02-27-16 at approximately 1556 Hrs. Brian speaks with his father Doug Gosser on the telephone. During the conversation Brian states that he just got back from the hospital. He stated that he was beat up really, really bad several times yesterday and has several broken bones. He states that one of the fights took place last night approximately 1800 Hrs. He stated that he thinks he is getting beat up because they are bigger than he is, there are more of them, and he is new. He stated that it is jail and they are a bunch of assholes. He stated that his commissary was stolen every time. He stated that his face looks bad. He stated that he is not going to tell who did it because it would just cause more problems.

On 02-27-16 at approximately 1611 Hrs. Brian speaks with Holly on the telephone. During the conversation he tells her that he just got back from the hospital. He states that he has broken ribs and broken bones in the face. He states that he got beat up really bad yesterday. He states that the inmates call the cell block the Gladiator block and that they take you in a cell where the camera can't see. He states that 3 big ass dudes jumped him. He states that they took all his commissary again. He told here that they found out that his dad was a cop and that didn't help.

On 02-27-16 at approximately 1620 Hrs. Brian speaks with his mother Louann on the telephone. During the conversation he tells her that he had been to the hospital. He told her that he had broken ribs, broken nose, and broken facial bones. He told her that he had all his e-cigs stolen and that 3 guys were picking on him. He stated that one of the guys held him down and the other two guys beat him in the ribs and the back.

Brian Gosser made other calls after this where he complains of pain and needing other medication instead of Ibuprofen. He doesn't name anyone who beat him up in any of his calls. He also never mentions any other problems with anyone after leaving "F" block.

On 02-27-16 at approximately 1740 Hrs. Justin Fannin speaks to Keith on the telephone using Brian Gosser's account. During the conversation he states that the block is a gladiator block and they don't lay down.

On 02-27-16 at approximately 2045 Hrs. Justin Fannin is talking to girlfriend Ashley on Brian Gosser's account. During the conversation he tells her that he has had phone time for a couple of days. He states that he don't even want to tell her how he got it. He states that ain't my voice saying "it finally fuckin works". She responds she probably doesn't want to know how to which he responds no you don't and I'll let you know when I get out. He states that he is in a gladiator block and that he has a black eye from wrestling around and getting accidentally elbowed.

On 02-27-16 at approximately 2103 Hrs. Justin Fannin speaks with Ashley on the telephone on Brian Gosser's account. Justin states that he and Josh are splitting this telephone card. He states that he got called out of the block this morning about his black eye. He states that this other dude got beat up in "B" block and they put him in here, then yesterday for no reason they came in here and took him out of the block.

Nurse than asked Justin what happened to the dude that he got beat up pretty bad. Justin stated that the dude came in here like that. He stated that they beat the fuck out of him in "B" block.

On 02-27-16 at approximately 2323 Hrs. Josh Wilson is speaking with his

HENRYCODEFSRRFP001106

brother Jared Wilson on the telephone on Brian Gosser's account. During the conversation Josh states "beat a dude so bad in here he shit his pants". Josh and Jared also talk about e-cigs and Josh states that he took 15 from a dude. Later in the conversation Jared states to Josh that he just needs to smack a bitch tonight to which Josh responds " I already have".

On 02-27-16 at approximately 2308 Hrs. Josh Wilson is speaking with Jared Wilson on the telephone on Brian Gosser's account. During the conversation people are yelling in the background and Jared states "I would like to jump through that phone and beat his fucking teeth out" to which Josh Wilson responds "I've been doing plenty of that in here".

On 02-29-16 at approximately 1700 Hrs. Brian Gosser is peaking with his father Doug Gosser on a video visitation. During the conversation Brian states he is in alot of pain all over. He states that he has fractures to his ribs, face, chest, and spine. He states that he will finally get to keep his commissary however he was robbed twice.

On 03-04-16 at approximately 1806 Hrs. Joe Flynn is speaking with Tiffanie Baldock on 765-524-4359. He stated that he is pissed off and sick of bitches playing games. He stated that a dude come into the block about a week ago with 2 black eyes and they pulled him out with 2 black eyes. He stated that a motherfucker never touched that bitch.

All of the telephone calls and video visitations from 02-23-16 until 05-01-16 were reviewed for the following inmates:

1. Joseph Flynn
2. Brendon Smith
3. Robert Robinson
4. Justin Fannin
5. Joshua Wilson
6. David Mettert
7. Steven Shelley

Telephone calls from Joseph Flynn made while incarcerated in Delaware County Jail were also reviewed.

All of the telephone calls and video visitation for Brian Lee Gosser was reviewed for his entire time incarcerated at the Henry County Jail.

I, Det. Capt. Edward B. Manning, am filing this report along with supplemental reports and all the attached documents and evidence to the Henry County Prosecutor's Office to review for any applicable charges in this case.

====================================================================
I affirm under the penalties for perjury the foregoing information is true and correct /s/_____

x

_____
Date,    Time,      Reporting Deputy

HENRYCODEFSRRFP001107

Prosecuting Attorney
53rd Judicial Circuit

Field Supervisor

HENRYCODEFSRRFP001108

```
09/25/18                  Spillman Data Systems, Inc.                    752
20:33                                                       Page:       1

JAIL LOG:

Log Numbe Date/Time of Log En Typ Ac Quantit Officer      Booking n
--------- ------------------- --- -- ------- ---------------- ---------
15-053268 13:23:49 11/18/2015 IDP 2    127.00 T Letzler J427    15-1279
```

While on duty at the Henry County Jail, I, Officer Tracy Letzler, was passing
commissary to H block.  The only commissary we received for this block was for
inmate William Clapp.  When we informed inmates Andrew West and Joseph Flynn of
this, they both immediately got angry and began screaming at us and hitting the
door/wall of the block.  It sounded like they had something metal.  They
continued to scream and pound on the door until Greer went to speak with them.
Greer informed them that Karen was on the phone with the company and they were
trying to track down the missing box.  Per 33-2, Greer gave these inmates some
coffee since that is what they ordered on commissary and did not get it.  At
this time they stopped banging and yelling.  Informational only.

```
15-053557 10:40:04 11/20/2015 IDP 2      0.00 T Weesner J383
```

On yesterdays date of 11/19/2015 we had an off site worker in working on the
hydrolics in the shirt hall. This worker is Toby. While Toby was working on the
doors from the outside, he turned the air on and Inmate Flynn became irate
because Inmate West was on a visit. Inmate Flynn started yelling out of their
flap at him calling him a "punk ass bitch", "motherfucker". Inmate Flynn stated
that he needed to be quiet so that they could have their visit. At this time we
moved G block back to their block and placed H block into the rec yard so that
Toby could work on the doors in H block.

After h block had been in the rec yard for most of the day, Inamte Flynn saw
Toby throwing a paper sack away. Inmate Flynn got irate over the fact that some
"punk ass motherfucker" was bothering things in his cell. Inmate Flynn stated
that some civilian coming in had no right being in their cells bothering
anything. Inside this paper sack was the items that Toby had found up in the
bulk head that had been used to damage the bulk head. Inmate Flynn stated that
"they would tear up this mothefucker" "he has no right inside messing with their
things". Inmate FLynn tried numerous times for us to let him out of the rec yard
to use the bathroom or something so that he could get to Toby. However, we kept
all of the block inside the rec yard until Toby has finished and was out of the
building.

```
15-055463 21:30:00 12/04/2015 IDP 2    127.00 T Letzler J427    15-1279
```

On this date while on duty at the Henry County Jail, I, Officer Tracy Letzler,
was in the booking area when there was a very loud banging coming from H block.
I approached the block and opened the flap and asked what they needed.  Inmate
Joseph Flynn (#67463) was kicking the door and told me that he needed the flap
open so they could get air.  I informed Flynn that the flap had to stay closed.
He asked why.  I told him it was because all the other flaps in the jail had to
be closed, so theirs did too.  He then said that he was going to continue
banging until I opened the flap.  I asked him not to do so, but when I closed
the flap he started to kick the door again.  He continued to kick the door for a
couple minutes, then got a battery and began hitting the door with it.  Flynn
then had I block bang on their door too.  Informational only.

```
15-055464 22:35:19 12/04/2015 IDP 2    127.00 T Letzler J427    15-1279
```

HENRYCODEFS001151

09/25/18                    Spillman Data Systems, Inc.                        752
20:33                                                           Page:      . 2

This inmate is tapping on the door with a battery creating a very loud, piercing
noise throughout the jail.

 15-057900 16:50:00 12/21/2015 IDP 2    127.00 T Letzler J427    15-1279

On this date while on duty at the Henry County Jail, I, Officer Tracy Letzler
was passing trays to E block.  When I got to the last tray, inmates told me that
inmate Brown was on the toilet.  1 sat the tray on the vestibule door and said,
"I need to see him."  Another inmate ran into the cell and said, "I'm here!" and
inmates sat the tray in the cell too.  I then opened the vestibule door to check
since I did not physically see the inmate, and it was a head count.  When I
entered cell 1 I saw the tray on the second bunk, but there was no inmate.  At
this time Officer Carver reminded me that inmate David Brown was out at another
county, but was still on the head count.  I took the tray and left the block.

Approximately 30 minutes later, we heard what sounded like trays hitting the
door of E block.  We looked on camera and saw inmate Joseph Flynn throwing all
the trays at the door.  We decided to wait until tray pick up to deal with the
situation since everyone might not be done eating yet.

At tray pick up, we went to E block and collected all the trays and lids from
the vestibule.  Flynn had also torn apart the broom and threw it out into the
vestibule along with the mop and cleaning bucket.  The only items still inside
the block were the mop bucket and the juice jug.  Flynn picked up the mop bucket
and slammed it on the ground, breaking the wheel off.  Flynn and Bogart then
began to 'dare' me to come in and get it.  I opened the vestibule door and
retrieved the mop bucket and wheel, then the juice jug.  Inmate Bogart said,
"You shouldn't have passed the tray in here."  I said, "You're right.  I
shouldn't have.  I should have waited until I saw him before I passed it in."  I
then exited the block and closed the vestibule door.  Inmate Bogart was standing
against the door so that it would not close.  I said, "Barry go in."  Bogart
said, "What are you gonna do?  Tase me?  Go ahead."  I again told inmate Bogart
to enter the block.  He finally did so without incident.

After the vestibule door was closed, inmate Bogart started going off again.  He
said,  "Clean up this fucking mess!  This is unsanitary!  It is going to draw
bugs.  Do your job!"  Inmates Flynn and Bogart then called me several names as
we were closing the door.  They continued to yell obscenities toward me after
the door was closed.  Nothing further at this time.

 15-057906 18:30:39 12/21/2015 IDP 2    127.00 C Lecher PE483    15-1279

HENRYCODEFS001152

At approximately 1800 hrs on this said date, I Officer Lecher was working at the
Henry County Jail, when Officer Letzler, Officer Fredericks, and myself reported
to E Block to pick their trays up from dinner chow.  When I opened the door, I
observed all the blocks trays in the vestibule area and food had been thrown
everywhere.  Inmate Joseph Flynn and Inmate Barry Bogart, were both very upset
and angry from Officer Letzler taking an extra tray she accidentally passed into
the block.  Officer Fredericks, Officer Letzler, and myself picked up all the
trays and sporks in the vestibule and all were accounted for.  Officer Letzler
entered the block and retrieved the cleaning supplies and their juice jug.

The entire time Inmates Flynn and Bogart were making threats to Officer Letzler
telling her that if she was a man she would have been hit, and that her face was
going to be split.  Bogart also stated that her and Commander Grider were going
to be fired.

Approximately 15 minutes later, I responded alone to E Block because they had a
towel covering their camera.  I opened the door, and Inmates Flynn and Bogart
approached me and stated that they we sorry that it was nothing personal with
me, they were angry with how Officer Letzler acted when taking the tray.   I
informed them that we had to have the tray for another inmate who was supposed
to return. They stated that they would have gave the tray up if we just asked
nicely.  I then shut the door and walked away.

Supplement 12/21/2015 1850 hrs:
While doing a catwalk check at approximately 1850, I walked into the E Block
catwalk to assist Officer Carver and Officer Fredericks who were talking to
Bogart and Flynn again.  Bogart stated that the camera wasn't going to be on the
wall long, and that officers were going to get hurt because of her and that she
was going to get fired.

Supplement 12/21/2015 1935 hrs:
While passing meds with Officer Carver, I was putting away toilet paper with
Inmate Worker Stone, when I heard a loud hissing noise coming from E Block where
Officer Carver was passing meds.  I walked down the hall and heard Inmates
Bogart and Flynn stating that was because of lesbians and I Block did it.
Officer Carver shut the air off in the block for the lines were burnt through.

Nothing further at this time.

 15-058319 14:46:27 12/25/2015 IDP 2     0.00 R Blake J271        15-1279

This officer was standing outside the door to H Block and overheard Inmate Flynn
was yelling through the vents to the guys in D Block and told them that
he blew the lines E Block.

 15-058317 14:33:56 12/25/2015 IDP 2     0.00 R Blake J271        15-1279

Inmate was making threats to Inmates Whitehead, Groce, and Carver. Due to the
fact that the doors do not work in E Block, I made the decision to move Inmate
Joe Flynn to H Block.

 15-058347 20:29:14 12/25/2015 IDP 2    127.00 T Letzler J427     15-1279

HENRYCODEFS001153

09/25/18                    Spillman Data Systems, Inc.                        752
20:33                                                              Page:      4

Inmate is throwing cups of water into the hallway and threatening Officer Reagan
for placing Michelle Gona into the rec yard in the restraint chair.  Flynn
stated that as soon as the door was open to H block, he was going to 'get'
officer Reagan.  Flynn then called Reagan a 'nigger' and stated, "I'm going to
pound your bitch ass."  I then heard the air lines bust in H block and Flynn
began laughing.  After a minute Flynn said, "You dumb ass fuckin nigger, I'm
gonna pound your black ass, bitch!"  He then said to West "I'm gonna teach him
why he shouldn't work in a white jail."  Flynn then called Reagan a "monkey
motherfucker."  Due to his behavior and threats toward Officer Reagan, Flynn
will not be pulled out of his cell for physical therapy tonight.

  16-000501 14:55:00 01/04/2016 IDP 2    127.00 T Letzler J427    15-1279

On this date while on duty at the Henry County Jail, I, Officer Tracy Letzler,
was in the booking area with Officer Weesner when we heard Officer Blake yelling
in the short hall.  Officer Weesner and I ran to the short hall where Officer
Blake had the flap open to H block saying, "Break it up guys!"  As I approached
the door, Blake opened the door to H block, and I took out the taser and turned
it on.  I entered cell 1 where inmate Joseph Flynn (#67463) had inmate Michael
Pope (#42319) on the ground in a head lock.  Inmate Matthw Neal (#44423) was
reaching into the scuffle, but I could not tell which inmate Neal was going
after.  When I entered the cell, I immediately told inmate Neal to get back.  He
was already in a standing position, and almost immediately backed up from the
scuffle.  I yelled at Flynn to stop fighting multiple times, but he did not
comply until he saw that I had a taser pointed at him.  He saw the laser on the
ground beside him and only then did he stand up and stop fighting.  Several
officers escorted inmate Flynn out of the cell and into the hallway.  Inmate
Pope then got up and was visibly upset.  Officer Decker began talking to Pope
attempting to calm him down.  Pope kept walking into Decker and I attempting to
get through us.  Finally Pope calmed down enough to gather his belongings.  I
asked several times what happened, and no one would say anything.  Pope finally
said that it was 'stupid' and it was 'over a game of cards.'  Per Commander
Grider, inmate Pope was moved to E block, inmate Neal was moved to B block, and
inmate Flynn stayed in H block.  Informational only.

  16-000502 14:55:00 01/04/2016 IDP 2      0.00 R Blake J271    15-1279

 This officer was securing an inmate in G Block from an attorney visit when I
heard some yelling coming from H Block. I secured the inmate into G Block and
looked into H Block flap in the door. A seen Inmate Joseph Flynn on top of
Michael Pope and it appeared that they was in an altercation. I started yelling
at the two to break it up and Matthew Neal grabbed ahold of Joseph Flynn and
tried to pull him off of Michael Pope. At that point other officers arrived at H
Block with department issued Tasers to assist. I opened the door and the
officers went into the block and separated the inmates. I believe it was
Officers Teresa Weesner, Decker, and Letzler went in first. Then Officer Lecher,
Huxhold, and Supervisors Grider and Fox arrived to assist.
 Inmate Joseph Flynn was placed into the restraint chair by Officer Weesner and
Officer Huxhold while everyone else assisted in getting Inmates Pope and Neal
moved to another block. Inmate Michael Pope was placed in E Block and Inmate
Matthew Neal was placed in B Block.

  16-003821 10:00:00 02/01/2016 IDP 2    127.00 T Letzler J427    15-1279

HENRYCODEFS001154

09/25/18                    Spillman Data Systems, Inc.                    752
20:33                                                        Page:      5

While on duty at the Henry County Jail, I, Officer Tracy Letzler, was passing
juice jugs with Officer Carver.  While in F block, inmate Joseph Flynn (#67463)
asked if 'the kitchen lady' was here and demanded to see her.  He said, "You
bring her back here, cuz I can't even drink this juice."  He went on to say that
if something wasn't done about it that "She is going to wear this whole jug",
implying that he was going to throw the juice on to Trish.  Officer Carver told
him that at this time there was nothing that could be done about it.  Flynn then
said, "Then you need to get the Sheriff back here cuz we want to talk to him."
Flynn continued to make threats that something better get done about the way the
juice tastes or something was going to happen.  Informational only.  Nothing
further at this time.

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

HENRYCODEFS001155

```
09/25/18                    Spillman Data Systems, Inc.                      752
20:26                                                            Page:    1

JAIL LOG:

 Log Numbe Date/Time of Log En Typ Ac Quantit Officer          Booking n
 --------- ------------------- --- -- ------- ---------------- ---------
 10-081229 22:42:00 09/25/2010 MJN 0     0.00 R Sealover J387   10-1620

Released Inmate Flynn's shoes to Detective J. Smith 33-25

 10-081302 03:17:45 09/26/2010 MJN 0     0.00 R Sealover J387   10-1620

Officer Murray removed Inmate Flynn from E Block and escorted him to the booking
area in order for ISP to serve him a DOC warrant.

 15-046797 08:41:46 09/30/2015 MJN 0     0.00 B Greer PE360     15-1279

SECURED FROM CPS VISTI

 15-052375 21:13:06 11/11/2015 MJN 0     0.00 E. Hedges J217    15-1279

REFUSED PHYSICAL THERAPY

 15-052735 08:56:12 11/14/2015 MJN 0     0.00 T Weesner J383
```

On 11/13/2015 while on duty this inmate became aggitated about not being able to
come out for recreation. This was around 1300 hrs. Inmate Flynn stated that he
was to come out for his physical therapy on his shoulder and was demanding that
he get Rec at this time. It was explained to Inmate Flynn that we got time we
would allow him to come do his therapy. Inmate Flynn went on to say that he was
upset because second shift was getting him up late to do his therapy and he was
already asleep. Inmate Flynn went on to say that since they was getting him up
late and he was not coming out it was being marked as a refusal and it was going
to mess up his chance of having his shoulder fixed. Inmate Flynn was brought out
of the block at 1330 hrs to do his physical therapy and Asst Commander Fox spoke
with him at length in regards to the issues he was having.

```
 15-052738 13:30:00 11/13/2015 MJN 0     0.00 T Weesner J383    15-1279
```

Inmate was brought out for physical therapy

```
 15-052785 18:45:29 11/14/2015 MJN 0   127.00 A Moore J551      15-1279
```

Secured from therapy.

```
 15-052830 08:34:45 11/15/2015 MJN 0     0.00 T Letzler J427    15-1279
```

secured

```
 15-052847 13:57:49 11/15/2015 MJN 0     0.00 R Blake J271      15-1279
```

OUT FOR PHYSICAL THERAPY IN REC YARD

```
 15-052910 07:25:27 11/16/2015 MJN 0     0.00 T Letzler J427    15-1279
```

DOING PHYSICAL THERAPY IN REC YARD

```
 15-052914 08:27:37 11/16/2015 MJN 0     0.00 T Letzler J427    15-1279
```

HENRYCODEFS001156

```
09/25/18                    Spillman Data Systems, Inc.                      752
20:26                                                            Page:     2
```

SECURED

15-053083 07:30:53 11/17/2015 MJN 0     0.00 T Letzler J427     15-1279

J.FLYNN DOING PHYSICAL THERAPY

15-053124 14:11:33 11/17/2015 MJN 0     0.00 T Letzler J427     15-1279

OUT IN REC YARD FOR PHYSICAL THERAPY

15-053125 14:50:30 11/17/2015 MJN 0     0.00 T Letzler J427     15-1279

SECURED FROM PHYSICAL THERAPY IN REC YARD

15-053166 18:38:24 11/17/2015 MJN 0     0.00 E. Hedges J217     15-1279

returned to cell secure from physical therapy

15-053218 07:28:42 11/18/2015 MJN 0     0.00 T Letzler J427     15-1279

INMATE FLYNN BROUGHT OUT FOR PHYSICALL THERAPY IN REC YARD

15-053225 08:22:42 11/18/2015 MJN 0     0.00 B Greer PE360     15-1279

SECURED

15-053286 15:00:29 11/18/2015 MJN 0     0.00 B Greer PE360     15-1279

PT IN REC YARD

15-053588 15:02:49 11/20/2015 MJN 0     0.00 Y Williamson     15-1279

OUT TO DO EXCERCISES

15-053600 15:45:39 11/20/2015 MJN 0     0.00 R Carver J445     15-1279

SECURED FROM PT

15-053618 18:22:24 11/20/2015 MJN 0     0.00 E. Hedges J217     15-1279

OUT FOR PT IN NURSE OFFICE

15-053623 18:40:23 11/20/2015 MJN 0     0.00 E. Hedges J217     15-1279

SECURED

15-053675 12:21:15 11/21/2015 MJN 0     0.00 Y Williamson     15-1279

OUT FOR PT IN REC YARD

15-053679 12:58:03 11/21/2015 MJN 0     0.00 D Bockover J507     15-1279

SECURED

15-053686 14:55:48 11/21/2015 MJN 0     0.00 T Weesner J383     15-1279

PT IN REC

HENRYCODEFS001157

```
09/25/18                    Spillman Data Systems, Inc.                      752
20:26                                                           Page:     3
```

15-053774 12:42:00 11/22/2015 MJN 0     0.00 T Weesner J383     15-1279

IN REC YARD TO DO THEREPY

15-054179 22:14:45 11/24/2015 MJN 0     0.00 R Huxhold PE436    15-1279

out for physical therapy

15-054242 09:18:30 11/25/2015 MJN 0     0.00 T Poe J506         15-1279

PT IN REC

15-054247 09:48:52 11/25/2015 MJN 0     0.00 T Letzler J427     15-1279

SECURED

15-054271 12:36:10 11/25/2015 MJN 0     0.00 T Letzler J427     15-1279

OUT FOR PT IN NURSE OFFICE

15-054274 12:55:55 11/25/2015 MJN 0     0.00 T Poe J506         15-1279

SECURED

15-054316 18:27:32 11/25/2015 MJN 0     0.00 E. Hedges J217     15-1279

OUT FOR THEREPY EXERCISE

15-054318 19:00:36 11/25/2015 MJN 0     0.00 C Lecher PE483     15-1279

SECURE FROM THEREPY

15-054398 17:24:20 11/26/2015 MJN 0     0.00 R Carver J445      15-1279

out in rec yard for physical therapy

15-054406 17:55:10 11/26/2015 MJN 0     0.00 R Carver J445      15-1279

returned secure to cell after physical therapy in rec yard

15-054420 20:00:00 11/26/2015 MJN 0     0.00 R Carver J445      15-1279

out for physical therapy in rec yard

15-054421 20:43:16 11/26/2015 MJN 0     0.00 R Carver J445      15-1279

secured from physical therapy

15-054530 15:42:58 11/27/2015 MJN 0     0.00 R Huxhold PE436    15-1279

THEREPY IN REC YARD DURING H BLOCK REC. SECURE

15-054567 20:52:16 11/27/2015 MJN 0     0.00 R Carver J445      15-1279

OUT TO REC YARD FOR THEREPY

HENRYCODEFS001158

```
09/25/18                Spillman Data Systems, Inc.                  752
20:26                                                    Page:     4
```

15-054568 21:11:18 11/27/2015 MJN 0     0.00 R Huxhold PE436   15-1279

SECURE FROM THEREPY IN REC YARD

15-054786 18:10:00 11/29/2015 MJN 0   127.00 N Fredericks      15-1279

Was secured from therapy early for threatening another inmate.

15-054946 19:09:40 11/30/2015 MJN 0     0.00 E. Hedges J217    15-1279

OUT IN SHORT HALL DOING THERAPY

15-054949 19:32:36 11/30/2015 MJN 0     0.00 E. Hedges J217    15-1279

SECURE FROM THERAPY

15-055207 18:50:22 12/02/2015 MJN 0     0.00 T Letzler J427    15-1279

OUT IN REC YARD FOR THERAPY

15-055211 19:20:56 12/02/2015 MJN 0     0.00 T Letzler J427    15-1279

SECURE FROM THERAPY

15-055337 19:08:30 12/03/2015 MJN 0     0.00 C Lecher PE483    15-1279

OUT FOR THERAPY IN REC YARD

15-055342 19:34:25 12/03/2015 MJN 0     0.00 C Lecher PE483    15-1279

SECURE FROM THERAPY

15-055571 17:56:49 12/05/2015 MJN 0     0.00 R Huxhold PE436   15-1279

OUT FOR THERAPY IN THE REC YARD

15-055574 18:20:14 12/05/2015 MJN 0     0.00 R Carver J445     15-1279

SECURE FROM THERAPY IN REC YARD

15-055767 09:09:07 12/07/2015 MJN 0     0.00 B Greer PE360     15-1279

THIS INMATE RECEIVED HIS THERAPY BAND BACK IN THE BLOCK

15-055868 19:32:46 12/07/2015 MJN 0     0.00 E. Hedges J217    15-1279

SECURED

15-056010 20:35:44 12/08/2015 MJN 0     0.00 N Fredericks      15-1279

SECURED

15-056201 19:48:53 12/09/2015 MJN 0     0.00 R Huxhold PE436   15-1279

OUT IN REC YARD TO DO THERAPY

15-056206 20:22:30 12/09/2015 MJN 0     0.00 R Huxhold PE436   15-1279

**HENRYCODEFS001159**

```
09/25/18                  Spillman Data Systems, Inc.                    752
20:26                                                        Page:     5
```

SECURE FROM THERAPY IN REC YARD

```
 15-056524 18:16:33 12/11/2015 MJN 0     0.00 T Letzler J427    15-1279
```

out for therapy

```
 15-056528 18:31:24 12/11/2015 MJN 0     0.00 T Letzler J427    15-1279
```

SECURE FROM THERAPY

```
 15-056658 13:35:12 12/12/2015 MJN 0   127.00 B Greer PE360     15-1279
```

HENRYCODEFS001160

09/25/18                    Spillman Data Systems, Inc.                      752
20:26                                                            Page:        6

     At approximately 1335 hrs, "E" block inmates were being allowed to go to
recreation, inmate Joseph Flynn did come out to use his therapy band. At this
time, I received a call from David Flynn (inmate Joseph Flynn's brother) in
regards to Shantell Flynn (inmate Joseph Flynn's ex-wife) passing away. David
Flynn was requesting to have a visitation with inmate Flynn or to be able to
speak with him. I informed him that a physical visit would not be allowed at
this time and as far as a video monitor visit, he would have to contact the
video company due to them being the ones setting those visits up. I also
informed David Flynn that if he got phone time for inmate Flynn then I would
make sure he got the receipt. I got what information that I could for the "Death
Notification" form, however due to the recent discovery of Shantell's passing
there was not much information.
     After finishing the conversation with David Flynn, I received a second
call concerning Shantell's passing. Mr. Michael Wood called stating that
Shantell had died in a house fire. Mr. Wood also stated that he was inmate
Flynn's work boss and a good friend of the family and was concerned about inmate
Flynn. Mr. Wood also inquired about visitations, communication, and possible
pastor visitations. Mr. Wood was given all needed information regarding his
concerns and inquiries. Mr. Wood left his number for inmate Flynn so that he
could contact him at a later time.
     This officer then made contact with Assistant Jail Commander Fox 327 and
informed her of the situation. I was instructed that inmate Flynn was not to be
informed yet of Shantell's passing and that he would be informed once the
information was verified. A few minutes later I received a call from Commander
Grider 174 and was instructed to secure inmate Flynn into the holding cell until
the Sheriff, AJC Fox, or himself arrived to explain the situation to inmate
Flynn. I informed Commander Grider that at this time, inmate Flynn was in the
rec yard conducting his therapy and after that he would be secured in the
holding cell. Commander Grider also instructed this officer that he did not want
inmate Flynn to get any information from the outside concerning the situation
until the investigation was over.
     At approximately 1420 hrs, "E" block inmates were escorted from the
recreation yard back to their block. This officer had inmate Flynn step into the
nurses' office while the rest of the block was secured. This officer then
informed inmate Flynn that he would need to go to the holding cell until he was
spoken to by one of the above mentioned individuals. Inmate Flynn was resistant
to comply but after several moments of speaking with him, he did go to the
holding cell without incident. Phones were turned off at this time.
     At approximately 1540 hrs, Heather Flynn (inmate Joseph Flynn's
sister)informed Control Room Attendant Conaster that she was going to the news
station if she did not speak with me. This officer exited the facility. Ms.
Flynn wanted to know what was going on with inmate Flynn and how come she was
not allowed to visit him at this time, especially due to the circumstances.
After several minutes of talking with Ms. Flynn and explaining that inmate Flynn
was being taken care of and that he would be kept safe and secure during this
situation, Ms. Flynn had calmed down and stated that she understood and that she
was just upset over the whole situation. Ms. Flynn and her family left without
incident.
     Once in the holding cell, inmate Flynn progressively got more agitated
and belligerent. Inmate Flynn begun wanting to know what was going on and
inquired if it had anything to do with his family. By approximately 1600 hrs,
inmate Flynn was threatening to tear up the phone, plumbing, door air lines, and
security cameras located in the holding cell. Inmate Flynn also covered one
window with soap to distort the camera view and threw water out into the hallway
and vestibule area. Inmate Flynn threatened physical harm towards all Jail staff
and inmate workers. Inmate Flynn demanded to know what was going on constantly,
yelling, and screaming. Other inmates housed in the holding cell during this

HENRYCODEFS001161

time requested that he or they be moved for safety purposes. Inmate Flynn did
state to all inmates in the holding cell that they were not in any danger from
him due to his aggression being towards staff for putting him in the holding
cell without giving him any information about what was going on.
    At approximately 1630 hrs, inmate Flynn was still highly agitated and
making threats. However inmate Flynn did state that all he wanted to know was if
his kids were ok and then he would settle down and wait to be talked to.
Supervisor Hedges 217 made contact with Sheriff McCorkle and was instructed to
inform inmate Flynn of Shantell's passing. I accompanied her to the holding cell
where inmate Flynn was informed of the situation. Inmate Flynn took the news
extremely hard. During this time, I heard banging coming from "D" block. When I
opened the window of the main door, inmates Andrew West and Jonas Jackson were
standing at the door requesting that I open the door. Request was denied and
they did state that if I had then they would have forced their way out of the
block to run down the hall to tell inmate Flynn about Shantell's passing. They
stated that from inmate Flynn's yelling out requests to the jail to contact his
family they had found out about the situation. I informed them that inmate Flynn
was being informed already and that they needed to relax. Supervisor Hedges,
having gotten permission from the Sheriff, then requested that I ask inmate West
if he had an e-cig that inmate Flynn could use. Inmate West went and retrieved
an e-cig and handed it to this officer without incident and I handed it to
Supervisor Hedges. I then returned to the holding cell where after speaking with
the Sheriff about relocating inmate Flynn to the recreation yard, I decided to
move him to the rec yard.
    Due to the circumstances of inmate Flynn's behavior this officer
handcuffed inmate Flynn behind the back and escorted him to the recreation yard.
Inmate Flynn was provided a mat and was informed that he would be allowed to
stay in the recreation yard until he was calm enough to go back to the block,
however due to his most recent behavior if he acted out or caused issues with
the staff or any other inmate then he would be returned to the holding cell
where he would be locked down. Inmate Flynn stated that he understood and would
not cause any issues while in the recreation yard and just wanted to be left
alone so he could deal with the news.
    At approximately 1710 hrs, Sheriff McCorkle arrived at the Jail with AJC
Fox. This officer informed Sheriff McCorkle of my decision of moving inmate
Flynn to the recreation yard and what my reason were. After a few moments this
officer accompanied AJC Fox to the recreation yard where she spoke with inmate
Flynn for several moments alone. This officer then left the facility and went
home. Nothing further at this time.


  15-056729 17:20:00 12/13/2015 MJN 0     127.00 E. Hedges J217      15-1279

This inmate was brought to the rec yard to do his physical therapy

  15-056730 17:38:49 12/13/2015 MJN 0     127.00 C Lecher PE483      15-1279

Secured from physical therapy

  15-056861 13:20:49 12/14/2015 MJN 0       0.00 B Greer PE360       15-1279

out for physical therapy in rec yard

  15-056864 13:51:52 12/14/2015 MJN 0       0.00 B Greer PE360       15-1279

secured from recyard

HENRYCODEFS001162

```
09/25/18                    Spillman Data Systems, Inc.                    752
20:26                                                        Page:      8
```

15-056892 18:33:21 12/14/2015 MJN 0    127.00 E. Hedges J217    15-1279

out for physical therapy.

15-057026 19:10:39 12/15/2015 MJN 0      0.00 R Carver J445     15-1279

SECURED

15-057102 09:16:03 12/16/2015 MJN 0      0.00 T Weesner J383    15-1279

TAKEN TO FUNERAL BY J507 BOCKOVER

15-057105 09:37:00 12/16/2015 MJN 0      0.00 T Weesner J383    15-1279

BACK FROM FUNERAL AND SECURE..Inmate was given the oppprtunity to go to the Rec
Yard for some alone time, inmate refused to and said that he wished to go back
to the block and make a phone call.

15-057135 12:44:55 12/16/2015 MJN 0      0.00 T Weesner J383    15-1279

OUT IN REC YARD FOR THERAPY

15-057148 13:40:45 12/16/2015 MJN 0      0.00 T Weesner J383    15-1279

SECURE FROM THERAPY

15-057180 17:20:25 12/16/2015 MJN 0    127.00 E. Hedges J217    15-1279

physical therapy

15-057183 18:05:08 12/16/2015 MJN 0    127.00 N Fredericks     15-1279

secure from pysical therapy

15-057256 08:50:53 12/17/2015 MJN 0      0.00 T Weesner J383    15-1279

Out to see Commander Grider in his office.

15-057257 08:59:41 12/17/2015 MJN 0      0.00 Y Williamson     15-1279

Secured.

15-057359 17:10:49 12/17/2015 MJN 0      0.00 N Fredericks     15-1279

OUT IN REC YARD FOR THERAPY

15-057360 17:41:56 12/17/2015 MJN 0      0.00 N Fredericks     15-1279

SECURED FROM THERAPY

15-057535 21:08:10 12/18/2015 MJN 0    127.00 C Lecher PE483    15-1279

HENRYCODEFS001163

```
09/25/18                    Spillman Data Systems, Inc.                    752
20:26                                                            Page:    9
```

On this said date, I attempted to let Inmate Flynn do his physical therapy, when Officer Huxhold, Officer Letzler, and myself noticed that his therapy band was gone.  We could not find the band anywhere in the booking area, or the nurses office.  I then called Supervisor Williamson and Officer Weesner who both informed me that Flynn had received his band going out to rec.  Officer Williamson told me she was not the officer to secure them for rec so she was not sure if the band was taken.  She also informed me that she had taken a piece of the band that had been torn off from Barry Bogart.

Officer Weesner informed me that she had not taken the band either because she had thought that Supervisor Williamson had taken it when she got the piece broken off.

I asked Inmate Flynn if he had the band and he informed me that Officer Blake had taken the pieces after he was back in the block.  Officer Blakes number was out of service, so I informed Flynn that he would not be pulled without a band and he was fine with it.

Nothing further at this time.

```
  15-057631 18:00:51 12/19/2015 MJN 0      0.00 R Carver J445      15-1279

REC YARD FOR PT

  15-057632 18:12:24 12/19/2015 MJN 0      0.00 W Reagan J553      15-1279

SECURED

  15-057720 17:45:17 12/20/2015 MJN 0      0.00 R Carver J445      15-1279

OUT FOR THERAPY IN REC YARD

  15-057725 18:27:41 12/20/2015 MJN 0      0.00 R Carver J445      15-1279

SECURE FROM THERAPY

  15-057844 13:01:03 12/21/2015 MJN 0      0.00 R Blake J271       15-1279

REC YARD FOR PT

  15-057849 13:37:47 12/21/2015 MJN 0      0.00 T Decker J478      15-1279

SECURED

  15-057905 17:00:00 12/21/2015 MJN 0    127.00 T Letzler J427     15-1279
```

Inmate Joseph Flynn will not be pulled out of the block for physical therapy tonight due to his behavior and threats toward this officer.  (See event #15-057900)

```
  15-058034 20:10:38 12/22/2015 MJN 0      0.00 R Carver J445      15-1279

PT IN REC YARD

  15-058039 20:30:49 12/22/2015 MJN 0      0.00 R Carver J445      15-1279

SECURED
```

HENRYCODEFS001164

```
09/25/18                Spillman Data Systems, Inc.                       752
20:26                                                    Page:    10
```

15-058148 13:15:32 12/23/2015 MJN 0     0.00 B Greer PE360     15-1279

IS DOING PT AND REC AT SAME TIME

15-058232 14:20:00 12/24/2015 MJN 0   127.00 D Bockover J507   15-1279

At  the time of his sisters disturbance, he stated that he was going to cross
the block up to get moved to talk to his sister.At 14:50 he was OK. Nothing else
at this time.

15-058307 12:19:32 12/25/2015 MJN 0     0.00 T Decker J478     15-1279

OUT FOR THERAPY

15-058312 13:15:25 12/25/2015 MJN 0     0.00 R Blake J271      15-1279

SECURE FROM THERAPY

15-058463 12:30:01 12/26/2015 MJN 0     0.00 B Greer PE360

Nurse Tara and J427 speaking with inmate in regards to Inmate Gona
yelling

15-058472 13:06:15 12/26/2015 MJN 0     0.00 Y Williamson     15-1279

retrieved towel and wash cloth from E block and gave to him in H block

15-058754 18:24:04 12/28/2015 MJN 0     0.00 R Carver J445     15-1279

OUT FOR THERAPY IN REC YARD

16-000606 20:10:21 01/05/2016 MJN 0     0.00 R Carver J445     15-1279

PHYSICAL THERAPY IN REC

16-000610 21:12:15 01/05/2016 MJN 0     0.00 T Poe J506        15-1279

SECURED

16-001002 12:57:41 01/08/2016 MJN 0     0.00 B Greer PE360     15-1279

HANDCUFFED AND ESCORTED TO COMMANDERS OFFICE

16-001003 13:00:45 01/08/2016 MJN 0     0.00 B Greer PE360     15-1279

INMATE FLYNN WAS SECURED WITHOUT INCIDENT

16-001015 15:07:00 01/08/2016 MJN 0   127.00 E. Hedges J217    15-1279

dcs, meeting

16-001017 15:30:41 01/08/2016 MJN 0   127.00 E. Hedges J217    15-1279

DCS, CHILDREN VISIT

16-001035 19:26:56 01/08/2016 MJN 0   127.00 E. Hedges J217    15-1279

**HENRYCODEFS001165**

```
09/25/18                    Spillman Data Systems, Inc.                         752
20:26                                                               Page:    11
```

exercise

  16-001038 20:00:13 01/08/2016 MJN 0      0.00 E. Hedges J217

SECURED FROM THERAPY

  16-001095 11:45:50 01/09/2016 MJN 0      0.00 R Huxhold PE436   15-1279

OUT FOR PT

  16-001097 12:23:10 01/09/2016 MJN 0      0.00 A Moore J551      15-1279

SECURED

  16-001137 20:13:18 01/09/2016 MJN 0    127.00 E. Hedges J217   15-1279

Out for therapy.

  16-001139 20:48:16 01/09/2016 MJN 0    127.00 E. Hedges J217   15-1279

Secured from therapy.

  16-001567 14:15:24 01/13/2016 MJN 0      0.00 B Greer PE360    15-1279

PT IN REC YARD

  16-001598 19:37:04 01/13/2016 MJN 0      0.00 E. Hedges J217   15-1279

INMATE OUT FOR THERAPY IN REC YARD

  16-001599 20:01:23 01/13/2016 MJN 0      0.00 E. Hedges J217   15-1279

SECURE IN BLOCK

  16-002792 14:29:05 01/24/2016 MJN 0      0.00 R Carver J445    15-1279

BROUGHT OUT TO REC YARD FOR THERAPY

  16-005745 19:21:11 02/17/2016 MJN 0      0.00 M Westermen      15-1279

REFUSED PT

  16-005966 20:22:30 02/18/2016 MJN 0      0.00 M Westermen      15-1279

OUT TO REC YARD FOR THERAPY

  16-005972 20:52:55 02/18/2016 MJN 0      0.00 C Lecher PE483   15-1279

SECURED FROM THERAPY

  16-006041 11:02:30 02/19/2016 MJN 0      0.00 D Conatser      15-1279

INMATE MEET WITH PROBATION

  16-006384 10:29:11 02/22/2016 MJN 0      0.00 T Poe J506       15-1279

HENRYCODEFS001166

```
09/25/18                    Spillman Data Systems, Inc.                          752
20:26                                                               Page:    12
```

Out for therapy

  16-006394 11:53:55 02/22/2016 MJN 0     0.00 T Weesner J383     15-1279

Secured from therapy

  16-007441 20:41:42 02/29/2016 MJN 0     0.00 E. Hedges J217     15-1279

OUT IN REC YARD FOR THERAPY. WHEN 217 GOT DOWN TO THE BLOCK TO GET HIM HE
REFUSED.THIS INMATE DID NOT HAVE THERAPY AT THIS TIME

  16-007579 20:40:04 03/01/2016 MJN 0     0.00 E. Hedges J217     15-1279

Therapy

  16-007584 20:50:23 03/01/2016 MJN 0     0.00 E. Hedges J217     15-1279

SEC from Therapy

  16-008469 17:15:14 03/08/2016 MJN 0     0.00 T Weesner J383     15-1279

Inmate Flynn was upset after returning to the block and found that his mail and
pictures had been searched. Inmate Flynn stated that "you guys tear up my shit,
I am going to tear up your shit". Inmate Flynn started banging on the doors and
yelling for a few minutes then quit.

  16-008649 21:59:04 03/09/2016 MJN 0     0.00 Buckhorn-Miller    15-1279

out in short hall for physical therapy

  16-009441 19:55:02 03/15/2016 MJN 0     0.00 E. Hedges J217     15-1279

] ---------------------- is picking up Joseph Flynn commissary.

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

HENRYCODEFS001167

```
08/26/15
23:56                          Main Names Table:                              1124
                                                                    Page:     1
         Name and Address
Numbr:        67463
Last: Flynn                    Fst: Joseph              Confined
Addr: 2816 Broad                                  Mid: Wayne
City: New Castle      ST: IN   ZIP: 47362    Hst: 425 S 15
Death:   /  /   Alias For:                        New Castle           IN 47362

     Personal Identification
DL Number: 1040717358              SSN: ▓▓▓▓▓▓▓     State ID: IN01252168
DL State: IN     Class:            FBI: 953149WB1   Local ID:
Home Tel: (765)520-1837     Other Tel:
Work Tel: (   )  -          Internet:

     Physical Description
   DOB: ▓▓▓▓▓▓     31 yrs  Eyes: GRN  Green      Cmplxn: FAIR Fair
   Race: W White/Non His  Glasses: N  No Glasses/ConSpeech: ART  Articulate/Di
   Sex: M Male            Hair: BRO  Brown       Teeth: STR  Straight
Height: 5'08"  173 cm  Hairstyle: CREW Crew Cut   Build: MCLR Muscular
Weight: 170lbs  77 kg      Beard: G    Goatee    Ethnic: NHIS Non Hispanic

     Traits
              Name Type: IND   Sub Type:
Scars, Marks, and Tattoos: TAT R LEG  TATT&RT&LEG  Flynn                    &
                       MO:

     Narrative/Other
Alert Codes: DUSR JAIL ESCP PROB IHDT
   Comments: (None)
Addresses:      Premis:      Xtra:      Visited Inmates: &   Had Visitors: &
     Image: PHO    Merge:
= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

INVOLVEMENTS:
Type  Record #    Date      Description              Relationship
AR    15-1279   08/26/15    Deal Cocaine or Narcotic  *Confined
WA    15-0995   08/26/15    DEALING METH
WA    10-0511   04/14/10    BATTERY                   *Served, Returned to
WA    08-1569   12/09/08    FTC/RECEIVING STOLEN PROPERTY *Served, Returned to
WA    08-1166   08/09/08    FAILURE TO APPEAR         *Served, Returned to
WA    08-1255   08/09/08    FTA                       *Served, Returned to
WA    06-1857   11/08/06    FTP/RLE/DOC               *Served, Returned to
WA    06-1861   11/08/06    FTP/BATTERY               *Served, Returned to
WA    06-1262   09/12/06    Battery                   *Served, Returned to
WA    06-1420   09/12/06    FTP RLE,Disorderly Conduct, Cr *Served, Returned to
WA    06-0800   05/29/06    Battery                   *Served, Returned to
WA    05-0810   05/25/05    Probation Violation       *Served, Returned to
WA    04-0322   02/03/05    FTA                       *Served, Returned to
```

HENRYCODEFS001172

| | | | | |
|---|---|---|---|---|
| WA | 04-1221 | 02/03/05 | FTP / POSSESSION OF MARIJUANA | *Served, Returned to |
| WA | 03-1637 | 09/12/03 | BATTERY | *Served, Returned to |
| WA | 03-1336 | 07/31/03 | Theft | *Served, Returned to |
| WA | 03-1015 | 06/21/03 | burglary/theft | *Served, Not Yet Retu |
| WA | 03-1075 | 06/21/03 | FTA/POSS STOLEN PROPERRY/FAIL | *Served, Returned to |
| WA | 03-1076 | 06/21/03 | FTA/POSS MARIJ/POSS PARPH | *Served, Returned to |
| WA | 03-1077 | 06/21/03 | FTA/HEARING/POSS PARPH/POSS PA | *Served, Returned to |
| WA | 03-0481 | 04/07/03 | FTA | *Served, Returned to |
| WA | 03-0482 | 04/07/03 | FTA | *Served, Returned to |
| WA | 02-1950 | 10/29/02 | FTA/POSS MARIJ/POSS PARPH/PI | *Served, Returned to |
| AR | 10-1620 | 12/28/10 | Receiving Stolen Property | *Arrested |
| AR | 10-0624 | 04/14/10 | Battery | *Arrested |
| AR | 10-0241 | 02/12/10 | Contempt of Court | *Arrested |
| AR | 09-1801 | 10/02/09 | Contempt of Court | *Arrested |
| AR | 09-0979 | 08/20/09 | Contempt of Court | *Arrested |
| AR | 08-2523 | 12/09/08 | Contempt of Court | *Arrested |
| AR | 08-1648 | 08/11/08 | Contempt of Court | *Arrested |
| AR | 08-0628 | 04/02/08 | Failure to Appear | *Arrested |
| AR | 07-1338 | 07/10/07 | Battery | *Arrested |
| AR | 07-0731 | 04/18/07 | Receiving Stolen Property | *Arrested |
| AR | 06-2670 | 01/22/07 | Trespass | *Arrested |
| AR | 06-2476 | 11/08/06 | Disorderly Conduct | *Arrested |
| AR | 06-2013 | 09/12/06 | Resisting Law Enforcement | *Arrested |
| AR | 06-1130 | 07/17/06 | Resisting Law Enforcement | *Arrested |
| AR | 06-0123 | 02/13/06 | Posess Marijuana/Hash | *Arrested |
| AR | 05-1082 | 01/08/06 | Escape | *Arrested |
| AR | 05-0575 | 05/13/05 | Minor Posess/Alcohol | *Arrested |
| AR | 05-0231 | 02/05/05 | Failure to Appear | *Arrested |
| AR | 03-1594 | 11/03/03 | Receiving Stolen Property | *Arrested |
| AR | 03-1548 | 06/26/03 | Receiving Stolen Property | *Arrested |
| AR | 03-1230 | 05/26/03 | Receiving Stolen Property | *Arrested |
| AR | 03-0887 | 04/08/03 | Posess Marijuana/Hash | *Arrested |
| AR | 02-2822 | 11/11/02 | Failure to Appear | *Arrested |
| AR | 02-2673 | 10/10/02 | Posess Marijuana/Hash | *Arrested |
| AR | 02-2180 | 08/16/02 | Posess Marijuana/Hash | *Arrested |
| LW | 1508028 | 08/26/15 | <No access allowed> | Arrested |
| LW | 1506003 | 06/03/15 | <No access allowed> | Suspect |
| LW | 15-005786 | 05/08/15 | Battery | Witness |
| LW | 10-017328 | 09/25/10 | B & E Progress | Arrested |
| LW | 10-016518 | 09/17/10 | Burglary | Suspect |
| LW | 10-016387 | 09/13/10 | Burglary | Suspect |
| LW | 10-014602 | 08/20/10 | Burglary | Poss. Suspect |
| LW | 10-014725 | 08/18/10 | Citizen Dispute | Involved |
| LW | 10-014117 | 08/09/10 | Burglary | Poss. Suspect |
| LW | 10-013195 | 07/25/10 | Theft-Property | Suspect |
| LW | 10-012447 | 07/15/10 | Citizen Dispute | Possibly involved |
| LW | 10-007744 | 05/09/10 | <No access allowed> | Passenger of vehicle |
| LW | 10-006078 | 04/14/10 | Wanted Person | Arrested |
| LW | 10-005203 | 04/01/10 | Citizen Dispute | Suspect |
| LW | 09-007119 | 05/01/09 | Information | Poss. Involved |
| LW | 08-019669 | 01/19/09 | Burglary | Suspect |
| LW | 08-023875 | 01/03/09 | Theft-Automobil | Suspect |
| LW | 08-024889 | 12/26/08 | Citizen Dispute | Involved |
| LW | 08-023860 | 12/09/08 | Wanted Person | Arrested |
| LW | 08-019062 | 09/23/08 | Theft-Property | Suspect |
| LW | 08-016489 | 08/19/08 | Battery | Involved |

HENRYCODEFS001173

| LW | 08-015769 | 08/09/08 | Wanted Person | Arrested. |
| LW | 08-008751 | 05/10/08 | Family Fight | Involved |
| LW | 08-003154 | 02/19/08 | Citizen Assist | Suspect |
| LW | 07-026039 | 12/15/07 | Threatening | Suspect |
| LW | 07-014188 | 07/12/07 | Weapon Offense | witness |
| LW | 07-014093 | 07/11/07 | Vandalism | *Complainant |
| LW | 07-013970 | 07/09/07 | Family Fight | Involved |
| LW | 07-013999 | 07/09/07 | Family Fight | Arrested |
| LW | 07-007965 | 04/24/07 | Juvenile Prob | Possible Suspect |
| LW | 07-006633 | 04/17/07 | Theft-Automobil | Suspect |
| LW | 07-007441 | 04/17/07 | Recovered Prop | Arrested |
| LW | 07-005725 | 03/25/07 | Threatening | Involved |
| LW | 07-003519 | 02/22/07 | Theft-Property | Suspect |
| LW | 06-024735 | 01/04/07 | Burglary | Possible Suspect |
| LW | 06-025615 | 12/09/06 | Burglary | Arrested |
| LW | 06-025618 | 12/09/06 | Wanted Person | Arrested |
| LW | 06-024158 | 11/19/06 | Citizen Dispute | Witness |
| LW | 06-023441 | 11/08/06 | Theft-Property | Involved |
| LW | 06-021792 | 10/16/06 | Battery | Involved |
| LW | 06-019311 | 09/12/06 | Wanted Person | Arrested |
| LW | 06-010802 | 05/29/06 | 911 Incomplete | ARRESTED |
| LW | 06-010828 | 05/29/06 | Burglary | Suspect |
| LW | 06-006585 | 04/06/06 | Overdose | Contact |
| LW | 05-012230 | 01/10/06 | Battery | Possible Suspect |
| LW | 05-012227 | 01/08/06 | Battery | Suspect |
| LW | 05-010333 | 05/25/05 | Wanted Person | ARRESTED |
| LW | 05-004968 | 03/16/05 | Traffic Offense | Arrested |
| LW | 05-003814 | 02/28/05 | Theft-From Veh | Possible Suspect |
| LW | 05-003925 | 02/28/05 | Traffic Offense | Arrested |
| LW | 03-015186 | 10/08/03 | Battery | Possible Suspect |
| LW | 03-018880 | 09/12/03 | Wanted Person | ARRESTED |
| LW | 03-016043 | 08/20/03 | Battery | Suspect |
| LW | 03-015461 | 07/31/03 | Wanted Person | Warrant Arrest |
| LW | 03-009266 | 07/06/03 | Theft-Automobil | Suspect |
| LW | 03-012518 | 06/26/03 | Escape | Escape/Arrested |
| LW | 03-012231 | 06/23/03 | Burglary | Suspect |
| LW | 03-012029 | 06/22/03 | Burglary | Suspect |
| LW | 03-012108 | 06/21/03 | Wanted Person | Arrested |
| LW | 03-012108 | 06/21/03 | Wanted Person | Arrested |
| LW | 03-012112 | 06/21/03 | Traffic Offense | Arrested |
| LW | 03-011432 | 06/12/03 | Citizen Dispute | suspect |
| LW | 03-010592 | 06/02/03 | Theft-Property | Arrested |
| LW | 03-010196 | 05/29/03 | Agency Assist | Involved |
| LW | 03-009267 | 05/20/03 | Accident HR | arrested LSA |
| LW | 03-009268 | 05/18/03 | Canine Report | Arrested |
| LW | 03-009287 | 05/18/03 | Recovered Veh | Suspect/Arrested |
| LW | 03-006339 | 04/07/03 | Wanted Person | Arrested |
| LW | 03-001152 | 01/20/03 | Theft-From Veh | Suspect |
| LW | 03-001151 | 01/19/03 | Burglary | Suspect |
| LW | 02-022494 | 10/29/02 | Theft-From Veh | Suspect |
| LW | 02-022498 | 10/29/02 | Wanted Person | Arrested |
| LW | 0210010 | 10/14/02 | <No access allowed> | Arrested |
| LW | 02-021087 | 10/10/02 | Traffic Offense | Arrested |
| LW | 02-020829 | 10/07/02 | B & E Progress | Subject Involved |
| LW | 02-019869 | 09/24/02 | Threatening | Suspect |
| LW | 02-019879 | 09/24/02 | Citizen Assist | Suspect |

HENRYCODEFS001174

```
LW   02-013044   07/03/02   Citizen Dispute            Juvenile Arrested
LW   02-010019   05/27/02   Traffic Offense            Driver Arrested
LW   02-008803   05/10/02   Juvenile Prob              Involved
LW   02-008635   05/08/02   Weapon Offense             Involved
LW   02-007166   04/18/02   Juvenile Prob              Juvenile Arrested
LW   01-023238   11/05/01   Battery                    Suspect
LW   01-019114   09/11/01   Accident PI                Passenger V2
LW   00-023765   12/13/00   Suspicious                 Suspect
LW   00-017040   09/13/00   Theft-Property             Suspect
LW   99-019920   11/07/99   Traffic Offense            Subject Involved
LW   99-008434   05/19/99   Juvenile Prob              Witness
LW   96-13580    10/15/96   Juvenile Prob              Witness
LW   96-13224    10/08/96   Juvenile Prob              Suspect
CT     025620    03/16/05   Driving While Suspended    *Defendant
CT     025951    02/28/05   Driving w/o Licence        *Defendant
CT     022560    05/27/02   Driving w/o Licence        *Defendant
CT     023461    04/18/02   Tobacco Purchase by minor  *Defendant
VH   11-3485     11/24/11   SIL 2000 CHEV YUKON IN     *Owner
CA     348417    07/11/07   01:06 07/11/07 Vandalism   *Complainant
PR     145687    08/26/15   <No access allowed>        *Owner
PR     122076    09/27/10   RED Shoes Nike Shox   $0   *Owner
PR      68859    10/10/02   <No access allowed>        *Owner
PR      68860    10/10/02   <No access allowed>        *Owner
```

Name history:

```
                          Name/Address/Phone History
Expired    Address       City      ST Zip   Phone    Last Name    First   M
09/25/10   425 S 15      New Castle IN 47362 (765)59 Flynn        Joseph  Wa
03/18/10   425 S 15      New Castle IN 47362 (765)52 Flynn        Joseph  Wa
05/12/09   5217 Council R Kokomo    IN 46902 (765)52 Flynn        Joseph  Wa
08/09/08   6153 N Old Mun New Castle IN 47362 (765)52 Flynn       Joseph  Wa
05/07/08   2816 Broad    New Castle IN 47362 (765)52 Flynn        Joseph  Wa
07/12/07   2717 Spring   New Castle IN 47362 (765)52 Flynn        Joseph  Wa
04/20/07   2816 Broad    New Castle IN 47362 (765)52 Flynn        Joseph  Wa
11/20/06   814 S 19th    New Castle IN 47362 (765)52 Flynn        Joseph  Wa
11/08/06   414 N 29      New Castle IN 47362 (765)52 Flynn        Joseph  Wa
05/29/06   414 N 29      New Castle IN 47362 (765)52 Flynn        Joseph  Wa
04/06/06   1412 S 19     New Castle IN 47362 (765)52 Flynn        Joseph  Wa
05/17/05   1412 S 19     New Castle IN 47362 (   )   Flynn        Joseph  Wa
04/18/02   1115 S 18     New Castle IN 47362 (765)52 Flynn        Joseph  Wa
09/11/01   2101 Alabama  New Castle IN 47362 (765)52 Flynn        Joseph  Wa
09/30/99   2122 Grand    New Castle IN 47362 (   )   Flynn        Joesph  Wa
10/15/96                 New Castle IN 47362 (   )   Flynn        Joe
```

Scars/Marks/Tattoos Detail:
```
               Scars, Marks, Tattoos, and Other Characteristics
Seq NCIC Code                       Type Pos Part Comments
  1 TAT R LEG   Leg, right          TATT RT  LEG  Flynn
  2 TAT R ARM   Arm, right          TATT RT  ARM  Outlaw
```

HENRYCODEFS001175