## Lewark, Dennette

**Pay Period Starting 02/14/16**
**Henry County**

| Date | Miles | Time In | Break | Time Out | Totals |
|---|---|---|---|---|---|
| 02/14/2016 | 0 | 08:00am | 09:59am - 04:00pm | | 8.00 R |
| 02/15/2016 | 0 | 02:00pm | 06:09pm - 06:00pm | | 4.00 H |
| | | **Comments:** Holiday pay | | | |
| 02/17/2016 | 0 | 01:00pm | 08:23am - 08:00pm | | 7.00 R |
| 02/18/2016 | 0 | 01:00pm | 07:56am - 08:00pm | | 7.00 R |
| 02/22/2016 | 0 | 02:00pm | 08:52am - 08:00pm | | 6.00 R |
| 02/25/2016 | 0 | 01:00pm | 10:37am - 07:00pm | | 6.00 R |
| 02/26/2016 | 0 | 02:00pm | 08:18pm - 08:00pm | | 6.00 R |
| 02/27/2016 | 0 | 08:00am | 12:12pm - 04:00pm | | 8.00 R |

**Miles**   **Vacation**   **Sick**   **Holiday**   **Regular**

## Lewark, Dennette

**Pay Period Starting 02/28/16**
**Henry County**

| Date | Miles | Time In | Break | Time Out | Totals |
|---|---|---|---|---|---|
| 02/28/2016 | 0 | 11:00am | 08:28pm - 07:00pm | | 8.00 R |
| 03/02/2016 | 0 | 04:00pm | 01:27pm - 10:00pm | | 6.00 R |
| 03/03/2016 | 0 | 01:30pm | 12:59pm - 07:30pm | | 6.00 R |
| 03/04/2016 | 0 | 10:00am | 12:58pm - 01:00pm | | 3.00 R |
| 03/07/2016 | 0 | 01:30pm | 10:08am - 07:30pm | | 6.00 R |
| 03/11/2016 | 0 | 01:00pm | 09:02am - 07:00pm | | 6.00 R |
| 03/12/2016 | 0 | 09:02am | 06:24pm - 05:02pm | | 8.00 R |

**Miles**   **Vacation**   **Sick**   **Holiday**   **Regular**

Disapprove Henry County Shifts and Unarchive

# Westermen, Tara

**Pay Period Starting 02/14/16**

**Henry County:**

| Date | Miles | Time In | Break | Time Out | Totals | |
|---|---|---|---|---|---|---|
| 02/15/2016 | 0 | 07:30am | 03:30pm - | 04:00pm | 8.50 | R |
| 02/16/2016 | 0 | 07:15am | 03:31pm - | 03:15pm | 8.00 | R |
| 02/17/2016 | 0 | 07:20am | 03:32pm - | 12:00pm | 4.67 | R |
| 02/18/2016 | 0 | 07:00am | 03:33pm - | 12:00pm | 5.00 | R |
| 02/19/2016 | 0 | 07:00am | 07:14am - | 12:00pm | 5.00 | R |
| 02/22/2016 | 0 | 07:23am | | 02:57pm | 7.57 | R |
| 02/23/2016 | 0 | 07:12am | 07:02am - | 12:00pm | 4.80 | R |
| 02/24/2016 | 0 | 07:00am | 07:03am - | 04:00pm | 9.00 | R |
| 02/25/2016 | 0 | 07:20am | 07:04am - | 02:30pm | 7.17 | R |
| 02/26/2016 | 0 | 07:15am | 05:27pm - | 11:30am | 4.25 | R |

**Miles    Vacation    Sick    Holiday    Regular**

Disapprove Henry County Shifts and Unarchive

**Pay Period Starting 02/28/16**

**Henry County:**

| Date | Miles | Time In | Break | Time Out | Totals | |
|---|---|---|---|---|---|---|
| 02/29/2016 | 0 | 07:15am | 06:49am - | 02:45pm | 7.50 | R |
| 03/01/2016 | 0 | 07:16am | 12:09pm - | 11:50am | 4.57 | R |
| 03/02/2016 | 0 | 07:20am | 11:11am - | 03:50pm | 8.50 | R |
| 03/03/2016 | 0 | 07:20am | 11:43am - | 11:43am | 4.38 | R |
| 03/04/2016 | 0 | 08:00am | 07:28pm - | 03:00pm | 7.00 | R |
| 03/07/2016 | 0 | 07:25am | | 04:09pm | 8.73 | R |
| 03/08/2016 | 0 | 07:15am | 03:04pm - | 11:45am | 4.50 | R |
| 03/09/2016 | 0 | 07:20am | 03:08pm - | 03:08pm | 7.80 | R |
| 03/10/2016 | 0 | 07:24am | | 03:12pm | 7.80 | R |
| 03/11/2016 | 0 | 07:20am | 09:10pm - | 11:45am | 4.42 | R |