GOSSER, BRIAN LEE Enc#16047789 MR#276387 Type O EMR 3/3/2016 Coding Summary   3/7/2016



**Henry County Hospital**
**1000 North 16 Street**
**New Castle, IN 47362**

## Outpatient Coding Summary

| Patient Name<br>**Gosser, Brian Lee** | | Sex<br>**Male** | Birth Date<br>REDACTED | Age<br>**32** | MR Number<br>**276387** | Account Number<br>**16047789** |
|---|---|---|---|---|---|---|
| Admit Date<br>**03/03/16 10:42 PM** | Discharge Date<br>**03/04/16 12:17 AM** | LOS<br>**1** | Financial Class<br>**Medicaid** | | Disposition<br>**2 Disch/trans - other shrt-trm gen IP hosp** | |
| Attending Physician<br>**Zimmerman Lindsay T** | | Coder<br>**Hall, Tammy** | | | Patient Type<br>**Emergency** | |

**Admit Diagnosis**
R0602 Shortness of breath

**Diagnosis Reason for Visit**
R0602 Shortness of breath

**Primary Diagnosis**
A419 Sepsis, unspecified organism

**Secondary Diagnosis**
J90 Pleural effusion, not elsewhere classified
N179 Acute kidney failure, unspecified
S36119A Unspecified injury of liver, initial encounter
Y042XXA Assault by strike against or bumped into by another person, initial encounter
Y939 Activity, unspecified
Y92149 Unspecified place in prison as the place of occurrence of the external cause
I10 Essential (primary) hypertension
Z720 Tobacco use

| Procedures | Provider | Date |
|---|---|---|
| | | |

| CPT Procedures and Modifiers | Provider | Date |
|---|---|---|
| 51702  Insertion of temporary indwelling bladder catheter; sim | 14172  Zimmerman Lindsay T | 03/03/16 |

| APC | CPT | APC Text | APC Weight | APC Pct | APC Reimb | CMS Reimb |
|---|---|---|---|---|---|---|
| 00000 | 51702 | 00000 This APC Has Not Been Assigned | | | | |

| APC Total Reimbursement | | APC Total Weight | Total CMS Reimbursement | |
|---|---|---|---|---|
| Bill Type<br>**131** | Claim Type | Claim Disposition | Condition Code<br>**None** | |

**\*8049\***
Outpatient Coding Summary

MR number: 276387
Admit date: 03/03/16 10:42 PM
Confidential

Account number: 16047789
Discharge date: 03/04/16 12:17 AM
Page 1 of 1

3M HRM APCFm_RFV_Port.doc 07/11/08

HENRY CO. HOSPITAL_000001