UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DOUGLAS J. GOSSER, ) | |
| as Personal Representative ) | |
| OF THE ESTATE OF BRIAN ) | |
| LEE GOSSER, ) | |
|   ) | |
|   Plaintiff, ) | |
|   ) | |
|   v.   ) | CASE NO. 1:17-cv-03257-TWP-MPB |
|   ) | |
| HENRY COUNTY SHERIFF'S DEPARTMENT, ) | |
| RICHARD A. MCCORKLE, individually and in ) | |
| his official capacity as Sheriff of Henry County; ) | |
| and BRENT GRIDER, individually and in his ) | |
| official capacity as Jail Commander of the Henry ) | |
| County Jail, OFFICER ROBERT HUXHOLD, ) | |
| OFFICER TERESA WEESNER, ) | |
| OFFICER CLARK LECHER, individually and in ) | |
| their official capacities as Correctional Officers, ) | |
| QUALITY CORRECTIONAL CARE, LLC, ) | |
| CHRISTOPHER STEPHENSON, P.A., ) | |
| TARA WESTERMAN, R.N., and DENETTE ) | |
| LEWARK, R.N., ) | |
|   ) | |
|   Defendants. ) | |

**PLAINTIFF'S EXPERT WITNESS DISCLOSURE**

Pursuant to Federal Rule of Civil Procedure 26(a)(2)(B) and the Case Management Plan approved by the Court, Plaintiff, Douglas J. Gosser, Personal Representative of the Estate of Brian Lee Gosser ("Plaintiff"), hereby identifies the following expert witnesses whom he may call to testify at the trial:

(1)  Mark Gregory Tompkins, M.D., F.A.C.E.P.
     7674 St. Lawrence St.
     Zionsville, IN 46077

Dr. Tompkins' opinions are set forth in his November 12, 2018 expert report, which is attached hereto as **Exhibit 1**, together with a list of materials he has published during the past 10 years and the cases in which he has testified as an expert in a deposition or at trial in the past four

years. A list of materials Dr. Tompkins' considered in forming his opinion is identified in his report.

Dr. Tompkins is being compensated at an hourly rate of $375 per hour for case review and discussion; $750 per hour for deposition testimony; and $5,500 per day for trial testimony.

(2) Michael P. Alerding, CPA
Alerding CPA Group
4181 East 96th Street, Suite 180
Indianapolis, IN 46240

Mr. Alerding's opinions will be set forth in his expert report, and will be provided at a later date[1].

Mr. Alerding is being compensated at an hourly rate of $325 per hour.

Respectfully submitted,

s/*Jeffrey B. Halbert*
Ronald E. Elberger (#6675-49)
Jeffrey B. Halbert (#22727-49)

Bose McKinney & Evans LLP
111 Monument Circle, Suite 2700
Indianapolis, IN  46204
(317) 684-5000; (317) 684-5173 (Fax)
RElberger@boselaw.com
JHalbert@boselaw.com

*Attorneys for Plaintiff, Douglas J. Gosser, Personal Representative of the Estate of Brian Lee Gosser*

---

[1] Contemporaneously with this filing, Plaintiff, by counsel, has filed an unopposed motion for extension of time through and including December 31, 2018 for the limited purpose of allowing for the submission of Mr. Alerding's report.

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2018, a copy of the foregoing "Plaintiff's Expert Witness Disclosure" was served upon the following counsel of record by first-class, United States mail, postage prepaid, addressed to:

> Caren L. Pollack, Esq.
> Pollack Law Firm, P.C.
> 10333 North Meridian Street, Suite 111
> Indianapolis, IN  46290
> cpollack@pollacklawpc.com
>
> Brian M. Pierce, Esq.
> 106 East Washington Street
> Muncie, IN  47305
> brianpiercelaw@aol.com

> s/*Jeffrey B. Halbert*
> Jeffrey B. Halbert

3534384

**This document\* pertains to my requirement to provide an expert witness disclosure in the matter of GOSSER v HENRY COUNTY SHERIFF'S DEPARTMENT et al.**

My understanding of this requirement is that it states:

*Witnesses Who Must Provide a Written Report.* Unless otherwise stipulated or ordered by the court, this disclosure must be accompanied by a written report--prepared and signed by the witness--if the witness is one retained or specially employed to provide expert testimony in the case or one whose duties as the party's employee regularly involve giving expert testimony. The report must contain:
**(i)** a complete statement of all opinions the witness will express and the basis and reasons for them;
**(ii)** the facts or data considered by the witness in forming them;
**(iii)** any exhibits that will be used to summarize or support them;
**(iv)** the witness's qualifications, including a list of all publications authored in the previous 10 years;
**(v)** a list of all other cases in which, during the previous 4 years, the witness testified as an expert at trial or by deposition; and
**(vi)** a statement of the compensation to be paid for the study and testimony in the case.

\*I have documented to the best of my ability and understanding each element of the above requirement(s) i-vii under bold-faced headings listed on subsequent pages. There are 5 pages contained in this document (including this page).

EXHIBIT 1

**Statement of opinions and facts/basis/data/reasons considered in opinion formation:**

1) It is my opinion that Mr. Gosser should have been transported to the hospital on 2/26/2016. Mr. Gosser had physical signs of a head/face injury and was confused (see Jail Log, Event Number 16-007074). It is my opinion that Mr. Gosser was exhibiting signs of a potentially serious head injury on 2/26/2016 which warranted emergent hospital evaluation on 2/26/2016.

2) It is my opinion that the Mr. Gosser should have had vital signs taken and documented during his evaluation with Christopher Stephenson, PA-C on 3/2/16 (Quality Correctional Care entry dated 3/2/16). Vital signs are a routine part of a health provider patient evaluation and it is my opinion that they (vital signs) were required during Mr. Gosser's evaluation on 3/2/16.

3) It is my opinion that had vital signs been taken on 3/2/16, Mr.Gosser's infection and/or sepsis may have been identified sooner which may have influenced his final outcome.

4) It is my opinion that Mr.Gosser should have had a detailed chest exam performed and documented during his evaluation with Christopher Stephenson, PA-C on 3/2/16 (Quality Correctional Care entry dated 3/2/16). Mr.Gosser was being seen as an injury follow up and was exhibiting a new symptom (left sided rib pain). In my opinion, this warranted a thorough examination of his chest which should have included auscultation (listening ) of the lungs and palpation of his ribs.

5) It is my opinion that had Mr.Gosser's chest exam been more complete, his subsequent pneumonia, pulmonary edema, or additional rib fractures may have been identified sooner which may have influenced his final outcome.

6) It is my opinion that Mr.Gosser should have had an abdominal exam documented during his evaluation with Christopher Stephenson, PA-C on 3/2/16 (Quality Correctional Care entry dated 3/2/16). Mr.Gosser was being seen as an injury follow up for rib fractures and was exhibiting a new symptom (left sided rib pain). It is my opinion that this warranted an examination of the upper abdomen — which should have included palpation of the upper abdomen to assess for potential upper organ injury.

7) It is my opinion that a chest X-ray should have been ordered by Christopher Stephenson on 3/2/16 after Mr.Gosser's medical evaluation on 3/2/16 (Quality Correctional Care entry dated 3/2/16). Mr. Gosser was presenting with a new symptom (left sided rib pain). This indicated a new condition or possibly a change in his previous condition. Mr. Gosser's new symptom warranted further investigation with a chest X-ray.

8) It is my opinion that had a repeat chest X-ray been ordered, Mr. Gosser's subsequent pneumonia, pulmonary edema, or additional rib fractures may have been identified sooner which may have influenced his final outcome.

9) It is my opinion that Mr. Gosser should not have been prescribed prednisone after his evaluation with Chris Stephenson, PA-C on 3/2/16 (Quality Correctional Care entry dated 3/2/16). Mr. Gosser had presented with a new complaint of left sided rib pain after having sustained known R sided rib fractures. In my opinion, this warranted further evaluation to obtain a diagnosis and to exclude other causes rather than to treat empirically with Prednisone.

10) It is my opinion that prednisone was contraindicated in the treatment of Mr. Gosser. Mr. Gosser had known R sided rib fractures and was presenting for evaluation of a new, undifferentiated symptom (left sided chest pain). As such, he required evaluation for potential complications of his rib injuries. Pneumonia, delayed pulmonary contusion, and pneumothorax are a well-known complications of rib fractures. Prednisone was prescribed on 3/2/16 without any clear indication. Furthermore, prednisone may have worsened any underlying infection which may have been present on 3/2/16. Mr. Gosser was subsequently diagnosed with sepsis one day later (see Henry County Hospital records 3/3/16) and died hours later.

11) It is my opinion that an ambulance should been called immediately on 3/3/16 to transport Mr.Gosser to the ER immediately after his initial evaluation with the jail medical staff. Mr. Gosser was exhibiting signs of shock in the early evening of 3/3/16 when he presented to jail medical staff for evaluation (see Quality Correctional Care entry dated 3/3/16). He was tachycardic (heart rate 112), hypotensive (blood pressure 98/70), tachypneic (respiratory rate 26), and his oxygen saturation below normal (91%). His appearance was documented as "pale" and he was described as having diminished lung sounds and was taking short breaths. He was complaining of trouble breathing. It is my opinion that all of these symptoms, signs, and clinical features indicated a patient who needed transported immediately to the emergency department.

12) It is my opinion that had an ambulance been called sooner on 3/3/16, Mr.Gosser would have been seen in the emergency department sooner which may have influenced his final outcome.

13) It is my opinion that Mr.Gosser ultimately died of severe sepsis resulting from complications of the injuries he incurred during his incarceration. I base this opinion on information provided within the Coroner's report, a review of Mr.Gosser's vital signs on 3/3/16 and 3/4/16, Mr.Gosser's lab results on 3/3/16 and 3/4/16, Mr.Gosser's appearance as documented by medical staff on 3/3/16 and 3/4/16, and from the information contained in his hospital records from Henry County Hospital (3/3/16) and St.Vincent Hospital (3/4/16).

14) It is my opinion that had Mr.Gosser not been assaulted while incarcerated, he would not have developed sepsis.

15) It is my opinion that had Mr.Gosser not been assaulted while incarcerated, it is more likely than not that he would still be alive today.

**Exhibits:**
selected Henry County Hospital medical records for the months of February and March 2016
Marion County Coroner's Report
St.Vincent Hospital medical records dated 3/4/2016
Deposition of Christopher C. Stephenson
Deposition of Denette Lewark Volumes I and II
Deposition of Tara Westerman
The COMPLAINT AND REQUEST FOR TRIAL BY JURY
Jail Log/jail records
Document "Brian Gosser (QCC Medical/Sick Call Timeline)"
Document "Brian Gosser Incarceration Timeline"
USB drive
USB drive files list (document)
Policy - J-A-08 Communication On Patients' Health Needs
Policy – J-E-12, J-E-13 Continuity of Care During Incarceration and Discharge Planning
Henry County Sheriff's Department Law Incident table and Law Supplemental Narratives
Medical Policies and Procedures/Protocols Henry County Jail (guards & non-medical personnel)
Medical Policies and Procedures/Protocols Henry County Jail (nurses & medical staff)

**Qualifications and Publications:**

Please see attached CV

Publications authored are cited in my CV, listed in "Scholarly Activities & Research"

**List of all other cases during the previous 4 years in which I've testified as an expert at trial or by deposition:**

trial(s) - none

depositions(s) – 1

I provided a deposition in the matter of SUSIE CASTELL, as Personal Representative of the Estate of SALLY A. HENDERSON, Deceased, Plaintiff v COMMUNITY HOSPITAL OF LAGRANGE COUNTY et al.

This deposition took place on March 20, 2018 in Indianapolis, Indiana.

**Statement of compensation to be paid for the study and testimony in the case:**

My hourly billing rate for case review and discussion is $375/hr. I estimate that I will bill between 10-15 hours on this case. This estimate of hours may increase if additional materials for review become available or if additional meetings are necessary.

If there is a deposition, my compensation will be $750/hr (one hour minimum, plus prep if needed at case review rate of $375/hr, plus travel, expenses, and additional fees if outside of Indianapolis. 24-hour cancellation notice required/ I reserve the right to bill the 1 hour minimum if <24-hour cancellation given)

If there is a trial, my compensation will be $5500/day (one day minimum, plus prep if needed at case review rate of $375/hr plus travel, expenses, and additional fees if outside of Indianapolis. 48-hour cancellation notice required/ I reserve the right to bill the 1 day minimum if <48 hours cancellation notice given)

The above statements, opinions, and references are true to the best of my knowledge and belief. If I have made any errors, they are unintentional, and I will gladly clarify or provide additional information if requested to do so by the Court.

_____           _____
Mark G. Tompkins, M.D., F.A.C.E.P.                              Date

# Mark Gregory Tompkins, M.D., F.A.C.E.P.

7674 St. Lawrence Ct.
Zionsville, IN 46077
cell-   317-459-9270
email-  markgtompkins@gmail.com

---

**BOARD CERTIFICATION:** **American Board of Emergency Medicine (ABEM)**, May 2003
92nd Percentile Score, ABEM Written Board Exam

**CLINICAL EXPERIENCE:** **Hendricks Regional Health**, Danville & Brownsburg, Indiana
Emergency Physician (2002-present)

**Indiana Raceway Park**, Indianapolis, Indiana
Track Physician (2002-2011)

**William Beaumont Hospital**, Detroit, Michigan
Emergency Medicine Resident (1999-2002)

**William Beaumont Hospital-Troy Campus**, Troy, Michigan
Hospitalist Physician (2001-2002)

**ACADEMIC APPOINTMENTS:** **Clinical Assistant Professor**, Marian University College of Osteopathic Medicine (2016-present)

**EDUCATION:** **William Beaumont Hospital**, Detroit, Michigan (1999-2002)
Emergency Medicine Residency Program

**Medical College of Ohio**, Toledo, Ohio (1995-1999)
Doctor of Medicine
*Alpha Omega Alpha* (AOA)

**Xavier University**, Cincinnati, Ohio (1990-1994)
Bachelor of Science- University Scholar, Natural Science
*Magna Cum Laude*

**LEADERSHIP POSITIONS:** **Chief Resident**, William Beaumont Hospital Emergency Medicine Residency Program (2001-2002)

**Instructor**, William Beaumont Hospital Physical Diagnosis Course (2002)

**President**, Medical Student Council, Medical College of Ohio (1996-1997)

**Speaker**, Medical College of Ohio Convocation (1996)

**Vice-President**, Xavier University Student Government Association (1993-94)

| | |
|---|---|
| **HONORS & AWARDS:** | **Fellow, American College of Emergency Physicians,** inducted 2005<br>**Emergency Department Nurses' Leadership Award** (2002)<br>**Highest in-training exam score Award** (2002)<br>**Conference Attendance Award** (2000,2001,2002)<br>**Alpha Omega Alpha** (1999)<br>**Faculty Student Scholarship** (1998)<br>**Alpha Sigma Nu Jesuit Honor Society** (1994)<br>**Dr. Scholl Foundation Scholarship** (1994)<br>**Xavier Gold X-Key Leadership Achievement Award** (1994)<br>**Xavier University Presidential Scholarship** (1991) |
| **SCHOLARLY ACTIVITIES & RESEARCH.** | **"Staying Hydrated When Temperatures Heat Up,"** Podcast, Health Talks with Hendricks Regional Health, July, 2018<br><br>**"Dermatomyositis: more than just MUSCLEPAINS,"** Tompkins M, Brodell R, *Practical Dermatology* 2006; 3:4<br><br>**"The Nuts (and Bolts) of a Food Allergy,"** Meyer C, Tompkins M, *Health Line*, 2006; April/May<br><br>**Handbook of Coronary Care**, Tompkins M, Swor R, *Prehospital Emergency Care* 2002; 6:4<br><br>**"Valproate Encephalopathy,"** presentation and discussion, CPC Competition, Society for Academic Emergency Medicine (SAEM) National Meeting, Atlanta, 2001<br><br>**Urinary System and Male Reproductive System,** editor, PEPID palm pilot software (2001-2003)<br><br>**"Disaster medicine education in medical school curricula,"** Columbo JB, Peterson W, Thackeray J, Tompkins M, Burkholder-Allen, Budd C, Rega P, *Annals of Emergency Medicine* 2000; 35: S45 (8th ICEM Abstracts)<br><br>**"Well's syndrome presenting as scleredema in a 57 year old female,"** case report (1999)<br><br>**"The effect of glycosaminoglycans on the cumulous oophorous in mice oocytes,"** research/ faculty paper presentation, Xavier University (1993-1994)<br><br>**Research Assistant**, Akron City Hospital Immunology Laboratory (1993) |
| **LECTURES GIVEN:** | **"Dermatology in the ER"**<br>**"Pediatric Dermatology Case Reviews"**<br>**"Poison Dart Frogs and their Toxins"**<br>**"Theophylline Toxicity"**<br>**"Interesting Cases"**<br>**"Stump the Chump"**<br>**"Male GU Emergencies"**<br>**"SAEM Highlights"**<br>**"Stroke Syndromes"** |

| | |
|---|---|
| **CONFERENCES & POST-GRADUATE EDUCATION:** | Emergency Medicine and Acute Care (2018)<br>Emergency Medicine: Care of the Trauma Victim (2017)<br>45th Annual Post-Graduate Course, Indiana A.C.E.P. (2017)<br>44th Annual Post-Graduate Course, Indiana A.C.E.P. (2016)<br>42nd Annual Post-Graduate Course, Indiana A.C.E.P. (2014)<br>Pediatric Emergency Medicine, C.H. of Philadelphia (2014)<br>Pediatric Emergency Medicine, C.H. of Philadelphia (2012)<br>39nd Annual Post-Graduate Course, Indiana A.C.E.P. (2011)<br>10th Annual Emergency Radiology Symposium (2010)<br>Advanced Pediatric Life Support (APLS) & PALS (2009)<br>Stanford University Symposium on Emergency Medicine (2007)<br>Amer. Academy of Dermatology 64th Annual Meeting (2006)<br>10th Annual Introduction to Cutaneous Biology Basic Science Course (2005), Indiana University, Department of Dermatology<br>Spring Congress, Am College of Emergency Physicians (2005)<br>Society for Pediatric Radiology, National Meeting (2004)<br>32nd Annual Post-Graduate Course, Indiana A.C.E.P. (2004)<br>Oral Board Review Course Plus, Illinois College of Emergency Physicians (2003)<br>Board Review Course, Illinois College of Emergency Physicians (2002)<br>Windy City Ultrasound Training Program (2002)<br>Michigan College of EM Residents' Assembly (2001)<br>Society for Academic Emergency Medicine (SAEM) National Meeting (2001)<br>Ohio American College of Emergency Physicians Board Review (2001) |
| **COMMITTEES:** | **member,** Hendricks Regional Health Emergency Medicine Committee (2002 –present)<br>**member,** Hendricks Regional Health ICU Committee (2006)<br>**member**, William Beaumont Hospital CPR Committee (2000-2002)<br>**member,** William Beaumont Hospital Residency Council (2000-2002)<br>**member**, Medical Student Council, Medical College of Ohio (1995-1999) |
| **PROFESSIONAL MEMBERSHIPS:** | American College of Emergency Physicians (ACEP)<br>Indiana State Medical Association (ISMA)<br>Hendricks County Medical Society |
| **PERSONAL:** | Born-<br>October 9, 1971, Dayton, Ohio<br><br>Secondary Education-<br>Walsh Jesuit High School, Akron, Ohio<br><br>Married-<br>March 25, 2000 to Andrea Tompkins, M.D.(Radiologist, IU Health)<br><br>Children-<br>Jake Nicholas, and Jane Elizabeth<br><br>Interests-<br>Time with family, exercise, outdoors, music, reading |

# Mark Gregory Tompkins, M.D., F.A.C.E.P.

7674 St. Lawrence Ct.
Zionsville, IN 46077
cell-   317-459-9270
email-  markgtompkins@gmail.com

---

**BOARD CERTIFICATION:**   **American Board of Emergency Medicine (ABEM)**, May 2003
92nd Percentile Score, ABEM Written Board Exam

**CLINICAL EXPERIENCE:**   **Hendricks Regional Health**, Danville & Brownsburg, Indiana
Emergency Physician (2002-present)

**Indiana Raceway Park**, Indianapolis, Indiana
Track Physician (2002-2011)

**William Beaumont Hospital**, Detroit, Michigan
Emergency Medicine Resident (1999-2002)

**William Beaumont Hospital-Troy Campus**, Troy, Michigan
Hospitalist Physician (2001-2002)

**ACADEMIC APPOINTMENTS:**   **Clinical Assistant Professor**, Marian University College of Osteopathic Medicine (2016-present)

**EDUCATION:**   **William Beaumont Hospital**, Detroit, Michigan (1999-2002)
Emergency Medicine Residency Program

**Medical College of Ohio**, Toledo, Ohio (1995-1999)
Doctor of Medicine
*Alpha Omega Alpha* (AOA)

**Xavier University**, Cincinnati, Ohio (1990-1994)
Bachelor of Science- University Scholar, Natural Science
*Magna Cum Laude*

**LEADERSHIP POSITIONS:**   **Chief Resident**, William Beaumont Hospital Emergency Medicine Residency Program (2001-2002)

**Instructor**, William Beaumont Hospital Physical Diagnosis Course (2002)

**President**, Medical Student Council, Medical College of Ohio (1996-1997)

**Speaker**, Medical College of Ohio Convocation (1996)

**Vice-President**, Xavier University Student Government Association (1993-94)

| | |
|---|---|
| **HONORS & AWARDS:** | **Fellow, American College of Emergency Physicians,** inducted 2005<br>**Emergency Department Nurses' Leadership Award** (2002)<br>**Highest in-training exam score Award** (2002)<br>**Conference Attendance Award** (2000,2001,2002)<br>**Alpha Omega Alpha** (1999)<br>**Faculty Student Scholarship** (1998)<br>**Alpha Sigma Nu Jesuit Honor Society** (1994)<br>**Dr. Scholl Foundation Scholarship** (1994)<br>**Xavier Gold X-Key Leadership Achievement Award** (1994)<br>**Xavier University Presidential Scholarship** (1991) |
| **SCHOLARLY ACTIVITIES & RESEARCH:** | **"Staying Hydrated When Temperatures Heat Up,"** Podcast, Health Talks with Hendricks Regional Health, July, 2018<br><br>**"Dermatomyositis: more than just MUSCLEPAINS,"** Tompkins M, Brodell R, *Practical Dermatology* 2006; 3:4<br><br>**"The Nuts (and Bolts) of a Food Allergy,"** Meyer C, Tompkins M, *Health Line*, 2006; April/May<br><br>**Handbook of Coronary Care***,* Tompkins M, Swor R, *Prehospital Emergency Care* 2002; 6:4<br><br>**"Valproate Encephalopathy,"** presentation and discussion, CPC Competition, Society for Academic Emergency Medicine (SAEM) National Meeting, Atlanta, 2001<br><br>**Urinary System and Male Reproductive System,** editor, PEPID palm pilot software (2001-2003)<br><br>**"Disaster medicine education in medical school curricula,"**Columbo JB, Peterson W, Thackeray J, Tompkins M, Burkholder-Allen, Budd C, Rega P, *Annals of Emergency Medicine* 2000; 35: S45 (8th ICEM Abstracts)<br><br>**"Well's syndrome presenting as scleredema in a 57 year old female,"** case report (1999)<br><br>**"The effect of glycosaminoglycans on the cumulous oophorous in mice oocytes,"** research/ faculty paper presentation, Xavier University (1993-1994)<br><br>**Research Assistant**, Akron City Hospital Immunology Laboratory (1993) |
| **LECTURES GIVEN:** | **"Dermatology in the ER"**<br>**"Pediatric Dermatology Case Reviews"**<br>**"Poison Dart Frogs and their Toxins"**<br>**"Theophylline Toxicity"**<br>**"Interesting Cases"**<br>**"Stump the Chump"**<br>**"Male GU Emergencies"**<br>**"SAEM Highlights"**<br>**"Stroke Syndromes"** |

**CONFERENCES & POST-GRADUATE EDUCATION:**

- Emergency Medicine and Acute Care (2018)
- Emergency Medicine: Care of the Trauma Victim (2017)
- 45th Annual Post-Graduate Course, Indiana A.C.E.P. (2017)
- 44th Annual Post-Graduate Course, Indiana A.C.E.P. (2016)
- 42nd Annual Post-Graduate Course, Indiana A.C.E.P. (2014)
- Pediatric Emergency Medicine, C.H. of Philadelphia (2014)
- Pediatric Emergency Medicine, C.H. of Philadelphia (2012)
- 39nd Annual Post-Graduate Course, Indiana A.C.E.P. (2011)
- 10th Annual Emergency Radiology Symposium (2010)
- Advanced Pediatric Life Support (APLS) & PALS (2009)
- Stanford University Symposium on Emergency Medicine (2007)
- Amer. Academy of Dermatology 64th Annual Meeting (2006)
- 10th Annual Introduction to Cutaneous Biology Basic Science Course (2005), Indiana University, Department of Dermatology
- Spring Congress, Am. College of Emergency Physicians (2005)
- Society for Pediatric Radiology, National Meeting (2004)
- 32nd Annual Post-Graduate Course, Indiana A.C.E.P. (2004)
- Oral Board Review Course Plus, Illinois College of Emergency Physicians (2003)
- Board Review Course, Illinois College of Emergency Physicians (2002)
- Windy City Ultrasound Training Program (2002)
- Michigan College of EM Residents' Assembly (2001)
- Society for Academic Emergency Medicine (SAEM) National Meeting (2001)
- Ohio American College of Emergency Physicians Board Review (2001)

**COMMITTEES:**

- member, Hendricks Regional Health Emergency Medicine Committee (2002 –present)
- member, Hendricks Regional Health ICU Committee (2006)
- member, William Beaumont Hospital CPR Committee (2000-2002)
- member, William Beaumont Hospital Residency Council (2000-2002)
- member, Medical Student Council, Medical College of Ohio (1995-1999)

**PROFESSIONAL MEMBERSHIPS:**

- American College of Emergency Physicians (ACEP)
- Indiana State Medical Association (ISMA)
- Hendricks County Medical Society

**PERSONAL:**

Born-
October 9, 1971, Dayton, Ohio

Secondary Education-
Walsh Jesuit High School, Akron, Ohio

Married-
March 25, 2000 to Andrea Tompkins, M.D.(Radiologist, IU Health)

Children-
Jake Nicholas, and Jane Elizabeth

Interests-
Time with family, exercise, outdoors, music, reading