Tara Westermen, R.N., Vol. I
August 01, 2018

24

```
 1   A    I did not.
 2   Q    In terms of Mr. Heart's name, is it spelled
 3        H-A-R-T or H-E-A-R-T?  Do you recall?
 4   A    I don't recall.
 5   Q    Do you recall whether that case had to deal with
 6        any type of death of an inmate or just the
 7        treatment itself?
 8   A    There was no death.
 9   Q    In terms of your time with QCC at Henry County,
10        had there been other deaths at the jail in terms
11        of medical care that you were involved with?
12   A    No.
13   Q    Are you familiar with Brian Gosser?
14   A    I don't specifically remember him, but I know
15        the name, obviously, now.
16   Q    You don't recall any specifics about treating or
17        caring for Mr. Gosser while he was at the jail?
18   A    Towards the very end.
19   Q    Are you aware that he died as a result of issues
20        at the jail?
21   A    I'm aware that he died.
22   Q    Do you know what the cause of his death was?
23   A    I do not.
24   Q    Do you recall any specifics about treating
25        Mr. Gosser while he was at the jail?
```



Connor Reporting
www.connorreporting.com

317.236.6022

```
                          Tara Westermen, R.N., Vol. I
 25                            August 01, 2018
                                                                25
  1    A    I remember treating him for dental pain.
  2             I remember checking him for possible
  3    alcohol withdrawals.  And then I sent him to the
  4    emergency room.
  5    Q    How many times did you send him to the ER?
  6    A    Myself?
  7    Q    Yes.
  8    A    Once.
  9    Q    We'll get into that a little later.
 10    A    Mm-hmm.
 11    Q    Give me an idea of, talking specifically about
 12    Henry County, the Henry County Jail right now,
 13    what would be your normal day?
 14    A    We would go in.  We -- on day shift you would do
 15    medication pass.  There would be health requests
 16    which is how -- if an inmate wanted to see
 17    anybody, they would fill out a medical request
 18    and turn it in.  And we would go through those.
 19    That's how we would know who needed care.  We
 20    did intakes, which are physical assessments.  We
 21    would draw labs as needed.  Take off any orders
 22    that the doctors ordered.  That's pretty much
 23    it.
 24    Q    What would be your normal schedule?
 25    A    We didn't have set hours.  It was contracted
```



Connor Reporting
www.connorreporting.com

317.236.6022

```
                                                                101
 1   Q   Is that your handwriting where it says "See
 2       documentation"?
 3   A   Yes.
 4   Q   It's dated February 23rd, 2016?
 5   A   Yes.
 6   Q   Does that date of 2-23-2016, does that indicate
 7       the first time you saw this document or would
 8       have seen this document?
 9   A   It shows the date that I seen the patient for
10       this document.
11   Q   Okay.  So would you have seen this document
12       before seeing the patient?
13   A   No.  Usually the same day that I get -- can get
14       the paperwork is the day that we see them.
15   Q   And it says "received," off on the side,
16       "2-22-16"?
17   A   Right.
18   Q   Is that your handwriting?
19   A   I have no idea.
20   Q   All right.  What does that date signify?
21   A   It could either be whenever medical received it
22       or if jail staff received it.  It was supposed
23       to -- we don't usually get the actual health
24       request from them.  They usually go to the jail
25       staff, and the jail staff puts them in a box.
```



```
 1   A   Right.
 2           That's where they're supposed to be put.
 3   Q   Is there a reason why they're in the control
 4       room?
 5   A   So they don't have to -- it's always been that
 6       way since I started.  It's just simpler.
 7           Whenever the printer is in the control
 8       room, the control room officer -- between the
 9       time the papers are printed off, there's a
10       window into there from booking -- they would
11       give papers or whatnot to the control room, and
12       they would put them in the box.
13   Q   Okay.  So would you have handwritten the date
14       2-23-16 by your signature if that wasn't the
15       date you actually saw Mr. Gosser?
16   A   No.
17   Q   So it's fair to say that even though this is
18       dated February 19 at the top, that 2-23 is the
19       first day you actually saw Mr. Gosser?
20   A   Would have been the 2-23.  We don't go by the
21       dates that the actual health request is filled
22       out, for multiple reasons, which is why we
23       also -- instead of writing on our med progress
24       notes, we also put on here to see the med
25       progress note or any documentation.
```

