UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| DOUGLAS J. GOSSER,<br>As Personal Representative<br>OF THE ESTATE OF BRIAN<br>LEE GOSSER, | ) ) ) ) | |
| | ) | |
| Plaintiff | ) ) | |
| | ) | |
| v. | ) | CAUSE NO. 1:17-cv-3257-TWP-MPB |
| | ) | |
| RICHARD A. MCCORKLE, in his official<br>capacity as Sheriff of Henry County;<br>QUALITY CORRECTIONAL CARE, LLC,<br>CHRISTOPHER STEPHENSON, P.A.,<br>TARA WESTERMAN, R.N., and DENETTE<br>LEWARK, R.N., | ) ) ) ) ) ) | QUALITY CORRECTIONAL CARE,<br>LLC, |
| | ) | |
| Defendants | ) ) | Defendant/Cross-Claimant |
| _____ | ) | v. |
| | ) | RICHARD A. MCCORKLE, in his official |
| | ) | capacity as Sheriff of Henry County, |
| RICHARD A. MCCORKLE, in his official<br>capacity as Sheriff of Henry County, | ) ) | Defendant/Cross-Claim |
| | ) | Defendant |
| | ) | |
| Defendant/Cross-Claimant | ) ) | |
| | ) | |
| v. | ) ) | |
| | ) | |
| QUALITY CORRECTIONAL CARE, LLC, | ) ) | |
| | ) | |
| Defendant/Cross-Claim Defendant | ) | |

## **AMENDED CROSS-CLAIM AGAINST QUALITY CORRECTIONAL CARE, LLC**

Comes now Defendant/Cross-Claimant, Richard A. McCorkle, in his official capacity as

Sheriff of Henry County (hereafter referred to as "Sheriff"), by counsel, and for his Amended

Cross-Claim against Quality Correctional Care, LLC (hereinafter "QCC"), states and alleges:

**EXHIBIT A**

1.     QCC is a professional healthcare service provider which provided services to inmates at the Henry County Jail at all times relevant to Plaintiff's Complaint, pursuant to a Service Agreement with the Henry County Sheriff's Office.  Said Agreement is attached hereto as "Exhibit A".

2.     Inmate Brian Gosser received medical care from QCC providers while incarcerated at the Henry County Jail in February and March 2016.

3.     Despite receiving ongoing medical care at the Henry County Jail, Brian Gosser died on March 4, 2016.

4.     Gosser's estate has sued the Henry County Sheriff and several of his employees, alleging that Brian Gosser received inadequate medical care.

5.     The Service Agreement provided in part:

> INDEMNIFICATION of Sheriff- QCC, LLC shall indemnify, defend, and hold harmless SHERIFF and its officers and employees from any claims, costs (including reasonable attorney's fees and court costs), expenses, direct or indirect, causes of action, penalties, liabilities, losses and damages ("Claims") actually sustained and incurred by SHERIFF or for which SHERIFF is legally liable, to the extent such claims are caused by:
>
> > i.     Negligent acts, errors or omissions, or willful misconduct of QCC, LLC, its employees or agents.
> >
> > ii.    QCC, LLC's breach of any term or provision of this Agreement.

6.     The Sheriff has submitted a request to QCC to provide a defense and indemnity for the pending lawsuit.

7.     QCC has refused to provide a defense or indemnity.  Because QCC has refused to provide insurance coverage or defend, indemnify or hold harmless the agents of the Henry County Sheriff, QCC has breached the Service Agreement.

**EXHIBIT A**

8.      Further, QCC breached the Service Agreement by failing to provide a physician at least once a week at the jail, providing instead a physician's assistant.

9.      As a direct and proximate result of the breaches of the Service Agreement by QCC, the Sheriff has been damaged and forced to incur fees and expenses.

10.     The Sheriff has specifically been damaged and seeks to recover defense costs and any and all indemnity payments and expenses which may be made or incurred to resolve the above-captioned lawsuit, either by compromise or at trial.

WHEREFORE, Defendant/Cross-Claimant, Richard A. McCorkle, in his official capacity as Sheriff of Henry County, by counsel, prays that the court enter judgment in his favor and against Defendant/Cross-Claim Defendant, Quality Correctional Care, LLC, and for all just and proper relief in the premises.

Respectfully submitted,

POLLACK LAW FIRM, P.C.

s/Caren L. Pollack
Caren L. Pollack Attorney No. 11897-49
*Attorney for Defendant, Richard A.
McCorkle, in his official capacity as Sheriff
of Henry County*

**EXHIBIT A**

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the foregoing was filed electronically on June 9, 2020.  Notice of this filing will be sent to the following parties by operation of the Court's ECF system:

Ronald E. Elberger
Jeffrey B. Halbert
Philip R. Zimmerly
BOSE MCKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN 46204
relberger@boselaw.com
jhalbert@boselaw.com
PZimmerly@boselaw.com
*Attorneys for Plaintiff*

Brian M. Pierce
Attorney at Law
122 N. Mulberry Street
Muncie, IN 47305
brian@brianpiercelaw.com
*Attorney for Defendants QCC, LLC,*
*Christopher Stephenson, Tara Westerman,*
*and Denette Lewark*

s/Caren L. Pollack
Caren L. Pollack

POLLACK LAW FIRM, P.C.
10333 N. Meridian Street, Suite 111
Indianapolis, Indiana  46290
Ph: (317) 660-4880
Fx: (317) 660-4888
cpollack@pollacklawpc.com

**EXHIBIT A**

## HENRY COUNTY INMATE HEALTHCARE SERVICE AGREEMENT

This agreement entered into this __14__ day of __Dec__, 2011 by and between the HENRY COUNTY SHERIFF'S OFFICE, located in the state of Indiana; hereinafter ("SHERIFF") and QUALITY CORRECTIONAL CARE with offices located at 707-709 W. University Avenue Muncie, Indiana 47303 (hereinafter "QCC") for the purpose of contracting professional, quality healthcare services to the inmates of the Henry County Jail.

**Quality Correctional Care responsibilities:**

**Medical Services** – Beginning the __1__ day of __Jan__, 2012, QCC agrees to provide medical treatment for the inmates of the Henry County Jail located at New Castle, Indiana.  QCC shall be an independent contractor of and in relationship with Henry County.

(i) **On-site services.**  QCC will provide:

- on-site **physician/medical director** coverage, to include at least one **physician visit per week** and a physician available via telephone or email twenty-four (24) hours per day, seven (7) days per week:

- on-site **mental health care** coverage to include at least one psychologist or mental health care provider visit **every other week** and a psychologist available via telephone twenty-four (24) hours per day, seven (7) days per week:

- on-site nursing coverage to include up to sixty (60) hours nursing services per week.

- A Nurse Administrator will be available for consultation by the Henry County nursing staff or correctional staff twenty-four (24) hours per

1

**EXHIBIT A**

## HENRY COUNTY INMATE HEALTHCARE SERVICE AGREEMENT

day, seven (7) days per week and shall make weekly visits to complete administrative tasks and/or assist physician with sick call.

- QMA staff will work up to twelve (12) hours per week to assist with medication set-up and pass.

All medical or mental health care provided by QCC shall be rendered by professionals licensed to practice in the State of Indiana. A Nurse Practitioner (NP)or Physician's Assistant (PA) may be used in the physician schedule as agreed to by all parties.

(ii) **Off-site services.** When off-site care, including hospital care, is required for approved medical reasons, QCC shall arrange for said care and be financially responsible for the cost of all approved medical and dental care, diagnostic testing, supplies and medication up to the maximum dollars pool agreed ($30,000 annually). (Not to include services, testing, supplies and medications associated with the treatment of HIV/AIDS, Hepatitis, Multiple Sclerosis, Rabies, Sexually Transmitted Disease, Tuberculosis or complications thereof .) QCC shall arrange all off-site treatment and care in accordance with the SHERIFF Policies and Procedures.

(ii) **Scope of Treatment.** The scope of the medical treatment shall include a global approach to inmate healthcare with medical and mental health care providers working in tandem to reach optimal inmate health. Medical Health Services provided by QCC shall include:

*Correction Officer training to ensure they are able to perform the required Initial Medical screening for inmates within 24 hours of being booked into the Henry County Jail by on-site nursing staff. This initial

2

**EXHIBIT A**

## HENRY COUNTY INMATE HEALTHCARE SERVICE AGREEMENT

medical screening completed at booking should consist of documentation of current illnesses and health problems, including all medications taken and special health requirements, conditions of the skin, including infestation, screening tests for tuberculosis, venereal disease, and HIV (as provided by the Henry County Health Department; Open Door Clinic or other community service provider).  Comprehensive medical screening to be offered to inmates within fourteen (14) days in accordance with Indiana code by QCC nursing staff.

**\*On-site detoxification protocols.** QCC shall provide on-site management for chemically dependent and/or intoxicated inmates.  However, any inmate deemed unsafe for such on-site care shall be referred by QCC to an appropriate medical facility for treatment.

**\*Medications.**  The QCC physician or PA shall prescribe necessary medications (Unless provided by family members or alternative medical treatment professionals, i.e, Community Clinics or Outreach Programs) except those excluded above.  Medications prescribed by health care providers other than QCC shall be provided by the inmate or his/her family.  QCC shall provide medications (or their medically acceptable alternatives), that is not provided by the inmate or his/her family.  The jail staff will be responsible for dispensing standard medications, with instructions and proper training provided by QCC during the times no medical staff is on-site.   The SHERIFF shall determine what, if any over the counter medication is available for purchase from the Commissary by the inmates.  Control of those medications shall be the responsibility of the SHERIFF; however QCC will provide service in compliance with the

3

**EXHIBIT A**

## HENRY COUNTY INMATE HEALTHCARE SERVICE AGREEMENT

SHERIFF's Policy and Procedures with instructions given by QCC's appropriate medical professional.

**MENTAL HEALTH SERVICES.** Mental Health Services are provided to affect a global approach to healthcare for the inmates of the HenryCounty Jail. Indiana law IC11-10-3-2 (Sec2c.3) requires inmates have access to mental health services. Mental health services shall include:

- Consultation and direction on policy and procedures regarding mental health care of inmates of the jail.
- Conduct mental health services calls to the Henry County Jail inmates bi-weekly and be on-call and or available by telephone twenty-four hours per day, seven (7) days per week,
- Pre-employment screening of merit or correctional officers at the request of the Henry County Sheriff,
- Appropriate training for jail staff on topics such as suicide risk evaluations; proper protocols for passing medications to inmates; assessing an inmate during drug and or alcohol withdrawal, etc.
- Evaluation of suicidal inmates and recommendations concerning their care,
- Supervision of all counseling activities for inmates,
- Psychological consultation/counseling services for Henry County Sheriff's Deputies, Correction Officersand staff at Dr. Krause's University Avenue Office in Muncie,
- All other duties assigned by the Sheriff.

4

**EXHIBIT A**

## HENRY COUNTY INMATE HEALTHCARE SERVICE AGREEMENT

MANAGEMENT SERVICES. QCC shall provide management services to include quarterly quality review meetings to maintain an open dialogue between SHERIFF and QCC. Other management services include

- site specific policies, procedures and protocols;
- Peer Review;
- In-Service training;
- Cost containment;
- Risk Management programs;
- Discharge planning and coordination of continuing care in conjunction with normal Henry County Jail inmate release protocols.
- Re-price or negotiate discounts on all off-site medical services and research inmate personal health insurance and/or Medicare, Medicaid availability.

*Records. QCC shall maintain, cause or require to be maintained complete and accurate medical records for each inmate who has received health care services. Each medical record shall be maintained in accordance with applicable laws, the Indiana Department of Corrections Minimum Standards for Jails and the SHERIFF'S Policy and Procedures. Inmate medical records shall at all times be the property of the Henry County SHERIFF.

MEDICAL SERVICES POOL. QCC shall manage all inmate healthcare costs for off-site services, dental services, medications and supplies up to an annual pool limit of $30,000. If medical, dental, medication and/or supply costs exceed the total of the annual pool, all excess invoices shall be returned to the SHERIFF for payment. QCC will work to negotiate the best prices possible working diligently to live within the budget allocated in this agreement. For the purposes of this contract, the term

5

EXHIBIT A

## HENRY COUNTY INMATE HEALTHCARE SERVICE AGREEMENT

provide security sufficient to enable QCC and its subcontracted staff to safely provide health care services described in this contract.  The SHERIFF shall screen QCC employees/subcontractors to insure that they will not constitute a security risk.

**OFFICE EQUIPMENT/SUPPLIES.**  The SHERIFF shall provide use of COUNTY owned office equipment, supplies, and all necessary utilities in place at the Jail's health care facilities.  Upon termination of this agreement QCC shall return all county owned equipment to the Henry County SHERIFF.

**NON-MEDICAL CARE NEEDS.**  The SHERIFF shall provide for all other (non-medical) needs of the inmates of the Henry County Jail including but not limited to: daily housekeeping services, dietary services, building maintenance services, personal hygiene supplies and linen supplies.

**INMATE INFORMATION.**  The SHERIFF shall provide, as needed, information pertaining to inmates that QCC and/or the SHERIFF deem necessary to affect quality and safe healthcare services for Henry County Jail inmates.

**COMPENSATION.**The annualized amount to be paid by the SHERIFF to QCC under this agreement is $182,000.  This includes the contractual services expenses including medical physician, physician's assistant, psychologist, counselors, nursing staff and qualified medical assistants; pre-employment psychological evaluations; jail and merit staff training as requested by the Henry County Sheriff and the off-site services/medications/supplies pool of $30,000.  The SHERIFF shall make monthly payments of $1/12^{th}$ of this amount or $15,166.67 to QCC prior to the first of each month during the term of this AGREEMENT.

**TERM.**The term of this AGREEMENT shall be from _____, 20____ through December 31, 2014.  This AGREEMENT shall automatically renew for successive one-year periods unless either party gives thirty (30) days notice prior to

7

**EXHIBIT A**

## HENRY COUNTY INMATE HEALTHCARE SERVICE AGREEMENT

*'Inmate' refers to individuals that have accepted by and booked into the Henry County Jail. Inmates requiring medical attention or clearance from a medical provider before being accepted by the Henry County Jail are not the responsibility of the Henry County Jail and are not covered under this contract. Upon booking into the Henry County Jail, all off-site medical services will be processed as outlined in this contract. This fitness for incarceration includes being medically and/or mentally acceptable including levels of intoxication that fall within the standard acceptable levels as detailed in the Henry County Jail Inmate Medical Policy, Procedures and Protocol manuals. Any expenditures incurred for inmates not detained by the Henry County Court System shall be the financial responsibility of the committing agency or department.*

**EXCLUSIONS.** QCC shall not be responsible for elective care (including abortions), infant care, other expenses including but not limited to, optical care, eyeglasses and optical supplies, durable medical equipment and supplies, prosthetics, and prosthetic supplies. QCC shall not be financially responsible for the cost of care, testing and supplies associated with the treatment of HIV/AIDS, Hepatitis, Multiple Sclerosis, Rabies, Sexually Transmitted Disease and Tuberculosis or complications thereof. QCC shall not be responsible for any costs associated with off-site care and treatment of Non-County inmates. All expenditures related to non-county inmates shall be re-priced and returned to HCSO for processing. QCC will provide any assistance requested in submitting claims for reimbursement to other counties and/or the IDOC for those inmates, where possible.

**Henry County Sheriff's responsibilities**:

**SECURITY.** The SHERIFF agrees to maintain responsibility for the physical security of the Henry County Jail and the continuing security of inmates. The SHERIFF will

6

**EXHIBIT A**

## HENRY COUNTY INMATE HEALTHCARE SERVICE AGREEMENT

provide security sufficient to enable QCC and its subcontracted staff to safely provide health care services described in this contract.   The SHERIFF shall screen QCC employees/subcontractors to insure that they will not constitute a security risk.

**OFFICE EQUIPMENT/SUPPLIES.** The SHERIFF shall provide use of COUNTY owned office equipment, supplies, and all necessary utilities in place at the Jail's health care facilities.  Upon termination of this agreement QCC shall return all county owned equipment to the Henry County SHERIFF.

**NON-MEDICAL CARE NEEDS.**  The SHERIFF shall provide for all other (non-medical) needs of the inmates of the Henry County Jail including but not limited to: daily housekeeping services, dietary services, building maintenance services, personal hygiene supplies and linen supplies.

**INMATE INFORMATION.** The SHERIFF shall provide, as needed, information pertaining to inmates that QCC and/or the SHERIFF deem necessary to affect quality and safe healthcare services for Henry County Jail inmates.

**COMPENSATION.**The annualized amount to be paid by the SHERIFF to QCC under this agreement is $182,000.  This includes the contractual services expenses including medical physician, physician's assistant, psychologist, counselors, nursing staff and qualified medical assistants;  pre-employment psychological evaluations; jail and merit staff training as requested by the Henry County Sheriff and the off-site services/medications/supplies pool of $30,000.  The SHERIFF shall make monthly payments of 1/12[th] of this amount or $15,166.67 to QCC prior to the first of each month during the term of this AGREEMENT.

**TERM.**The term of this AGREEMENT shall be from _____, 20_____ through December 31, 2014. This AGREEMENT shall automatically renew for successive one-year periods unless either party gives thirty (30) days notice prior to

7

EXHIBIT A

## HENRY COUNTY INMATE HEALTHCARE SERVICE AGREEMENT

the end of the term.  Either party may terminate this agreement with 30 days advance notice to the other party.  If this AGREEMENT is terminated, QCC will be paid by the SHERIFF for all scheduled work completed by QCC up to the termination date set forth in the written termination notice.

**GENERAL TERMS AND CONDITIONS.** It is understood and agreed that an independent contractor relationship is hereby established under the terms of this AGREEMENT.  The employees, agents or sub-contractors of QCC are not now nor shall they be deemed to be employees of Henry County SHERIFF.

**SUBCONTRACTING.** In order to accomplish the goals and responsibilities of this AGREEMENT QCC may engage health care professionals as independent contractors rather than employees.  As the relationship between QCC and sub-contracted health care professionals will be that of independent contractor, QCC will not be considered or deemed to be engaged in the practice of medicine or other professions practiced by these professionals.  QCC will exercise control over the manner or means by which these independent contractors perform their medical duties.  This control will be exercised reasonably consistent with the independent medical judgment these independent contracted providers are required to exercise.  QCC shall exercise administrative supervision over such professionals necessary to ensure fulfillment of the terms of this AGREEMENT.   All terms and conditions of this AGREEMENT shall be included in all such subcontracts.  For each agent or subcontractor, including all medical professionals, physicians and nurses performing duties as agents or independent contractors of QCC under this AGREEMENT, QCC shall provide proof that, for each such professional, there is in effect during the period that person is engaged in the performance of this AGREEMENT, a

8

**EXHIBIT A**

## HENRY COUNTY INMATE HEALTHCARE SERVICE AGREEMENT

professional liability or medical malpractice insurance policy, in an amount or amounts required by Indiana State Law.

**INDEMNIFICATION of Sheriff-**  QCC,LLC shall indemnify, defend, and hold harmless SHERIFF and its officers and employees from any claims, costs (including reasonable attorney's fees and court costs), expenses, direct or indirect, causes of action, penalties, liabilities, losses and damages ("Claims") actually sustained and incurred by SHERIFF or for which SHERIFF is legally liable, to the extent such claims are caused by:

　　i.　　negligent acts, errors or omissions or willful misconduct of QCC,LLC, its employees or agents.

　　ii.　　QCC,LLC's breach of any term or provision of this Agreement.

**INDEMNIFICATION OF QCC,LLC:** Sheriff shall indemnify, defend and hold harmless QCC, LLC and its officers and employees/agents from any claims, costs (including reasonable attorney fees and court costs), expenses, direct or indirect, causes of action, penalties, liabilities, losses and damages ("Claims") actually sustained and incurred by QCC, LLC or for which QCC, LLC is legally liable, to the extent such claims are caused by:

　　i.　　negligent acts, errors or omissions or willful misconduct of SHERIFF, its employees or agents.

　　ii.　　SHERIFF's breach of any term or provision of this Agreement.

It is further understood and agreed by both parties that this contract will be interpreted pursuant to the laws of the State of Indiana and that any party who breaches the agreement shall be responsible for the attorney fees and reasonable costs of litigation to the non breaching party.

9

**EXHIBIT A**

## HENRY COUNTY INMATE HEALTHCARE SERVICE AGREEMENT

IN WITNESS WHEREOF, the parties have executed this AGREEMENT at Henry, Indiana this _14th_ day of _December_, 2011.

_____
Bruce "Butch" Baker
Henry County Sheriff

_____
William D. Cronk
Henry County Commissioner

_____
Samuel R. Beckenbaugh
Henry County Commissioner

_____
Dr. Frank Krause
Quality Correctional Care

_____
Kim L. Cronk
Henry County Commissioner

10

**EXHIBIT A**