## Batan, Savanna M.

| | |
|---|---|
| **From:** | Caren Pollack <cpollack@pollacklawpc.com> |
| **Sent:** | Tuesday, June 16, 2020 3:18 PM |
| **To:** | Halbert, Jeffrey B; brianpiercelaw@aol.com; brian@brianpiercelaw.com |
| **Cc:** | Elberger, Ron; Zimmerly, Philip |
| **Subject:** | RE: 1:17-cv-03257-TWP-MPB GOSSER v. RICHARD A. MCCORKLE, ET AL |

I can't do December. I am waiting to hear from my clients re: the other dates.

*Caren L. Pollack*
*POLLACK LAW FIRM, P.C.*
*10333 N. Meridian St., Suite 111*
*Indianapolis, In. 46290*
*(317)660-4880 (phone)*
*(317)660-4881 (direct)*
*(317)660-4888 (fax)*

**CONFIDENTIALITY NOTICE:** This email, including attachments, is confidential and may contain attorney-client materials and/or attorney work product, which are legally privileged and protected from disclosure. This email is intended only for the addressee(s) named above. If you have received this transmission in error, please immediately call (317) 660-4880, delete the transmission from all forms of electronic or other storage, and destroy all hard copies. Any unauthorized dissemination, distribution, or copying of this communication is strictly prohibited. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Halbert, Jeffrey B <jhalbert@boselaw.com>
**Sent:** Tuesday, June 16, 2020 1:44 PM
**To:** Caren Pollack <cpollack@pollacklawpc.com>; brianpiercelaw@aol.com; brian@brianpiercelaw.com
**Cc:** Elberger, Ron <Relberger@boselaw.com>; Zimmerly, Philip <pzimmerly@boselaw.com>
**Subject:** FW: 1:17-cv-03257-TWP-MPB GOSSER v. RICHARD A. MCCORKLE, ET AL

Counsel:

Based on the dates provided by Tanesa this morning, our preference is December 7th. Please let me know if that date works for you and your clients.

Thank you.

Jeff

**Jeffrey B. Halbert**
**Bose McKinney & Evans LLP**
111 Monument Circle | Suite 2700 | Indianapolis, Indiana 46204
JHalbert@boselaw.com | P 317-684-5247 | F 317-223-0247 |

*Bose McKinney & Evans LLP is a member of* **Mackrell International**, *a network of independent law firms from more than sixty countries and thirty states.*

**From:** Tanesa Genier <Tanesa_Genier@insd.uscourts.gov>
**Sent:** Tuesday, June 16, 2020 9:42 AM
**To:** Elberger, Ron <Relberger@boselaw.com>; Batan, Savanna M. <sbatan@boselaw.com>; Halbert, Jeffrey B <jhalbert@boselaw.com>; Schuster, Katie <kschuster@boselaw.com>; Batan, Savanna M. <sbatan@boselaw.com>;

1

EXHIBIT A

brian@brianpiercelaw.com; brianpiercelaw@aol.com; cpollack@pollacklawpc.com; rlahrman@pollacklawpc.com; jhook@pollacklawpc.com; twhitehead@pollacklawpc.com; Zimmerly, Philip <pzimmerly@boselaw.com>; phil.zimmerly@gmail.com; Scott, Stacey L. <sscott@boselaw.com>; Gill, Sabrina L. <sgill@boselaw.com>; Schuster, Katie <kschuster@boselaw.com>; Baertschi, Joey M. <jbaertschi@boselaw.com>
**Subject:** 1:17-cv-03257-TWP-MPB GOSSER v. RICHARD A. MCCORKLE, ET AL

Counsel,

Below is a list of available jury trial dates. Please confer with each other and your witnesses and respond with which date works best for everyone.

December 7
February 1
February 8
February 22
March 8
March 15
March 22
March 29

Thank you,


Tanesa R. Genier
Courtroom Deputy for
U.S. District Judge Tanya Walton Pratt
Room 330
46 E. Ohio Street
Indianapolis, IN 46204
317-229-3916
Tanesa_Genier@insd.uscourts.gov


This message and any attachments may contain legally privileged or confidential information, and are intended only for the individual or entity identified above as the addressee. If you are not the addressee, or if this message has been addressed to you in error, you are not authorized to read, copy, or distribute this message and any attachments, and we ask that you please delete this message and attachments (including all copies) and notify the sender. Delivery of this message and any attachments to any person other than the intended recipient(s) is not intended in any way to waive confidentiality or a privilege. All personal messages express views only of the individual sender, and may not be copied or distributed without this statement.