## Batan, Savanna M.

| | |
|---|---|
| **From:** | Caren Pollack <cpollack@pollacklawpc.com> |
| **Sent:** | Thursday, June 18, 2020 10:29 AM |
| **To:** | 'Tanesa Genier'; Elberger, Ron; Batan, Savanna M.; Halbert, Jeffrey B; Schuster, Katie; Batan, Savanna M.; brian@brianpiercelaw.com; brianpiercelaw@aol.com; Ray Lahrman; James Hook; Tamyra Whitehead; Zimmerly, Philip; phil.zimmerly@gmail.com; Scott, Stacey L.; Gill, Sabrina L.; Schuster, Katie; Baertschi, Joey M. |
| **Subject:** | RE: 1:17-cv-03257-TWP-MPB GOSSER v. RICHARD A. MCCORKLE, ET AL |

We can do anything after March 8th.

Thank you.

*Caren L. Pollack*
*POLLACK LAW FIRM, P.C.*
*10333 N. Meridian St., Suite 111*
*Indianapolis, In.  46290*
*(317)660-4880 (phone)*
*(317)660-4881 (direct)*
*(317)660-4888 (fax)*

**CONFIDENTIALITY NOTICE:**  This email, including attachments, is confidential and may contain attorney-client materials and/or attorney work product, which are legally privileged and protected from disclosure.  This email is intended only for the addressee(s) named above. If you have received this transmission in error, please immediately call (317) 660-4880, delete the transmission from all forms of electronic or other storage, and destroy all hard copies. Any unauthorized dissemination, distribution, or copying of this communication is strictly prohibited. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Tanesa Genier <Tanesa_Genier@insd.uscourts.gov>
**Sent:** Tuesday, June 16, 2020 9:42 AM
**To:** relberger@boselaw.com; sbatan@boselaw.com; jhalbert@boselaw.com; kschuster@boselaw.com; sbatan@boselaw.com; brian@brianpiercelaw.com; brianpiercelaw@aol.com; Caren Pollack <cpollack@pollacklawpc.com>; Ray Lahrman <rlahrman@pollacklawpc.com>; James Hook <jhook@pollacklawpc.com>; Tamyra Whitehead <twhitehead@pollacklawpc.com>; pzimmerly@boselaw.com; phil.zimmerly@gmail.com; sscott@boselaw.com; sgill@boselaw.com; kschuster@boselaw.com; jbaertschi@boselaw.com
**Subject:** 1:17-cv-03257-TWP-MPB GOSSER v. RICHARD A. MCCORKLE, ET AL

Counsel,

Below is a list of available jury trial dates.  Please confer with each other and your witnesses and respond with which date works best for everyone.

December 7
February 1
February 8
February 22

March 8
March 15
March 22
March 29

Thank you,


Tanesa R. Genier
Courtroom Deputy for
U.S. District Judge Tanya Walton Pratt
Room 330
46 E. Ohio Street
Indianapolis, IN 46204
317-229-3916
Tanesa_Genier@insd.uscourts.gov