**Batan, Savanna M.**

| | |
|---|---|
| **From:** | Caren Pollack <cpollack@pollacklawpc.com> |
| **Sent:** | Thursday, June 18, 2020 1:59 PM |
| **To:** | Halbert, Jeffrey B |
| **Cc:** | Elberger, Ron; Zimmerly, Philip; brian@brianpiercelaw.com; brianpiercelaw@aol.com |
| **Subject:** | RE: 1:17-cv-03257-TWP-MPB GOSSER v. RICHARD A. MCCORKLE, ET AL |

That works for us.


*Caren L. Pollack*
*POLLACK LAW FIRM, P.C.*
*10333 N. Meridian St., Suite 111*
*Indianapolis, In.  46290*
*(317)660-4880 (phone)*
*(317)660-4881 (direct)*
*(317)660-4888 (fax)*

**CONFIDENTIALITY NOTICE:**  This email, including attachments, is confidential and may contain attorney-client materials and/or attorney work product, which are legally privileged and protected from disclosure.  This email is intended only for the addressee(s) named above. If you have received this transmission in error, please immediately call (317) 660-4880, delete the transmission from all forms of electronic or other storage, and destroy all hard copies. Any unauthorized dissemination, distribution, or copying of this communication is strictly prohibited. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Halbert, Jeffrey B <jhalbert@boselaw.com>
**Sent:** Thursday, June 18, 2020 1:50 PM
**To:** Caren Pollack <cpollack@pollacklawpc.com>
**Cc:** Elberger, Ron <Relberger@boselaw.com>; Zimmerly, Philip <pzimmerly@boselaw.com>; brian@brianpiercelaw.com; brianpiercelaw@aol.com
**Subject:** RE: 1:17-cv-03257-TWP-MPB GOSSER v. RICHARD A. MCCORKLE, ET AL

March 15

**Jeffrey B. Halbert**
**Bose McKinney & Evans LLP**
111 Monument Circle **|** Suite 2700 **|** Indianapolis, Indiana 46204
JHalbert@boselaw.com **|** P 317-684-5247 **|** F 317-223-0247 |

Bose McKinney & Evans LLP is a member of Mackrell International, a network of independent law firms from more than sixty countries and thirty states.

**From:** Caren Pollack <cpollack@pollacklawpc.com>
**Sent:** Thursday, June 18, 2020 1:48 PM
**To:** Halbert, Jeffrey B <jhalbert@boselaw.com>
**Cc:** Elberger, Ron <Relberger@boselaw.com>; Zimmerly, Philip <pzimmerly@boselaw.com>; brian@brianpiercelaw.com; brianpiercelaw@aol.com
**Subject:** Re: 1:17-cv-03257-TWP-MPB GOSSER v. RICHARD A. MCCORKLE, ET AL

Any preference between the March dates?

Sent from my iPhone

On Jun 18, 2020, at 12:27 PM, Halbert, Jeffrey B <jhalbert@boselaw.com> wrote:

Caren:

Trial setting for March 15, 22 or 29 work for plaintiff.  We haven't seen any response from Brian and QCC, so it's unclear whether any of the March 2021 dates proposed work on their end.  I've copied Brian here, so we can provide a joint response to Tanesa.

Jeff

**Jeffrey B. Halbert**
**Bose McKinney & Evans LLP**
111 Monument Circle **|** Suite 2700 **|** Indianapolis, Indiana 46204
JHalbert@boselaw.com **|** P 317-684-5247 **|** F 317-223-0247 |

*Bose McKinney & Evans LLP is a member of* <u>Mackrell International</u>*, a network of independent law firms from more than sixty countries and thirty states.*

**From:** Caren Pollack <cpollack@pollacklawpc.com>
**Sent:** Thursday, June 18, 2020 11:20 AM
**To:** 'Tanesa Genier' <Tanesa_Genier@insd.uscourts.gov>; Elberger, Ron <Relberger@boselaw.com>; Batan, Savanna M. <sbatan@boselaw.com>; Halbert, Jeffrey B <jhalbert@boselaw.com>; Schuster, Katie <kschuster@boselaw.com>; Batan, Savanna M. <sbatan@boselaw.com>; brian@brianpiercelaw.com; brianpiercelaw@aol.com; Ray Lahrman <rlahrman@pollacklawpc.com>; James Hook <jhook@pollacklawpc.com>; Tamyra Whitehead <twhitehead@pollacklawpc.com>; Zimmerly, Philip <pzimmerly@boselaw.com>; phil.zimmerly@gmail.com; Scott, Stacey L. <sscott@boselaw.com>; Gill, Sabrina L. <sgill@boselaw.com>; Schuster, Katie <kschuster@boselaw.com>; Baertschi, Joey M. <jbaertschi@boselaw.com>
**Subject:** RE: 1:17-cv-03257-TWP-MPB GOSSER v. RICHARD A. MCCORKLE, ET AL

Ok, we will try.

Thanks.


*Caren L. Pollack*
*POLLACK LAW FIRM, P.C.*
*10333 N. Meridian St., Suite 111*
*Indianapolis, In.  46290*
*(317)660-4880 (phone)*
*(317)660-4881 (direct)*
*(317)660-4888 (fax)*

**CONFIDENTIALITY NOTICE:**  This email, including attachments, is confidential and may contain attorney-client materials and/or attorney work product, which are legally privileged and protected from disclosure.  This email is intended only for the addressee(s) named above. If you have received this transmission in error, please immediately call (317) 660-4880, delete the transmission from all forms of electronic or other storage, and destroy all hard copies. Any unauthorized dissemination, distribution, or copying of this communication is strictly prohibited. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Tanesa Genier <Tanesa_Genier@insd.uscourts.gov>
**Sent:** Thursday, June 18, 2020 11:12 AM
**To:** Caren Pollack <cpollack@pollacklawpc.com>; relberger@boselaw.com; sbatan@boselaw.com; jhalbert@boselaw.com; kschuster@boselaw.com; sbatan@boselaw.com; brian@brianpiercelaw.com; brianpiercelaw@aol.com; Ray Lahrman <rlahrman@pollacklawpc.com>; James Hook <jhook@pollacklawpc.com>; Tamyra Whitehead <twhitehead@pollacklawpc.com>; pzimmerly@boselaw.com; phil.zimmerly@gmail.com; sscott@boselaw.com; sgill@boselaw.com; kschuster@boselaw.com; jbaertschi@boselaw.com
**Subject:** RE: 1:17-cv-03257-TWP-MPB GOSSER v. RICHARD A. MCCORKLE, ET AL

If the parties could all confer and respond to me with a date upon which everyone agrees, that would be great.

Thank you!

Tanesa R. Genier
Courtroom Deputy for
U.S. District Judge Tanya Walton Pratt
Room 330
46 E. Ohio Street
Indianapolis, IN 46204
317-229-3916
Tanesa_Genier@insd.uscourts.gov

---

**From:** Caren Pollack <cpollack@pollacklawpc.com>
**Sent:** Thursday, June 18, 2020 10:41 AM
**To:** Tanesa Genier <Tanesa_Genier@insd.uscourts.gov>; relberger@boselaw.com; sbatan@boselaw.com; jhalbert@boselaw.com; kschuster@boselaw.com; sbatan@boselaw.com; brian@brianpiercelaw.com; brianpiercelaw@aol.com; Ray Lahrman <rlahrman@pollacklawpc.com>; James Hook <jhook@pollacklawpc.com>; Tamyra Whitehead <twhitehead@pollacklawpc.com>; pzimmerly@boselaw.com; phil.zimmerly@gmail.com; sscott@boselaw.com; sgill@boselaw.com; kschuster@boselaw.com; jbaertschi@boselaw.com
**Subject:** RE: 1:17-cv-03257-TWP-MPB GOSSER v. RICHARD A. MCCORKLE, ET AL

No, sorry. I meant Henry County defendants. I believe the plaintiff indicated the wanted the December date.

*Caren L. Pollack*
*POLLACK LAW FIRM, P.C.*
*10333 N. Meridian St., Suite 111*
*Indianapolis, In. 46290*
*(317)660-4880 (phone)*
*(317)660-4881 (direct)*
*(317)660-4888 (fax)*

**CONFIDENTIALITY NOTICE:** This email, including attachments, is confidential and may contain attorney-client materials and/or attorney work product, which are legally privileged and protected from disclosure. This email is intended only for the addressee(s) named above. If you have received this transmission in error, please immediately call (317) 660-4880, delete the transmission from all forms of electronic or other storage, and destroy all hard copies. Any unauthorized dissemination, distribution, or copying of this communication is strictly prohibited. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Tanesa Genier <Tanesa_Genier@insd.uscourts.gov>
**Sent:** Thursday, June 18, 2020 10:40 AM
**To:** Caren Pollack <cpollack@pollacklawpc.com>; relberger@boselaw.com; sbatan@boselaw.com; jhalbert@boselaw.com; kschuster@boselaw.com; sbatan@boselaw.com; brian@brianpiercelaw.com; brianpiercelaw@aol.com; Ray Lahrman <rlahrman@pollacklawpc.com>; James Hook <jhook@pollacklawpc.com>; Tamyra Whitehead <twhitehead@pollacklawpc.com>; pzimmerly@boselaw.com; phil.zimmerly@gmail.com; sscott@boselaw.com; sgill@boselaw.com; kschuster@boselaw.com; jbaertschi@boselaw.com
**Subject:** RE: 1:17-cv-03257-TWP-MPB GOSSER v. RICHARD A. MCCORKLE, ET AL

Ms. Pollack,

Just to confirm – when you say "we" do you mean all parties and all witnesses?

Tanesa R. Genier
Courtroom Deputy for
U.S. District Judge Tanya Walton Pratt
Room 330
46 E. Ohio Street
Indianapolis, IN 46204
317-229-3916
Tanesa_Genier@insd.uscourts.gov

**From:** Caren Pollack <cpollack@pollacklawpc.com>
**Sent:** Thursday, June 18, 2020 10:29 AM
**To:** Tanesa Genier <Tanesa_Genier@insd.uscourts.gov>; relberger@boselaw.com; sbatan@boselaw.com; jhalbert@boselaw.com; kschuster@boselaw.com; sbatan@boselaw.com; brian@brianpiercelaw.com; brianpiercelaw@aol.com; Ray Lahrman <rlahrman@pollacklawpc.com>; James Hook <jhook@pollacklawpc.com>; Tamyra Whitehead <twhitehead@pollacklawpc.com>; pzimmerly@boselaw.com; phil.zimmerly@gmail.com; sscott@boselaw.com; sgill@boselaw.com; kschuster@boselaw.com; jbaertschi@boselaw.com
**Subject:** RE: 1:17-cv-03257-TWP-MPB GOSSER v. RICHARD A. MCCORKLE, ET AL

We can do anything after March 8th.

Thank you.

*Caren L. Pollack*
*POLLACK LAW FIRM, P.C.*
*10333 N. Meridian St., Suite 111*
*Indianapolis, In. 46290*
*(317)660-4880 (phone)*
*(317)660-4881 (direct)*
*(317)660-4888 (fax)*

**CONFIDENTIALITY NOTICE:** This email, including attachments, is confidential and may contain attorney-client materials and/or attorney work product, which are legally privileged and protected from disclosure. This email is intended only for the addressee(s) named above. If you have received this transmission in error, please immediately call (317) 660-4880, delete the transmission from all forms of electronic or other storage, and destroy all hard copies. Any unauthorized dissemination, distribution, or copying of this communication is strictly prohibited. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Tanesa Genier <Tanesa_Genier@insd.uscourts.gov>
**Sent:** Tuesday, June 16, 2020 9:42 AM
**To:** relberger@boselaw.com; sbatan@boselaw.com; jhalbert@boselaw.com; kschuster@boselaw.com; sbatan@boselaw.com; brian@brianpiercelaw.com; brianpiercelaw@aol.com; Caren Pollack <cpollack@pollacklawpc.com>; Ray Lahrman <rlahrman@pollacklawpc.com>; James Hook <jhook@pollacklawpc.com>; Tamyra Whitehead <twhitehead@pollacklawpc.com>; pzimmerly@boselaw.com; phil.zimmerly@gmail.com; sscott@boselaw.com; sgill@boselaw.com; kschuster@boselaw.com; jbaertschi@boselaw.com
**Subject:** 1:17-cv-03257-TWP-MPB GOSSER v. RICHARD A. MCCORKLE, ET AL

Counsel,

Below is a list of available jury trial dates. Please confer with each other and your witnesses and respond with which date works best for everyone.

December 7
February 1
February 8
February 22
March 8
March 15
March 22
March 29

Thank you,


Tanesa R. Genier
Courtroom Deputy for
U.S. District Judge Tanya Walton Pratt
Room 330
46 E. Ohio Street

Indianapolis, IN 46204
317-229-3916
Tanesa_Genier@insd.uscourts.gov

This message and any attachments may contain legally privileged or confidential information, and are intended only for the individual or entity identified above as the addressee. If you are not the addressee, or if this message has been addressed to you in error, you are not authorized to read, copy, or distribute this message and any attachments, and we ask that you please delete this message and attachments (including all copies) and notify the sender. Delivery of this message and any attachments to any person other than the intended recipient(s) is not intended in any way to waive confidentiality or a privilege. All personal messages express views only of the individual sender, and may not be copied or distributed without this statement.