UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DOUGLAS J. GOSSER, ) <br> As Personal Representative ) <br> OF THE ESTATE OF BRIAN ) <br> LEE GOSSER, ) <br>   ) <br>   Plaintiff ) <br>   ) <br> v. ) <br>   ) <br> RICHARD A. MCCORKLE, in his official ) <br> capacity as Sheriff of Henry County; ) <br> QUALITY CORRECTIONAL CARE, LLC, ) <br> CHRISTOPHER STEPHENSON, P.A., ) <br> TARA WESTERMAN, R.N., and DENETTE ) <br> LEWARK, R.N., ) <br>   ) <br>   Defendants ) <br> _____ ) <br>   ) <br> RICHARD A. MCCORKLE, in his official ) <br> capacity as Sheriff of Henry County, ) <br>   ) <br>   ) <br>   Defendant/Cross-Claimant ) <br>   ) <br> v. ) <br>   ) <br> QUALITY CORRECTIONAL CARE, LLC, ) <br>   ) <br>   Defendant/Cross-Claim Defendant ) | CAUSE NO. 1:17-cv-3257-TWP-MPB <br><br> QUALITY CORRECTIONAL CARE, LLC, <br><br>   Defendant/Cross-Claimant <br> v. <br><br> RICHARD A. MCCORKLE, in his official capacity as Sheriff of Henry County, <br><br>   Defendant/Cross-Claim Defendant |

### AMENDED CROSS-CLAIM AGAINST QUALITY CORRECTIONAL CARE, LLC

Comes now Defendant/Cross-Claimant, Richard A. McCorkle, in his official capacity as Sheriff of Henry County (hereafter referred to as "Sheriff"), by counsel, and for his Amended Cross-Claim against Quality Correctional Care, LLC (hereinafter "QCC"), states and alleges:

1. QCC is a professional healthcare service provider which provided services to inmates at the Henry County Jail at all times relevant to Plaintiff's Complaint, pursuant to a Service Agreement with the Henry County Sheriff's Office. Said Agreement is attached hereto as "Exhibit A".

2. Inmate Brian Gosser received medical care from QCC providers while incarcerated at the Henry County Jail in February and March 2016.

3. Despite receiving ongoing medical care at the Henry County Jail, Brian Gosser died on March 4, 2016.

4. Gosser's estate has sued the Henry County Sheriff and several of his employees, alleging that Brian Gosser received inadequate medical care.

5. The Service Agreement provided in part:

> INDEMNIFICATION of Sheriff- QCC, LLC shall indemnify, defend, and hold harmless SHERIFF and its officers and employees from any claims, costs (including reasonable attorney's fees and court costs), expenses, direct or indirect, causes of action, penalties, liabilities, losses and damages ("Claims") actually sustained and incurred by SHERIFF or for which SHERIFF is legally liable, to the extent such claims are caused by:
>
> i. Negligent acts, errors or omissions, or willful misconduct of QCC, LLC, its employees or agents.
>
> ii. QCC, LLC's breach of any term or provision of this Agreement.

6. The Sheriff has submitted a request to QCC to provide a defense and indemnity for the pending lawsuit.

7. QCC has refused to provide a defense or indemnity. Because QCC has refused to provide insurance coverage or defend, indemnify or hold harmless the agents of the Henry County Sheriff, QCC has breached the Service Agreement.

8. Further, QCC breached the Service Agreement by failing to provide a physician at least once a week at the jail, providing instead a physician's assistant.

9. As a direct and proximate result of the breaches of the Service Agreement by QCC, the Sheriff has been damaged and forced to incur fees and expenses.

10. The Sheriff has specifically been damaged and seeks to recover defense costs and any and all indemnity payments and expenses which may be made or incurred to resolve the above-captioned lawsuit, either by compromise or at trial.

WHEREFORE, Defendant/Cross-Claimant, Richard A. McCorkle, in his official capacity as Sheriff of Henry County, by counsel, prays that the court enter judgment in his favor and against Defendant/Cross-Claim Defendant, Quality Correctional Care, LLC, and for all just and proper relief in the premises.

Respectfully submitted,

POLLACK LAW FIRM, P.C.

s/Caren L. Pollack
Caren L. Pollack Attorney No. 11897-49
*Attorney for Defendant, Richard A. McCorkle, in his official capacity as Sheriff of Henry County*

## CERTIFICATE OF SERVICE

      I certify that a true and exact copy of the foregoing was filed electronically on July 15, 2020. Notice of this filing will be sent to the following parties by operation of the Court's ECF system:

Ronald E. Elberger
Jeffrey B. Halbert
Philip R. Zimmerly
BOSE MCKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN 46204
relberger@boselaw.com
jhalbert@boselaw.com
PZimmerly@boselaw.com
*Attorneys for Plaintiff*

Brian M. Pierce
Attorney at Law
122 N. Mulberry Street
Muncie, IN 47305
brian@brianpiercelaw.com
*Attorney for Defendants QCC, LLC, Christopher Stephenson, Tara Westerman, and Denette Lewark*

                                                      s/Caren L. Pollack
                                                      Caren L. Pollack

POLLACK LAW FIRM, P.C.
10333 N. Meridian Street, Suite 111
Indianapolis, Indiana  46290
Ph: (317) 660-4880
Fx: (317) 660-4888
cpollack@pollacklawpc.com