UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DOUGLAS J. GOSSER, as Personal Representative OF THE ESTATE OF BRIAN LEE GOSSER, | ) ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 1:17-cv-03257-TWP-MPB ) |
| HENRY COUNTY SHERIFF'S DEPARTMENT, RICHARD A. MCCORKLE, individually and in his official capacity as Sheriff of Henry County; and BRENT GRIDER, individually and in his official capacity as Jail Commander of the Henry County Jail, OFFICER ROBERT HUXHOLD, OFFICER TERESA WEESNER, OFFICER CLARK LECHER, individually and in their official capacities as Correctional Officers, QUALITY CORRECTIONAL CARE, LLC, CHRISTOPHER STEPHENSON, P.A., TARA WESTERMAN, R.N., and DENETTE LEWARK, R.N., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## QUALITY CORRECTIONAL CARE, LLC'S ANSWER
## TO AMENDED CROSS-CLAIM

Comes now Defendant/Cross-Claim Defendant, Quality Correctional Care, LLC (hereinafter "QCC") and answers Defendant/Cross-Claimant, Sheriff Richard A. McCorkle's (hereinafter "Sheriff"), Amended Cross-Claim as follows:

1. QCC is a professional healthcare service provider which provided services to inmates at the Henry County Jail at all times relevant to Plaintiff's Complaint, pursuant to a Service Agreement with the Henry County Sheriff's Office. Said Agreement is attached hereto as Exhibit A.

   Answer: QCC denies that the Service Agreement is attached to either the original Cross-Claim or the Amended Cross-Claim. QCC admits the remainder of the allegation.

**EXHIBIT A**

2. Inmate Brian Gosser received medical care from QCC providers while incarcerated at the Henry County Jail in February and March 2016.

Answer: QCC admits that it provided inmate Brian Gosser medical care while incarcerated at the Henry County Jail in February and March of 2016. However, QCC denies paragraph (2) to the extent that it alleges QCC was the sole provider of medical care and/or that it caused inmate Brian Gosser's death.

3. Despite receiving ongoing medical care at the Henry County Jail, Brian Gosser died on March 4, 2016.

Answer: QCC admits that inmate Brian Gosser died on March 4, 2016 while incarcerated at the Henry County Jail in February and March of 2016. However, QCC denies paragraph (3) to the extent that it alleges the medical care provided by QCC was cause of inmate Brian Gosser's death.

4. Gosser's estate has sued the Henry County Sheriff and several of his employees, alleging that Brian Gosser received inadequate medical care.

Answer: Admit

5. The Service Agreement provided in part:

> INDEMNIFICATION of Sheriff- QCC, LLC shall indemnify, defend, and hold harmless SHERIFF and its officers and employees from any claims, costs (including reasonable attorney's fees and court costs), expenses, direct or indirect, causes of action, penalties, liabilities, losses and damages ("Claims") actually sustained and incurred by SHERIFF or for which SHERIFF is legally liable, to the extent such claims are caused by:
>
> i. Negligent acts, errors or omissions, or willful misconduct of QCC, LLC, its employees or agents.
>
> ii. QCC, LLC's breach of any term or provision of this Agreement.

Answer: Admit

6. The Sheriff has submitted a request to QCC to provide a defense and indemnity for the pending lawsuit.

Answer: Admit

7. QCC has refused to provide a defense or indemnity. Because QCC has refused to provide insurance coverage or defend, indemnify or hold harmless the agents of the Henry County Sheriff, QCC has breached the Service Agreement.

Answer: QCC denies that it refused to provide a defense or indemnity to the Sheriff. Furthermore, QCC denies that it has breached the Service Agreement. QCC admits that by correspondence dated March 28, 2018, QCC informed counsel for the Sheriff that: 1) the indemnification language contained in the contract applied equally to both QCC and the Sheriff; and 2) the plain language of the indemnification clause requires a determination that the one party has incurred or sustained actual losses for which it is legally liable which were caused by the negligent or intentional acts of the other party or its employees. To date, no such determination has been made.

**8. Further, QCC breached the Service Agreement by failing to provide a physician at least once a week at the jail, providing instead a physician's assistant.**

**Answer: QCC admits the Service Agreement states "on site physician/medical director coverage, to [i]nclude at least one physician visit per week and a physician available via telephone or email twenty-four (24) hours per day, seven (7) days per week[.]" QCC affirmatively states that the Service Agreement further states that "[a]ll medical or mental health care provided by QCC shall be rendered by professionals licensed to practice in the State of Indiana. A Nurse Practitioner (NP) or Physician's Assistant (PA) may be used In the physician schedule as agreed to by all parties." A copy is attached hereto as Exhibit 1. QCC further admits that at the execution of the Service Agreement the parties agreed to use a PA and Henry County has never requested anything other than a PA, even after filing the Amended Cross-Claim. QCC denies any, and all, other allegations.**

9. As a direct and proximate result of the breaches of the Service Agreement by QCC, the Sheriff has been damaged and forced to incur fees and expenses.

<u>Answer</u>: Deny

10. The Sheriff has specifically been damaged and seeks to recover defense costs and any and all indemnity payments and expenses which may be made or incurred to resolve the above-captioned lawsuit, either by compromise or at trial.

<u>Answer</u>: Deny

WHEREFORE, Defendant/Cross-Claim Defendant, Quality Correctional Care, LLC, by counsel, Brian M. Pierce, respectfully requests that the court enter judgment in its favor and against Defendant, Cross-Claimant, Sheriff Richard A. McCorkle, and for all just and proper relief in the premises.

Date: 12/07/2020

Respectfully submitted

/s/ Brian M. Pierce
Brian M. Pierce, 24350-18
122 N. Mulberry St.
Muncie, Indiana 47305
Tel:   (765) 385-9506
Fax:   (765) 416-6452
Email: brian@brianpiercelaw.com
Attorney for QCC Defendants

<u>Certificate of Service</u>

I, Brian M. Pierce, the undersigned counsel of record for Defendant, Quality Correctional Care, LLC, affirms under penalties of perjury that a copy the forgoing Answer to Amended Cross-Claim been electronically served on the following counsel of record this 7th day of December, 2020:

Ronald E. Elberger
Jeffrey B Halbert
BOSE McKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN 46204

Caren L. Pollack
Pollack Law Firm
10333 N. Meridian, Suite 111
Carmel, IN 46032

Date:  12/08/2020

/s/ Brian M. Pierce
Brian M. Pierce, Ind. Bar # 24350-18

## HENRY COUNTY INMATE HEALTHCARE SERVICE AGREEMENT

This agreement entered into this \_\_\_14\_\_\_ day of \_\_Dec\_\_\_\_, 2011 by and between the HENRY COUNTY SHERIFF'S OFFICE, located in the state of Indiana; hereinafter ("SHERIFF") and QUALITY CORRECTIONAL CARE with offices located at 707-709 W. University Avenue Muncie, Indiana 47303 (hereinafter "QCC") for the purpose of contracting professional, quality healthcare services to the Inmates of the Henry County Jail.

Quality Correctional Care responsibilities:

<u>Medical Services</u> – Beginning the \_\_1\_\_ day of \_\_Jan\_\_\_\_, 2012, QCC agrees to provide medical treatment for the inmates of the Henry County Jail located at New Castle, Indiana. QCC shall be an independent contractor of and in relationship with Henry County.

(i) On-site services. QCC will provide:

- on-site physician/medical director coverage, to include at least one physician visit per week and a physician available via telephone or email twenty-four (24) hours per day, seven (7) days per week;
- on-site mental health care coverage to include at least one psychologist or mental health care provider visit every other week and a psychologist available via telephone twenty-four (24) hours per day, seven (7) days per week;
- on-site nursing coverage to include up to sixty (60) hours nursing services per week.
- A Nurse Administrator will be available for consultation by the Henry County nursing staff or correctional staff twenty-four (24) hours per

1

**Ex. A**

## HENRY COUNTY INMATE HEALTHCARE SERVICE AGREEMENT

day, seven (7) days per week and shall make weekly visits to complete administrative tasks and/or assist physician with sick call.

- QMA staff will work up to twelve (12) hours per week to assist with medication set-up and pass.

All medical or mental health care provided by QCC shall be rendered by professionals licensed to practice in the State of Indiana. A Nurse Practitioner (NP)or Physician's Assistant (PA) may be used in the physician schedule as agreed to by all parties.

(ii) Off-site services. When off-site care, including hospital care, is required for approved medical reasons, QCC shall arrange for said care and be financially responsible for the cost of all approved medical and dental care, diagnostic testing, supplies and medication up to the maximum dollars pool agreed ($30,000 annually). <u>(Not to include services, testing, supplies and medications associated with the treatment of HIV/AIDS, Hepatitis, Multiple Sclerosis, Rabies, Sexually Transmitted Disease, Tuberculosis or complications thereof.)</u> QCC shall arrange all off-site treatment and care in accordance with the SHERIFF Policies and Procedures.

(ii) Scope of Treatment. The scope of the medical treatment shall include a global approach to inmate healthcare with medical and mental health care providers working in tandem to reach optimal inmate health. Medical Health Services provided by QCC shall include:

*Correction Officer training to ensure they are able to perform the required initial Medical screening for inmates within 24 hours of being booked into the Henry County Jail by on-site nursing staff. This initial

2

HENRYCODEFSRRFP000143

## HENRY COUNTY INMATE HEALTHCARE SERVICE AGREEMENT

medical screening completed at booking should consist of documentation of current illnesses and health problems, including all medications taken and special health requirements, conditions of the skin, including infestation, screening tests for tuberculosis, venereal disease, and HIV (as provided by the Henry County Health Department; Open Door Clinic or other community service provider). Comprehensive medical screening to be offered to inmates within fourteen (14) days in accordance with Indiana code by QCC nursing staff.

*On-site detoxification protocols. QCC shall provide on-site management for chemically dependent and/or intoxicated inmates. However, any inmate deemed unsafe for such on-site care shall be referred by QCC to an appropriate medical facility for treatment.

*Medications. The QCC physician or PA shall prescribe necessary medications (Unless provided by family members or alternative medical treatment professionals, i.e. Community Clinics or Outreach Programs) except those excluded above. Medications prescribed by health care providers other than QCC shall be provided by the inmate or his/her family. QCC shall provide medications (or their medically acceptable alternatives), that is not provided by the inmate or his/her family. The Jail staff will be responsible for dispensing standard medications, with instructions and proper training provided by QCC during the times no medical staff is on-site. The SHERIFF shall determine what, if any over the counter medication is available for purchase from the Commissary by the inmates. Control of those medications shall be the responsibility of the SHERIFF; however QCC will provide service in compliance with the

HENRYCODEFSRRFP000144

## HENRY COUNTY INMATE HEALTHCARE SERVICE AGREEMENT

SHERIFF's Policy and Procedures with instructions given by QCC's appropriate medical professional.

**MENTAL HEALTH SERVICES.** Mental Health Services are provided to affect a global approach to healthcare for the inmates of the Henry County Jail. Indiana law IC11-10-3-2 (Sec2c.3) requires inmates have access to mental health services. Mental health services shall include:

- Consultation and direction on policy and procedures regarding mental health care of inmates of the Jail.
- Conduct mental health services calls to the Henry County Jail inmates bi-weekly and be on-call and or available by telephone twenty-four hours per day, seven (7) days per week,
- Pre-employment screening of merit or correctional officers at the request of the Henry County Sheriff,
- Appropriate training for jail staff on topics such as suicide risk evaluations; proper protocols for passing medications to inmates; assessing an inmate during drug and or alcohol withdrawal, etc.
- Evaluation of suicidal inmates and recommendations concerning their care,
- Supervision of all counseling activities for inmates,
- Psychological consultation/counseling services for Henry County Sheriff's Deputies, Correction Officers and staff at Dr. Krause's University Avenue Office in Muncie,
- All other duties assigned by the Sheriff.

4

## HENRY COUNTY INMATE HEALTHCARE SERVICE AGREEMENT

MANAGEMENT SERVICES. QCC shall provide management services to include quarterly quality review meetings to maintain an open dialogue between SHERIFF and QCC. Other management services include

- site specific policies, procedures and protocols;
- Peer Review;
- In-Service training;
- Cost containment;
- Risk Management programs;
- Discharge planning and coordination of continuing care in conjunction with normal Henry County Jail inmate release protocols.
- Re-price or negotiate discounts on all off-site medical services and research inmate personal health insurance and/or Medicare, Medicaid availability.

*Records. QCC shall maintain, cause or require to be maintained complete and accurate medical records for each inmate who has received health care services. Each medical record shall be maintained in accordance with applicable laws, the Indiana Department of Corrections Minimum Standards for Jails and the SHERIFF'S Policy and Procedures. Inmate medical records shall at all times be the property of the Henry County SHERIFF.

MEDICAL SERVICES POOL. QCC shall manage all inmate healthcare costs for off-site services, dental services, medications and supplies up to an annual pool limit of $30,000. If medical, dental, medication and/or supply costs exceed the total of the annual pool, all excess invoices shall be returned to the SHERIFF for payment. QCC will work to negotiate the best prices possible working diligently to live within the budget allocated in this agreement. For the purposes of this contract, the term

5

## HENRY COUNTY INMATE HEALTHCARE SERVICE AGREEMENT

provide security sufficient to enable QCC and its subcontracted staff to safely provide health care services described in this contract. The SHERIFF shall screen QCC employees/subcontractors to insure that they will not constitute a security risk.

**OFFICE EQUIPMENT/SUPPLIES.** The SHERIFF shall provide use of COUNTY owned office equipment, supplies, and all necessary utilities in place at the Jail's health care facilities. Upon termination of this agreement QCC shall return all county owned equipment to the Henry County SHERIFF.

**NON-MEDICAL CARE NEEDS.** The SHERIFF shall provide for all other (non-medical) needs of the inmates of the Henry County Jail including but not limited to: daily housekeeping services, dietary services, building maintenance services, personal hygiene supplies and linen supplies.

**INMATE INFORMATION.** The SHERIFF shall provide, as needed, information pertaining to inmates that QCC and/or the SHERIFF deem necessary to affect quality and safe healthcare services for Henry County Jail inmates.

**COMPENSATION.** The annualized amount to be paid by the SHERIFF to QCC under this agreement is $182,000. This includes the contractual services expenses including medical physician, physician's assistant, psychologist, counselors, nursing staff and qualified medical assistants; pre-employment psychological evaluations; jail and merit staff training as requested by the Henry County Sheriff and the off-site services/medications/supplies pool of $30,000. The SHERIFF shall make monthly payments of $1/12^{th}$ of this amount or $15,166.67 to QCC prior to the first of each month during the term of this AGREEMENT.

**TERM.** The term of this AGREEMENT shall be from _____, 20____ through December 31, 2014. This AGREEMENT shall automatically renew for successive one-year periods unless either party gives thirty (30) days notice prior to

7

## HENRY COUNTY INMATE HEALTHCARE SERVICE AGREEMENT

*'Inmate' refers to individuals that have accepted by and booked into the Henry County Jail. Inmates requiring medical attention or clearance from a medical provider before being accepted by the Henry County Jail are not the responsibility of the Henry County Jail and are not covered under this contract. Upon booking into the Henry County Jail, all off-site medical services will be processed as outlined in this contract. This fitness for incarceration includes being medically and/or mentally acceptable including levels of intoxication that fall within the standard acceptable levels as detailed in the Henry County Jail Inmate Medical Policy, Procedures and Protocol manuals. Any expenditures incurred for inmates not detained by the Henry County Court System shall be the financial responsibility of the committing agency or department.*

**EXCLUSIONS.** QCC shall not be responsible for elective care (including abortions), infant care, other expenses including but not limited to, optical care, eyeglasses and optical supplies, durable medical equipment and supplies, prosthetics, and prosthetic supplies. QCC shall not be financially responsible for the cost of care, testing and supplies associated with the treatment of HIV/AIDS, Hepatitis, Multiple Sclerosis, Rabies, Sexually Transmitted Disease and Tuberculosis or complications thereof. QCC shall not be responsible for any costs associated with off-site care and treatment of Non-County inmates. All expenditures related to non-county inmates shall be re-priced and returned to HCSO for processing. QCC will provide any assistance requested in submitting claims for reimbursement to other counties and/or the IDOC for those inmates, where possible.

**Henry County Sheriff's responsibilities:**

**SECURITY.** The SHERIFF agrees to maintain responsibility for the physical security of the Henry County Jail and the continuing security of inmates. The SHERIFF will

HENRYCODEFSRRFP000148

## HENRY COUNTY INMATE HEALTHCARE SERVICE AGREEMENT

provide security sufficient to enable QCC and its subcontracted staff to safely provide health care services described in this contract. The SHERIFF shall screen QCC employees/subcontractors to insure that they will not constitute a security risk.

**OFFICE EQUIPMENT/SUPPLIES.** The SHERIFF shall provide use of COUNTY owned office equipment, supplies, and all necessary utilities in place at the Jail's health care facilities. Upon termination of this agreement QCC shall return all county owned equipment to the Henry County SHERIFF.

**NON-MEDICAL CARE NEEDS.** The SHERIFF shall provide for all other (non-medical) needs of the inmates of the Henry County Jail including but not limited to: daily housekeeping services, dietary services, building maintenance services, personal hygiene supplies and linen supplies.

**INMATE INFORMATION.** The SHERIFF shall provide, as needed, information pertaining to inmates that QCC and/or the SHERIFF deem necessary to affect quality and safe healthcare services for Henry County Jail inmates.

**COMPENSATION.** The annualized amount to be paid by the SHERIFF to QCC under this agreement is $182,000. This includes the contractual services expenses including medical physician, physician's assistant, psychologist, counselors, nursing staff and qualified medical assistants; pre-employment psychological evaluations; Jail and merit staff training as requested by the Henry County Sheriff and the off-site services/medications/supplies pool of $30,000. The SHERIFF shall make monthly payments of 1/12th of this amount or $15,166.67 to QCC prior to the first of each month during the term of this AGREEMENT.

**TERM.** The term of this AGREEMENT shall be from _____, 20_____ through December 31, 2014. This AGREEMENT shall automatically renew for successive one-year periods unless either party gives thirty (30) days notice prior to

7

## HENRY COUNTY INMATE HEALTHCARE SERVICE AGREEMENT

the end of the term. Either party may terminate this agreement with 30 days advance notice to the other party. If this AGREEMENT is terminated, QCC will be paid by the SHERIFF for all scheduled work completed by QCC up to the termination date set forth in the written termination notice.

**GENERAL TERMS AND CONDITIONS.** It is understood and agreed that an independent contractor relationship is hereby established under the terms of this AGREEMENT. The employees, agents or sub-contractors of QCC are not now nor shall they be deemed to be employees of Henry County SHERIFF.

**SUBCONTRACTING.** In order to accomplish the goals and responsibilities of this AGREEMENT QCC may engage health care professionals as independent contractors rather than employees. As the relationship between QCC and sub-contracted health care professionals will be that of independent contractor, QCC will not be considered or deemed to be engaged in the practice of medicine or other professions practiced by these professionals. QCC will exercise control over the manner or means by which these independent contractors perform their medical duties. This control will be exercised reasonably consistent with the independent medical judgment these independent contracted providers are required to exercise. QCC shall exercise administrative supervision over such professionals necessary to ensure fulfillment of the terms of this AGREEMENT. All terms and conditions of this AGREEMENT shall be included in all such subcontracts. For each agent or subcontractor, including all medical professionals, physicians and nurses performing duties as agents or independent contractors of QCC under this AGREEMENT, QCC shall provide proof that, for each such professional, there is in effect during the period that person is engaged in the performance of this AGREEMENT, a

8

# HENRY COUNTY INMATE HEALTHCARE SERVICE AGREEMENT

professional liability or medical malpractice insurance policy, in an amount or amounts required by Indiana State Law.

**INDEMNIFICATION of Sheriff-** QCC,LLC shall indemnify, defend, and hold harmless SHERIFF and its officers and employees from any claims, costs (including reasonable attorney's fees and court costs), expenses, direct or indirect, causes of action, penalties, liabilities, losses and damages ("Claims") actually sustained and incurred by SHERIFF or for which SHERIFF is legally liable, to the extent such claims are caused by:

    I.    negligent acts, errors or omissions or willful misconduct of QCC,LLC, its employees or agents.

    II.    QCC,LLC's breach of any term or provision of this Agreement.

**INDEMNIFICATION OF QCC,LLC:** Sheriff shall indemnify, defend and hold harmless QCC, LLC and its officers and employees/agents from any claims, costs (including reasonable attorney fees and court costs), expenses, direct or indirect, causes of action, penalties, liabilities, losses and damages ("Claims") actually sustained and incurred by QCC, LLC or for which QCC, LLC is legally liable, to the extent such claims are caused by:

    I.    negligent acts, errors or omissions or willful misconduct of SHERIFF, its employees or agents.

    II.    SHERIFF's breach of any term or provision of this Agreement.

It is further understood and agreed by both parties that this contract will be interpreted pursuant to the laws of the State of Indiana and that any party who breaches the agreement shall be responsible for the attorney fees and reasonable costs of litigation to the non breaching party.

9

# HENRY COUNTY INMATE HEALTHCARE SERVICE AGREEMENT

IN WITNESS WHEREOF, the parties have executed this AGREEMENT at Henry, Indiana this __14th__ day of __December__, 2011.

_____  
Bruce "Butch" Baker  
Henry County Sheriff

_____  
Dr. Frank Krause  
Quality Correctional Care

_____  
William D. Cronk  
Henry County Commissioner

_____ (abstain)  
Kim L. Cronk  
Henry County Commissioner

_____  
Samuel R. Beckenbaugh  
Henry County Commissioner

10