UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DOUGLAS J. GOSSER,<br>as Personal Representative<br>OF THE ESTATE OF BRIAN<br>LEE GOSSER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>RICHARD A. MCCORKLE, individually and in<br>his official capacity as Sheriff of Henry County;<br>QUALITY CORRECTIONAL CARE, LLC,<br>CHRISTOPHER STEPHENSON, P.A.,<br>TARA WESTERMAN, R.N., and DENETTE<br>LEWARK, R.N.,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) CASE NO. 1:17-cv-03257-TWP-MPB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff, Douglas J. Gosser, Personal Representative of the Estate of Brian Lee Gosser ("Plaintiff") and Defendants, Richard McCorkle, Quality Correctional Care, LLC, Christopher Stephenson, P.A., Tara Westerman, R.N. and Denette Lewark, R.N. ("Defendants"), respectfully file this joint stipulation of dismissal of Plaintiff's Complaint, with prejudice, each party bearing its own fees and costs.

| | |
|---|---|
| /s/ *Jeffrey B. Halbert* | /s/ *Caren L. Pollack (with permission)* |
| Ronald E. Elberger (#6675-49) | Caren L. Pollack |
| Jeffrey B. Halbert (#22727-49) | Pollack Law Firm, P.C. |
| Philip R. Zimmerly (#30217-06) | 10333 North Meridian Street, Suite 111 |
| | Indianapolis, IN  46290 |
| Bose McKinney & Evans LLP | cpollack@pollacklawpc.com |
| 111 Monument Circle, Suite 2700 | |
| Indianapolis, IN  46204 | *Attorney for Defendant,* |
| (317) 684-5000; (317) 684-5173 (Fax) | *Richard McCorkle* |
| RElberger@boselaw.com | |
| JHalbert@boselaw.com | |
| PZimmerly@boselaw.com | /s/ *Brian M. Pierce (with permission)* |
| | Brian M. Pierce |
| *Attorneys for Plaintiff, Douglas J. Gosser, Personal Representative of the Estate of Brian Lee Gosser* | 122 North Mulberry Street |
| | Muncie, IN  47305 |
| | brian@brianpiercelaw.com |
| | |
| | *Attorney for Defendants,* |
| | *Quality Correctional Care, LLC, Christopher Stepenson, P.A., Tara Westerman, R.N. and Denette Lewark, R.N.* |

4155657_1