UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DOUGLAS J. GOSSER,<br>as Personal Representative<br>OF THE ESTATE OF BRIAN<br>LEE GOSSER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RICHARD A. MCCORKLE, individually and in<br>his official capacity as Sheriff of Henry County;<br>QUALITY CORRECTIONAL CARE, LLC,<br>CHRISTOPHER STEPHENSON, P.A.,<br>TARA WESTERMAN, R.N., and DENETTE<br>LEWARK, R.N.,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CASE NO. 1:17-cv-03257-TWP-MPB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Douglas J. Gosser, Personal Representative of the Estate of Brian Lee Gosser ("Plaintiff") and Defendants, Richard McCorkle, Quality Correctional Care, LLC, Christopher Stephenson, P.A., Tara Westerman, R.N. and Denette Lewark, R.N. ("Defendants"), having filed their *Stipulation of Dismissal with Prejudice*, and the Court having reviewed the same, hereby **ORDERS** that Plaintiff's claims be **DISMISSED**, with prejudice, each party to bear its own fees and costs.

Date: 7/13/2021

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Tanya Walton Pratt, Chief Judge
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　　　　　　　　　　Southern District of Indiana

DISTRIBUTION:
All ECF-registered counsel of record through the court's ECF system.

4160754_1

1